UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brand Little, et al.,

    Plaintiff(s),

v.

Pacific Seafood Procurement, LLC,

    Defendant(s).

Case No. 3:23-cv-01098-AGT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher M. Wyant, an active member in good standing of the bar of State of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Astoria Paccific Seafoods LLC and Bornstein Seafoods, Inc. in the above-entitled action. My local co-counsel in this case is Michael J. Stortz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 139386.

| | |
|---|---|
| 925 Fourth Avenue, Suite 2900   Seattle, WA 98104-1158 | Four Embarcadero Center, Suite 1200, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206 634 7580 | 415 882 8200925 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Christopher.Wyant@klgates.com | Michael.Stortz@klgates.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA #35561.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

508317418.1

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2024                              /s/ ChristopherWyant
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher Wyant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021
508317418.1

2

# ATTACHMENT 1

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 35561 |
| OF | ) | **CERTIFICATE** |
| CHRISTOPHER M. WYANT | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER M. WYANT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 2004, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 23rd day of September, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court