MACFARLANE LAW
Duncan Macfarlane (CALBAR #: 245053)
710 Ericksen Ave. NE, Suite 201
Bainbridge Is, WA 98110
Office: +1 (206) 451-4058 | Cell: +1 (310) 339-2618
Duncan@Macfarlane-Law.com

INTERNATIONAL MARITIME GROUP, PLLC
R. Isaak Hurst, Esq. (WSBA #: 43679, Pro Hac Vice *pending*)
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Office: +1 (206) 707-8338 | Cell: +1 (206) 992-0710
Hurst@Maritime.Law

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC et al,<br><br>Defendants. | Case No: 3:23-cv-01098-AGT<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, R. Isaak Hurst, an active member in good standing of the bar of the United States District Court for the Western District of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. in the above-entitled action. My local co-counsel in this case is Duncan

**APPLICATION FOR PRO HAC VICE ADMISSION**
LITTLE ET AL V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL
Case No: 3:23-cv-07098-AGT                    Page **1** of 3

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104
(OFFICE) 206.707.8338

Macfarlane, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 245043.

| INTERNATIONAL MARITIME GROUP, PLLC<br>701 Fifth Ave., Suite 4200<br>Seattle, WA 98104 | MACFARLANE LAW<br>710 Ericksen Ave NE, Suite 201<br>Bainbridge Is, WA 98110 |
|---|---|
| My Address of Record | Local Co-Counsel's Address of Record |
| (206) 992-0710 | (206) 451-4058 |
| My Telephone # of Record | Local Co-Counsel's Telephone # of Record |
| Hurst@Maritime.Law | Duncan@Macfarlane-Law.com |
| My Email Address of Record | Local Co-Counsel's Email Address of Record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43679.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of October, 2024.

Respectfully submitted,

INTERNATIONAL MARITIME GROUP | PLLC

By: /s/ /R. Isaak Hurst
R. ISAAK HURST, ESQ.
701 FIFTH AVE; 42ND FLOOR | SEATTLE, WA 98104
OFFICE: +1 (206) 707-8338 | CELL: + 1 (206) 992-0710
HURST@MARITIME.LAW

*ATTORNEY FOR ALASKA ICE SEAFOODS, INC. AND LONG FISHERIES, INC.*

APPLICATION FOR PRO HAC VICE ADMISSION
LITTLE ET AL V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL
Case No: 3:23-cv-07098-AGT                    Page **2** of 3

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104
(OFFICE) 206.707.8338

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of R. Isaak Hurst is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED this 7th day of October, 2024.

Honorable Alex G. Tse
United States Magistrate Judge

**APPLICATION FOR PRO HAC VICE ADMISSION**
LITTLE ET AL V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL
Case No: 3:23-cv-07098-AGT                    Page **3** of **3**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104
(OFFICE) 206.707.8338