MACFARLANE LAW
Duncan Macfarlane (CALBAR #: 245053)
710 Ericksen Ave. NE, Suite 201
Bainbridge Is, WA 98110
Office: +1 (206) 451-4058 | Cell: +1 (310) 339-2618
Duncan@Macfarlane-Law.com

INTERNATIONAL MARITIME GROUP, PLLC
R. Isaak Hurst, Esq. (WSBA #: 43679, *Pro Hac Vice*)
Hurst@Maritime.Law
Nick Gunn, Esq. (WSBA #: 36926, *Pro Hac Vice*)
Gunn@Maritime.Law
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Office: +1 (206) 707-8338

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC et al,<br><br>Defendants. | Case No: 3:23-cv-01098-AGT<br><br>[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT |

THIS MATTER comes before the above-entitled Court on Defendant Alaska Ice Fisheries, Inc. and Long Fisheries, Inc.'s ("**Fathom Defendants**") Motion to Set Aside Entry of

[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT
LITTLE ET AL V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL
Case No: 3:23-cv-07098-AGT                Page **1** of **2**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104
(OFFICE) 206.707.8338

Default. The Court, having considered the Fathom Defendants' motion, any supporting documents, and the records and files herein, ORDERS, ADJUDGES, and DECREES:

1. That the Fathom Defendants' Motion to Set Aside Entry of Default is GRANTED.

DATED this  22nd  day of October, 2024.

_____
Honorable Alex G. Tse
United States Magistrate Judge

Presented by:

INTERNATIONAL MARITIME GROUP | PLLC

By: */s//R. Isaak Hurst*
R. ISAAK HURST, ESQ. (*PRO HAC VICE*)
Hurst@Maritime.Law
NICK GUNN, ESQ. (*PRO HAC VICE*)
Gunn@Maritime.Law
701 FIFTH AVE; 42ND FLOOR | SEATTLE, WA 98104
OFFICE: +1 (206) 707-8338

*ATTORNEYS FOR ALASKA ICE SEAFOODS, INC. AND LONG FISHERIES, INC.*

[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT
LITTLE ET AL V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL
Case No: 3:23-cv-07098-AGT                Page **2** of **2**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104
(OFFICE) 206.707.8338