UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No.　23-cv-01098-AGT<br><br>**SUPPLEMENTAL BRIEFING ORDER**<br><br>Re: Dkt. No. 167 |

After the parties filed a joint status report on October 11, 2024, several more defendants entered notices of appearance. Among other things, the joint status report included competing proposals on when the Court should set a case management schedule. *See* Dkt. 167 at 5–8. If the newly appearing defendants wish to be heard on that dispute, they may file one or more letter briefs in response by November 13, 2024.

**IT IS SO ORDERED.**

Dated: November 7, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge