```
CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (OSBN 034577, appearing pro hac vice)
timothy.snider@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
```

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; | Case No. 3:23-cv-01098-AGT<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND REPLACEMENT WITH CORRECTED REPLY (DKT. 229)**<br><br>Date: January 24, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom A, 15th Floor<br>Judge: The Honorable Alex G. Tse |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS
127350569.2 0052902-00054

3:23-CV-01098-AGT

| | |
|---|---|
| 1 | PACIFIC SURIMI – NEWPORT, LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC. CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMAN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL SEAFOOD LLC; OCEAN KING FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC and DOES 29-60, |
| | Defendants. |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS

-2-

3:23-CV-01098-AGT

127350569.2 0052902-00054

**PLEASE TAKE NOTICE THAT** undersigned Defendants ("Defendants") hereby withdraw their Reply In Support of Motion to Dismiss filed December 20, 2024 (Dkt. 229), and replace it with a Corrected Reply In Support of Motion to Dismiss (the "Corrected Reply") filed concurrently herewith.

On December 28, 2024, Plaintiffs' counsel contacted counsel for defendants and inquired "whether Defendants will stipulate to withdrawing their omnibus reply" and replace it by January 3, 2024, with "a reply that is within the page limits set by the court, i.e. 15 pages." Following conferral with Plaintiffs' counsel, Defendants agreed to Plaintiffs' request. Plaintiffs do not object to withdrawal of the Reply (Dkt. No. 229), or the filing of the Corrected Reply.

DATED: December 30, 2024

*/s/ Charles H. Samel*
Edward C. Duckers (SBN 242113)
ed.duckers@stoel.com
Charles H. Samel (SBN 182019)
charles.samel@stoel.com
**STOEL RIVES LLP**
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

Matthew D. Segal (SBN 190938)
matthew.segal@stoel.com
Michelle J. Rosales (SBN 343519)
michelle.rosales@stoel.com
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

Timothy W. Snider (appearing *Pro Hac Vice*)
timothy.snider@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

DATED: December 30, 2024

*/s/ Christopher J. Kayser*
Christopher J. Kayser
Elizabeth E. Parker
**LARKINS VACURA KAYSER**
121 SW Morrison St. Suite 700
Portland, OR

Telephone: (503) 222-4424
cjkayser@lvklaw.com
eparker@lvklaw.com

Brian A. E. Smith
Joseph J. Fraresso
**BARTKO LLP**
1100 Sansome Street
San Francisco, CA 94111
Telephone: (415) 956-1900
bsmith@bartkolaw.com
jfraresso@bartkolaw.com

*Attorneys for Defendant Ocean Gold Seafoods, Inc.*

DATED: December 30, 2024

*/s/ Bao Quan P. Pham*
Bao-Quan P. Pham
**Law Office of Bao-Quan P. Pham**
345 N. 18th Street
San Jose, CA 95112
408-275-6701
baopham408@sbcglobal.net

*Attorneys for Defendant Global Quality Seafood LLC*

DATED: December 30, 2024

*/s/ Jonathan W. Thames*
Jonathan W. Thames
**KENNEDYS LAW LLP**
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 323 4464
Jonathan.Thames@kennedyslaw.com

*Attorneys for Defendant American Seafood EXP, Inc.*

DATED: December 30, 2024

*/s/ Scott Cameron*
Scott Cameron
Josiah Prendergast
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
scameron@weintraub.com
Jprendergast@weintraub.com

*Attorneys for Defendant California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc.*

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS

-3-

3:23-CV-01098-AGT

127350569.2 0052902-00054

DATED: December 30, 2024

/s/ Colin W. Morrow
Colin W. Morrow
**VANNUCCI MOMSEN MORROW**
45060 Ukiah St., Ste. A
P.O. Box 1214
Mendocino, CA 95460
Telephone: 707-380-1070
cmorrow@vmm-law.com

*Attorneys for Defendant Caito Fisheries, Inc.*

DATED: December 30, 2024

/s/ Steven J. Goon
Steven J. Goon
Sarah Van Buiten
**RUTAN & TUCKER, LLP**
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
sgoon@rutan.com
Svanbuiten@rutan.com

