UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No.　23-cv-01098-AGT<br><br>**ORDER ON ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. Nos. 232, 233, 234, 235, 238, 240 |

　　　Many defendants have asked to appear remotely at the hearing on defendants' motions to dismiss (dkts. 232, 233, 235, 238, 240), and plaintiffs have asked for permission to bring equipment to the hearing (dkt. 234). The Court has determined that oral argument on the motions to dismiss is unnecessary and will soon issue an order resolving the motions.

　　　The administrative motions related to the hearing are denied as moot.

　　　**IT IS SO ORDERED.**

Dated: January 17, 2025

_____
Alex G. Tse
United States Magistrate Judge