UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-01098-AGT |
| ) | |
| v. ) | |
| ) | APPLICATION FOR ADMISSION |
| PACIFIC SEAFOOD PROCUREMENT, *et al.*, ) | OF JOHN TIMOTHY HOBBS, JR. |
| ) | PRO HAC VICE |
| Defendants. ) | (Civil Local Rule 11-3) |
| ) | |

I, John Timothy Hobbs, Jr., an active member in good standing of the bar of Tennessee, hereby respectfully applies for admission to practice pro hac vice in the Northern District of California representing **Bornstein Seafoods, Inc.,** and **Astoria Pacific Seafoods, LLC** in the above-entitled action. My local co-counsel in this case is Michael James Stortz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 139386.

| John Timothy Hobbs, Jr. | |
|---|---|
| Address of Record | 501 Commerce Street, Suite 1500 Nashville, Tennessee 37203 |
| Telephone # of Record | (615) 514-1811 |
| E-mail Address of Record | Tim.hobbs@klgates.com |

| Michael James Stortz | |
|---|---|
| Address of Record | Four Embarcadero Center, Suite 1200 San Fransisco, CA 94111 |
| Telephone # of Record | (415) 882-8200 |
| E-mail Address of Record | Michael.stortz@klgates.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 041749.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2025          /s/ John Timothy Hobbs, Jr.
                                 APPLICANT

_____
_____


ORDER GRANTING APPLICATION
FOR ADMISSION OF JOHN TIMOTHY HOBBS, JR.
PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Timothy Hobbs, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers, upon, and communication with, local co-counsel designated in the application will constitute notice to the party.


Dated: _____


                                 _____
                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE