Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11]** |

FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 29-60,

Defendants.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1    Pursuant to Civil L.R. 7-11, Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs")
2    submit this administrative motion requesting that the Court lift the discovery stay.
3    The Court stayed discovery on June 23, 2023, pending resolution of Defendants' motions to
4    dismiss Plaintiffs' Complaint. ECF NO. 38. On January 17, 2025, the Court issued its Order on
5    Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, which resolved Defendants'
6    motions in Plaintiffs' favor, except with respect to Defendants Ocean King Fish, Inc., ("Ocean King"),
7    South Bend Products LLC, ("South Bend"), and Swanes Seafood Holding Co. ("Swanes"). ECF NO.
8    242.
9    Plaintiffs previously held an FRCP Rule 26(f) conference with the Pacific Seafood Defendants
10   on May 22, 2023. A further Rule 26(f) conference with all Defendants is scheduled for February 3,
11   2025.
12   On January 29, 2025, Plaintiffs emailed Defendants asking if Defendants would stipulate to
13   lifting the discovery stay as to third parties and all Defendants except Ocean King, South Bend, and
14   Swanes. Defendants have not responded to Plaintiffs' request.
15   Therefore, Plaintiffs ask the Court to lift the discovery stay as to third parties and as to all
16   Defendants, with the exception of Ocean King, South Bend, and Swanes.

Respectfully submitted,

Dated: January 30, 2025                      GROSS KLEIN PC

                                    By:    */s/ Stuart G. Gross*
                                           STUART G. GROSS

                                           Stuart G. Gross (SBN 251019)
                                           Travis H. A. Smith (SBN 331305)
                                           Ross A. Middlemiss (SBN 323737)
                                           **GROSS KLEIN PC**
                                           The Embarcadero
                                           Pier 9, Suite 100
                                           San Francisco, CA 94111
                                           (415) 671-4628
                                           *sgross@grosskleinlaw.com*
                                           *tsmith@grosskleinlaw.com*
                                           *rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@fklmlaw.com*

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
*swilliams@stevenwilliamslaw.com*

Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
*mweiler@schneiderwallace.com*

*Counsel for Plaintiffs and the Proposed Classes*

PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11]; Case No. 3:23-cv-01098-AGT

2

Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11]** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11]; Case No. 3:23-cv-01098-AGT

1

1  **FISH INC.; SOUTH BEND PRODUCTS LLC;
    SWANES SEAFOOD HOLDING COMPANY
2   LLC; BORNSTEIN SEAFOODS, INC.;
    ASTORIA PACIFIC SEAFOODS, LLC; and
3   DOES 29-60,**

4                              Defendants.

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11];
Case No. 3:23-cv-01098-AGT

2

Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs") have filed a motion pursuant to L.R. 7-11 to lift the discovery stay entered on June 23, 2023 (ECF No. 38). Good cause having been shown:

The discovery stay entered on June 23, 2023 is hereby LIFTED as to third parties and to all Defendants except Ocean King Fish, Inc., South Bend Products LLC, and Swanes Seafood Holding Co. Discovery against Ocean King Fish, Inc., South Bend Products LLC, and Swanes Seafood Holding Co. shall remain stayed until further action by this Court.

IT IS SO ORDERED.

DATED: February 18, 2025

Honorable Alex G. Tse
United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO LIFT DISCOVERY STAY [L.R. 7-11]; Case No. 3:23-cv-01098-AGT

1