MCLELLAN LAW GROUP, LLP
Steven D. McLellan (SBN 311395)
Claire A. Melehani (SBN 324763)
20665 4th Street, Suite 202
Saratoga, CA 95070
Telephone: (650) 383-1266
E-mail:   steven@mclellanlawgroup.com; claire@mclellanlawgroup.com

Attorneys for Defendant Fishermen's Catch, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-01098-AGT |
| Plaintiffs, | **DEFENDANT, FISHERMEN'S CATCH, INC.'S, ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| PACIFIC SEAFOOD PROCUREMENT, LLC et al.; | Judge: Hon. Alex G. Tse |
| Defendants | **DEMAND FOR JURY TRIAL** |

## ANSWER

Defendant Fishermen's Catch, Inc., hereby answers Plaintiffs' second amended class action complaint ("SAC"), dated February 7, 2025 (Dkt. 255). Any allegation not explicitly admitted is denied. By admitting that the SAC purports to characterize or quote particular documents, Fishermen's Catch does not admit the truth of any assertion in the referenced document.

Moreover, headings, footnotes, screenshots or other images, charts, graphs, and figures contained within the Amended Complaint are not substantive allegations to which an answer is required. Any allegations contained therein do not comply with Federal Rule of Civil Procedure 10(b), providing that allegations be stated "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." To the extent headings are deemed to be substantive allegations to which an answer is required, Fishermen's Catch denies the allegations. To the extent footnotes, screenshots or other images, charts, graphs, or figures in the Amended Complaint are deemed to be substantive allegations, then the response to the paragraph in which the footnote or figure is found is Fishermen's Catch's response to the footnote, chart, graph or figure as well.

## INTRODUCTION

1.      Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1 of the SAC, and accordingly denies the allegations on this basis.

2.      Fishermen's Catch admits that the Dungeness crab fishery has become an important fishery for Pacific Northwest commercial fishers. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 2 of the SAC, and accordingly denies those remaining allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in this Paragraph.

3.      Fishermen's Catch admits that the "ex vessel price" means the price off the boat. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 3 of the SAC.

4.      Fishermen's Catch denies the allegations in Paragraph 4 of the SAC.

5.      Fishermen's Catch denies the allegations in Paragraph 5 of the SAC.

6.      Fishermen's Catch denies the allegations in Paragraph 6 of the SAC.

7.      Fishermen's Catch denies the allegations in Paragraph 7 of the SAC.

8.      Fishermen's Catch denies the allegations in Paragraph 8 of the SAC.

9.      Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 9 of the SAC, and accordingly denies the allegations on this basis.

10.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 10 of the SAC.

11.    Fishermen's Catch denies the allegations in Paragraph 11 of the SAC.

**PARTIES**

12.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 12 of the SAC, and accordingly denies the allegations on this basis.

13.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 13 of the SAC, and accordingly denies the allegations on this basis.

14.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 14 of the SAC, and accordingly denies the allegations on this basis.

15.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 15 of the SAC, and accordingly denies the allegations on this basis.

16.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 16 of the SAC, and accordingly denies the allegations on this basis.

17.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 17 of the SAC, and accordingly denies the allegations on this basis.

18.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 18 of the SAC, and accordingly denies the allegations on this basis.

19.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 19 of the SAC, and accordingly denies the allegations on this basis.

20.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 20 of the SAC, and accordingly denies the allegations on this basis.

21.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 21 of the SAC, and accordingly denies the allegations on this basis.

22.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 22 of the SAC, and accordingly denies the allegations on this basis.

23.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 23 of the SAC, and accordingly denies the allegations on this basis.

24.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 24 of the SAC, and accordingly denies the allegations on this basis.

25.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 25 of the SAC, and accordingly denies the allegations on this basis.

26.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 26 of the SAC, and accordingly denies the allegations on this basis.

27.     The allegations in Paragraph 27 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 27 of the SAC, and accordingly denies the allegations on this basis.

28.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 28 of the SAC, and accordingly denies the allegations on this basis.

29.     Fishermen's Catch admits that Pacific Seafood's website states what it states. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 29 of the SAC, and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in this Paragraph.

30.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 30 of the SAC, and accordingly denies the allegations on this basis.

31.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 31 of the SAC, and accordingly denies the allegations on this basis.

32.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 32 of the SAC, and accordingly denies the allegations on this basis.

33.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 33 of the SAC, and accordingly denies the allegations on this basis.

34.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 34 of the SAC, and accordingly denies the allegations on this basis.

35.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 35 of the SAC, and accordingly denies the allegations on this basis.

36.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 36 of the SAC, and accordingly denies the allegations on this basis.

37.    Fishermen's Catch admits that there was a case *Whaley v. Pac. Seafood Grp.*, No. 1:10-CV-3057-MC (D. Or.). Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 37 of the SAC, and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in this Paragraph.

38.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 38 of the SAC, and accordingly denies the allegations on this basis.

39.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 39 of the SAC, and accordingly denies the allegations on this basis.

40.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 40 of the SAC, and accordingly denies the allegations on this basis.

41.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 41 of the SAC, and accordingly denies the allegations on this basis.

42.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 42 of the SAC, and accordingly denies the allegations on this basis.

43.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 43 of the SAC, and accordingly denies the allegations on this basis.

44.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 44 of the SAC, and accordingly denies the allegations on this basis.

45.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 45 of the SAC, and accordingly denies the allegations on this basis.

46.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 46 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

47.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 47 of the SAC, and accordingly denies the allegations on this basis.

48.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 48 of the SAC, and accordingly denies the allegations on this basis.

49.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 49 of the SAC, and accordingly denies the allegations on this basis.

50.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 50 of the SAC, and accordingly denies the allegations on this basis.

51.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 51 of the SAC, and accordingly denies the allegations on this basis.

52.     The allegations in Paragraph 52 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 52 of the SAC, and accordingly denies the allegations on this basis.

53.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 53 of the SAC, and accordingly denies the allegations on this basis.

54.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 54 of the SAC, and accordingly denies the allegations on this basis.

55.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 55 of the SAC, and accordingly denies the allegations on this basis.

56.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 56 of the SAC, and accordingly denies the allegations on this basis.

57.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 57 of the SAC, and accordingly denies the allegations on this basis.

58.     The allegations in Paragraph 58 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 58 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

59.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 59 of the SAC, and accordingly denies the allegations on this basis.

60.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 60 of the SAC, and accordingly denies the allegations on this basis.

61.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 61 of the SAC, and accordingly denies the allegations on this basis.

62.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 62 of the SAC, and accordingly denies the allegations on this basis.

63.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 63 of the SAC, and accordingly denies the allegations on this basis.

64.     Fishermen's Catch admits that there are Court orders in Dockets 61 and 73 of this action. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 64 of the SAC, and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in this Paragraph.

65.     Fishermen's Catch denies that it recommended to Kevin Lee that he sell Nor-Cal "to evade liability from the instant lawsuit." Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 65 of the SAC, and accordingly denies the allegations on this basis.

66.     The allegations in Paragraph 66 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 66 of the SAC, and accordingly denies the allegations on this basis.

67.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 67 of the SAC, and accordingly denies the allegations on this basis.

68.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 68 of the SAC, and accordingly denies the allegations on this basis.

69.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 69 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                              Case No. 3:23-cv-01098-AGT

70.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 70 of the SAC, and accordingly denies the allegations on this basis.

