W. Scott Cameron, State Bar No. 229828
Josiah M. Prendergast, State Bar No. 292840
Carly M. Moran, State Bar No. 333661
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916.558.6000
Facsimile:    916.446.1611
Email: SCameron@weintraub.com
          JPrendergast@weintraub.com
          CMoran@weintraub.com

*Attorneys for Defendants*
*California Shellfish Company, Inc. and*
*Robert Bugatto Enterprises*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD EUREKA, LLC; PACIFIC SEAFOOD CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC, PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT, LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; | Case No. 3:23-cv-01098-AGT<br><br>**DEFENDANTS CALIFORNIA SHELLFISH COMPANY, INC. AND ROBERT BUGATTO ENTERPRISES' ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Judge:    The Honorable Alex G. Tse |

*Sidebar (rotated):* **weintraub** **tobin** chediak coleman grodin
law corporation

1  ALASKA ICE SEAFOODS, INC.; LONG
   FISHERIES, INC.; CAITO FISHERIES, INC.;
2  CATIO FISHERIES, LLC; SOUTHWIND
   FOODS, LLC; FISHERMEN'S CATCH, INC.;
3  GLOBAL QUALITY FOODS, INC.; GLOBAL
   QUALITY SEAFOOD LLC; OCEAN KING
4  FISH, INC.; SOUTH BEND PRODUCTS LLC;
   SWANES SEAFOOD HOLDING COMPANY
5  LLC; BORNSTEIN SEAFOODS, INC.;
   ASTORIA PACIFIC SEAFOODS, LLC; and
6  DOES 29-60,

7              Defendants.

8

9

10        Defendants California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc.

11  (collectively, "Hallmark") hereby answer the Second Amended Class Action Complaint, dated

12  February 7, 2025 (Dkt. 255) ("Second Amended Complaint") filed by Plaintiffs Brand Little and

13  Robin Burns, individually and on Behalf of all Others Similarly Situated ("Plaintiffs").

14        Any allegation not explicitly admitted is denied. By admitting that the Amended Complaint

15  purports to characterize or quote particular documents, Hallmark does not admit the truth of any

16  assertion in the referenced document.

17        Moreover, headings, footnotes, screenshots or other images, charts, graphs, and figures

18  contained within the Amended Complaint are not substantive allegations to which an answer is

19  required. Any allegations contained therein do not comply with Federal Rule of Civil Procedure

20  10(b), providing that allegations be stated "in numbered paragraphs, each limited as far as practicable

21  to a single set of circumstances." To the extent headings are deemed to be substantive allegations to

22  which an answer is required, Hallmark denies the allegations. To the extent footnotes, screenshots or

23  other images, charts, graphs, or figures in the Amended Complaint are deemed to be substantive

24  allegations, then the response to the paragraph in which the footnote or figure is found is Hallmark's

25  response to the footnote, chart, graph or figure as well.

26        Hallmark by and for its Answer and Affirmative Defenses to Plaintiffs' Second Amended

27  Complaint states and alleges as follows:

28

**INTRODUCTION**

1.     Hallmark admits that: there currently are more than 1,000 independent commercial crabbers who are licensed to land Dungeness crab in California, coastal Washington, including Puget Sound, and Oregon; that Plaintiff Brand Little is a crabber; and that Plaintiff Robin Burns was married to a crabber, Kenny Burns.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

2.     Hallmark admits that the Dungeness crab fishery has become an important fishery for Pacific Northwest commercial fishers.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

3.     Hallmark admits that the "ex vessel price" means the price off the boat.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

4.     Hallmark denies the allegations in this Paragraph.

5.     Hallmark denies the allegations in this Paragraph.

6.     Hallmark denies the allegations in this Paragraph.

7.     Hallmark denies the allegations in this Paragraph.

8.     Hallmark denies the allegations in this Paragraph and each of its subparagraphs.

9.     Hallmark lacks knowledge or information sufficient to admit or deny allegations regarding the basis for Plaintiffs' assertions, and accordingly denies the allegations in this Paragraph pertaining to Plaintiffs' basis for the Second Amended Complaint.  Hallmark denies the remaining allegations in this Paragraph.

10.     The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

11.     Hallmark denies the allegations in this Paragraph, and specifically denies that Hallmark engaged in any illegal conduct, that Plaintiffs have been injured, and that Plaintiffs are entitled to any compensation or injunctive relief whatsoever.

weintraub **tobin** chediak coleman grodin
law corporation

**PARTIES**

**I.    Plaintiffs**

12.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Unnamed co-Conspirator #1" and "Unnamed co-Conspirator #2," and for other reasons, and accordingly denies the allegations on this basis.  Hallmark denies that Hallmark engaged in any unlawful conduct and lacks knowledge or information sufficient to admit or deny the allegation that Plaintiff Little "was made the subject of a group boycott by Pacific Seafood." Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

13.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.  Hallmark denies that Hallmark engaged in any unlawful conduct. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

**II.    Defendants**

**A.    Pacific Seafood Defendants**

14.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2      21.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4      22.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6      23.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8      24.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10      25.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      26.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14      27.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16      28.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18      29.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

