1  JONATHAN W. THAMES (SBN 242158)
   jonathan.thames@kennedyslaw.com
2  KENNEDYS CMK LLP
   455 Market Street, Suite 1900
3  San Francisco, CA 94105
   Telephone:    415-323-4489
4  Facsimile:    415-323-4445

5  Attorneys for Defendant
   AMERICAN SEAFOOD EXP, INC.
6

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>         vs.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARREN-TON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOK-INGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTH-WIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORN-STEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 30-60,<br><br>    Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICAN SEAFOOD EXP, INC. TO RESPOND TO SECOND AMENDED COMPLAINT [L.R. 6-1]**<br><br>Complaint filed: March 13, 2023<br>Amended Complaint: August 21, 2024<br>2nd Amended Complaint: February 7, 2025<br>Trial: Not Yet Set |

WHEREAS, Plaintiff Brand Little and Robin Burns (collectively, "Plaintiffs") filed their operative Second Amended Class Action Complaint (the "Complaint") on February 7, 2025;

WHEREAS, the deadline for Defendant American Seafood Exp, Inc. ("American Seafood") to respond to the Complaint was February 21, 2025;

WHEREAS, American Seafood has requested a short extension, given the robustness of the Complaint and scheduling conflicts;

WHEREAS, Plaintiffs have agreed to extend the deadline of American Seafood to respond to the Complaint by one week, *i.e.*, until February 28, 2025;

WHEREAS, in accordance with Local Rule 6-1, this extension will not affect the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS: The deadline for American Seafood to respond to Plaintiffs' Complaint shall be extended to February 28, 2025.

SO STIPULATED.

Respectfully submitted,

DATED:   February 24, 2025            KENNEDYS CMK LLP

By: */s/ Jonathan W. Thames*
JONATHAN W. THAMES
Attorneys for Defendant
AMERICAN SEAFOOD EXP, INC.

Respectfully submitted,

DATED:   February 24, 2025            GROSS KLEIN PC

By: */s/ Stuart G. Gross*
STUART G. GROSS
Attorneys for Plaintiffs and the Proposed Classes

**LOCAL RULE 5-1 ATTESTATION**

I, Jonathan W. Thames, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME FOR DEFENDANT AMERICAN SEAFOOD EXP, INC. TO RESPOND TO SECOND AMENDED COMPLAINT [L.R. 6-1]. In compliance with Civil Local Rule 5-1, I hereby attest that Stuart G. Gross concurs in and has authorized this filing.

DATED:   February 24, 2025                                KENNEDYS CMK LLP


By: */s/ Jonathan W. Thames*
JONATHAN W. THAMES
Attorneys for Defendant
AMERICAN SEAFOOD EXP, INC.