UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

        Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

        Defendants.

Case No. 23-cv-01098-AGT

**DISCOVERY ORDER RE: SOUTH BEND AND SWANES SEAFOOD**

Plaintiffs decided not to amend their claims against South Bend Products LLC and Swanes Seafood Holding Co. *See* Dkt. 256 (notice); Dkt. 242 at 9 (order granting South Bend's and Swanes Seafood's motions to dismiss the first amended complaint). As a result, South Bend and Swanes Seafood are now third parties, not defendants, and the Court's order lifting the stay of discovery from third parties applies to them. *See* Dkt. 259 at 7. Discovery involving South Bend and Swanes Seafood may commence.

    **IT IS SO ORDERED.**

Dated: March 3, 2025

_____
Alex G. Tse
United States Magistrate Judge