Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; | Case No. 3:23-cv-01098-AGT <br><br> **STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT AMERICAN SEAFOOD EXP, INC. AND [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE** <br><br> Judge: Honorable Alex G. Tse |

1  CALIFORNIA SHELLFISH COMPANY,
   INC.; ROBERT BUGATTO
2  ENTERPRISES, INC.; ALASKA ICE
   SEAFOODS, INC.; LONG FISHERIES,
3  INC.; CAITO FISHERIES, INC.; CAITO
   FISHERIES, LLC; SOUTHWIND FOODS,
4  LLC; FISHERMEN'S CATCH, INC.;
   GLOBAL QUALITY FOODS, INC.;
5  GLOBAL QUALITY SEAFOOD LLC;
   OCEAN KING FISH INC.; SOUTH BEND
6  PRODUCTS LLC; SWANES SEAFOOD
   HOLDING COMPANY LLC;
7  BORNSTEIN SEAFOODS, INC.;
   ASTORIA PACIFIC SEAFOODS, LLC;
8  and DOES 29-60,
9
10                 Defendants.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs") and Defendant American Seafood Exp, Inc. ("ASE") have met and conferred and reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

Plaintiffs and ASE agree to participate in an Early Settlement Conference with a Magistrate Judge (ADR L.R. 7).

Plaintiffs and ASE request a referral to Magistrate Judge Joseph Spero, and desire to hold the Early Settlement Conference in May 2025, subject to the availability of the Magistrate Judge to whom they are referred.

Plaintiffs and ASE agree to hold the ADR session within 120 days from the date of the order referring the case to ADR.

The undersigned confirm that they have authorized the filer of this stipulation to sign it on their behalf.

Respectfully submitted,

Dated: March 25, 2025

By:  /s/ Stuart G. Gross

Stuart G. Gross (SBN 251019)
Travis H.A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com
rmiddlemiss@grosskleinlaw.com

Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
mruan@fklmlaw.com

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
mweiler@schneiderwallace.com
rlevine@schneiderwallace.com

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
swilliams@stevenwilliamslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Dated: March 25, 2025

By: /s/ Jonathan W. Thames
Jonathan W. Thames (SBN 242158)
Kennedys CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 323-4489
Jonathan.thames@kennedyslaw.com

*Attorneys for Defendant
American Seafood Exp, Inc.*

# [PROPOSED] ORDER

Pursuant to the stipulation between Plaintiffs and ASE, the Court hereby orders as follows:

Plaintiffs and ASE are referred to Magistrate Judge _____ for an early settlement conference, which shall be held no later than _____.

**IT IS SO ORDERED.**


Dated: _____                                    _____
                                                         Hon. Alex G. Tse
                                                         United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111