1. R. ISAAK HURST, ESQ. (*PRO HAC VICE*)
   Hurst@Maritime.Law
2. NICK GUNN (*PRO HAC VICE*)
   Gunn@Maritime.Law
3. INTERNATIONAL MARITIME GROUP | PLLC
   701 FIFTH AVENUE; 42ND FLOOR | SEATTLE, WA 98104
4. OFFICE: +1 (206) 707-8338

*ATTORNEYS FOR DEFENDANTS – ALASKA ICE SEAFOODS, INC. AND LONG FISHERIES, INC.*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>*Defendants*. | Case No.: 3:23-CV-01098-AGT<br><br>**STIPULATION BETWEEN PLAINTIFFS AND FATHOM DEFENDANTS AND [PROPOSED] ORDER CANCELLING SETTLEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-12, Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. ("**Fathom**") and Plaintiffs Brand Little and Robin Burns ("**Plaintiffs**"), by and through their undersigned counsel of record, hereby stipulate and jointly submit the following notice regarding the Settlement Conference scheduled for May 15, 2025, before Magistrate Judge Spero.

JOINT STIPULATION RE: SETTLEMENT CONFERENCE
LITTLE V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL.
Case No: 3:23-CV-01098-AGT
Page **1** of **4**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104

## **STIPULATION**

The parties have engaged in preliminary settlement discussions and have met and conferred in good faith to determine whether a resolution might be feasible at this stage of the litigation. Pursuant to Magistrate Judge Spero's Notice of Settlement Conference and Settlement Conference Order at Dkt. 298, Plaintiffs issued a settlement proposal to Fathom on March 21, 2025. Fathom responded with a counterproposal on April 4, 2025. On April 18, 2025, counsel and representatives of each party with authority to settle met and conferred.

Following the meeting and conferral, Fathom has determined that further settlement discussions would not be productive at this time. The parties are too far apart in their settlement positions, and further discovery is needed before the parties can adequately negotiate their interests in this litigation. Fathom therefore requests that the Settlement Conference scheduled before Magistrate Judge Spero on May 15, 2025, be cancelled. Plaintiffs do not oppose the request for cancellation.

The undersigned confirm that they have authorized the filer of this stipulation to sign on their behalf.

DATED this 7th day of May, 2025.

Respectfully submitted,

INTERNATIONAL MARITIME GROUP | PLLC

By: /s/ /R. Isaak Hurst
R. ISAAK HURST, ESQ. (PRO HAC VICE)
NICK GUNN (PRO HAC VICE)
701 FIFTH AVE., SUITE 4200
SEATTLE, WA 98104
(206) 707-8338
Hurst@Maritime.Law
Gunn@Maritime.Law

*ATTORNEYS FOR DEFENDANTS ALASKA ICE SEAFOODS, INC. AND LONG FISHERIES, INC.*

JOINT STIPULATION RE: SETTLEMENT CONFERENCE
LITTLE V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL.
Case No: 3:23-CV-01098-AGT
Page **2** of **4**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104

|   |   |
|---|---|
|   | By: */s/ /Stuart G. Gross* |
|   | STUART G. GROSS (SBN 251019) |
|   | TRAVIS H.A. SMITH (SBN 331305) |
|   | ROSS A. MIDDLEMISS (SBN 323737) |
|   | **GROSS KLEIN PC** |
|   | THE EMBARCADERO |
|   | PIER 9, SUITE 100 |
|   | SAN FRANCISCO, CA 94111 |
|   | (415) 671-4628 |
|   | *SGROSS@GROSSKLEINLAW.COM* |
|   | *TSMITH@GROSSKLEINLAW.COM* |
|   | *RMIDDLEMISS@GROSSKLEINLAW.COM* |
|   |   |
|   | MATTHEW W. RUAN (SBN 264409) |
|   | **FREED KANNER LONDON & MILLEN LLC** |
|   | 100 TRI-STATE INTERNATIONAL, SUITE 128 |
|   | LINCOLNSHIRE, IL 60069 |
|   | (224) 632-4500 |
|   | *MRUAN@FKLMLAW.COM* |
|   |   |
|   | MATTHEW S. WILER (SBN 236052) |
|   | RAYMOND S. LEVINE (SBN 348030) |
|   | **SCHNEIDER WALLACE COTTRELL KONECKY, LLP** |
|   | 2000 POWELL STREET, SUITE 1400 |
|   | EMERYVILLE, CA 94608 |
|   | (415) 421-7100 |
|   | *MWEILER@SCHNEIDERWALLACE.COM* |
|   | *RLEVINE@SCHNEIDERWALLACE.COM* |
|   |   |
|   | STEVEN N. WILLIAMS (SBN 175489) |
|   | **STEVEN WILLIAMS LAW, P.C.** |
|   | 201 SPEAR ST. SUITE 1100 |
|   | SAN FRANCISCO, CA 94105 |
|   | (415) 671-4628 |
|   | *SWILLIAMS@STEVENWILLIAMSLAW.COM* |
|   |   |
|   | *ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASSES* |

*Pursuant to L.R. 5(i)(3), the filer attests that all signatories have concurred in the filing of this document.

JOINT STIPULATION RE: SETTLEMENT CONFERENCE
LITTLE V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL.
Case No: 3:23-CV-01098-AGT
Page **3** of **4**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104

**PROPOSED ORDER**

Pursuant to the stipulation between defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. ("**Fathom**") and Plaintiffs, the Court hereby orders as follows:

The May 15, 2025, Settlement Conference between Fathom and Plaintiffs is cancelled, along with any other obligations pursuant to the Court's Order at Dkt. 298.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this _____ day of May, 2025.

_____
Hon. Joseph Spero
United States Magistrate Judge

JOINT STIPULATION RE: SETTLEMENT CONFERENCE
LITTLE V. PACIFIC SEAFOOD PROCUREMENT, LLC ET AL.
Case No: 3:23-CV-01098-AGT
Page **4** of **4**

INTERNATIONAL MARITIME GROUP | PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, 42ND FLOOR
SEATTLE, WA 98104