

Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC;  PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY,**

Case No. 3:23-cv-01098-AGT

**JOINT CASE MANAGEMENT STATEMENT**

Date:      May 30, 2025
Time:      2:00 p.m.
Dept:      Courtroom A, 5th Floor
Judge:     Hon. Alex G. Tse

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

1   **INC.; ROBERT BUGATTO**
2   **ENTERPRISES, INC.; ALASKA ICE**
    **SEAFOODS, INC.; LONG FISHERIES,**
3   **INC.; CAITO FISHERIES, INC.; CAITO**
    **FISHERIES, LLC; SOUTHWIND FOODS,**
4   **LLC; FISHERMEN'S CATCH, INC.;**
    **GLOBAL QUALITY FOODS, INC.;**
5   **GLOBAL QUALITY SEAFOOD LLC;**
6   **OCEAN KING FISH INC.; BORNSTEIN**
    **SEAFOODS, INC.; ASTORIA PACIFIC**
7   **SEAFOODS, LLC; and DOES 30-60,**

8                    Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

JOINT CASE MANAGEMENT STATEMENT; Case No. 3:23-cv-01098-AGT

129018788.3 0052902-00054

1      Plaintiffs Brand Little ("Little") and Robin Burns ("Burns") (collectively, "Plaintiffs") and Defendants Pacific Seafood Procurement, LLC, Pacific Seafood Distribution, LLC, Pacific Seafood Processing, LLC, Pacific Seafood USA, LLC, Dulcich, Inc., Pacific Seafood – Eureka, LLC; Pacific Seafood – Charleston, LLC,  Pacific Seafood – Warrenton, LLC, Pacific Seafood – Newport, LLC, Pacific Seafood – Brookings, LLC, Pacific Seafood – Westport, LLC, and Pacific Surimi – Newport LLC (collectively, "Pacific Seafood"), Blue River Seafood, Inc.; Safe Coast Seafoods, LLC; Safe Coast Seafoods Washington, LLC (collectively, "Safe Coast"), Ocean Gold Seafoods, Inc. ("Ocean Gold"), Nor-Cal Seafood, Inc. ("Nor-Cal"), Kevin Lee, American Seafood Exp, Inc. ("ASE"), California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc. (collectively, "Hallmark"), Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.(collectively, "Fathom Seafood"), Caito Fisheries, Inc. ("Caito Fisheries, Inc."), Caito Fisheries, LLC, and Southwind Foods, LLC ("Caito Fisheries, LLC/Southwind"), Fishermen's Catch, Inc. ("Fishermen's Catch"), Global Quality Foods, Inc. ("Global Quality Foods, Inc."), Global Quality Seafood LLC ("Global Quality Seafood LLC"), Ocean King Fish Inc. ("Ocean King"), Bornstein Seafoods, Inc. and Astoria Pacific Seafoods, LLC, (collectively, "Bornstein"), jointly submit this Subsequent Joint Case Management Statement pursuant to Civil Local Rule 16-10. Pursuant to the Court's direction during the February 28, 2025 Case Management Conference, the Parties provide herein a brief update on where things stand regarding certain matters, and incorporate by reference their Joint Case Management Statement (Dkt. 273), filed February 21, 2025, to the extent it contains background information concerning the facts and claims of the case that are useful to the Court.

**1.  <u>Stipulations</u>**

The Court previously entered the Parties' Stipulated Protective Order. Dkt. 62.

The Parties agreed to, and the Court entered, an ESI protocol for this action on May 15, 2025. Dkt. 335.

The Parties have yet to discuss a deposition protocol, but intend to meet and confer on the matter in short order.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

The Parties will discuss whether any other Stipulations concerning discovery or case management are necessary, as the case proceeds.

**2. Ocean King's Answer, Initial Disclosures and Discovery Responses**

On May 20, 2025, the Court denied Ocean King's Motion to Dismiss the Second Amended Class Complaint and vacated the stay of discovery as to Ocean King. (Dkt. 339.) Per agreement with Plaintiffs, Defendant Ocean King will answer the Second Amended Complaint and serve its Initial Disclosures by June 12, 2025. Ocean King has been served Plaintiffs' first set of All-Defendant requests for production of documents ("RFPDs") and interrogatories, a response to which is due on June 30, 2025.

