UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER TO SHOW CAUSE** |

Counsel for defendants Nor-Cal Seafood, Inc., and Kevin Lee didn't attend the May 30, 2025, case management conference. By June 11, 2025, counsel must explain why he or she was absent. A failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 5, 2025

Alex G. Tse
United States Magistrate Judge