# EXHIBIT C

# **C**onnon **W**ood LLP

35 East Union Street, Suite C
Pasadena, California  91103
Tel (626) 638-1750  Fax (626) 792-9304
www.connonwood.com

**Nicholas P. Connon, Esq.**
(626) 638-1757 (direct)
nconnon@connonwood.com

May 21, 2025

**BY E-MAIL**

Letter Recipients: See Attachment 1 following this letter

    Re:    Brand Little and Robin Burns v. Pacific Seafood Procurement, LLC, et al.; Case No. 3:23-cv-01098-AGT

Dear Counsel:

    I write regarding a subpoena that I understand is in the process of being served on a third-party witness, Ozzie Gregorio, in the above-referenced case.  It is my understanding that the subpoena has not yet been served.  It is also my understanding that compliance with the subpoena will require Mr. Gregorio to consult legal counsel and obtain advice regarding compliance and various objections that he may have.  As a third-party witness, Rule 45 protects third-party witnesses from undue burden and expense.

    I do not currently represent Mr. Gregorio.  However, provided that all legal fees and costs for legal services necessary to advise Mr. Gregorio regarding compliance and objections to the subpoena are paid by legal counsel representing the respective parties in the above-referenced action, and provided that the Court found such arrangement appropriate and so approved payment of legal fees and costs and ordered such payment by legal counsel, our firm would be prepared to represent and advise Mr. Gregorio regarding his compliance with the subpoena and any objections that he may have.  Our representation of Mr. Gregorio would be limited to advising him regarding the subpoena to be issued to him in the above-referenced case, assisting him with the production of such documents, including representing him with respect to any testimony that may be required in connection with such production, any necessary motion practice, and nothing else.

    I therefore write to inquire whether legal counsel will stipulate to the payment of our firm's legal fees and costs in advising Mr. Gregorio for the limited purpose referenced above.  If you are both agreeable to the foregoing, I would thereafter request that legal counsel submit a

**Connon Wood** LLP

May 21, 2025
Page 2

stipulation to the court in the above-referenced action requesting approval of such payment and issuance of an order consistent therewith.

    Please advise whether you are so agreeable. Also, if there is any counsel who has not been copied on this email who should be copied in the future, please let me know.

                          Very truly yours,

                          Nicholas P. Connon/KAA

                          Nicholas P. Connon

NPC:kaa
Attachment

# Attachment 1

**Gross Klein PC**
Stuart G. Gross                    sgross@grosskleinlaw.com
Ross A. Middlemiss                 rmiddlemiss@grosskleinlaw.com
Travis H.A. Smith                  tsmith@grosskleinlaw.com
                                   iatkinsonyoung@grosskleinlaw.com

**Stoel Rives LLP**
Charles H. Samel                   charles.samel@stoel.com
Edward C. Duckers                  ed.duckers@stoel.com
Matthew D. Segal                   matthew.segal@stoel.com
Michelle J. Rosales                michelle.rosales@stoel.com
Timothy W. Snider                  timothy.snider@stoel.com

**Freed Kanner London & Millen LLC**
Matthew W. Ruan                    mruan@fklmlaw.com

**Schneider Wallace Cottrell Konecky LLP**
Matthew Sinclair Weiler            mweiler@schneiderwallace.com
Raymond S. Levine                  rlevine@schneiderwallace.com

**Steven Williams Law, P.C.**
Steven N. Williams                 swilliams@stevenwilliamslaw.com

**Illovsky Gates & Calia LLP**
Sean P. Gates                      sean@illovskygates.com
Eva K. Schueller                   eschueller@illovskygates.com

**Bartko LLP**
Brian A. E. Smith                  bsmith@bartkolaw.com
Joseph J. Fraresso                 jfraresso@bartkolaw.com

**Larkins Vacura Kayser LLP**
Christopher J. Kayser              cjkayser@lvklaw.com
Elizabeth E. Parker                eparker@lvklaw.com

**HH Legal Group**
Huechi Wong                        hwonglegal@gmail.com
                                   huechi@hhdisputes.com

**Kennedys CMK LLP**
| | |
|---|---|
| Jonathan W. Thames | jonathan.thames@kennedyslaw.com |
| Kevin Lih | kevin.lih@kennedyslaw.com |

**Weintraub Tobin**
| | |
|---|---|
| William S. Cameron | scameron@weintraub.com |
| Josiah Prendergast | jprendergast@weintraub.com |

**International Maritime Group, PLLC**
| | |
|---|---|
| Robert Isaak Hurst | hurst@maritime.law |
| Lauren B. Mauer | maur@maritime.law |
| Nick Gunn | gunn@maritime.law |

**MACFARLANE LAW**
| | |
|---|---|
| Duncan Macfarlane | duncan@mcfarlane-law.com |

**Vannucci Momsen Morrow, An Association of Sole Practitioners**
| | |
|---|---|
| Colin W Morrow | cmorrow@vmm-law.com |

**Rutan & Tucker**
| | |
|---|---|
| Sarah Van Buiten | svanbuiten@rutan.com |
| Cameron Anish Kishor Patel | cpatel@rutan.com |
| Steven J. Goon | sgoon@rutan.com |

**McLellan Law Group, LLP**
| | |
|---|---|
| Steven D. McLellan | steven@mclellanlawgroup.com |
| Claire Melehani | claire@mclellanlawgroup.com |
| | sara@mclellanlawgroup.com |
| | elizabeth@mclellanlawgroup.com |

**Messner Reeves LLP**
| | |
|---|---|
| Ann Anh Phuong Nguyen | anguyen@messner.com |
| Bonnie Margaret Ross | bross@messner.com |
| | akitagawa@messner.com |

**Law Office of Bao-Quan P. Pham**
| | |
|---|---|
| Bao-Quan P. Pham | baopham408@sbcglobal.net |

**Putterman | Yu LLP**
Philip J. Wang                    pwang@plylaw.com
Traci Michelle Keith              tkeith@plylaw.com

**K&L Gates LLP**
Michael James Stortz              Michael.Stortz@klgates.com
Henry Brockway                    henry.brockway@klgates.com
J. Timothy Hobbs, Jr              tim.hobbs@klgates.com
Victoria Salmi Pereira Duarte     Victoria.Duarte@klgates.com