# EXHIBIT A

W. Scott Cameron, State Bar No. 229828
Josiah M. Prendergast, State Bar No. 292840
Carly M. Moran, State Bar No. 333661
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916.558.6000
Facsimile:    916.446.1611
Email: SCameron@weintraub.com
       JPrendergast@weintraub.com
       CMoran@weintraub.com

*Attorneys for Defendants*
*California Shellfish Company, Inc. and*
*Robert Bugatto Enterprises*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD EUREKA, LLC; PACIFIC SEAFOOD CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC, PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT, LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR- | Case No.: 3:23-cv-01098-AGT<br><br>**INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.**<br><br>**[Fed. R. Civ. Proc. Rule 26(a)(1)]**<br><br>Judge:  The Honorable Alex G. Tse |

#4475344v1

INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | CAL SEAFOOD, INC.; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CATIO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING FISH, INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 29-60,<br><br>          Defendants. |

Defendant California Shellfish, Inc. ("CA Shellfish" or "Responding Party") pursuant to F.R.C.P. 26(a)(1), submits its initial disclosures as follows:

**PRELIMINARY STATEMENT**

These initial disclosures are based on information reasonably available to CA Shellfish at this time. CA Shellfish reserves the right to supplement or modify these disclosures as discovery progresses pursuant to Fed. R. Civ. P. Rule 26(e)(1). CA Shellfish's disclosures are made without in any way waiving: (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these responses. All of the disclosures set forth below are made subject to the above objections and qualifications.

By making these disclosures, CA Shellfish does not: (1) represent that it has identified every document, tangible thing, or witness possibly relevant to this lawsuit; (2) represent that disclosed individuals necessarily have current knowledge of the identified areas of information; (3) agree to permit counsel for any party to communicate with any of the identified individuals who are employed by or are representatives of CA Shellfish; (4) waive its rights to object to the production of any document, electronically stored information, tangible thing, or any other information on the basis of any privilege, the work product doctrine, relevance, undue burden, or any other valid objections; or (5) concede that Plaintiffs are entitled to any of the documents, electronically stored information, or tangible things or to obtain testimony from any of the individuals referenced herein.

CA Shellfish is continuing to investigate to identify knowledgeable persons with specificity and will update these disclosures as appropriate and as needed. Further, CA Shellfish's investigation is ongoing, and accordingly CA Shellfish reserves the right to supplement, amend, or correct these disclosures and to rely on witnesses and documents not described herein if additional information becomes available.

///

Subject to these reservations, CA Shellfish discloses the following information:

**I.     LIST OF PERSONS (F.R.C.P. 26(a)(1)(i)]**

The following list identifies those individuals presently known to CA Shellfish who are likely to have discoverable information that CA Shellfish may use in support of its claims and defenses. Such identified individuals may be contacted through counsel. The following should not be construed as an admission that the listed individuals will have discoverable information:

Eugene Bugatto:  Mr. Bugatto may have information regarding the purchase of crab ex vessel from crabbers, the sale of crab to retail and wholesale customers, and the price paid to crabbers for crab and the price of crab sold by CA Shellfish.

Paul Eller:  Mr. Eller may have information regarding CA Shellfish's costs, including costs for purchasing, processing, storing, and transporting Dungeness crab, revenue received from the sale of Dungeness crab, and reports made to state agencies regarding the purchases of Dungeness crab.

Scott Adams:  Mr. Adams may have information regarding the purchase of crab ex vessel from crabbers, the sale of crab to retail and wholesale customers, the communications with crabbers and customers, and the price paid to crabbers for crab and the price of crab sold by CA Shellfish.

Crystal Adams:  Ms. Adams may have information regarding the purchase of crab ex vessel from crabbers, the sale of crab to retail and wholesale customers, the communications with crabbers and customers, and the price paid to crabbers for crab and the price of crab sold by California Shellfish.  Ms. Adams is no longer an employee of CA Shellfish, but may be contacted through the undersigned counsel.

Discovery in this matter has only just begun.  CA Shellfish believes that additional potential witnesses may be identified through discovery.  Moreover, Plaintiffs Brand Little and Robin Burns also likely have discoverable information.  CA Shellfish may also rely upon individuals identified by other defendants in their disclosures, and includes them here by reference.  CA Shellfish reserves the right to identify additional persons if, during the course of investigation and discovery, CA Shellfish learns that such persons have relevant knowledge.

///

**II.    LIST OF DOCUMENTS [F.R.C.P. 26(a)(1)(ii)]**

CA Shellfish will produce documents, data compilations, and/or tangible items that are in the possession, custody, or control of CA Shellfish, and that CA Shellfish may use to support its claims or defenses.

Certain of these documents, data compilations, and tangible things may contain or embody proprietary technical, financial, and customer information about CA Shellfish or third-parties and will be made available only under the terms of the protective order in this case. CA Shellfish reserves the right to supplement its document productions.

