Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING | Case No. 3:23-cv-01098-AGT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY DISCOVERY**<br><br>Date:    July 25, 2025<br>Time:    10:00 a.m.<br>Courtroom: A, 15th Floor<br>Judge:   Alex G. Tse |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY DISCOVERY; Case No. 3:23-cv-01098-AGT

| | |
|---|---|
| 1<br>2<br>3<br>4 | **FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 29-60,**<br><br>                     Defendants. |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion to Compel Non-Party Discovery concerning their document subpoena to Non-Party Crystal Adams.

The Court having considered the Motion and the brief and arguments of counsel and all other matters presented, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion to Compel Non-Party Discovery concerning their document subpoena to Non-Party Crystal Adams.is hereby GRANTED;
2. Non-Party Crystal Adams shall comply fully with Plaintiffs' Document Subpoena by searching for and producing all responsive documents within her possession, custody, or control, regardless of their relationship to her current employment.

IT IS SO ORDERED.

DATED: _____, 2025        By: _____
THE HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE