CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (OSBN 034577, appearing *pro hac vice*)
timothy.snider@stoel.com
ALEX T. VAN RYSSELBERGHE (OSBN 174836, appearing *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (OSBN 214485, appearing *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**DECLARATION OF MATTHEW D. SEGAL IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION TO PAY ATTORNEYS' FEES FOR NONPARTY WITNESS OZZIE GREGORIO & TRIPLE G SEAFOOD CORPORATION** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MATTHEW SEGAL ISO
OPPOSITION

3:23-CV-01098-AGT

129292840.2 0052902-00054

I, MATTHEW D. SEGAL, declare:

1.    I am an attorney duly licensed to practice law in the State of California and attorney of record in this action for Defendants Pacific Seafood Procurement, LLC; Pacific Seafood Processing, LLC; Pacific Seafood Fleet, LLC; Pacific Seafood Distribution, LLC; Pacific Seafood USA, LLC; Dulcich, Inc.; Pacific Seafood – Eureka, LLC; Pacific Seafood – Charleston, LLC; Pacific Seafood – Warrenton, LLC; Pacific Seafood – Newport, LLC; Pacific Seafood – Brookings, LLC; Pacific Seafood –Westport, LLC; Pacific Surimi – Newport LLC (collectively, "Pacific Seafood").  I submit this Declaration in support of Defendants' Joint Opposition to Plaintiffs' Motion to Pay Attorneys' Fees for Nonparty Witness Ozzie Gregorio and Triple G Seafood Corporation.  I have personal knowledge of the facts stated in this Declaration, and, if called as a witness, I could and would testify competently to these facts.

2.    I directed staff to run a report for the docket *Swanson v. Morrow, et al.* (D. Or. 3:14-cv-25).  A true and correct copy of the docket is attached hereto as **Exhibit A.**

3.    I directed staff to download the October 2, 2015 Order Granting Default (Dkt. 100).  A true and correct copy of the Order Granting Default (Dkt. 100) is attached hereto as **Exhibit B**.

4.    I directed staff to download the Notice of Withdrawal of Ozzie Gregorio's attorney (Dkt. 90, D. Or. 3:14-cv-25).  A true and correct copy of the Notice of Withdrawal (Dkt. 90) is attached hereto as **Exhibit C**.

5.    I directed staff to download the Findings of Fact and Conclusions of Law (Dkt. 107, D. Or. 3:14-cv-25).  A true and correct copy of the Findings of Fact and Conclusions of Law (Dkt. 107) is attached hereto as **Exhibit D**.

6.    I directed staff to download the July 8, 2015 Order Granting Sanctions (Dkt. 84, D. Or. 3:14-cv-25).  A true and correct copy of the July 8, 2015 Order Granting Sanctions (Dkt. 84) is attached hereto as **Exhibit E**.

7.    At my direction, third-party staff obtained from the court the Register of Actions for *T. Bronder-Lewis v. Gregorio*, CV 150731 (Humboldt Superior Court).  A true and correct copy of the Register of Actions is attached hereto as **Exhibit F**.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MATTHEW SEGAL ISO OPPOSITION

- 2 -

3:23-CV-01098-AGT

129292840.2 0052902-00054

8.     At my office's direction, third-party staff obtained from the court the Register of Actions for *Cardarelli v. Gregorio*, DR170264 (Humboldt Superior Court).  A true and correct copy of the Register of Actions is attached hereto as **Exhibit G**.

9.     I directed staff to download the Order Granting Entry of Default (Dkt. 20) in *J and P Fishing, Inc. v. Ozzie Gregorio, et al.*, 6:20-cv-427 AA (U.S. District Court, District of Oregon).  A true and correct copy of the Order Granting Entry of Default (Dkt. 20) is attached hereto as **Exhibit H**.

10.     At my office's direction, third-party staff obtained from the court the Register of Actions for *People v. Gregorio*, CR1601687B (Humboldt Superior Court).  A true and correct copy of the Register of Actions is attached hereto as **Exhibit I**.

11.     At my office's direction, third-party staff obtained from the court the Register of Actions for *People v. Gregorio*, 21M488 (Trinity Superior Court).  A true and correct copy of the Register of Actions is attached hereto as **Exhibit J**.

12.     At my direction, third-party staff obtained from the court the Change of Pleas from the docket of *People v. Gregorio*, 21M488 (Trinity Superior Court).  A true and correct copy of the Change of Please is attached hereto as **Exhibit K**.

13.     At my direction, third-party staff obtained from the court the Register of Actions for *People v. Gregorio*, 24M250 (Trinity Superior Court).  A true and correct copy of the Register of Actions is attached hereto as **Exhibit L**.

14.     My office engaged a process server to serve Ozzie Gregorio at his residence in Fortuna, California with Defendants' subpoena in this case.  A true and correct copy of the process server's May 29, 2025 Proof of Service is attached hereto as **Exhibit M**.

15.     At my direction, third-party staff obtained a copy of the November 2024 Bench Warrant in *People v. Gregorio*, 24M250 (Trinity Superior Court).  A true and correct copy of the Bench Warrant is attached hereto as **Exhibit N**.

/ / /

/ / /

/ / /

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MATTHEW SEGAL
ISO OPPOSITION

-3-

3:23-CV-01098-AGT

129292840.2 0052902-00054

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th of June 2025.

_____
Matthew D. Segal

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MATTHEW SEGAL
ISO OPPOSITION

-4-

3:23-CV-01098-AGT

129292840.2 0052902-00054