JIN WEI LIU
L&C Seafood LLC
1530 22nd St NW, Ste 101
Auburn, WA 98001
Phone: (917) 584-2625
Email: jinliu@lcseafoods.com
Pro Se Non-Party



FILED
JUL 03 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brand Little, et al.,<br>    Plaintiff,<br><br>v.<br><br>Pacific Seafood Procurement, LLC, et al.,<br>    Defendant. | Case No.: 23-cv-1098<br><br>MOTION TO QUASH SUBPOENA<br>[FRCP 45(d)(3)] |



PROOF OF SERVICE

I, Jin Wei Liu, declare under penalty of perjury under the laws of the United States of America that on July 2, 2025, I served a copy of the Motion to Quash Subpoena, Declaration in Support, Memorandum of Points and Authorities and this Proof of Service on the following:

Stuart George Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

Service was made by U.S. Mail, postage fully prepaid.

Executed on this 2nd day of July, 2025, in Auburn, Washington.

_____
Jin Wei Liu
On behalf of L&C Seafood LLC