JIN WEI LIU
L&C Seafood LLC
1530 22nd St NW, Ste 101
Auburn, WA 98001
Phone: (917) 584-2625
Email: jinliu@lcseafoods.com
Pro Se Non-Party

**FILED**

JUL 03 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brand Little, et al.,        Plaintiff, | Case No.: 23-cv-1098 |
| v. | MOTION TO QUASH SUBPOENA [FRCP 45(d)(3)] |
| Pacific Seafood Procurement, LLC, et al.,        Defendant. | |

NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that Jin Wei Liu, on behalf of L&C Seafood LLC, appearing pro se and as a non-party to the above-captioned case, respectfully moves this Court for an order quashing the subpoena served on June 5, 2025, which commands the production of all records of Dungeness crab purchases, sales, and inventory management records from January 1, 2015 to the present.

This motion is made under Federal Rule of Civil Procedure 45(d)(3), and is based on the accompanying Memorandum of Points and Authorities, and any other matters the Court may consider.

DATED: July 2, 2025

Respectfully submitted,

_____
Jin Wei Liu
On behalf of L&C Seafood LLC, Pro Se