1  Stuart G. Gross (SBN 251019)
   Ross A. Middlemiss (SBN 323737)
2  Travis H.A. Smith (SBN 331305)
   **GROSS KLEIN PC**
3  The Embarcadero
   Pier 9, Suite 100
4  San Francisco, CA 94111
   (415) 671-4628
5

6  *Attorneys for Plaintiffs and the Proposed Classes*
   [additional counsel listed on signature page]
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | **BRAND LITTLE** and **ROBIN BURNS**, | Case No. 3:23-cv-01098-AGT |
   | Individually and on Behalf of All Others Similarly Situated, | |
13 | | **[PROPOSED] ORDER DENYING NONPARTY L&C SEAFOOD LLC'S MOTION TO QUASH SUBPOENA** |
14 | Plaintiffs, | |
   | v. | |
15 | | |
   | **PACIFIC SEAFOOD PROCUREMENT, LLC;** | |
16 | **PACIFIC SEAFOOD PROCESSING, LLC;** | |
   | **PACIFIC SEAFOOD FLEET, LLC; PACIFIC** | |
17 | **SEAFOOD DISTRIBUTION, LLC; PACIFIC** | |
   | **SEAFOOD USA, LLC; DULCICH, INC.;** | |
18 | **PACIFIC SEAFOOD – EUREKA, LLC;** | |
   | **PACIFIC SEAFOOD – CHARLESTON, LLC;** | |
19 | **PACIFIC SEAFOOD – WARRENTON, LLC;** | |
   | **PACIFIC SEAFOOD – NEWPORT, LLC;** | |
20 | **PACIFIC SEAFOOD – BROOKINGS, LLC;** | |
   | **PACIFIC SEAFOOD – WESTPORT, LLC;** | |
21 | **PACIFIC SURIMI – NEWPORT LLC; BLUE** | |
   | **RIVER SEAFOOD, INC.; SAFE COAST** | |
22 | **SEAFOODS, LLC; SAFE COAST SEAFOODS** | |
   | **WASHINGTON, LLC; OCEAN GOLD** | |
23 | **SEAFOODS, INC.; NOR-CAL SEAFOOD,** | |
   | **INC.; KEVIN LEE; AMERICAN SEAFOOD** | |
24 | **EXP, INC.; CALIFORNIA SHELLFISH** | |
   | **COMPANY, INC.; ROBERT BUGATTO** | |
25 | **ENTERPRISES, INC.; ALASKA ICE** | |
   | **SEAFOODS, INC.; LONG FISHERIES, INC.;** | |
26 | **CAITO FISHERIES, INC.; CAITO** | |
   | **FISHERIES, LLC; SOUTHWIND FOODS,** | |
27 | **LLC; FISHERMEN'S CATCH, INC.;** | |
   | **GLOBAL QUALITY FOODS, INC.; GLOBAL** | |
28 | **QUALITY SEAFOOD LLC; OCEAN KING** | |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 1<br>2<br>3 | **FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 29-60,** |
| 4 | Defendants. |

**[PROPOSED] ORDER**

This matter comes before the Court on Nonparty L&C Seafood LLC's Motion to Quash Subpoena.

The Court having considered the Motion and the brief and arguments of counsel and all other matters presented, IT IS HEREBY ORDERED THAT:

1. Nonparty L&C Seafood LLC's Motion to Quash Subpoena is hereby DENIED.

IT IS SO ORDERED.

DATED: _____, 2025                By: _____
                                      THE HONORABLE ALEX G. TSE
                                      UNITED STATES MAGISTRATE JUDGE

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

[PROPOSED] ORDER DENYING NONPARTY L&C SEAFOOD LLC'S MOTION TO QUASH SUBPOENA; Case No. 3:23-cv-01098-AGT

1