Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC, et al.**<br><br>Defendants | Case No. 3:23-cv-01098-AGT<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE - Case No. 3:23-cv-01098-AGT

# PROOF OF SERVICE

I, Ian Atkinson-Young, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Pier 9, Suite 100, The Embarcadero, San Francisco, CA 94111. On July 17, 2025, I served a copy of the following documents:

**PLAINTIFFS' OPPOSITION TO NONPARTY L&C SEAFOOD LLC'S MOTION TO QUASH SUBPOENA**

**DECLARATION OF ROSS A. MIDDLEMISS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NONPARTY L&C SEAFOOD LLC'S MOTION TO QUASH SUBPOENA**

**[PROPOSED] ORDER DENYING NONPARTY L&C SEAFOOD LLC'S MOTION TO QUASH SUBPOENA**

[X] **BY MAIL:** by enclosing the above-described documents in a sealed envelope, with first-class postage thereon fully prepaid, and depositing the envelope with the United States Postal Service at Beaverton, OR on this date, to the following addresses:

## SERVICE LIST

| | |
|---|---|
| Jin Wei Liu<br>L&C Seafood LLC<br>1530 22nd St NW, Ste 101<br>Auburn, WA 98001 | *Nonparty movant*<br>L&C Seafood LLC |

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed July 17, 2025.

By: _____
Ian Atkinson-Young

PROOF OF SERVICE; 3:23-cv-01098-AGT

1