UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>   Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER ON MOTION TO QUASH**<br><br>Re: Dkt. No. 368 |

  The Court denies L&C Seafood LLC's motion to quash plaintiffs' subpoena. Jin Wei Liu appeared "pro se on behalf of L&C Seafood LLC" and filed the motion. Dkt. 368-2. L&C Seafood LLC cannot appear pro se. *See* Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); *Booth v. Strategic Realty Tr., Inc.*, No. 13-CV-04921-JST, 2015 WL 12791526, at *2 (N.D. Cal. Jan. 8, 2015) ("[T]he three limited liability companies that Thompson manages are not permitted . . . to appear pro se.").

  L&C must either retain counsel and file an amended motion to quash or comply with the subpoena as written or as modified by plaintiffs after meet-and-confer.

  **IT IS SO ORDERED.**

Dated: July 28, 2025

                        _____
                        Alex G. Tse
                        United States Magistrate Judge