Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING | Case No. 3:23-cv-01098-AGT <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL NONPARTY OCEAN FRESH, LLC TO COMPLY WITH PLAINTIFFS' DOCUMENT SUBPOENA** <br><br> Date: September 26, 2025 <br> Time: 2:00 p.m. <br> Courtroom: A, 15th Floor <br> Judge: Alex G. Tse |

| | |
|---|---|
| 1 | **FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC. and DOES 32-60,** |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL NONPARTY OCEAN FRESH, LLC TO COMPLY WITH PLAINTIFFS' DOCUMENT SUBPOENA; Case No. 3:23-cv-01098-AGT

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7-7(e), Plaintiffs hereby withdraw, without prejudice, their Motion to Compel Nonparty Ocean Fresh, LLC to Comply with Plaintiffs' Document Subpoena, filed on August 20, 2025 (Dkt. No. 384). Plaintiffs request that the hearing set for September 26, 2025 be taken off-calendar.[1]

Respectfully Submitted,

Dated: September 3, 2025                                GROSS KLEIN PC

                                            By:    */s/ Stuart G. Gross*
                                                   STUART G. GROSS

Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
Samantha Gupta (*admitted pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@fklmlaw.com*
*sgupta@fklmlaw.com*

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
*mweiler@schneiderwallace.com*
*rlevine@schneiderwallace.com*

---

[1] Plaintiffs' request to take the September 26, 2025 hearing off calendar applies only to Plaintiffs' Motion to Compel as to nonparty Ocean Fresh, LLC, and not its separate motions to compel as to nonparties Anna's Seafood (Dkt. No. 383) and Tillamook Bay Seafoods, Inc. (Dkt. No. 385).

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
swilliams@stevenwilliamslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

---

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL NONPARTY OCEAN FRESH, LLC TO COMPLY WITH PLAINTIFFS' DOCUMENT SUBPOENA; Case No. 3:23-cv-01098-AGT

2

# PROOF OF SERVICE

I, Ian Atkinson-Young, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Pier 9, Suite 100, The Embarcadero, San Francisco, CA 94111. On September 3, 2025, I served a copy of the following documents:

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL NONPARTY OCEAN FRESH, LLC TO COMPLY WITH PLAINTIFFS' DOCUMENT SUBPOENA**

☒ **BY MAIL:** by enclosing the above-described documents in a sealed envelope, with first-class postage thereon fully prepaid, and deposited the envelope with the United States Postal Service at Beaverton, OR on this date, to the following address:

Ocean Fresh, LLC  
c/o Susan A. Juntz  
344 N. Franklin Street  
Fort Bragg, CA 95437

*Agent for Service of Process – Ocean Fresh, LLC*

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed September 3, 2025.

By: _____  
Ian Atkinson-Young