UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 352 |

        Counsel for defendants Nor-Cal Seafood, Inc., and Kevin Lee failed to appear at the September 5, 2025, case management conference. Previously, counsel also failed to appear at the May 30, 2025, case management conference, and failed to respond to the Court's subsequent Order to Show Cause. Dkt. 352. By September 15, 2025, counsel must show cause why he failed to appear at the noticed conferences. A failure to comply with this order may result in sanctions, including striking the answer (dkt. 289) and entering default judgment. Fed. R. Civ. P. 16(f)(1), 37(b)(2); *see, e.g., Quotient Tech. Inc. v. Begley*, No. 16-CV-05954-NC, 2017 WL 11575363, at *2 (N.D. Cal. July 18, 2017) (granting Rule 16(f) sanctions motion to strike answer and enter default against defendants for repeated failure to appear before court); *see also Hester v. Vision Airlines, Inc.*, 687 F.3d 1162, 1169 (9th Cir. 2012) (describing five-factor test used to impose sanctions).

        **IT IS SO ORDERED.**

Dated: September 8, 2025

Alex G. Tse
United States Magistrate Judge

2