Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING | Case No. 3:23-cv-01098-AGT<br><br>**STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE**<br><br>Judge: Honorable Alex G. Tse |

STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE; Case No. 3:23-cv-01098-AGT

128736506.4 0052902-00054

1

1   **FISH INC.;; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and**
2   **DOES 29-60,**
3                               Defendants.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE; Case No. 3:23-cv-01098-AGT

128736506.4 0052902-00054

2

Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs"), and Nonparty Pacific Dream Seafood, Inc. ("Pacific Dream") have met and conferred and reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

Plaintiffs and Pacific Dream stipulated to an Early settlement Conference, Dkt. 388, and the Court subsequently referred the parties to Magistrate Judge Spero for such settlement conference, Dkt. 391.

A settlement conference before Magistrate Judge Spero has been set for September 16, 2025 at 10:00 a.m. Dkt. 393.

Pursuant to the parties' agreement (Dkt. 388) and the Court's order granting Plaintiffs leave to file the Third Amended Complaint (Dkt. 389), Plaintiffs filed the Third Amended Complaint, which did not name Pacific Dream as a defendant, on September 2, 2025.

During its preparation for the settlement conference and ongoing review of the case materials Pacific Dream determined that, in order to fully and adequately participate in the settlement conference, it needs to obtain local counsel in the Northern District, and Pacific Dream has now secured local counsel.

In order to allow Pacific Dream's counsel sufficient time to get up to speed on the facts of the case in preparation of settlement discussions, Plaintiffs and Pacific Dream agree that the settlement conference set for September 16, 2025 should be taken off calendar.

Plaintiffs and Pacific Dream are committed to pursuing good faith settlement discussions before Magistrate Judge Spero, pursuant to the Court's previous referral, and thus request a scheduling conference be set before Magistrate Judge Spero, with the goal of setting a settlement conference in the latter half of October, subject to Magistrate Judge Spero's availability.

Plaintiffs and Pacific Dream further agree that if a settlement is not reached between Plaintiffs and Pacific Dream, Pacific Dream shall do all of the following:

1) Pacific Dream will join Plaintiffs in a stipulated or joint request that Plaintiffs be given leave to file a further amended complaint that adds Pacific Dream as a defendant;

2) Pacific Dream will consent to Judge Tse for all purposes in this matter;

3) Pacific Dream will respond to the further amended complaint within twenty-one (21)

STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE; Case No. 3:23-cv-01098-AGT

128736506.4 0052902-00054

1

days of its filing;

4) Pacific Dream will respond to discovery requests that Plaintiff has to this point served on Defendants, which Plaintiffs has provided to Pacific Dream as of the filing of this stipulation, within twenty-one (21) days of the filing of the further amended complaint;

5) In the event that Pacific Dream intends to respond to the further amended complaint with a motion to dismiss, Pacific Dream will not respond to those discovery requests with any objection premised on the ground that it has or, is intending to, file a motion to dismiss the further amended complaint.

Plaintiffs and Pacific Dream agree to hold the ADR session by October 31, 2025, or as soon thereafter as permitted by Magistrate Judge Spero's availability.

Plaintiffs and Pacific Dream agree that the tolling ordered by the Court pursuant to the parties' stipulation, Dkt. 391, remains in effect.

The undersigned Plaintiffs' counsel attests that he was authorized to file this stipulation on behalf of both Plaintiffs and Pacific Dream.

Respectfully submitted,

Dated: September 10, 2025           /s/ Stuart G. Gross
                                    Stuart G. Gross (SBN 251019)
                                    Travis H. A. Smith (SBN 331305)
                                    Ross A. Middlemiss (SBN 323737)
                                    **GROSS KLEIN PC**
                                    The Embarcadero
                                    Pier 9, Suite 100
                                    San Francisco, CA 94111
                                    (415) 671-4628
                                    sgross@grosskleinlaw.com
                                    tsmith@grosskleinlaw.com
                                    rmiddlemiss@grosskleinlaw.com

                                    Matthew W. Ruan (SBN 264409)
                                    Samantha Gupta (*admitted pro hac vice*)
                                    **FREED KANNER LONDON & MILLEN LLC**
                                    100 Tri-State International, Suite 128
                                    Lincolnshire, IL 60069
                                    (224) 632-4500
                                    mruan@fklmlaw.com
                                    sgupta@fklmlaw.com

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
*mweiler@schneiderwallace.com*
*rlevine@schneiderwallace.com*

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
*swilliams@stevenwilliamslaw.com*

*Counsel for Plaintiffs and the Proposed Class*

## [PROPOSED] ORDER

Pursuant to the stipulation between Plaintiffs and nonparty Pacific Dream Seafood, Inc. ("Pacific Dream"), the Court hereby orders as follows:

The settlement conference set for September 16, 2025, is taken off calendar.

Plaintiffs and Pacific Dream participate in a scheduling conference before Magistrate Judge Spero as soon as Judge Spero's availability allows, wherein Plaintiffs and Pacific Dream shall coordinate and schedule a settlement conference before Magistrate Judge Spero to be held no later than October 31, 2025, or as soon thereafter as permitted by Magistrate Judge Spero's availability.

In the event that a settlement is not reached between Plaintiffs and Pacific Dream, Pacific Dream shall do all of the following:

1) Pacific Dream will join Plaintiffs in a stipulated or joint request that Plaintiffs be given leave to file a further amended complaint that adds Pacific Dream as a defendant;

2) Pacific Dream will consent to Magistrate Judge Tse for all purposes in this matter;

3) Pacific Dream will respond to the further amended complaint within twenty-one (21) days of its filing;

STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE; Case No. 3:23-cv-01098-AGT

128736506.4 0052902-00054

3

4) Pacific Dream will respond to discovery requests that Plaintiff has to this point served on Defendants, which Plaintiffs has provided to Pacific Dream as of the filing of this stipulation, within twenty-one (21) days of the filing of the further amended complaint;

5) In the event that Pacific Dream intends to respond to the further amended complaint with a motion to dismiss, Pacific Dream will not respond to those discovery requests with any objection premised on the ground that it has or, is intending to, file a motion to dismiss the further amended complaint.

The tolling ordered by the Court pursuant to the parties' stipulation, Dkt. 391, remains in effect.

**IT IS SO ORDERED.**

Dated: _____                    _____

Hon. Alex G. Tse
United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND NON-PARTY PACIFIC DREAM SEAFOOD, INC. AND [PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR AND SETTING SCHEDULING CONFERENCE; Case No. 3:23-cv-01098-AGT

4

128736506.4 0052902-00054