*Attorneys for Defendant Caito Fisheries, LLC and Southwind Foods, LLC*

DATED: December 30, 2024

/s/ David Ebel
David Ebel (appearing *Pro Hac Vice*)
Stephanie P. Berntsen
Davis Leigh (appearing *Pro Hac Vice*)
**SCHWABE, WILLIAMSON & WYATT**
1420 Fifth Ave.
Seattle, WA 98101
Telephone: (206) 622-1711
debel@schwabe.com
sberntsen@schwabe.com
DBLeigh@schwabe.com

Stephen G. Sullivan
**SCHWABE, WILLIAMSON & WYATT**
800 West El Camino Real
Mountain View, CA 94040
Telephone: (650) 396-1403
ssullivan@schwabe.com

*Attorneys for Defendant South Bend Products LLC and Swanes Seafood Holding Company LLC*

DATED: December 30, 2024

/s/ Christopher M. Wyant
Christopher M. Wyant (appearing *Pro Hac Vice*)
Trudy D. Tessaro
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS

-4-

3:23-CV-01098-AGT

127350569.2 0052902-00054

|   |   |
|---|---|
| | Telephone: (206) 370-7893<br>christopher.wyant@klgates.com<br>trudy.tessaro@klgates.com |
| | Michael J. Stortz<br>**K&L Gates LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Telephone: (415) 882-8011<br>Michael.Stortz@klgates.com |
| | *Attorneys for Defendant Bornstein Seafoods, Inc. and Astoria Pacific Seafoods, LLC* |
| DATED: December 30, 2024 | */s/ Sean Gates*<br>Sean Gates<br>**ILLOVSKY GATES & CALIA LLP**<br>155 N. Lake Avenue, Suite 800<br>Pasadena, California 91101<br>Telephone: (626) 508-1715<br>sean@illovskygates.com |
| | *Attorneys for Defendant Safe Coast Seafoods, LLC, Safe Coast Seafoods Washington, LLC, and Blue River Seafood, Inc.* |
| DATED: December 30, 2024 | */s/ Ann A. P. Nguyen*<br>Ann A.P. Nguyen<br>**MESSNER REEVES LLP**<br>160 W Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>Telephone: (408) 298-7120<br>anguyen@messner.com |
| | *Attorneys for Defendant Global Quality Foods, Inc.* |

Stoel Rives LLP
Attorneys at Law
San Francisco

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS

-5-

3:23-CV-01098-AGT

127350569.2 0052902-00054

| | | |
|---|---|---|
| 1 | DATED: December 30, 2024 | */s/ Nick Gunn* |
| 2 | | Duncan Macfarlane |
| | | **MACFARLANE LAW** |
| 3 | | 710 Ericksen Ave. NE, Suite 201 |
| | | Bainbridge Is, WA 98110 |
| 4 | | Telephone: (206) 451-4058 |
| | | Duncan@Macfarlane-Law.com |

Nick Gunn, Esq. (appearing *Pro Hac Vice*)
**INTERNATIONAL MARITIME GROUP, PLLC**
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
Telephone: (206) 707-8338
Gunn@Maritime.Law

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*

DATED: December 30, 2024

*/s/ Philip J. Wang*
Philip J. Wang
Traci Michelle Keith
**PUTTERMAN YU WANG LLP**
345 California St. Suite 1160
San Francisco, CA 94104
pwang@plylaw.com
tkeith@plylaw.com

*Attorneys for Defendant Ocean King Fish Inc.*

DATED: December 30, 2024

*/s/ Steven McLellan*
Steven McLellan
**MCLELLAN LAW GROUP LLP**
900 E. Hamilton Ave. Suite 100
Campbell, CA 95008
Mclellanlawgroup.com

*Attorneys for Defendant Fisherman's Catch Inc.*

DATED: December 30, 2024

*/s/ Huechi Wong*
Huechi Wong, Esq.
HH LEGAL GROUP
2443 Fillmore Street, #380-4372
San Francisco, CA 94115
huechi@hhdisputes.com

*Attorney for Defendants Nor-Cal Seafood, Inc. and Kevin Lee*

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AND REPLACEMENT OF REPLY ISO MOTION TO DISMISS

-6-

3:23-CV-01098-AGT

127350569.2 0052902-00054

**ATTESTATION UNDER L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

                                                  */s/ Charles H. Samel*