71.     The allegations in Paragraph 71 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 71 of the SAC, and accordingly denies the allegations on this basis.

72.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 72 of the SAC, and accordingly denies the allegations on this basis.

73.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 73 of the SAC, and accordingly denies the allegations on this basis.

74.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 74 of the SAC, and accordingly denies the allegations on this basis.

75.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 75 of the SAC, and accordingly denies the allegations on this basis.

76.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 76 of the SAC, and accordingly denies the allegations on this basis.

77.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 77 of the SAC, and accordingly denies the allegations on this basis.

78.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 78 of the SAC, and accordingly denies the allegations on this basis.

79.     The allegations in Paragraph 79 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 79 of the SAC, and accordingly denies the allegations on this basis.

80.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 80 of the SAC, and accordingly denies the allegations on this basis.

81.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 81 of the SAC, and accordingly denies the allegations on this basis.

82.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 82 of the SAC, and accordingly denies the allegations on this basis.

83.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 83 of the SAC, and accordingly denies the allegations on this basis.

84.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 84 of the SAC, and accordingly denies the allegations on this basis.

85.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 85 of the SAC, and accordingly denies the allegations on this basis.

86.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 86 of the SAC, and accordingly denies the allegations on this basis.

87.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 87 of the SAC, and accordingly denies the allegations on this basis.

88.     The allegations in Paragraph 88 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 88 of the SAC, and accordingly denies the allegations on this basis.

89.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 89 of the SAC, and accordingly denies the allegations on this basis.

90.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 90 of the SAC, and accordingly denies the allegations on this basis.

91.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 91 of the SAC, and accordingly denies the allegations on this basis.

92.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 92 of the SAC, and accordingly denies the allegations on this basis.

93.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 93 of the SAC, and accordingly denies the allegations on this basis.

94.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 94 of the SAC, and accordingly denies the allegations on this basis.

1    95.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

2    the allegations in Paragraph 95 of the SAC, and accordingly denies the allegations on this basis.

3    96.    The allegations in Paragraph 96 of the SAC are legal conclusions, and thus there

4    is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks

5    knowledge or information sufficient to admit or deny the allegations in Paragraph 96 of the

6    SAC, and accordingly denies the allegations on this basis.

7    97.    Fishermen's Catch admits the allegations in Paragraph 97 of the SAC.

8    98.    Fishermen's Catch admits that it does business as "Fishermen's Catch."

9    Fishermen's Catch denies that it has done business in the relevant period, since it was formed in

10   2020, and the relevant period in the complaint stretches back to 2015/2016. Fishermen's Catch

11   admits that it has done business in the Dungeness crab market starting with the 2020/2021

12   season. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 98 of

13   the SAC.

14   99.    Fishermen's Catch admits that Peter Nguyen and Leon Gavin are Fishermen's

15   Catch's representatives in the Pacific NW Area Dungeness crab ex vessel market. Fishermen's

16   Catch is unclear as to the term "principal representatives." Given that, Fishermen's Catch admits

17   that Peter Nguyen is the principal representative, and denies the allegations that Leon Gavin is a

18   "principal representative." Unless expressly admitted, Fishermen's Catch denies the allegations

19   in Paragraph 99 of the SAC.

20   100.    Fishermen's Catch admits that it made ex vessel purchases of Dungeness crab in

21   Berkeley, Cresent City, Bodega Bay, and Orick California, and Brookings and Astoria, Oregon.

22   Fishermen's Catch denies that it made these purchases in "the relevant period," since it was

23   formed in 2020, and the relevant period in the complaint stretches back to 2015/2016.

24   Fishermen's Catch admits that it made these purchases in the Dungeness crab market starting

25   with the 2020/2021 season. Unless expressly admitted, Fishermen's Catch denies the allegations

26   in Paragraph 100 of the SAC.

27   101.    The allegations in Paragraph 101 of the SAC are legal conclusions, and thus

28   there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 101 of the SAC, and accordingly denies the allegations on this basis.

102.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 102 of the SAC, and accordingly denies the allegations on this basis.

103.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 103 of the SAC, and accordingly denies the allegations on this basis.

104.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 104 of the SAC, and accordingly denies the allegations on this basis.

105.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 105 of the SAC, and accordingly denies the allegations on this basis.

106.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 106 of the SAC, and accordingly denies the allegations on this basis.

107.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 107 of the SAC, and accordingly denies the allegations on this basis.

108.    The allegations in Paragraph 108 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 108 of the SAC, and accordingly denies the allegations on this basis.

109.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 109 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                          Case No. 3:23-cv-01098-AGT

110.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 110 of the SAC, and accordingly denies the allegations on this basis.

111.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 111 of the SAC, and accordingly denies the allegations on this basis.

112.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 112 of the SAC, and accordingly denies the allegations on this basis.

113.    The allegations in Paragraph 113 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 113 of the SAC, and accordingly denies the allegations on this basis.

114.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 114 of the SAC, and accordingly denies the allegations on this basis.

115.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 115 of the SAC, and accordingly denies the allegations on this basis.

116.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 116 of the SAC, and accordingly denies the allegations on this basis.

117.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 117 of the SAC, and accordingly denies the allegations on this basis.

118.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 118 of the SAC, and accordingly denies the allegations on this basis.

119.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 118 of the SAC, and accordingly denies the allegations on this basis.

120.    The allegations in Paragraph 120 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 120 of the SAC, and accordingly denies the allegations on this basis.

121.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 121 of the SAC, and accordingly denies the allegations on this basis.

**III. Agents and Co-Conspirators**

122.    The allegations in Paragraph 122 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 122 of the SAC.

123.    The allegations in Paragraph 123 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 123 of the SAC.

124.    The allegations in Paragraph 124 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 124 of the SAC.

125.    The allegations in Paragraph 125 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required,  Fishermen's Catch denies the allegations in Paragraph 125 of the SAC.

126.    The allegations in Paragraph 126 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 126 of the SAC.

127.     The allegations in Paragraph 127 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 127 of the SAC.

128.     The allegations in Paragraph 128 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 128 of the SAC.

129.     The allegations in Paragraph 129 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 129 of the SAC.

130.     Fishermen's Catch denies the allegations in Paragraph 130 of the SAC.

## JURISDICTION, VENUE, AND COMMERCE

131.     The allegations in Paragraph 131 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch admits that the Court has subject matter jurisdiction to the extent Plaintiffs have suffered an injury cognizable under Article III of the United States Constitution.

132.     The allegations in Paragraph 132 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 132 of the SAC.

133.     The allegations in Paragraph 133 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch admits that venue in this District is appropriate. Unless expressly admitted, Fishermen's Catch denies the allegations in this Paragraph.

134.     The allegations in Paragraph 134 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 134 of the SAC.

135.    The allegations in Paragraph 135 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 135 of the SAC.

## INTRADISTRICT ASSIGNMENT

136.    The allegations in Paragraph 136 of the SAC are legal conclusions, and thus there is nothing to admit or deny. To the extent a response is required, Fishermen's Catch admits that assignment of this case to the San Francisco Division of the United States District Court for the Northern District is proper. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 136 of the SAC.

## FACTUAL ALLEGATIONS

### I.    Pacific NW Area Ex Vessel Dungeness Crab Industry

137.    Fishermen's Catch admits that Dungeness crab is a species of shellfish found in the Pacific Ocean and fished for human consumption. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 137 of the SAC.