19  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20      30.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

21  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22      31.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

23  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

24      32.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

25  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

26      33.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

27  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

28      34.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub tobin chediak coleman grodin
law corporation

1  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2      35.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4      36.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6      37.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8      38.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10      39.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      **B.    Safe Coast Defendants**

13      40.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

14  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15      41.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

16  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17      42.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19      43.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21      44.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23      45.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25      46.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27      47.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin** chediak coleman grodin
law corporation

48.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

49.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

50.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

51.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

52.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**C.      Ocean Gold Defendant**

53.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

54.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

55.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

56.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

57.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

58.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub **tobin** chediak coleman grodin
law corporation

**D.    Nor-Cal Defendants**

59.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

60.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

61.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

62.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

63.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

64.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

65.    Hallmark denies that it recommended to Kevin Lee that he sell Nor-Cal "to evade liability from the instant lawsuit."  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

66.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**E.    ASE Defendant**

67.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

68.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

69.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

70.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

71.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**F.    Hallmark Defendants**

72.     Hallmark admits the allegations in this paragraph.

73.     Hallmark admits the allegations in this paragraph.

74.     Hallmark admits the allegations in the first and second sentences of this paragraph. Hallmark denies the remaining allegations in this paragraph.

75.     Hallmark admits that Scott Adams is Hallmark's principal representative in the Oregon ex vessel Dungeness crab market.  Hallmark denies the remaining allegations in this paragraph, and avers that Crystal Adams is no longer an employee of Hallmark, and is currently an employee of the State of Oregon.

76.     Hallmark admits that California Shellfish made ex vessel purchases of crab in Charleston, Newport, Brookings, Port Oxford, and Winchester Bay Oregon through Hallmark Fisheries.  Hallmark denies that Robert Bugatto Enterprises made any ex vessel purchases of crab in any of the listed ports.  Hallmark denies the remaining allegations in this paragraph.

77.     Hallmark admits that California Shellfish made ex vessel purchases of crab in Astoria, Oregon through Point Adams Packing Co. – Hammond.  Hallmark denies that Robert Bugatto Enterprises made any ex vessel purchases of crab in Astoria, Oregon.  Hallmark denies the remaining allegations in this paragraph.

78.     Hallmark admits that Robert Bugatto Enterprises, Inc. made ex vessel purchases of Dungeness crab in Bodega Bay, California.  Hallmark denies the remaining allegations in this paragraph.

79.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark denies the allegations in this paragraph.

**G.    Fathom Defendants**

80.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

81.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

82.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

83.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

84.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

85.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

86.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

87.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

88.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**H.    Caito Defendants**

89.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

90.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

91.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

92.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

93.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

94.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

95.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

96.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**I.     Fisherman's Catch Defendant**

97.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

98.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

99.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

100.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

101.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**J.     Global Quality Defendants**

102.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

103.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

104.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

105.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

106.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

107.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

108.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**K.    Ocean King Defendant**

109.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

110.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

111.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

112.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

113.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**L.**    **Bornstein Defendants**

114.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

115.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

116.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

117.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

118.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

119.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

120.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**M.**    **Doe Defendants**

121.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

**III.    Agents and Co-Conspirators**

122.    Hallmark denies the allegations in this paragraph.

123.    Hallmark denies the allegations in this paragraph.

124.    Hallmark denies the allegations in this paragraph.

125.    Hallmark denies the allegations in this paragraph.

126.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

127.    The allegations in this Paragraph contain legal conclusions to which no response is

1   required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

2   128.    The allegations in this Paragraph contain legal conclusions to which no response is

3   required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

4   129.    Hallmark denies the allegations in this paragraph.

5   130.    Hallmark denies the allegations in this paragraph.

6   **JURISDICTION, VENUE, AND COMMERCE**

7   131.    The allegations in this Paragraph contain legal conclusions to which no response is

8   required.  To the extent a response is required, Hallmark admits that the Court has subject matter

9   jurisdiction to the extent Plaintiffs have suffered any injury or an injury cognizable under Article III

10  of the United States Constitution.

11  132.    The allegations in this Paragraph contain legal conclusions to which no response is

12  required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph,

13  including that Plaintiffs suffered antitrust injury.

14  133.    The allegations in this Paragraph contain legal conclusions to which no response is

15  required.  To the extent a response is required, Hallmark admits that venue in this District is

16  appropriate.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

17  134.    Hallmark denies the allegations in this paragraph.

18  135.    Hallmark denies the allegations in this paragraph.