**3. Evidence Preservation**

The Parties have conducted extensive meet-and-confer meetings concerning ESI issues with the goal of maximizing the efficiency of discovery. Among the issues discussed was the preservation of discoverable ESI and paper documents. The Parties continue to meet and confer, including concerning the specific issues, outlined below. The preservation issues currently known are as follows:

- Hallmark: Data on the cell phone of Crystal Adams was not preserved when she left Hallmark's employment. This occurred after the filing of this action and Hallmark's receipt of a preservation demand from Plaintiffs, but 10 months prior to the Amended Complaint which added Hallmark as a party. Ms. Adams is alleged in the operative complaint to have engaged in communications in furtherance of the alleged conspiracy. Plaintiffs intend to seek appropriate remedies from the Court regarding Hallmark's failure to preserve evidence on Ms. Adams' cell phone at the appropriate time. Hallmark's position is that Ms. Adams used her personal cell phone, not a company-provided phone, was not reimbursed for her cell phone use by the company, and the company had no policy regarding use of personal cell phones. Therefore, the employee had privacy rights that prevent the employer from demanding access to the text messages on the employee's personal cell phone, and Plaintiffs have not

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

1    established that either non-party Hallmark or Ms. Adams had any duty to preserve the

2    text messages that may have been on her personal phone. As ordered by the Court,

3    (Dkt. 338), Hallmark and Plaintiffs met and conferred on May 21, 2025 regarding the

4    need for further preservation instructions to current and former Hallmark employees

5    and agreed to continue meeting and conferring regarding the matter. The parties will

6    seek appropriate remedies from the Court as needed.

7    • ASE: Plaintiff Little served a June 12, 2024 subpoena on ASE, which sought *inter alia*

8    communications between ASE and other ex vessel buyers concerning ex vessel prices

9    of Dungeness crab in the Pacific NW Area. After being ordered by the Court to do so,

10   (Dkt. 74), Kevin Zheng, owner of ASE, responded, under oath, that he had no

11   responsive documents. It is Plaintiffs' position that, during meet and confer in March

12   and April of 2025, his counsel indicated his uncertainty over whether ASE and Mr.

13   Zheng preserved responsive documents. ASE disputes this characterization and looks

14   forward to the Court's Order on same should Plaintiffs seek it. Plaintiffs are aware of

15   texts between Mr. Zheng that are responsive to above referenced subpoena, but

16   Plaintiffs have not produced them nor identified their participants, despite same being

17   requested in meet and confer discussions; Plaintiffs intend to provide the requested

18   materials and information in the normal course of discovery. Plaintiffs will seek

19   appropriate remedies from the Court at the appropriate time.

20   • Nor-Cal & Kevin Lee: Nor-Cal did not take measures to acquire from Defendant

21   Kevin Lee—Nor-Cal's former owner and the individual principally involved on Nor-

22   Cal's behalf in the conduct alleged in this case—the text messages and other

23   responsive data from Mr. Lee's mobile device following Mr. Lee's alleged sale of

24   Nor-Cal in March 2024. Mr. Lee is currently abroad, and Nor-Cal's counsel has only

25   indicated to Plaintiffs a possible return in the next couple months, nor do Plaintiffs

26   know whether Mr. Lee will provide his device to Nor-Cal or Plaintiffs. Plaintiffs will

27   seek appropriate remedies from the Court at the appropriate time.

28   **4. Discovery**

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

A. Party discovery served subsequent to the Court's February 18, 2025 order lifting the discovery stay

- Plaintiffs served a first set of RFPD on all Defendants except Ocean King, on February 21, 2025, which was superseded by an amended first set of RFPDs, which Plaintiffs served on March 11, 2025, after Plaintiffs' receipt of most Defendants' initial disclosures.

- Plaintiffs served a first set of interrogatories on all Defendants, on March 21, 2025.