Based on the information reasonably available at this time, CA Shellfish believes that it may use at least the following categories of documents, data compilations, and tangible things to support its claims or defenses, unless solely for impeachment:

1. documents related to CA Shellfish's ex vessel purchase of Dungeness crab, including but not limited to dock tickets, receipts, and reports made to state agencies.

2. documents related to CA Shellfish's sales of Dungeness crab, including but not limited to orders, invoices, receipts.

3. documents related to the costs for purchasing, processing, storing, and transporting Dungeness crab, as well as revenue received from the sale of Dungeness crab.

**III.    DESCRIPTION & COMPUTATION OF DAMAGES [F.R.C.P. 26(a)(1)(iii)]**

CA Shellfish has not asserted a claim for damages. This section is not applicable.

**IV.    INSURANCE AGREEMENTS [F.R.C.P. 26(a)(1)(iv)]**

CA Shellfish is currently unaware of any insurance policy that would provide coverage for the claims at issue asserted in the Second Amended Complaint.

Dated: March 7, 2025

**weintraub tobin** chediak coleman grodin
law corporation

By: _____
W. Scott Cameron

*Attorneys for Defendants*
*California Shellfish Company, Inc. and*
*Robert Bugatto Enterprises*

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814 and my email address is aespanapurpur@weintraub.com. I am over the age of 18 years and not a party to the within action.

On the date below, I caused to be served the attached, and all exhibits thereto:

**INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.**

[ X ]   (VIA EMAIL)  I caused each such document to be sent by electronic mail to the addressees at the email addresses listed below.

| | |
|---|---|
| Stuart G. Gross<br>Travis H.A. Smith<br>Ross A. Middlemiss<br>GROSS KLEIN PC<br>The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111<br>(415) 671-4628<br><br>*sgross@grosskleinlaw.com*<br>*tsmith@grosskleinlaw.com*<br>*rmiddlemiss@grosskleinlaw.com* | Counsel for Plaintiffs and the Proposed Classes |
| Matthew W. Ruan<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>(224) 632-4500<br><br>*mruan@fklmlaw.com* | Counsel for Plaintiffs and the Proposed Classes |
| Matthew S. Weiler<br>Raymond S. Levine<br>SCHNEIDER WALLACE COTTRELL KONECKY, LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>(415) 421-7100<br><br>*mweiler@schneiderwallace.com*<br>*rlevine@schneiderwallace.com* | Counsel for Plaintiffs and the Proposed Classes |

#4475344v1                                                  - 4 -
INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.

| | | |
|---|---|---|
| 1 | Steven N. Williams<br>STEVEN WILLIAMS LAW, P.C.<br>201 Spear St, Suite 1100<br>San Francisco, CA 94105<br>(415) 671-4628<br><br>*swilliams@stevenwilliamslaw.com* | Counsel for Plaintiffs and the Proposed Classes |
| 6 | Edward C. Duckers<br>Charles H. Samel<br>Stoel Rives LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br><br>Matthew D. Segal<br>Michelle J. Rosales<br>Stoel Rives LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814<br><br>Timothy W. Snider<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br><br>*charles.samel@stoel.com*<br>*ed.duckers@stoel.com*<br>*timothy.snider@stoel.com*<br>*matthew.segal@stoel.com*<br>*michelle.rosales@stoel.com*<br>*roxanne.forestiere@stoel.com* | *Counsel for Defendants*<br>Pacific Seafood Procurement, LLC, Pacific Seafood Processing, LLC, Pacific Seafood Fleet, LLC, Pacific Seafood Distribution, LLC, Pacific Seafood Usa, LLC, Dulcich, Inc., Pacific Seafood – Eureka, LLC, Pacific Seafood – Charleston, LLC, Pacific Seafood – Warrenton, LLC, Pacific Seafood – Newport, LLC, Pacific Seafood – Brookings, LLC, Pacific Seafood – Westport, LLC, and Pacific Surimi – Newport LLC |
| 20 | Sean Gates<br>Illovsky Gates & Calia LLP<br>155 N. Lake Avenue, Suite 800<br>Pasadena, California 91101<br><br>Eva Schueller<br>Illovsky Gates & Calia LLP<br>1611 Telegraph Avenue, Suite 806<br>Oakland, California 94612<br><br>*sean@illovskygates.com*<br>*eschueller@illovskygates.com* | *Counsel for Defendants*<br>Blue River Seafood, Inc., Safe Coast Seafoods, LLC, and Safe Coast Seafoods Washington, LLC |

**weintraub tobin chediak coleman grodin**
law corporation

#4475344v1                                                                 - 5 -
INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.