138.    Fishermen's Catch admits that Dungeness crab is enjoyed fresh by consumers along the West Coast, including during holidays, and that a portion of the catch is also exported live to Asian markets. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 138 in this Paragraph.

139.    Fishermen's Catch admits that commercial Dungeness crab fishing requires a permit, known in California as a "registration," which is tied to a specific vessel.  Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 139 of the SAC.

140.    Fishermen's Catch admits that unless delayed the season for commercial crab fishing in California's District 10 could start on November 15. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 140 of the SAC.

141.    Fishermen's Catch denies the allegations in Paragraph 141 of the SAC.

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

142.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 142 of the SAC, and accordingly denies the allegations on this basis.

143.    Fishermen's Catch admits that ex vessel buyers of Dungeness crab for resale are required to hold a receive license issued by the state in which they make ex vessel purchases. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 143 of the SAC.

144.    Fishermen's Catch admits that it resells Dungeness crab either live, fresh cooked, in sections, but denies that it resells Dungeness crab frozen or canned. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 144 of the SAC.

145.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 145 of the SAC, and accordingly denies the allegations on this basis.

146.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 146 of the SAC, and accordingly denies the allegations on this basis.

147.    Fishermen's Catch denies the allegations that it operated as a front for anyone else. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 147 of the SAC, and accordingly denies the allegations on this basis.

148.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 148 of the SAC, and accordingly denies the allegations on this basis.

149.    Fishermen's Catch denies the allegations of Paragraph 149 of the SAC.

150.    Fishermen's Catch denies the allegations of Paragraph 150 of the SAC.

151.    Fishermen's Catch denies the allegations of Paragraph 151 of the SAC.

## II.    **Defendants' Price-Fixing Cartel**

### A. Defendants' Carel Arose out of a Marked Increase in Dungeness Ex Vessel Prices Being Paid to Crabbers in the Pacific NW Area that Started in 2006/2007 Season and Continued Through the 2014/15 Season

152.    Fishermen's Catch denies the allegations of Paragraph 152 of the SAC.

153.    Fishermen's Catch admits that greater demand for crab, including from export markets, including in Asia, could have resulted in greater amounts of crab being purchased ex vessel on the West Coast. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 153 of the SAC.

154.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 154 of the SAC, and accordingly denies the allegations on this basis.

155.    Fishermen's Catch admits that Nor-Cal, Ocean King, and ASE purchase Dungeness crab ex vessel. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 155 of the SAC.

156.    Fishermen's Catch denies the allegations in Paragraph 156 of the SAC.

157.    Fishermen's Catch denies the allegations in Paragraph 157 of the SAC.

158.    Fishermen's Catch denies the allegations in Paragraph 158 of the SAC.

159.    Fishermen's Catch denies the allegations in Paragraph 159 of the SAC.

160.    Fishermen's Catch admits that there are crab buyers that purchase crab, pay operators of independent hoists in ports to offload the crab, and transport crab using refrigerated vans. Unless expressly admitted, Fishermen's Catch denies the allegations of Paragraph 160 of the SAC.

161.    Fishermen's Catch admits that independent hoist operators may be paid according to the weigh of the crab offloaded by the buyers. Unless expressly admitted, Fishermen's Catch denies the allegations of Paragraph 161 of the SAC.

162.    Fishermen's Catch admits that crabbers talk about the prices they received ex vessel and may use that information to negotiate with the same or different buyers to purchase crab. Unless expressly admitted, Fishermen's Catch denies the allegations of Paragraph 162 of the SAC.

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

163.    Fishermen's Catch denies the allegation that ex vessel prices for Dungeness crab had climbed "significantly" in the Pacific NW Area by the 2014/15 season. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 163 of the SAC, and accordingly denies the allegations on this basis.

164.    Fishermen's Catch denies the allegations in Paragraph 164 of the SAC.

165.    Fishermen's Catch denies that there was an agreement among ex vessel buyers to suppress prices. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 165 of the SAC, and accordingly denies the allegations on this basis.

166.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 166 of the SAC, and accordingly denies the allegations on this basis.

167.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 167 of the SAC, and accordingly denies the allegations on this basis.

168.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 168 of the SAC, and accordingly denies the allegations on this basis.

169.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 169 of the SAC, and accordingly denies the allegations on this basis.

170.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 170 of the SAC, and accordingly denies the allegations on this basis.

171.    Fishermen's Catch denies the allegations in Paragraph 171 of the SAC.

172.    Fishermen's Catch denies the allegations in Paragraph 172 of the SAC.

**B.    Defendants Have Agreed to Allow Pacific Seafood to Set the Opening Price, which Has Resulted in Delayed Opening and a Lower Opening Price, which**

FISHERMEN'S CATCH, INC.'S ANSWER                                Case No. 3:23-cv-01098-AGT

**Is the Price at which a Large Portion of the Season's Catch Is Traditionally Sold and Which Sets the Baseline Price for the Remainder of the Season**

173.    Fishermen's Catch denies the allegations in Paragraph 173 of the SAC.

174.    Fishermen's Catch denies the allegations in Paragraph 174 of the SAC.

175.    Fishermen's Catch denies the allegations in Paragraph 175 of the SAC.

176.    Fishermen's Catch denies the allegations in Paragraph 176 of the SAC.

177.    Fishermen's Catch denies the allegations in Paragraph 177 of the SAC.

### 1.    2019/20 Pacific NW Area Dungeness Crab Season

178.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 178 of the SAC, and accordingly denies the allegations on this basis.

179.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 179 of the SAC, and accordingly denies the allegations on this basis.

180.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 180 of the SAC, and accordingly denies the allegations on this basis.

181.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 181 of the SAC, and accordingly denies the allegations on this basis.

182.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 182 of the SAC, and accordingly denies the allegations on this basis.

183.    Fishermen's Catch denies the allegations in Paragraph 183 in the SAC.

### 2.    2020/21 Pacific NW Area Dungeness Crab Season

184.    Fishermen's Catch denies the allegations in Paragraph 184 of the SAC.

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

185.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 185 of the SAC, and accordingly denies the allegations on this basis.

186.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 186 of the SAC, and accordingly denies the allegations on this basis.

187.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 187 of the SAC, and accordingly denies the allegations on this basis.

188.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 188 of the SAC, and accordingly denies the allegations on this basis.

189.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 189 of the SAC, and accordingly denies the allegations on this basis.

190.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 190 of the SAC, and accordingly denies the allegations on this basis.

191.    Fishermen's Catch denies the allegations in Paragraph 191 of the SAC.

192.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 192 of the SAC, and accordingly denies the allegations on this basis.

### 3.    2021/22 Pacific NW Area Dungeness Crab Season

193.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 193 of the SAC, and accordingly denies the allegations on this basis.

194.    Fishermen's Catch denies the allegations in Paragraph 194 of the SAC.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

195.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 195 of the SAC, and accordingly denies the allegations on this basis.

196.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 196 of the SAC, and accordingly denies the allegations on this basis.

197.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 197 of the SAC, and accordingly denies the allegations on this basis.

### 4.  2022/23 Pacific NW Area Dungeness Crab Season

198.    Fishermen's Catch denies the allegations in Paragraph 198 of the SAC.

199.    Fishermen's Catch denies the allegations in Paragraph 199 of the SAC.

200.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 200 of the SAC, and accordingly denies the allegations on this basis.

201.    Fishermen's Catch denies the allegations in Paragraph 201 of the SAC.

202.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 202 of the SAC, and accordingly denies the allegations on this basis.