19  **INTRADISTRICT ASSIGNMENT**

20  136.    The allegations in this Paragraph contain legal conclusions to which no response is

21  required.  To the extent a response is required, Hallmark admits that assignment of this case to the

22  San Francisco Division of the United States District Court for the Northern District of California is

23  proper.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

24  **FACTUAL ALLEGATIONS**

25  **I.    Pacific NW Area Ex Vessel Dungeness Crab Industry**

26  137.    Hallmark admits that Dungeness crab is a species of shellfish found in the Pacific

27  Ocean and fished for human consumption.  Unless expressly admitted, Hallmark denies the

28  allegations in this Paragraph.

weintraub **tobin** chediak coleman grodin
law corporation

138.    Hallmark admits that: Dungeness crab is enjoyed fresh by consumers along the West Coast, including during holidays, and that a portion of the catch is also exported live to Asian markets, particularly China, but also Korea, Vietnam and other countries.    Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

139.    The first sentence of this Paragraph purports to refer to the requirements for obtaining a commercial Dungeness crab fishing permit, and no response is required because each state's permitting requirements for commercial Dungeness crab fishing speak for themselves.    To the extent a response is required, Hallmark admits that: commercial Dungeness crab fishing requires a permit, known in California as a "registration," which is tied to a specific vessel; the Dungeness crab fishery is what is known as a "derby" fishery because there are no quotas and crabbers are permitted to catch as many Dungeness crabs as possible during the season.    Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

140.    Hallmark admits that unless delayed the season for commercial crab fishing in California's District 10 could start on November 15. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

141.    Hallmark denies the allegations in this paragraph.

142.    Hallmark admits the allegations in this paragraph.

143.    Hallmark admits that ex vessel buyers of Dungeness crab for resale are required to hold a receiver license issued by the state in which they make ex vessel purchases.    Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

144.    Hallmark admits that Hallmark and other buyers resell Dungeness crab either live, fresh cooked, in sections, frozen, or canned.    Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

145.    Hallmark admits that during the 2023/24 season more than 55,650,000 lbs. of Dungeness crab was purchased in the Pacific NW area by more 239 licensed fish buyers, for a total reported price of more than $207 million.    Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

146.    Hallmark denies the allegations in this paragraph.

weintraub tobin chediak coleman grodin
law corporation

147.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly denies the allegations in this Paragraph on this basis.

148.    Hallmark admits that Bornstein, Caito, Hallmark, Ocean Gold, Pacific Seafood, and Safe Coast are members of the West Coast Seafood Processors Association ("WCSPA") and that WCSPA is a seafood industry trade association whose members operate in Washington, Oregon and California.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

149.    Hallmark denies the allegations in this paragraph.

150.    Hallmark denies the allegations in this paragraph.

151.    Hallmark denies the allegations in this paragraph.

**II.    Defendants' Price-Fixing Cartel**

    **A.    Defendants' Cartel Arose Out of a Marked Increase in Dungeness Ex Vessel Prices Being Paid to Crabbers in the Pacific NW Area that Started in 2006/2007 Season and Continued Through the 2014/15 Season**

152.    Hallmark denies the allegations in this paragraph.

153.    Hallmark denies the allegations in this paragraph.

154.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

155.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

156.    Hallmark denies the allegations in this paragraph.

157.    Hallmark denies the allegations in this paragraph.

158.    Hallmark denies the allegations in this paragraph.

159.    Hallmark denies the allegations in this paragraph.

160.    Hallmark admits that there are crab buyers that lack a processing operations or a physical presence in some ports, use independent hoists to offload the crab they purchase, and transport the crab using refrigerated vans. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

161.    Hallmark admits only that independent hoist operators are often compensated based

weintraub **tobin** chediak coleman grodin
law corporation

on the weight of the crab being offloaded.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

162.    Hallmark admits that the ex vessel price received by a crabber for a load of crab can soon be widely known among other fisherman who may then use that information to negotiate with the same or different buyers to purchase their catches. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

163.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

164.    Hallmark denies the allegations in this paragraph.

165.    Hallmark denies that it entered into any unlawful agreement with other ex vessel buyers.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

166.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

167.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

168.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

169.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

170.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

171.    Hallmark denies the allegations in this paragraph.

172.    Hallmark denies the allegations in this paragraph.

**B.**    **Defendants Have Agreed to Allow Pacific Seafood to Set the Opening Price, which Has Resulted in Delayed Opening and a Lower Opening Price, which Is the Price at which a Large Portion of the Season's Catch Is Traditionally Sold and Which Sets the Baseline Price for the Remainder of the Season**

173.    Hallmark denies the allegations in this paragraph.

174.    Hallmark denies the allegations in this paragraph.

175.    Hallmark denies the allegations in this paragraph.

176.    Hallmark denies the allegations in this paragraph.

177.    Hallmark denies the allegations in this paragraph.

### 1.    2019/20 Pacific NW Area Dungeness Crab Season

178.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

179.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

180.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

181.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

182.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

183.    Hallmark denies the allegations in this paragraph.

### 2.    2020/21 Pacific NW Area Dungeness Crab Season

184.    Hallmark denies the allegations in this paragraph.

185.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

186.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

187.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

188.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

189.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

Answer to Second Amended Complaint

weintraub **tobin** chediak coleman grodin
law corporation

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

190.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

191.    Hallmark denies the allegations in this paragraph.

192.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**3.    2021/22 Pacific NW Area Dungeness Crab Season**