- Plaintiffs served on Ocean King the above described amended first set of RFPDs and first set of interrogatories, on May 21, 2025.

- All Defendants jointly served a first set of requests for production of documents ("RFPDs") and a first set of interrogatories on Plaintiffs, on March 17, 2025 and March 19, 2025, respectively.

B. Initial disclosures and responses to party discovery served subsequent to the Court's February 18, 2025 order lifting the discovery stay (Dkt. 259)

Initial disclosures have been served by all parties, except Nor-Cal, Kevin Lee, and Ocean King.

Plaintiffs and all Defendants, except Nor-Cal, Kevin Lee, and Ocean King (whose responses are not yet due), served timely written responses to the foregoing described discovery requests. Following Nor-Cal and Kevin Lee's failure to respond by the deadlines associated with Plaintiffs' first set of RFPDs and interrogatories, Plaintiffs agreed to forego seeking a Court order to compel a response if Nor-Cal and Kevin Lee provided interrogatory responses, without objection, by May 19th, and responses to the RFPDs, without objection, by May 27th. Nor-Cal served its Interrogatory responses on May 19th, and Kevin Lee served his interrogatory responses on May 20.

On May 22, 2025, Plaintiffs made an initial production of documents in response to Defendants' joint RFPDs.

No Defendant, other than Southwind, has produced documents in response to Plaintiffs' first set of RFPDs. Defendants are in the process of collecting potentially responsive documents and ESI in response to Plaintiffs first set of RFPDs, which is substantial. The Parties also have not yet engaged in or, in some cases, have not yet concluded meet-and-confers regarding agreed-

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1    upon custodians, search terms and other requirements of the ESI protocol, necessary to facilitate

2    review and production of responsive discovery.  The Parties expect this to occur over the next

3    several weeks, with rolling document productions to begin thereafter, and anticipate completion

4    of document discovery well in advance of March 9, 2026.

5         Plaintiffs have initiated the meet-and-confer process with individual Defendants

6    concerning the specific responses to certain of Plaintiffs requests. Those meet and confer

7    discussions are ongoing.

8         Pacific Seafood, on behalf of all Defendants, have initiated meet and confer concerning

9    Plaintiffs' responses to the joint requests served by all Defendants.  Those meet and confer

10   discussions are ongoing.

11        C.   Third party discovery

12        Pursuant to the Court's order granting Plaintiffs leave to serve limited discovery in

13   advance of their filing the First Amended Complaint, (Dkt. 61), Plaintiffs served document

14   subpoenas, in June 2024, on the departments of fish and wildlife of Washington, Oregon, and

15   California, as well as on now Defendants Bornstein, Hallmark, ASE, Safe Coast, and Nor-Cal.

16   Plaintiffs produced to all Defendants documents obtained via these subpoenas and Southwind's

17   response to Plaintiffs' subpoena for documents served on March 29, 2023.[1]

18        On March 4, 2025, after the Court's order lifting the stay on discovery (Dkt. 259), the

19   Parties served subpoenas on a number of third party Dungeness crab buyers, the departments of

20   fish and wildlife of California, Oregon, and Washington, and certain other third parties.

21   Responses received by Plaintiffs to these subpoenas have been produced by Plaintiffs to

22   Defendants on May 22, 2025.  The Parties are engaged in meeting and conferring with several of

23   these subpoena recipients regarding their responses.

24        D.   Current discovery related case management issues that the parties wish to be
             addressed at the case management conference
25

26

27   [1] In March of 2023, Plaintiffs served third party subpoenas on certain parties, in response to
     which only Southwind (then a third party) produced documents in response before the Court's
28   order granting Pacific Seafood's motion to stay discovery (Dkt. 38).

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

- <u>Process for resolving party discovery disputes</u>: Defendants wish to discuss with the Court options for adopting a streamlined process for litigating multiple similar discovery disputes shared between many or all Defendants. Plaintiffs do not believe that the Court's joint letter brief procedure needs modification.