| | |
|---|---|
| Christopher J. Kayser<br>Elizabeth E. Parker<br>Larkins Vacura Kayser<br>121 SW Morrison St. Suite 700<br>Portland, OR | *Counsel for Defendants*<br>Ocean Gold Seafoods, Inc. |
| Brian A. E. Smith<br>Joseph J. Fraresso<br>Bartko LLP<br>1100 Sansome Street<br>San Francisco, CA 94111 | |
| *cjkayser@lvklaw.com*<br>*eparker@lvklaw.com*<br>*bsmith@bartkolaw.com*<br>*jfraresso@bartkolaw.com* | |
| Huechi Wong HH Legal Group<br>2443 Fillmore St #380-4372<br>San Francisco, CA 94115<br>*hwonglegal@gmail.com*<br>*huechi@hhdisputes.com* | *Counsel for Defendants*<br>Nor-Cal Seafood, Inc. and Kevin Lee |
| Jonathan W. Thames Kevin<br>Lih Kennedys Law LLP<br>455 Market Street, Suite 1900<br>San Francisco, CA 94105<br>*Jonathan.Thames@kennedyslaw.com*<br>*Kevin.Lih@kennedyslaw.com* | *Counsel for Defendants*<br>American Seafood Exp, Inc. |

| | | |
|---|---|---|
| 1 | Nick Gunn | *Counsel for Defendants* |
| 2 | Lauren B. Mauer<br>International Maritime Group PLLC | Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. |
| 3 | 701 Fifth Avenue, 42nd Floor<br>Seattle, WA 98104 | |

Duncan Macfarlane
MACFARLANE LAW
710 Ericksen Ave. NE, Suite 201
Bainbridge Is, WA 98110

*mauer@maritime.law*
*Hurst@maritime.law*
*Gunn@maritime.law*
*Duncan@Macfarlane-Law.com*

Colin W. Morrow                                *Counsel for Defendants*
Vannucci Momsen Morrow              Caito Fisheries, Inc.
45060 Ukiah St., Ste. A
P.O. Box 1214
Mendocino, CA 95460

*cmorrow@vmm-law.com*


Steven J. Goon                                  *Counsel for Defendants*
Sarah Buiten                                      Caito Fisheries, LLC and Southwind Foods,
Rutan & Tucker, LLP                        LLC
18575 Jamboree Road, 9th Floor
Irvine, CA 92612

*sgoon@rutan.com*
*Svanbuiten@rutan.com*
*Dghani@rutan.com*

Steven McLellan                               *Counsel for Defendants*
Claire Melehani                                 Fishermen's Catch, Inc
McLellan Law Group, LLP
20665 4th Street, Suite 202
Saratoga, CA 95070

*Steven@mclellanlawgroup.com*
*claire@mclellanlawgroup.com*
*Sara@mclellanlawgroup.com*
*elizabeth@mclellanlawgroup.com*

**weintraub tobin chediak coleman grodin**
law corporation

| | | |
|---|---|---|
| 1 | Ann A.P. Nguyen | *Counsel for Defendants* |
| 2 | Bonnie M. Ross | Global Quality Foods, Inc. |
|   | Messner Reeves LLP | |
| 3 | 160 W Santa Clara Street, Suite 1000 | |
|   | San Jose, CA 95113 | |

*anguyen@messner.com*
*bross@messner.com*

Bao-Quan P. Pham              *Counsel for Defendants*
Bao-Quan Pham Law             Global Quality Seafood LLC
345 N. 18th Street
San Jose, CA 95112

*baopham408@sbcglobal.net*

Philip J. Wang                *Counsel for Defendants*
Traci Michelle                Ocean King Fish Inc.
Keith Putterman
Yu Wang LLP
345 California St. Suite 1160
San Francisco, CA 94104

*pwang@plylaw.com*
*ayoung@plylaw.com*

**weintraub tobin chediak coleman grodin**
law corporation

#4475344v1                    - 8 -
INITIAL DISCLOSURES OF DEFENDANT CALIFORNIA SHELLFISH, INC.

| | | |
|---|---|---|
| 1 | J. Timothy Hobbs | *Counsel for Defendants* |
| 2 | Trudy D. Tessaro<br>Henry J. Brockway | Bornstein Seafoods, Inc. and Astoria Pacific<br>Seafoods, LLC |
| 3 | Victoria S. Duarte<br>K&L Gates LLP | |
| 4 | 925 Fourth Ave, Suite 2900<br>Seattle, WA 98104 | |

Michael J. Stortz
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111

Victoria S. Pereira Duarte
K&L Gates LLP
70 W. Madison Street, Suite 3300,
Chicago, Illinois 60602

*tim.hobbs@klgates.com*
*Michael.Stortz@klgates.com*
*trudy.tessaro@klgates.com*
*Henry.Brockway@klgates.com*
*Victoria.Duarte@klgates.com*

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Sacramento, California, on March 7, 2025.

_____
Adele España-Purpur