203.    Fishermen's Catch denies the allegations in the first sentence of Paragraph 203 of the SAC. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 203 of the SAC, and accordingly denies the allegations on this basis.

204.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 204 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                Case No. 3:23-cv-01098-AGT

205.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 205 of the SAC, and accordingly denies the allegations on this basis.

206.    Fishermen's Catch admits that California Department of Fish and Wildlife announced that the Dungeness crab season for California ports would open on December 31, 2022. Fishermen's Catch denies the remaining allegations in Paragraph 206 of the SAC.

207.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 207 of the SAC, and accordingly denies the allegations on this basis.

208.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 208 of the SAC, and accordingly denies the allegations on this basis.

209.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 209 of the SAC, and accordingly denies the allegations on this basis.

210.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 210 of the SAC, and accordingly denies the allegations on this basis.

211.    Fishermen's Catch denies the allegations that there was a cartel or a price-fixing agreement. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 211 of the SAC, and accordingly denies the allegations on this basis.

212.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 212 of the SAC, and accordingly denies the allegations on this basis.

213.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 213 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

214.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 214 of the SAC, and accordingly denies the allegations on this basis.

215.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 215 of the SAC, and accordingly denies the allegations on this basis.

216.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 216 of the SAC, and accordingly denies the allegations on this basis.

217.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 217 of the SAC, and accordingly denies the allegations on this basis.

218.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 218 of the SAC, and accordingly denies the allegations on this basis.

219.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 219 of the SAC, and accordingly denies the allegations on this basis.

220.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 220 of the SAC, and accordingly denies the allegations on this basis.

### 5.  2023/24 Pacific NW Area Dungeness Crab Season

221.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 221 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                                    Case No. 3:23-cv-01098-AGT

222.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 222 of the SAC, and accordingly denies the allegations on this basis.

223.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 223 of the SAC, and accordingly denies the allegations on this basis.

224.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 224 of the SAC, and accordingly denies the allegations on this basis.

225.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 225 of the SAC, and accordingly denies the allegations on this basis.

226.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 226 of the SAC, and accordingly denies the allegations on this basis.

227.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 227 of the SAC, and accordingly denies the allegations on this basis.

228.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 228 of the SAC, and accordingly denies the allegations on this basis.

229.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 229 of the SAC, and accordingly denies the allegations on this basis.

### C. **After the Opening, Defendants Closely Coordinate With One Another on Ex Vessel Prices**

230.    Fishermen's Catch denies the allegations in Paragraph 230 of the SAC.

231.    Fishermen's Catch denies the allegations in Paragraph 231 of the SAC.

1    232.    Fishermen's Catch denies the allegations in Paragraph 232 of the SAC.

2    233.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

3    the allegations in Paragraph 233 of the SAC, and accordingly denies the allegations on this

4    basis.

5    234.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

6    the allegations in Paragraph 234 of the SAC, and accordingly denies the allegations on this

7    basis.

8    235.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

9    the allegations in Paragraph 235 of the SAC, and accordingly denies the allegations on this

10   basis.

11   236.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

12   the allegations in Paragraph 236 of the SAC, and accordingly denies the allegations on this

13   basis.

14   237.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

15   the allegations in Paragraph 237 of the SAC, and accordingly denies the allegations on this

16   basis.

17   238.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

18   the allegations in Paragraph 238 of the SAC, and accordingly denies the allegations on this

19   basis.

20   239.    Fishermen's Catch denies the allegations in Paragraph 239 of the SAC.

21   240.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

22   the allegations in Paragraph 240 of the SAC, and accordingly denies the allegations on this

23   basis.

24   241.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

25   the allegations in Paragraph 241 of the SAC, and accordingly denies the allegations on this

26   basis.

27

28

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

242.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 242 of the SAC, and accordingly denies the allegations on this basis.

243.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 243 of the SAC, and accordingly denies the allegations on this basis.

244.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 244 of the SAC, and accordingly denies the allegations on this basis.

245.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 245 of the SAC, and accordingly denies the allegations on this basis.

246.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 246 of the SAC, and accordingly denies the allegations on this basis.

247.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 247 of the SAC, and accordingly denies the allegations on this basis.

248.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 248 of the SAC, and accordingly denies the allegations on this basis.

249.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 249 of the SAC, and accordingly denies the allegations on this basis.

250.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 250 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

251.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 251 of the SAC, and accordingly denies the allegations on this basis.

252.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 252 of the SAC, and accordingly denies the allegations on this basis.

253.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 253 of the SAC, and accordingly denies the allegations on this basis.

254.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 254 of the SAC, and accordingly denies the allegations on this basis.

255.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 255 of the SAC, and accordingly denies the allegations on this basis.

256.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 256 of the SAC, and accordingly denies the allegations on this basis.

257.    Fishermen's Catch denies the allegations in Paragraph 257 of the SAC.

258.    Fishermen's Catch denies the allegations in Paragraph 258 of the SAC.

259.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 259 of the SAC, and accordingly denies the allegations on this basis.

### D. **Defendants Have Consolidated Their Control of the Pacific NW Area Ex Vessel Dungeness Crab Market by Purchasing and in Many Cases Shutting Down Erstwhile Competitors, Entering Into Exclusivity Arrangements with Port Operators, and Limiting Non-Carel Members' Access to Hoists**

#### 1. **Pacific Seafood**

1    260.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

2  the allegations in Paragraph 260 of the SAC, and accordingly denies the allegations on this

3  basis.

4    261.    Fishermen's Catch admits that Pacific Seafood is a large ex vessel buyer of

5  Dungeness crab. Fishermen's Catch lacks knowledge or information sufficient to admit or deny

6  the remaining allegations in Paragraph 261 of the SAC, and accordingly denies the allegations

7  on this basis.

8    262.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

9  the allegations in Paragraph 262 of the SAC, and accordingly denies the allegations on this

10  basis.

11    263.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

12  the allegations in Paragraph 263 of the SAC, and accordingly denies the allegations on this

13  basis.

14    264.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

15  the allegations in Paragraph 264 of the SAC, and accordingly denies the allegations on this

16  basis.

17    265.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

18  the allegations in Paragraph 265 of the SAC, and accordingly denies the allegations on this

19  basis.

20    266.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

21  the allegations in Paragraph 266 of the SAC, and accordingly denies the allegations on this

22  basis.

23    267.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

24  the allegations in Paragraph 267 of the SAC, and accordingly denies the allegations on this

25  basis.

26    268.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

27  the allegations in Paragraph 268 of the SAC, and accordingly denies the allegations on this

28  basis.

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

269.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 269 of the SAC, and accordingly denies the allegations on this basis.

270.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 270 of the SAC, and accordingly denies the allegations on this basis.

271.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 271 of the SAC, and accordingly denies the allegations on this basis.

272.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 272 of the SAC, and accordingly denies the allegations on this basis.

273.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 273 of the SAC, and accordingly denies the allegations on this basis.

## 2.  Ilwaco Landing Fishermen

274.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 274 of the SAC, and accordingly denies the allegations on this basis.

275.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 275 of the SAC, and accordingly denies the allegations on this basis.

276.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 276 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                      Case No. 3:23-cv-01098-AGT

277.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 277 of the SAC, and accordingly denies the allegations on this basis.

### 3.  Trinidad

278.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 278 of the SAC, and accordingly denies the allegations on this basis.

279.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 279 of the SAC, and accordingly denies the allegations on this basis.