193.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

194.    Hallmark denies the allegations in this paragraph.

195.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

196.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

197.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**4.    2022/23 Pacific NW Area Dungeness Crab Season**

198.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

199.    Hallmark denies the allegations in this paragraph.

200.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

201.    Hallmark denies the allegations in this paragraph.

202.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

203.    Hallmark denies the allegations in the first sentence of this Paragraph.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

204.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

205.    Hallmark denies the allegations in this paragraph.

206.    The California Department of Fish and Wildlife's announcement reference in the first sentence of this Paragraph speaks for itself and does not require a response.  Hallmark admits that the California Department of Fish and Wildlife announced that the Dungeness crab season for California ports would open on December 31, 2022.  Hallmark denies the allegations in the final sentence in this Paragraph.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

207.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

208.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

209.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

210.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

211.    Hallmark denies the allegation of the existence of any cartel or price fixing agreement. Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

212.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

213.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

214.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

215.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

216.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2    217.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4    218.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6    219.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8    220.    Hallmark denies the allegations in this paragraph.

9    **5.    2023/24 Pacific NW Area Dungeness Crab Season**

10    221.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12    222.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14    223.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16    224.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18    225.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

19    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20    226.    Hallmark admits only that Scott Adams attended the "2023 Dungeness Crab Price

21    Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel

22    & Marina, in Newport, Oregon, on December 10 and 11, 2023.  Unless expressly admitted, Hallmark

23    denies the allegations in this Paragraph.

24    227.    Hallmark admits only that Scott Adams attended the "2023 Dungeness Crab Price

25    Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel

26    & Marina, in Newport, Oregon, on December 10 and 11, 2023.  Unless expressly admitted, Hallmark

27    denies the allegations in this Paragraph.

28    228.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2        229.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4        **C.**    **After the Opening, Defendants Closely Coordinate With One Another on Ex**

5    **Vessel Prices**

6        230.    Hallmark denies the allegations in this paragraph.

7        231.    Hallmark denies the allegations in this paragraph.

8        232.    Hallmark denies the allegations in this paragraph.

9        233.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

10   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

11       234.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

12   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

13       235.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

14   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15       236.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

16   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17       237.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19       238.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21       239.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23       240.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25       241.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27       242.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin** chediak coleman grodin
law corporation

243.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

244.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

245.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

246.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

247.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

248.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

249.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

250.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

251.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

252.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

253.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

254.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

255.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

256.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

257.    Hallmark denies the allegations in this paragraph.

258.    Hallmark denies the allegations in this paragraph.

259.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**D.    Defendants Have Consolidated Their Control of the Pacific NW Area Ex Vessel Dungeness Crab Market by Purchasing and in Many Cases Shutting Down Erstwhile Competitors, Entering Into Exclusivity Arrangements with Port Operators, and Limiting Non-Cartel Members' Access to Hoists**

**1.    Pacific Seafood**

260.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

261.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

262.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

263.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

264.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

265.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

266.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

267.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

268.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

269.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub **tobin** chediak coleman grodin
law corporation

270.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

271.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

272.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

273.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**2.     Ilwaco Landing Fishermen**

274.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

275.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

276.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

277.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**3.     Trinidad**

278.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

279.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

280.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

281.     Hallmark admits only that it had access to crab landed in Trinidad until approximately eight to ten years ago.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

weintraub tobin chediak coleman grodin
law corporation

**4.      Eureka**

282.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

283.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

284.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

285.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

286.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**E.      To Eliminate Price Pressure Formerly Created by Out of Port Buyers, Defendants Have Agreed to Buy and Sell "Out the Back Door"**

287.    Hallmark denies the allegations in this paragraph.

288.    Hallmark denies the allegations in this paragraph.

**1.      South Bend**

289.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

290.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**2.      Caito**

291.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

292.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

293.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**3.      San Francisco**

**weintraub tobin** chediak coleman grodin
law corporation

294.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

295.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### 4. Crescent City

296.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

297.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

298.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

299.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**F.    Defendants Aggressively Coerce Compliance by Each Other by and by Other Buyers with the Agreed Upon Pricing**

**1.    During the 2022/23 and 2023/24 Seasons, a New Buyer Sought to Capture Market Share by Offering Higher Prices; Defendants Sought to Bring Him into the Cartel and When This Failed Inflicted Repeated Punishments**

300.    Hallmark denies the allegations in this paragraph.

301.    Hallmark denies the allegations in this paragraph.

**a.    January 2023: Nor-Cal's Kevin Lee and Pacific Seafood's Frank Dulcich Solicited Confidential Buyer Informant #1 to Participate in Cartel, Then Punished him When He Refused**

302.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

303.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

304.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin chediak coleman grodin**
law corporation

1    305.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

2    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

3    306.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

4    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**b.** **In Early 2023, Safe Coast's Max Boland Tried to Get Confidential Buyer Informant to Toe the Cartel's Line on Ex Vessel Prices Set by Pacific Seafood**

7    307.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

8    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

9    308.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

10    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**c.** **February/March 2023: In Response to Confidential Buyer Informant #1's Publicized Offer of a Higher Ex Vessel Price, Multiple Cartel Members Told Confidential Buyer Informant #1 to Lower His Ex Vessel Price**

14    309.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16    310.    Hallmark denies the allegations in this paragraph.