- <u>Process for unopposed and partially unopposed non-party requests for fee/cost reimbursements</u>: One non-party has requested that the parties reimburse their attorneys' fees and costs incurred in responding to subpoenas and that any agreement by the parties to do so be memorialized in a court order. Plaintiffs wish to discuss the process for requesting such an order. Defendants believe that any such discussion is premature, and would direct the non-party recipient to Rule 45.

## 5. **Settlement and ADR**

Pursuant to stipulation, the Court has referred Plaintiffs and certain Defendants to settlement conferences before Magistrate Judge Spero. The status of such referrals is as follows:

- <u>Safe Coast</u>: Plaintiffs and Safe Coast held a settlement conference before Magistrate Spero on May 20, 2025, and a further conference is set for August 19, 2025. Settlement discussions and material exchanges are ongoing.

- <u>ASE</u>: Plaintiffs and ASE were scheduled to have a settlement conference before Judge Spero on April 29, 2025. Subsequent thereto the parties stipulated to the settlement conference being adjourned. A further settlement conference scheduling conference is set for August 26, 2025.

- <u>Fathom</u>: Plaintiffs and Fathom were scheduled to have a settlement conference before Judge Spero on May 15, 2025. Fathom subsequently requested that the settlement conference be adjourned, and Plaintiffs stipulated to the request. On May 15, 2025, Judge Spero held a scheduling conference for a further settlement conference, at which the settlement conference between Fathom and Plaintiffs was reset for November 13, 2025.

- <u>Fishermen's Catch</u>: A settlement conference is scheduled for August 14, 2025.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

There are no other active settlement discussions between Plaintiffs and any Defendant.

**6. <u>Scheduling</u>**

On March 3, 2025, the Court set the case schedule for this action through a hearing on class certification and *Daubert* motions, provided below for convenience of the Court:

- May 30, 2025: further case management conference;
- August 29, 2025: further case management conference;
- December 5, 2025: further case management conference;
- January 12, 2026: last day to move to join parties or amend pleadings;
- March 6, 2026: further case management conference;
- June 5, 2026: further case management conference;
- September 4, 2026: further case management conference;
- November 9, 2026: fact discovery closes;
- December 4, 2026: further case management conference;
- December 7, 2026: last day to file joint discovery letter briefs relating to fact discovery;
- February 8, 2027: last day to exchange initial expert reports;
- March 5, 2027: further case management conference;
- May 10, 2027: last day to exchange rebuttal expert reports;
- June 4, 2027: further case management conference
- June 21, 2027: last day to exchange reply expert reports;
- July 9, 2027: close of expert discovery;
- August 23, 2027: last day for Plaintiffs to file motion for class certification and all parties to file *Daubert* motions;
- September 3, 2027: further case management conference;
- October 4, 2027: last day for Defendants to file opposition to class certification and all parties to file oppositions to *Daubert* motions;
- November 1, 2027: last day to file replies in support of class certification and *Daubert* motions;

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

1    • December 17, 2027: hearing on class certification and *Daubert* motions.

2    The Parties ask that the deadline of March 9, 2026 for the substantial completion of

3    rolling document production be added to the current case schedule.

4    At this time, the Parties do not believe any other modifications are necessary.  Given

5    various issues relating to discovery, Plaintiffs note that the schedule may ultimately need to be

6    modified and will promptly raise any such issues if and when they arise.

7

8    Dated: May 23, 2025                    GROSS KLEIN PC

9

10

11    By:    /s/ Stuart G. Gross
              STUART G. GROSS

12
              Stuart G. Gross (SBN 251019)
13            Travis H.A. Smith (SBN 331305)
              Ross A. Middlemiss (SBN 323737)
14            **GROSS KLEIN PC**
              The Embarcadero
15            Pier 9, Suite 100
              San Francisco, CA 94111
16            (415) 671-4628
              *sgross@grosskleinlaw.com*
17            *tsmith@grosskleinlaw.com*
              *rmiddlemiss@grosskleinlaw.com*
18

19            Matthew W. Ruan (SBN 264409)
              **FREED KANNER LONDON &**
20            **MILLEN LLC**
              100 Tri-State International, Suite 128
21            Lincolnshire, IL 60069
              (224) 632-4500
22            *mruan@fklmlaw.com*