280.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 280 of the SAC, and accordingly denies the allegations on this basis.

281.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 281 of the SAC, and accordingly denies the allegations on this basis.

### 4.  Eureka

282.    Fishermen's Catch admits that Peter Nguyen used to work at Next Seafood and is the buyer for and owner of Fishermen's Catch. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 282 of the SAC, and accordingly denies the allegations on this basis.

283.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 283 of the SAC, and accordingly denies the allegations on this basis.

284.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 284 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

285.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 285 of the SAC, and accordingly denies the allegations on this basis.

286.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 286 of the SAC, and accordingly denies the allegations on this basis.

### E.  To Eliminate Price Pressure Formerly Created by Out of Port Buyers, Defendants Have Agreed to Buy and Sell "Out the Back Door"

287.    Fishermen's Catch denies the allegations in Paragraph 287 of the SAC.

288.    Fishermen's Catch denies the allegations in Paragraph 288 of the SAC.

#### 1.  South Bend

289.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 289 of the SAC, and accordingly denies the allegations on this basis.

290.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 290 of the SAC, and accordingly denies the allegations on this basis.

#### 2.  Caito

291.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 291 of the SAC, and accordingly denies the allegations on this basis.

292.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 292 of the SAC, and accordingly denies the allegations on this basis.

293.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 293 of the SAC, and accordingly denies the allegations on this basis.

### 3.  San Francisco

294.    Fishermen's Catch admits that Peter Nguyen currently owns and runs Fishermen's Catch, and that he formerly worked for Global Quality and Next Seafood. Fishermen's Catch denies that it transferred any crab based on an unlawful agreement. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 294 of the SAC, and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 294.

295.    Fishermen's Catch denies that Mr. Nguyen dictates the ex vessel prices that other purchasers of crab pays. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 295 of the SAC, and accordingly denies the allegations on this basis.

### 4.  Crescent City

296.    Fishermen's Catch denies the allegations in Paragraph 296.

297.    Fishermen's Catch admits that it leases 2 hoists in Cresent City. Fishermen's Catch admits that other crab buyers use hoists in Cresent City. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 297 of the SAC, and accordingly denies the allegations on this basis.

298.    Fishermen's Catch denies the allegations in Paragraph 298 of the SAC.

299.    Fishermen's Catch denies the allegations in Paragraph 299 of the SAC.

### F.  Defendants Aggressively Coerce Compliance by Each Other by and by Other Buyers with the Agreed Upon Pricing

#### 1.  During the 2022/23 and 2023/24 Seasons, a New Buyer Sought to Capture Market Share by Offering Higher Prices; Defendants Sought to Bring Him into the Cartel and When This Failed Inflicted Repeated Punishments

300.    Fishermen's Catch denies that it was trying to "drive the boot right in" to a new buyer. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the

remaining allegations in Paragraph 300 of the SAC, and accordingly denies the allegations on this basis.

301.    Fishermen's Catch denies the allegations in Paragraph 301 in the SAC.

**a.  January 2023: Nor-Cal's Kevin Lee and Pacific Seafood's Frank Dulcich Solicited Confidential Buyer Informant #1 to Participate In Cartel, Then Punished him When He Refused**

302.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 302 of the SAC, and accordingly denies the allegations on this basis.

303.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 303 of the SAC, and accordingly denies the allegations on this basis.

304.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 304 of the SAC, and accordingly denies the allegations on this basis.

305.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 305 of the SAC, and accordingly denies the allegations on this basis.

306.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 306 of the SAC, and accordingly denies the allegations on this basis.

**b.  In Early 2023, Safe Coast's Max Boland Tried to Get Confidential Buyer Informant to Toe the Cartel's Line on Ex Vessel Prices Set by Pacific Seafood**

307.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 307 of the SAC, and accordingly denies the allegations on this basis.

308.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 308 of the SAC, and accordingly denies the allegations on this basis.

### c.    February/March 2023: In Response to Confidential Buyer Informant #1's Publicized Offer of a Higher Ex Vessel Price, Multiple Cartel Members Told Confidential Buyer Informant #1 to Lower His Ex Vessel Price

309.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 309 of the SAC, and accordingly denies the allegations on this basis.

310.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 310 of the SAC, and accordingly denies the allegations on this basis.

311.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 311 of the SAC, and accordingly denies the allegations on this basis.

### d.    April/May 2023: More Cartel Members Tell Confidential Buyer Informant to Lower His Ex Vessel Price

312.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 312 of the SAC, and accordingly denies the allegations on this basis.

313.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 313 of the SAC, and accordingly denies the allegations on this basis.

### e.    July/August 2023: Pacific Seafood Interfere in Confidential Informant's Effort to Establish a Buyer Operation in Eureka

314.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 314 of the SAC, and accordingly denies the allegations on this basis.

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

315. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 315 of the SAC, and accordingly denies the allegations on this basis.

316. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 316 of the SAC, and accordingly denies the allegations on this basis.

317. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 317 of the SAC, and accordingly denies the allegations on this basis.

### f. August 2023: Bornstein's Andrew Bornstein and Mike Shirley Offer Confidential Buyer Informant Significant Benefits if He Joins the Cartel in the up Coming Season

318. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 318 of the SAC, and accordingly denies the allegations on this basis.

319. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 319 of the SAC, and accordingly denies the allegations on this basis.

320. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 320 of the SAC, and accordingly denies the allegations on this basis.

### g. Early/Mid-December 2023: Pacific Seafood's Brett Hester Threatened Confidential Buyer Informant #1 After He Did Not Comply With Pacific Seafood's Opening Price Instruction

321. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 321 of the SAC, and accordingly denies the allegations on this basis.

322.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 322 of the SAC, and accordingly denies the allegations on this basis.

323.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 323 of the SAC, and accordingly denies the allegations on this basis.

### h. Late December 2023: Nor-Cal's Kevin Lee Again Sought to Bring Confidential Buyer Informant #1 into the Cartel

324.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 324 of the SAC, and accordingly denies the allegations on this basis.

325.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 325 of the SAC, and accordingly denies the allegations on this basis.

326.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 326 of the SAC, and accordingly denies the allegations on this basis.

327.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 327 of the SAC, and accordingly denies the allegations on this basis.

### i. December 2023/January 2024: Pacific Seafood Instructs Other Defendants Not to Do Business With Confidential Buyer Informant #1

328.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 328 of the SAC, and accordingly denies the allegations on this basis.

329.    Fishermen's Catch denies the allegations that it was instructed by Pacific Seafood not to do business with any buyer of crab, and denies that it told any buyer of crab that

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1    it was getting calls from high-level individuals at Pacific Seafood asking them not to do

2    business with any buyer of crab. Fishermen's Catch lacks knowledge or information sufficient

3    to admit or deny the remaining allegations in Paragraph 329 of the SAC, and accordingly denies

4    the allegations on this basis.

5         330.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

6    the allegations in Paragraph 330 of the SAC, and accordingly denies the allegations on this

7    basis.

8

9         **j.    Early-January 2024: Confidential Buyer Informant #1 Is
         Threatened by Cartel Members for Raising Ex Vessel Prices and
         Has Business Deals Interfered With as Punishment**

10

11        331.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

12   the allegations in Paragraph 331 of the SAC, and accordingly denies the allegations on this

13   basis.

14        332.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

15   the allegations in Paragraph 332 of the SAC, and accordingly denies the allegations on this

16   basis.