17    311.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**d.** **April/May 2023: More Cartel Members Tell Confidential Buyer Informant to Lower His Ex Vessel Price**

21    312.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23    313.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**e.** **July/August 2023: Pacific Seafood Interfere in Confidential Informant's Effort to Establish a Buyer Operation in Eureka**

27    314.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

*weintraub* **tobin** chediak coleman grodin
law corporation

315.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

316.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

317.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**f.      August 2023: Bornstein's Andrew Bornstein and Mike Shirley Offer Confidential Buyer Informant Significant Benefits if He Joins the Cartel in the up Coming Season**

318.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

319.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

320.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**g.      Early/Mid-December 2023: Pacific Seafood's Brett Hester Threatened Confidential Buyer Informant #1 After He Did Not Comply With Pacific Seafood's Opening Price Instruction**

321.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

322.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

323.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**h.      Late December 2023: Nor-Cal's Kevin Lee Again Sought to Bring Confidential Buyer Informant #1 into the Cartel**

324.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

325.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

326.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

327.    Hallmark denies the allegation that it was matching ex vessel prices and taking care of Nor-Cal.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

<p style="text-align:center"><strong>i.    December 2023/January 2024: Pacific Seafood Instructs Other Defendants Not to Do Business With Confidential Buyer Informant #1</strong></p>

328.    Hallmark denies the allegation that a cartel was dictating ex vessel prices.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

329.    Hallmark denies the allegations in this paragraph.

330.    Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly denies the remaining allegations in this Paragraph on this basis.

<p style="text-align:center"><strong>j.    Early-January 2024: Confidential Buyer Informant #1 Is Threatened by Cartel Members for Raising Ex Vessel Prices and Has Business Deals Interfered With as Punishment</strong></p>

331.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

332.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

333.    Hallmark denies the allegations in this paragraph that Hallmark was angry about ex vessel prices.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

334.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

335.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

336.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

        **k.**       <u>**January 2024: Defendants Take a Series of Actions in  Charleston, OR to Punish Buyer Informant #1 and Drive Him  Out of Port**</u>

337.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

338.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

339.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

340.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

341.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

342.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

343.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

344.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

345.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

346.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

347.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

348.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

349.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

350.    Hallmark admits only that it purchases crab in Charleston, Oregon.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

      1.    **Mid/Late-January 2024: Representatives of Defendants and  Other Co-Conspirators Met at San Francisco's Pier 45 and  Devised a Plan to Run Confidential Buyer Informant #1 Out of Business**

351.    Hallmark denies the allegations in this paragraph.

352.    Hallmark denies the allegations in this paragraph that Hallmark was upset about ex vessel prices.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

353.    Hallmark denies the allegations in this paragraph.

354.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

355.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

356.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

357.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

358.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

359.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

360.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2        **2.    Other Buyers Have Also Been Threatened by Defendants About Breaking Ranks on Price and Have Been Punished for Doing So**

3

4        **a.    Early-January 2023: Nor-Cal and Unnamed Co-conspirator #1 Dropped the Ex Vessel Prices They Were Offering After Being Warned By Defendants to Toe the Line**

5

6    361.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8    362.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10        **b.    Mid-January 2023: Pacific Seafood Flooded the Sell-Side Markets of Non-Compliant Buyers with Cheap Crabs**

11

12    363.    Hallmark denies the allegations in this paragraph.

13    364.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

14    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15    365.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

16    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17        **c.    Late-December 2023: Pacific Seafood Sent Buyers, Including Non-Cartel Members, a Warning About Paying Over the Ex Vessel Price Set By It**

18

19    366.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21    367.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23        **d.    Pacific Seafood Uses Its Dominance in Other Areas of Seafood to Enforce Compliance with the Cartel's Dungeness Crab Pricing Dictates**

24

25    368.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27    369.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub **tobin** chediak coleman grodin
law corporation

1

2

**3.    As a Result, When Defendants and Other Buyers Pay Ex Vessel Prices Above the "Fixed Price" They Seek to Hide that Fact, Which Doesn't Make Economic Sense Absent a Price-Fixing Agreement**

3      370.    Hallmark denies the allegations in this paragraph.

4      371.    Hallmark denies the allegations in this paragraph.

5      372.    Hallmark denies the allegations in this paragraph.

6      373.    Hallmark denies the allegations in this paragraph.

7      374.    Hallmark denies the allegations in this paragraph.

8      375.    Hallmark denies the allegations in this paragraph.

9      376.    Hallmark denies the allegations in this paragraph.

10      377.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      378.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14      379.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16      380.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18      381.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

19    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20      382.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

21    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22      383.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

23    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

24      384.    Hallmark denies the allegations in this paragraph.

25      385.    Hallmark denies the allegations in this paragraph.