23            Matthew S. Weiler (SBN 236052)
              Raymond S. Levine (SBN 348030)
24            **SCHNEIDER WALLACE COTTRELL**
              **KONECKY, LLP**
25            2000 Powell Street, Suite 1400
              Emeryville, CA 94608
26

27

28

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

(415) 421-7100
mweiler@schneiderwallace.com
*rlevine@schneiderwallace.com*

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
*swilliams@stevenwilliamslaw.com*

*Counsel for Plaintiffs and the Proposed
Classes*

DATED: May 23, 2025

_/s/ Timothy W. Snider_
Edward C. Duckers (SBN 242113)
ed.duckers@stoel.com
Charles H. Samel (SBN 182019)
charles.samel@stoel.com
**STOEL RIVES LLP**
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

Matthew D. Segal (SBN 190938)
matthew.segal@stoel.com
Michelle J. Rosales (SBN 343519)
michelle.rosales@stoel.com
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

Timothy W. Snider (appearing *Pro Hac Vice*)
timothy.snider@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

DATED: May 23, 2025

_/s/ Christopher J. Kayser_
Christopher J. Kayser
Elizabeth E. Parker
**LARKINS VACURA KAYSER**

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

121 SW Morrison St. Suite 700
Portland, OR
Telephone: (503) 222-4424
cjkayser@lvklaw.com
eparker@lvklaw.com

Brian A. E. Smith
Joseph J. Fraresso
**BARTKO LLP**
1100 Sansome Street
San Francisco, CA 94111
Telephone: (415) 956-1900
bsmith@bartkolaw.com
jfraresso@bartkolaw.com

*Attorneys for Defendant Ocean Gold Seafoods, Inc.*

DATED: May 23, 2025                    /s/ *Bao-Quan P. Pham*

Bao-Quan P. Pham
**Law Office of Bao-Quan P. Pham**
345 N. 18th Street
San Jose, CA 95112
408-275-6701
baopham408@sbcglobal.net

*Attorneys for Defendant Global Quality Seafood*
*LLC*

DATED: May 23, 2025                    /s/ *Sean Tamura-Sato*

Sean Tamura-Sato
**MINAMI TAMAKI LLP**
101 Montgomery Street, Suite 825
San Francisco, CA 94104
Telephone: 415-788-9000
*seant@minamitamaki.com*

*Attorneys for Defendant American Seafood EXP,*
*Inc.*

DATED: May 23, 2025                    /s/ *Scott Cameron*

Scott Cameron
Josiah Prendergast
**WEINTRAUB TOBIN CHEDIAK COLEMAN**
**GRODIN**
400 Capitol Mall, 11th Floor
Sacramento, California 95814

Telephone: (916) 558-6000
scameron@weintraub.com
Jprendergast@weintraub.com

*Attorneys for Defendant California Shellfish
Company, Inc. and Robert Bugatto Enterprises, Inc.*

DATED: May 23, 2025

    */s/ Colin W. Morrow*

Colin W. Morrow
**VANNUCCI MOMSEN MORROW**
45060 Ukiah St., Ste. A
P.O. Box 1214
Mendocino, CA 95460
Telephone: 707-380-1070
cmorrow@vmm-law.com

*Attorneys for Defendant Caito Fisheries, Inc.*

DATED: May 23, 2025

    */s/ Steven J. Goon*

Steven J. Goon
Sarah Van Buiten
**RUTAN & TUCKER, LLP**
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
sgoon@rutan.com
Svanbuiten@rutan.com

*Attorneys for Defendant Caito Fisheries, LLC and
Southwind Foods, LLC*

DATED: May 23, 2025

    */s/ Victoria S. Pereira Duarte*

**K&L GATES LLP**
J. Timothy Hobbs, Jr. (*pro hac vice*)
501 Commerce Street, Ste. 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6700
Tim.Hobbs@klgates.com

Henry J. Brockway (*pro hac vice*)
925 Fourth Avenue, Ste. 2900
Seattle, Washington 98104

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1   Telephone: (206) 623-7580
2   Henry.Brockway@klgates.com