17        333.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

18   the allegations in Paragraph 333 of the SAC, and accordingly denies the allegations on this

19   basis.

20        334.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

21   the allegations in Paragraph 334 of the SAC, and accordingly denies the allegations on this

22   basis.

23        335.    Fishermen's Catch denies the allegation that Mr. Mareno called it in an effort to

24   get it to stop buying from any crab buyer. Fishermen's Catch lacks knowledge or information

25   sufficient to admit or deny the allegations in Paragraph 335 of the SAC, and accordingly denies

26   the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the

27   allegations in Paragraph 335 of the SAC.

28

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

336.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 336 of the SAC, and accordingly denies the allegations on this basis.

### k.  January 2024: Defendants Take a Series of Actions in Charleston, OR to Punish Buyer Informant #1 and Drive Him Out of Port

337.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 337 of the SAC, and accordingly denies the allegations on this basis.

338.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 338 of the SAC, and accordingly denies the allegations on this basis.

339.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 339 of the SAC, and accordingly denies the allegations on this basis.

340.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 340 of the SAC, and accordingly denies the allegations on this basis.

341.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 341 of the SAC, and accordingly denies the allegations on this basis.

342.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 342 of the SAC, and accordingly denies the allegations on this basis.

343.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 343 of the SAC, and accordingly denies the allegations on this basis.

344.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 344 of the SAC, and accordingly denies the allegations on this basis.

345.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 345 of the SAC, and accordingly denies the allegations on this basis.

346.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 346 of the SAC, and accordingly denies the allegations on this basis.

347.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 347 of the SAC, and accordingly denies the allegations on this basis.

348.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 348 of the SAC, and accordingly denies the allegations on this basis.

349.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 349 of the SAC, and accordingly denies the allegations on this basis.

350.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 350 of the SAC, and accordingly denies the allegations on this basis.

**l.    Mid/Late-January 2024: Representatives of Defendants and Other Co-Conspirators Met at San Francisco's Pier 45 and Devised a Plan to Run Confidential Buyer Informant #1 Out of Business**

351.    Fishermen's Catch denies that Peter Nguyen met with other crab buyers on or around January 20, 2024 at Pier 45 in San Francisco. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 351 of the SAC,

---

FISHERMEN'S CATCH, INC.'S ANSWER                         Case No. 3:23-cv-01098-AGT

and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 351 of the SAC.

352.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 352 of the SAC, and accordingly denies the allegations on this basis.

353.    Fishermen's Catch denies that it reneged on agreements to buy crab from a crab buyer, or stopped paying for crab that had already been delivered, after January 20, 2024. Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 353 of the SAC, and accordingly denies the allegations on this basis. Unless expressly admitted, Fishermen's Catch denies the allegations in Paragraph 353 of the SAC.

354.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 354 of the SAC, and accordingly denies the allegations on this basis.

355.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 355 of the SAC, and accordingly denies the allegations on this basis.

356.    Fishermen's Catch denies the allegations in Paragraph 356 of the SAC.

357.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 357 of the SAC, and accordingly denies the allegations on this basis.

358.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 358 of the SAC, and accordingly denies the allegations on this basis.

359.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 359 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1

2

3

360.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 360 of the SAC, and accordingly denies the allegations on this basis.

4

### 2.   Other Buyers Have Also Been Threatened by Defendants About Breaking Ranks on Price and Have Been Punished for Doing So

5

#### 1.   Early-January 2023: Nor-Cal and Unnamed Co-conspirator #1 Dropped the Ex Vessel Prices They Were Offering After Being Warned By Defendants to Toe the Line

6

7

8

9

10

361.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 361 of the SAC, and accordingly denies the allegations on this basis.

11

12

13

362.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 362 of the SAC, and accordingly denies the allegations on this basis.

14

#### 2.   Mid-January 2023: Pacific Seafood Flooded the Sell-Side Markets of Non-Compliant Buyers with Cheap Crabs

15

16

17

18

363.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 363 of the SAC, and accordingly denies the allegations on this basis.

19

20

21

364.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 364 of the SAC, and accordingly denies the allegations on this basis.

22

23

24

365.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 365 of the SAC, and accordingly denies the allegations on this basis.

25

#### c.   Late-December 2023: Pacific Seafood Sent Buyers, Including Non-Cartel Members, a Warning About Paying Over the Ex Vessel Price Set By It

26

27

28

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1    366.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

2    the allegations in Paragraph 366 of the SAC, and accordingly denies the allegations on this

3    basis.

4    367.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

5    the allegations in Paragraph 367 of the SAC, and accordingly denies the allegations on this

6    basis.

7

8            **d.**  **Pacific Seafood Uses Its Dominance in Other Areas of Seafood to
    Enforce Compliance with the Cartel's Dungeness Crab Pricing
    Dictates**

9

10    368.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

11    the allegations in Paragraph 368 of the SAC, and accordingly denies the allegations on this

     basis.
12

13    369.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

14    the allegations in Paragraph 369 of the SAC, and accordingly denies the allegations on this

     basis.
15

16            **3.**  **As a Result, When Defendants and Other Buyers Pay Ex Vessel
    Prices Above the "Fixed Price" They Seek to Hide that Fact, Which
    Doesn't Make Economic Sense Absent a Price-Fixing Agreement**
17

18    370.    Fishermen's Catch denies the allegations in Paragraph 370 of the SAC.

19    371.    Fishermen's Catch denies the allegations in Paragraph 371 of the SAC.

20    372.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

21    the allegations in Paragraph 372 of the SAC, and accordingly denies the allegations on this

22    basis.

23    373.    Fishermen's Catch denies the allegations in Paragraph 373 of the SAC.

24    374.    Fishermen's Catch denies the allegations in Paragraph 374 of the SAC.

25    375.    Fishermen's Catch denies the allegations in Paragraph 375 of the SAC.

26    376.    Fishermen's Catch denies the allegations in Paragraph 376 of the SAC.

27

28

FISHERMEN'S CATCH, INC.'S ANSWER                                    Case No. 3:23-cv-01098-AGT

1    377.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

2 the allegations in Paragraph 377 of the SAC, and accordingly denies the allegations on this

3 basis.

4    378.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

5 the allegations in Paragraph 378 of the SAC, and accordingly denies the allegations on this

6 basis.

7    379.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

8 the allegations in Paragraph 379 of the SAC, and accordingly denies the allegations on this

9 basis.

10    380.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

11 the allegations in Paragraph 380 of the SAC, and accordingly denies the allegations on this

12 basis.

13    381.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

14 the allegations in Paragraph 381 of the SAC, and accordingly denies the allegations on this

15 basis.

16    382.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

17 the allegations in Paragraph 382 of the SAC, and accordingly denies the allegations on this

18 basis.

19    383.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

20 the allegations in Paragraph 383 of the SAC, and accordingly denies the allegations on this

21 basis.

22    384.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

23 the allegations in Paragraph 384 of the SAC, and accordingly denies the allegations on this

24 basis.

25    385.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny

26 the allegations in Paragraph 385 of the SAC, and accordingly denies the allegations on this

27 basis.

28

386.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 386 of the SAC, and accordingly denies the allegations on this basis.

387.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 387 of the SAC, and accordingly denies the allegations on this basis.

388.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 388 of the SAC, and accordingly denies the allegations on this basis.

389.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 389 of the SAC, and accordingly denies the allegations on this basis.

390.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 390 of the SAC, and accordingly denies the allegations on this basis.