26      386.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

27    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

28      387.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2   388.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4   389.    Hallmark denies the allegations in this paragraph.

5   390.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

6   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

7   391.    Hallmark denies the allegations in this paragraph.

8   392.    Hallmark denies the allegations in this paragraph.

9   393.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

10  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

11  394.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

12  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

13  395.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

14  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15  **G.    In Order to Defend Their Cartel Pricing, Defendants Threaten and Punish Crabbers who Sell Crab Ex Vessel for Prices Higher than the Cartel Price**

17  396.    Hallmark denies the allegations in this paragraph.

18  397.    Hallmark denies the allegations in this paragraph.

19  398.    Hallmark denies the allegations in this paragraph.

20  399.    Hallmark denies the allegations in this paragraph.

21  **1.    Pacific Seafood**

22  400.    Hallmark admits that the season for Dungeness crab and other fishery seasons are only

23  open for certain months of the year.  Hallmark lacks knowledge or information sufficient to admit or

24  deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in

25  this Paragraph on this basis.

26  401.    Hallmark denies the allegations in this paragraph.

27  402.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin** chediak coleman grodin
law corporation

403.    Hallmark denies the allegations in this paragraph.

404.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### 2.    **Hallmark**

405.    Hallmark admits that it buys Dungeness crab and black cod landed in Port Oxford, Oregon.  Hallmark denies the remaining allegations in this paragraph.

406.    Hallmark denies the allegations in this paragraph.

407.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

408.    Hallmark denies the allegations in this paragraph.

409.    Hallmark denies the allegations in this paragraph.

410.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

411.    Hallmark denies the allegations in this paragraph.

412.    Hallmark denies the allegations in this paragraph.

413.    Hallmark denies the allegations in this paragraph.

### 3.    **Ocean Gold**

414.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

415.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### III.    **Buyers Who Are Not Part of the Cartel, Nonetheless, Generally Obey Its Pricing Dictates in Order to Avoid Retaliatory Actions by Defendants**

416.    Hallmark denies the allegations in this paragraph.

417.    Hallmark denies the allegations in this paragraph.

418.    Hallmark denies the allegations in this paragraph.

419.    Hallmark denies the allegations in this paragraph.

**ANTITRUST INJURY**

420.    Hallmark denies the allegations in this paragraph.

421.    Hallmark denies the allegations in this paragraph.

422.    Hallmark denies the allegations in this paragraph.

423.    Hallmark denies the allegations in this paragraph.

424.    Hallmark denies the allegations in this paragraph.

**CLASS ACTION ALLEGATIONS**

425.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

426.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

427.    Hallmark admits that the Second Amended Complaint purports to exclude from the alleged putative classes they propose: Defendants, their parent companies, subsidiaries and affiliates, officers, executives, and employees; Defendants' attorneys in this case; federal government entities and instrumentalities; states or their subdivisions; and all judges and jurors assigned to this case, and denies that a class should be certified in this case.

428.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

429.    Hallmark denies the allegations in this paragraph and denies that a class should be certified in this case.

430.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

431.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

*weintraub* **tobin** *chediak coleman grodin*
law corporation

denies that a class should be certified in this case.

432.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

433.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

434.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

435.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**DELAYED DISCOVERY/FRAUDULENT CONCEALMENT**

436.    Hallmark denies the allegations in this paragraph.

437.    Hallmark denies the allegations in this paragraph.

438.    Hallmark denies the allegations in this paragraph.

439.    Hallmark denies the allegations in this paragraph.

440.    Hallmark denies the allegations in this paragraph.

441.    Hallmark denies the allegations in this paragraph.

442.    Hallmark denies the allegations in this paragraph.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

**Unlawful Agreements in Restraint of Trade in Violation of Section 1 of the Sherman Act,**

**15 U.S.C. § 1**

**(Against All Defendants on Behalf of Plaintiffs and the Sherman Act Class)**

443.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

444.    Hallmark denies the allegations in this paragraph.

445.    Hallmark denies the allegations in this paragraph.

weintraub **tobin** chediak coleman grodin
law corporation

446.    Hallmark denies the allegations in this paragraph.

447.    Hallmark denies the allegations in this paragraph.

448.    Hallmark denies the allegations in this paragraph.

449.    Hallmark denies the allegations in this paragraph.

450.    Hallmark denies the allegations in this paragraph.

451.    Hallmark denies the allegations in this paragraph.

452.    Hallmark denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION

**Combination in Restraint of Trade in Violation of the California Cartwright Act, Cal. Bus. and Prof. Code Sections 16720, et seq.**