3   Victoria S. Pereira Duarte (*pro hac vice*)
    70 W. Madison St., Ste. 3300
4   Chicago, Illinois 60602
    Telephone: (312) 372-1121
5   Victoria.Duarte@klgates.com

6   Michael Stortz (SBN 139386)
7   4 Embarcadero Ctr., Ste 1200
    San Francisco, California 94111
8   Telephone: (415) 882-8200
    Michael.Stortz@klgates.com

9

10  *Attorneys for Defendant Bornstein Seafoods, Inc.*
11  *and Astoria Pacific Seafoods, LLC*

12  DATED: May 23, 2025                    /s/ Sean Gates
13                                         Sean Gates
                                           **ILLOVSKY GATES & CALIA LLP**
14                                         155 N. Lake Avenue, Suite 800
                                           Pasadena, California 91101
15                                         Telephone: (626) 508-1715
                                           sean@illovskygates.com
16

17                                         *Attorneys for Defendant Safe Coast Seafoods, LLC,*
                                           *Safe Coast Seafoods Washington, LLC, and Blue*
18                                         *River Seafood, Inc.*

19
20  DATED: May 23, 2025                    /s/ Ann A. P. Nguyen
                                           Ann A.P. Nguyen
21                                         **MESSNER REEVES LLP**
                                           160 W Santa Clara Street, Suite 1000
22                                         San Jose, CA 95113
                                           Telephone: (408) 298-7120
23                                         anguyen@messner.com

24                                         *Attorneys for Defendant Global Quality Foods, Inc.*

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1  DATED: May 23, 2025                      _/s/ Micah Allred_____

2                                            Micah C. Allred
                                             Timothy B. Fitzgerald
3                                            **McNaul Ebel Nawrot & Helgren PLLC**
                                             600 University Street, Suite 2700
4                                            Seattle, WA 98101
                                             (206) 467-1816
5                                            mallred@mcnaul.com
                                             tfitzgerald@mcnaul.com
6

7                                            Lukas Sosnicki
                                             **Thompson Coburn LLP**
8                                            10100 Santa Monica Blvd, Suite 500
                                             Los Angeles, CA 90067
9                                            (310) 282-2500
                                             lsosnicki@thompsoncoburn.com
10

11                                           *Attorneys for Defendants Alaska Ice Seafoods, Inc.*
                                             *and Long Fisheries, Inc.*
12

13  DATED: May 23, 2025                      _/s/ Philip J. Wang_____
                                             Philip J. Wang
14                                           Traci Michelle Keith
                                             **PUTTERMAN YU WANG LLP**
15                                           345 California St. Suite 1160
                                             San Francisco, CA 94104
16                                           pwang@plylaw.com
                                             tkeith@plylaw.com
17

18                                           *Attorneys for Defendant Ocean King Fish Inc.*

19
    DATED: May 23, 2025                      _/s/ Steven McLellan_____
20                                           Steven McLellan
                                             **MCLELLAN LAW GROUP LLP**
21                                           900 E. Hamilton Ave. Suite 100
                                             Campbell, CA 95008
22                                           Mclellanlawgroup.com

23                                           *Attorneys for Defendant Fisherman's Catch Inc.*

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT; Case No. 3:23-cv-01098-AGT

129018788.3 0052902-00054

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1    DATED: May 23, 2025

2                                        _____
                                         Huechi Wong, Esq.
3                                        **HH LEGAL GROUP**
                                         2443 Fillmore Street, #380-4372
4                                        San Francisco, CA 94115
                                         huechi@hhdisputes.com

5                                        *Attorney for Defendants Nor-Cal Seafood, Inc. and*
6                                        *Kevin Lee*

7

8                    **ATTESTATION UNDER L.R. 5-1(i)(3)**

9            Pursuant to Civil Local Rule 5-1(i)(3), I attest under the penalty of perjury that the above

10   signatories authorized the use of an electronic signature and concurred in the filing of this

11   document.

12

13   Dated: May 23, 2025                 by: */s/ Stuart G. Gross*
14                                               STUART G. GROSS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111