391.    Fishermen's Catch denies the allegations in Paragraph 391 of the SAC.

392.    Fishermen's Catch denies the allegations in Paragraph 392 of the SAC.

393.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 393 of the SAC, and accordingly denies the allegations on this basis.

394.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 394 of the SAC, and accordingly denies the allegations on this basis.

395.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 395 of the SAC, and accordingly denies the allegations on this basis.

**G.  Defendants Aggressively Coerce Compliance by Each Other by and by Other Buyers with the Agreed Upon Pricing**

396.    Fishermen's Catch denies the allegations in Paragraph 396 of the SAC.

397.    Fishermen's Catch denies the allegations in Paragraph 397 of the SAC.

398.    Fishermen's Catch denies the allegations in Paragraph 398 of the SAC.

399.    Fishermen's Catch denies the allegations in Paragraph 399 of the SAC.

## 1.  **Pacific Seafood**

400.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 400 of the SAC, and accordingly denies the allegations on this basis.

401.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 401 of the SAC, and accordingly denies the allegations on this basis.

402.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 402 of the SAC, and accordingly denies the allegations on this basis.

403.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 403 of the SAC, and accordingly denies the allegations on this basis.

404.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 404 of the SAC, and accordingly denies the allegations on this basis.

## 2.  **Hallmark**

405.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 405 of the SAC, and accordingly denies the allegations on this basis.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

406.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 406 of the SAC, and accordingly denies the allegations on this basis.

407.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 407 of the SAC, and accordingly denies the allegations on this basis.

408.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 408 of the SAC, and accordingly denies the allegations on this basis.

409.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 409 of the SAC, and accordingly denies the allegations on this basis.

410.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 410 of the SAC, and accordingly denies the allegations on this basis.

411.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 411 of the SAC, and accordingly denies the allegations on this basis.

412.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 412 of the SAC, and accordingly denies the allegations on this basis.

413.     Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 413 of the SAC, and accordingly denies the allegations on this basis.

### 3.  **Hallmark**

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

414.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 414 of the SAC, and accordingly denies the allegations on this basis.

415.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 415 of the SAC, and accordingly denies the allegations on this basis.

### III.    Buyers Who Are Not Part of the Cartel, Nonetheless, Generally Obey Its Pricing Dictates in Order to Avoid Retaliatory Actions by Defendants

416.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 416 of the SAC, and accordingly denies the allegations on this basis.

417.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 417 of the SAC, and accordingly denies the allegations on this basis.

418.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 418 of the SAC, and accordingly denies the allegations on this basis.

419.    Fishermen's Catch lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 419 of the SAC, and accordingly denies the allegations on this basis.

### ANTITRUST INJURY

420.    Fishermen's Catch denies the allegations in Paragraph 420 of the SAC.

421.    Fishermen's Catch denies the allegations in Paragraph 421 of the SAC.

422.    Fishermen's Catch denies the allegations in Paragraph 422 of the SAC.

423.    Fishermen's Catch denies the allegations in Paragraph 423 of the SAC.

424.    Fishermen's Catch denies the allegations in Paragraph 424 of the SAC.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1

**CLASS ACTION ALLEGATIONS**

2      425.    The allegations in Paragraph 425 of the SAC are legal conclusions, and thus no

3  response is required. To the extent a response is required, Fishermen's Catch denies the

4  allegations in Paragraph 425 of the SAC.

5      426.    The allegations in Paragraph 426 of the SAC are legal conclusions, and thus no

6  response is required. To the extent a response is required, Fishermen's Catch denies the

7  allegations in Paragraph 426 of the SAC.

8      427.    The allegations in Paragraph 427 of the SAC are legal conclusions, and thus no

9  response is required. To the extent a response is required, Fishermen's Catch admits that the

10  SAC excludes certain individuals and entities from the proposed Classes. Unless expressly

11  admitted, Fishermen's Catch denies the allegations in Paragraph 427 of the SAC.

12      428.    The allegations in Paragraph 428 of the SAC are legal conclusions, and thus no

13  response is required. To the extent a response is required, Fishermen's Catch denies the

14  allegations in Paragraph 428 of the SAC.

15      429.    The allegations in Paragraph 429 of the SAC are legal conclusions, and thus no

16  response is required. To the extent a response is required, Fishermen's Catch denies the

17  allegations in Paragraph 429 of the SAC.

18      430.    The allegations in Paragraph 430 of the SAC are legal conclusions, and thus no

19  response is required. To the extent a response is required, Fishermen's Catch denies the

20  allegations in Paragraph 430 of the SAC.

21      431.    The allegations in Paragraph 431 of the SAC are legal conclusions, and thus no

22  response is required. To the extent a response is required, Fishermen's Catch denies the

23  allegations in Paragraph 431 of the SAC.

24      432.    The allegations in Paragraph 432 of the SAC are legal conclusions, and thus no

25  response is required. To the extent a response is required, Fishermen's Catch denies the

26  allegations in Paragraph 432 of the SAC.

27

28

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

433.     The allegations in Paragraph 433 of the SAC are legal conclusions, and thus no response is required. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 433 of the SAC.

434.     The allegations in Paragraph 434 of the SAC are legal conclusions, and thus no response is required. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 434 of the SAC.

435.     The allegations in Paragraph 435 of the SAC are legal conclusions, and thus no response is required. To the extent a response is required, Fishermen's Catch denies the allegations in Paragraph 435 of the SAC.

## DELAYED DISCOVERY/FRAUDULENT CONCEALMENT

436.     Fishermen's Catch denies the allegations in Paragraph 436 of the SAC.

437.     Fishermen's Catch denies the allegations in Paragraph 437 of the SAC.

438.     Fishermen's Catch denies the allegations in Paragraph 438 of the SAC.

439.     Fishermen's Catch denies the allegations in Paragraph 439 of the SAC.

440.     Fishermen's Catch denies the allegations in Paragraph 440 of the SAC.

441.     Fishermen's Catch denies the allegations in Paragraph 441 of the SAC.

442.     Fishermen's Catch denies the allegations in Paragraph 442 of the SAC.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

**Unlawful Agreements in Restraint of Trade in Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1**

**(Against All Defendants on Behalf of Plaintiffs and the Sherman Act Class)**

443.     Fishermen's Catch incorporates its responses to each Paragraph as if fully herein.

444.     Fishermen's Catch denies the allegations in Paragraph 444 of the SAC.

445.     Fishermen's Catch denies the allegations in Paragraph 445 of the SAC.

446.     Fishermen's Catch denies the allegations in Paragraph 446 of the SAC.

447.    Fishermen's Catch denies the allegations in Paragraph 447 of the SAC.

448.    Fishermen's Catch denies the allegations in Paragraph 448 of the SAC.

449.    Fishermen's Catch denies the allegations in Paragraph 449 of the SAC.

450.    Fishermen's Catch denies the allegations in Paragraph 450 of the SAC.

451.    Fishermen's Catch denies the allegations in Paragraph 451 of the SAC.

452.    Fishermen's Catch denies the allegations in Paragraph 452 of the SAC.


## SECOND CAUSE OF ACTION

**Combination in Restraint of Trade in Violation of the California Cartwright Act, Cal. Bus. and Prof. Code Sections 16720, et seq.**