**(Against All Defendants on Behalf of Plaintiffs and the California Class)**

453.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

454.    Hallmark denies the allegations in this paragraph.

455.    Hallmark denies the allegations in this paragraph.

456.    Hallmark denies the allegations in this paragraph.

457.    Hallmark denies the allegations in this paragraph.

458.    Hallmark denies the allegations in this paragraph.

## THIRD CAUSE OF ACTION

**Violation of the California Unfair Competition Law, Cal. Bus and Prof. Code § 17200, et seq.**

**(Against All Defendants on Behalf of Plaintiff Little and the California Class)**

459.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

460.    Hallmark denies the allegations in this paragraph.

461.    Hallmark denies the allegations in this paragraph.

462.    Hallmark denies the allegations in this paragraph.

463.    Hallmark denies the allegations in this paragraph.

464.    Hallmark denies the allegations in this paragraph.

## FOURTH CAUSE OF ACTION

**For Declaratory Relief Under 28 U.S.C. § 2201**

**(Against All Defendants on Behalf of Plaintiff and All Classes)**

465.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

466.    Hallmark denies the allegations in this paragraph.

**ANWER TO PRAYER FOR RELIEF AND DEMAND FOR JURY:**

Hallmark denies that Plaintiffs are entitled to certification of any class, declaratory judgment, damages of any kind, injunctive relief of any kind, or any of the other relief they purport to seek and accordingly, Hallmark denies each and every factual allegation contained in Plaintiffs' Prayer for Relief.  Hallmark admits that Plaintiffs request "trial by jury for all matters so triable."

**SEPARATE AND ADDITIONAL DEFENSES**

By way of avoidance, and as a precautionary matter and without assuming any burden of proof that it would not otherwise bear, Hallmark asserts the following separate and additional defenses:

**FIRST DEFENSE**

**(Lack of Standing)**

Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Amended Complaint because Plaintiffs did not sell Dungeness crab ex vessel to Hallmark within the limitations period. Claims of putative class members also fail for lack of standing.  Hallmark reserves the right to challenge the standing of each putative class member.

**SECOND DEFENSE**

**(Lack of Antitrust Injury)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no antitrust injury (i.e., a type of injury that the antitrust laws were intended to remedy).  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Amended Complaint, or any alleged harm is too remote, because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to Hallmark within the limitations period, or to any ex vessel purchasers participating in the alleged conspiracy. In addition, Plaintiff Burns has never sold Dungeness crab ex vessel and does not have the legal right to assert claims that may have belonged

weintraub **tobin** chediak coleman grodin
law corporation

weintraub **tobin** chediak coleman grodin
law corporation

1   to her deceased husband.  Claims of putative class members also fail for lack of standing.  Hallmark

2   reserves the right to challenge the antitrust injury of each putative class member.

### THIRD DEFENSE

### (Failure to State a Claim)

5       Plaintiffs' claims fail to state a claim upon which relief can be granted.  Plaintiffs have not

6   plausibly alleged that Hallmark engaged in any unlawful conduct, and the evidence will show that

7   Hallmark did not enter into any alleged unlawful combination, contract, or conspiracy, as Plaintiffs

8   allege.

### FOURTH DEFENSE

### (State Action Doctrine)

11      Plaintiffs' claims are barred, in whole or in part, by immunity granted directly by state law or

12  by the state action doctrine, *see Parker v. Brown*, 317 U.S. 341 (1943).  Plaintiffs allege that Hallmark

13  can be liable for antitrust violations because of its participation in meetings that were actively

14  supervised by state agencies pursuant to a clearly articulated and affirmatively expressed state

15  legislative policy to displace competition and allow fishermen and buyers to bargain and negotiate

16  prices collectively, even though such conduct is immunized by state and federal law.

### FIFTH DEFENSE

### (First Amendment and Noerr-Pennington Doctrine)

19      The claims of the Plaintiffs and putative class members are barred, in whole or in part, insofar

20  as they challenge the exercise of rights protected by the First Amendment of the United States

21  Constitution and by the *Noerr-Pennington* doctrine.  Plaintiffs allege that Hallmark can be liable for

22  antitrust violations because of its and/or other Defendants' participation in meetings, including

23  meetings with other buyers or government officials, which as alleged concerned petitioning or

24  lobbying activities that are immunized by state and federal law.

### SIXTH DEFENSE

### (Justified and/or Pro-Competitive Conduct)

27      Plaintiffs' and putative class members' claims are barred, in whole or in part, because all of

28  Hallmark's conduct challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by

law, justified, and pro-competitive; it constituted a bona fide business practice consistent with industry practices and was carried out in furtherance of legitimate business interests; and it was a part of Hallmark's lawful business operations.

## SEVENTH DEFENSE

### (Statute(s) of Limitations)

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations. Plaintiffs seek to recover damages from January 1, 2016 to the present. However, Plaintiffs' claims are subject to a four-year statute of limitations, and those claims accrued at the time Plaintiffs were paid an ex vessel price that they claim was artificially suppressed as the result of an alleged conspiracy. Accordingly, Plaintiffs' claims based on ex vessel sales that occurred prior to March 13, 2019 – four years before the original Complaint was filed – are time-barred.

## EIGHTH DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' and putative class members' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity. Plaintiffs attempt to avoid dismissal of their untimely claims by including "fraudulent concealment" allegations. Fraudulent concealment is subject to the heightened pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure. Plaintiffs have not plead with particularity, and cannot prove with evidence, that Hallmark affirmatively misled Plaintiffs, and that Plaintiffs had neither actual nor constructive knowledge of the facts giving rise to their alleged claims despite exercising diligence to try to uncover those facts.