**(Against All Defendants on Behalf of Plaintiffs and the California Class)**

453.    Fishermen's Catch incorporates its responses to each Paragraph as if fully herein.

454.    Fishermen's Catch denies the allegations in Paragraph 454 of the SAC.

455.    Fishermen's Catch denies the allegations in Paragraph 455 of the SAC.

456.    Fishermen's Catch denies the allegations in Paragraph 456 of the SAC.

457.    Fishermen's Catch denies the allegations in Paragraph 457 of the SAC.

458.    Fishermen's Catch denies the allegations in Paragraph 458 of the SAC.


## THIRD CAUSE OF ACTION

**Violation of the California Unfair Competition Law, Cal. Bus and Prof. Code § 17200, et seq.**

**(Against All Defendants on Behalf of Plaintiff Little and the California Class)**

459.    Fishermen's Catch incorporates its responses to each Paragraph as if fully herein.

460.    Fishermen's Catch denies the allegations in Paragraph 460 of the SAC.

461.    Fishermen's Catch denies the allegations in Paragraph 461 of the SAC.

462.    Fishermen's Catch denies the allegations in Paragraph 462 of the SAC.

463.    Fishermen's Catch denies the allegations in Paragraph 463 of the SAC.

464.    Fishermen's Catch denies the allegations in Paragraph 464 of the SAC.

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1

2                          **FOURTH CAUSE OF ACTION**

3                   **For Declaratory Relief Under 28 U.S.C. § 2201**

4              **(Against All Defendants on Behalf of Plaintiff and All Classes)**

5          465.    Fishermen's Catch incorporates its responses to each Paragraph as if fully herein.

6          466.    Fishermen's Catch denies the allegations in Paragraph 466 of the SAC.

7

8

9                      **ANSWER TO PRAYER FOR RELIEF**

10         Fishermen's Catch denies that Plaintiffs are entitled to certification of any class,

11   declaratory judgment, damages of any kind, injunctive relief of any kind, or any of the other

12   relief they purport to seek and accordingly, Fishermen's Catch denies each and every factual

13   allegation contained in Plaintiffs' Prayer for Relief.  Fishermen's Catch admits that Plaintiffs

14   request "trial by jury for all matters so triable."

15                     **SEPARATE AND ADDITIONAL DEFENSES**

16         Without assuming any burden of proof that it would not otherwise bear, Fishermen's

17   Catch also asserts the following separate and additional defenses:

18

19                              **FIRST DEFENSE**

20                            **(Lack of Standing)**

21         Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not

22   sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the

23   SAC because Plaintiffs did not sell Dungeness crab ex vessel to Fishermen's Catch within the

24   limitations period. Claims of putative class members also fail for lack of standing.  Fishermen's

25   Catch reserves the right to challenge the standing of each putative class member.

26

27                             **SECOND DEFENSE**

28                          **(Failure to State a Claim)**

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

1    Plaintiffs' claims fail to state a claim upon which relief can be granted.

2

3    **THIRD DEFENSE**

4    **(State Action Doctrine)**

5    Plaintiffs' claims are barred, in whole or in part, by immunity granted directly by state

6    law or by the state action doctrine, *see Parker v. Brown*, 317 U.S. 341 (1943).

7

8    **FOURTH DEFENSE**

9    **(First Amendment and Noerr-Pennington Doctrine)**

10   The claims of the Plaintiffs are barred, in whole or in part, insofar as they challenge the exercise

11   of rights protected by the First Amendment of the United States Constitution and by the *Noerr-*

12   *Pennington* doctrine.

13

14   **FIFTH DEFENSE**

15   **(Justified and/or Pro-Competitive Conduct)**

16   Plaintiffs' claims are barred, in whole or in part, because all of Fishermen's Catch's conduct

17   challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by law, justified,

18   and pro-competitive; it constituted a bona fide business practice consistent with industry

19   practices and was carried out in furtherance of legitimate business interests; and it was a part of

20   Fishermen Catch's lawful business operations.

21

22   **SIXTH DEFENSE**

23   **(Statute(s) of Limitations)**

24   Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

25

26   **SEVENTH DEFENSE**

27   **(Laches/Waiver/Estoppel)**

28

1    Plaintiffs' claims are barred, in whole or in part, by the doctrines of laches, waiver,

2  and/or estoppel.

3

4                                    **EIGHTH DEFENSE**

5                                    **(Unclean Hands)**

6    Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

7

8                                    **NINTH DEFENSE**

9                              **(Lack of Damages/Mitigation)**

10   Plaintiffs have no damages or have failed to mitigate damages, if any.

11

12                                   **TENTH DEFENSE**

13   **(Independent, Unforeseeable, Superseding, and/or Intervening Cause(s))**

14   Plaintiffs' claims are barred, in whole or in part, because the injuries, damages, and

15  losses alleged in the SAC, none being admitted, may have resulted, at least in part, from

16  independent, unforeseeable, superseding, and/or intervening causes including, but not limited to,

17  independent market forces and actions by or decision made by other individuals or entities not

18  party to this lawsuit.

19

20                                  **ELEVENTH DEFENSE**

21             **(Failure to State a Claim for Certification of a Class)**

22   Plaintiffs' class action allegations are vague, overbroad, and otherwise fail to state a

23  claim for class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure.

24

25                                   **TWELFTH DEFENSE**

26             **(Constitutional Right to Separate Trials)**

27

28

---

FISHERMEN'S CATCH, INC.'S ANSWER                    Case No. 3:23-cv-01098-AGT

The class action claims are barred, in whole or in part, to the extent that certification of this action as a class action would violate Fishermen's Catch's constitutional right to separate trials and/or to assert separate defenses for each claim by each putative class member.

**THIRTEENTH DEFENSE**

**(Due Process)**

The class action claims are barred, in whole or in part, to the extent that they seek to deprive Fishermen's Catch's of procedural and substantive safeguards, including, but not limited to, traditional defenses to liability, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution.  This includes that, to the extent Plaintiffs and the proposed class seek relief on behalf of purported class members who have not suffered any injury or damages, the SAC and each of its claims for relief therein violate Fishermen's Catch's rights to due process under the United States Constitution.

**FOURTEENTH DEFENSE**

**(Acquiescence)**

Plaintiffs' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade alleged in the SAC.

**FIFTEENTH DEFENSE**

**(Duplicative Recovery)**

Plaintiffs' claims are barred in whole or in part to the extent that they seek or would recover double or duplicative recovery.

**SIXTEENTH DEFENSE**

**(Setoff)**

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-

settling Defendants' right to set off any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

**Reservations**

Fishermen's Catch adopts and incorporates by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to Fishermen's Catch. Fishermen's Catch further reserves the right to amend this Answer for the purpose of asserting any such additional affirmative defenses. Fishermen's Catch further reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

## PRAYER FOR RELIEF

Wherefore, Defendant Fishermen's Catch, Inc. prays for judgment as follows:

1.      That Plaintiffs and the proposed class take nothing by reason of the Amended Complaint, that judgment be rendered in favor of Defendant;

2.      That Defendant be awarded its costs of suit incurred in defense of this action; and

3.      For such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendant Fishermen's Catch, Inc. hereby demands a trial by jury for all claims so triable.

Dated: February 21, 2025                    MCLELLAN LAW GROUP, LLP

                                            */s/Steven D. McLellan*
                                            Steven D. McLellan (SBN 311395)
                                            Claire A. Melehani (SBN 324763)
                                            MCLELLAN LAW GROUP, LLP
                                            *Counsel for Defendant,*
                                            *Fishermen's Catch, Inc.*