## NINTH DEFENSE

### (Laches/Waiver/Estoppel)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel. Plaintiffs delayed filing this lawsuit for an unreasonable and inexcusable length of time from the time Plaintiffs knew or reasonably should have known of their claims against Hallmark. Plaintiffs failed to exercise diligence to discover their alleged claims, or Plaintiffs had either actual or constructive knowledge of the facts they contend give rise to their

weintraub tobin chediak coleman grodin
law corporation

weintraub **tobin** chediak coleman grodin
law corporation

1  alleged claims but failed to assert those claims within a reasonable time.  Plaintiffs were aware of the

2  claims they allege and intended to relinquish them.  Hallmark has suffered prejudice in its ability to

3  defend this case due to Plaintiffs' failure to assert their alleged claims within a reasonable time.

4  Plaintiffs are now estopped from asserting their claims now because of such delay and waiver.

5  <center>**TENTH DEFENSE**</center>

6  <center>**(Unclean Hands)**</center>

7  Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine

8  of unclean hands, to the extent that Plaintiffs and putative class members have engaged in fraud or

9  willful misconduct related to the subject matter of their claims or were significantly involved in illegal

10  conduct, including illegal collective price-bargaining, price-fixing or other violations of the antitrust

11  or unfair competition laws.

12  <center>**ELEVENTH DEFENSE**</center>

13  <center>**(Lack of Damages/Mitigation)**</center>

14  Plaintiffs have no damages or have failed to mitigate damages, if any.

15  <center>**TWELFTH DEFENSE**</center>

16  <center>**(Independent, Unforeseeable, Superseding, and/or Intervening Cause(s))**</center>

17  Plaintiffs' claims are barred, in whole or in part, because the injuries, damages, and losses

18  alleged in the Second Amended Complaint, none being admitted, may have resulted, at least in part,

19  from independent, unforeseeable, superseding, and/or intervening causes including, but not limited

20  to, independent market forces and actions by or decision made by other individuals or entities not

21  party to this lawsuit.

22  <center>**THIRTEENTH DEFENSE**</center>

23  <center>**(Failure to State a Claim for Certification of a Class)**</center>

24  Plaintiffs' class action allegations are vague, overbroad, and otherwise fail to state a claim for

25  class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure.  Among other things,

26  Plaintiffs will be unable to show that common issues predominate over individual ones or that class

27  treatment will be a superior method for resolution of this case as required to certify a class under Rule

28  23(b)(3).

**FOURTEENTH DEFENSE**

**(Constitutional Right to Separate Trials)**

The class action claims are barred, in whole or in part, to the extent that certification of this action as a class action would violate Hallmark's constitutional right to separate trials and/or to assert separate defenses for each claim by each putative class member.

**FIFTEENTH DEFENSE**

**(Due Process)**

The class action claims are barred, in whole or in part, to the extent that they seek to deprive Hallmark of procedural and substantive safeguards, including, but not limited to, traditional defenses to liability, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution. This includes that, to the extent Plaintiffs and the proposed class seek relief on behalf of purported class members who have not suffered any injury or damages, the Amended Complaint and each of its claims for relief therein violate Hallmark's rights to due process under the United States Constitution.

**SIXTEENTH DEFENSE**

**(Acquiescence)**

Plaintiffs' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade, if any, alleged in the Second Amended Complaint.

**SEVENTEENTH DEFENSE**

**(Duplicative Recovery)**

Plaintiffs' claims are barred in whole or in part to the extent that they seek or would recover double or duplicative recovery. Plaintiffs' claims are based on the allegation that Hallmark delayed in offering a season opening price. Among other things, Plaintiffs and putative class members acquiesced in that alleged conduct, and their claims are barred, because Plaintiffs chose to remain in port, rather than exercise the option to fish on open ticket.

**EIGHTEENTH DEFENSE**

**(Setoff / Right of Contribution)**

Without admitting the existence of any contract, combination, or conspiracy in restraint of

weintraub **tobin** chediak coleman grodin
law corporation

trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

### RESERVATIONS

Hallmark adopts and incorporates by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to Hallmark.  Hallmark further reserves the right to amend this Answer for the purpose of asserting any such additional affirmative defenses. Hallmark further reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

### **HALLMARK'S PRAYER FOR RELIEF**

WHEREFORE, Hallmark prays for relief as follows:

1.  That the Court award Hallmark judgment in its favor on all of Plaintiffs' claims and dismiss this action with prejudice.

2.  That the Court award Hallmark all other and further relief deemed just and reasonable.

Hallmark hereby demands a trial by jury of all aspects of the case so triable.

Dated:  February 21, 2025

**weintraub tobin** chediak coleman grodin
law corporation

By:___/s/ W. Scott Cameron_____
W. Scott Cameron

*Attorneys for Defendants*
*California Shellfish Company, Inc. and*
*Robert Bugatto Enterprises*