Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H. A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>**DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF**<br><br>Date:       December 12, 2025<br>Time:       10:00 a.m.<br>Courtroom: A, 15th Floor<br>Judge:       Alex G. Tse<br><br>**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

1

1  **FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; and DOES 32-60,**

2

3                                    Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

2

I, Stuart G. Gross, declare as follows:

1. I am a principal at Gross Klein PC and counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion to Quash Defendants' Subpoenas to Putative Class Members and for Other Relief ("Plaintiffs' Motion to Quash"). If called as a witness, I could and would truthfully testify to the following based on my personal knowledge and review of relevant materials.

2. During the 2024/25 season, Defendants and non-defendant Pacific Dream Seafood collectively represented approximately 68% of the Dungeness crab ex vessel market in California, Oregon, and coastal Washington (collectively, the "Pacific NW Area").

3. Following the lifting of the discovery stay, Plaintiffs and Defendants have served on each other numerous requests for production of documents and interrogatories.

4. The production of text messages in a usable format has not been straight forward in this case, and several of the Defendants, despite the assistance of experienced counsel and e-discovery venders, have struggled to manage the extraction, review and production of text messages like those sought by the subpoenas.

5. In addition to discovery on the other parties in this action, both Plaintiffs and Defendants have served numerous subpoenas on third parties. A true and correct copy of Plaintiffs' March 4, 2025 notice of subpoenas to certain third-party buyers is attached hereto as Exhibit A. A true and correct copy of Defendants' April 11, 2025 notice of subpoenas to certain third-parties is attached hereto as Exhibit B.

6. On October 22, 2025 Counsel for Pacific Seafood, on behalf of all Defendants, served a notice of subpoenas, attaching a list of 61 individual recipients, 58 of which are members of the putative class. A true and correct copy of the notice of subpoenas and one of the subpoenas attached thereto is attached hereto as Exhibit C. The subpoenas all included identical requests for each of the putative class members.

7. Counsel for Defendants did not contact Plaintiffs' counsel or seek leave of the Court prior to serving the notice of subpoenas.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

1

8. Pacific Seafood, on behalf of all Defendants, began serving the subpoenas on putative class members, on or around Monday October 27, 2025.

9. Pacific Seafood included a cover letter with the subpoenas, a copy of which was provided to Plaintiffs by a subpoena recipient who wished to remain anonymous, for fear of losing his ability to sell crabs as punishment by Defendants for speaking out. A true and correct copy of the cover letter is attached hereto as Exhibit D.

10. Plaintiffs' counsel and Plaintiff Little began receiving calls from putative class members who expressed their concern and confusion over receiving a subpoena while they're preparing for the upcoming Dungeness crab season.

11. Some of the subpoena recipients have been involved in the commercial Dungeness crab fishery for many decades. For example, John Tarantino, whom I represented as a lead plaintiff in a certified class action arising out of the 2007 Cosco Busan Oil Spill, began commercially fishing for Dungeness crabs in the San Francisco fishery over fifty years ago.

12. Many crabbers participate in multiple fisheries in addition to the Dungeness crab fishery.

13. At least six of the subpoenaed recipients have been represented by the undersigned in other multi-plaintiff, class actions, and/or representative actions that involved multiple members of the Pacific NW Area commercial fishing fleet, making it virtually certain that within their communications with other crabbers are privileged, common interest, and joint representation communications. Several of those actions touched on issues related to the ex vessel price of Dungeness crab.

14. I have represented Dungeness crab fishermen for almost 20 years, and, in my experience, commercial Dungeness crab fishermen, with some exceptions, do not have the resources necessary to hire counsel on an hourly basis. Thus, I would expect that many of the targeted putative class members would not have the resources necessary to hire an attorney to assist them in responding to the subpoenas.

15. Several of the putative class members to whom subpoenas were issued are known to have spoken out against the conduct of Pacific Seafood and other Defendants.

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

2

16. Only four of the 58 subpoenaed putative class members were involved in specific events alleged in the operative complaint. Plaintiffs disclosed the names of those crabbers in interrogatory responses provided to Defendants.

17. On October 29, 2025 Defendants agreed not to serve the subpoenas on any putative class member that had not yet been served, to send a letter to each putative class member who had been served explaining that they need not respond to the subpoena while Plaintiffs' objections to it were unresolved, to segregate any documents produced by a putative class member to them while this motion is pending, and to return such documents in the event that this motion is successful. A true and correct copy of the email exchange between counsel for Plaintiffs and Defendants wherein the agreement was reached is attached hereto as Exhibit E.

18. In a previous meet and confer call that occurred on October 28, 2025 counsel for Pacific Seafood indicated that the subpoenaed putative class members were chosen by Defendants based on a rough criteria according to which it was hoped a rough representative sampling of putative class members, of which he estimated there to be approximately 1400, who had sold to the various Defendants in various implicated ports would be attained, but indicated that several of the recipients had already reached out to Pacific Seafood's counsel to indicate that they have not fished commercially for Dungeness crab in many years.

19. During the meet and confer call, counsel for Pacific Seafood, when asked why it was necessary for Defendants to subpoena the documents sought from the targeted putative class members, indicated, in summary, that Defendants wanted to prove that crabbers frequently communicate amongst themselves about the prices offered by buyers, and essentially play the buyers, including Defendants, off each other to get higher prices, and that Defendants need to communicate with each other to verify whether what crabbers were saying about offered prices was true, which thus explains the communications between buyers regarding price that Plaintiffs have uncovered.

20. In no light, could many of the buyer-to-buyer communications uncovered thus far by Plaintiffs be characterized as mere efforts by buyers to confirm each other's pricing as represented to them by crabbers.

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

3

21. For example, attached hereto as Exhibit F are true and correct copies of text messages dated January 17, 2021, between ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ The text messages have been designated highly confidential and were formatted by Plaintiffs' counsel for easier review. The phone numbers used to send and receive the texts have been verified by Defendants as belonging to ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ respectively. The text messages read as follows:



23. Attached hereto as Exhibit G is a true and correct copy of excerpts of landing records produced by the California Department of Fish and Wildlife, filtered to include landings only in San Francisco and Bodega Bay from January 17, 2021(the date of the exchange between ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ described above) to January 31, 2021. The records show that Defendants Safe Coast, Robert Bugatto Enterprises, Inc. (aka "Tides," aka "Hallmark"), and Caito, uniformly paid $4.50/lb. for crab starting on January 17, 2021, in those ports, and, with some minor variation, maintained that price for the remainder of January. The records also show that while some non-defendant buyers paid more during this period for crab landed in these ports (highlighted in yellow in Exhibit G), Defendants Ocean King Fish Inc., Nor-Cal Seafood, Inc., American Seafood Exp, Inc., as well as San Francisco Community Fishing Association (who sells almost exclusively to Defendant Fisherman's Catch, Inc.), also uniformly paid $4.50/lb. for crab

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

4

1  starting on January 17, 2021, in those ports, and, with some minor variation, maintained the price
2  for the remainder of January.
3       24.    As a further example, attached hereto as Exhibit H are true and correct copies of a
4  text message string dated December 21, 2022 through January 14, 2023 between ▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The
6  phone numbers used to send and receive the texts have been verified by Defendants as belonging
7  to ▮▮▮▮▮▮▮▮▮▮▮▮ respectively. The text messages have been designated highly
8  confidential and were formatted by Plaintiffs' counsel for easier review.
9       25.    In the text string, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This corroborates allegations
21  in the Third Amended Complaint ("TAC"), Dkt. 394 ¶¶ 204-26.
22       26.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (On December 22, 2022, the California
25  Department of Fish and Wildlife had announced that California's commercial Dungeness crab

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

5

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

1  fleet was allowed to begin deliveries on December 31, 2022.[1])  ██████████

2  ████████████████████

3  █ ████████████████████████

4  ████████████████████████████

5  ████████████████████████

6  ████████████

7  █ ████████████████████████

8  ██████████████████████████

9  ██████████████████████████

10 ████████████

11 █ ████████████████████████████

12 ████████████████████ █

13    28.   This continued until, mid-January, when, as alleged in the TAC, finally Pacific

Seafood offered an ex vessel price. *See* Dkt. 395 ¶ 224 ("Finally, on or around January 13, 2023,

Pacific Seafood offered to pay $3.00/lb. for the first 400,000 lbs. with the price then dropping to

$2.25, giving the crabbers twelve hours to accept the deal.").

17  • ██████████████████████████

18 █ ████████████████

19 █ ██████████████████████████

20 ██

21 █ ████████████████

22 █ ██████████████████████████

23 ████████████████████████

---

[1] *See* https://wildlife.ca.gov/News/Archive/cdfw-opens-commercial-dungeness-crab-fishery-statewide-but-continues-partial-recreational-crab-trap-restriction (last visited 11/6/25).

██████████████████████████████
██████████████████████████████
████████████████

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

6

29. A selection of records produced by the California Department of Fish and Wildlife, a true and correct copy of which is attached hereto as Exhibit I, show that, despite California Department of Fish and Wildlife authorizing the commercial landing of Dungeness crab starting on December 31, 2022, with the exception of a single purchase by Caito on December 31, 2022, no buyer made an ex vessel purchase of crab in any California port north of the Sonoma/Mendocino county line until Pacific Seafood set the ex vessel price as described above. Once Pacific Seafood set the price, these records show that Defendants Pacific Seafood, Safe Coast, Caito, Ocean Gold Seafood, Inc., and Fisherman's Catch, Inc., all paid the same $2.25/lb. to crabbers in those ports, from January 19, 2023 until January 30, 2023, while during the same period, various non-defendants (a selection of whom are highlighted in yellow in Exhibit I) paid higher ex vessel prices in those ports.

30. A selection of records produced by the Oregon Department of Fish and Wildlife, a true and correct copy of which is attached as Exhibit J, show that, when Oregon ports opened on January 15, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

31. As alleged in the TAC, in advance of the opening of the 2022-23 season, Plaintiff Brand Little vocally criticized the manipulation of the Dungeness ex vessel crab market Pacific Seafood and the other Defendants, and, in particular, their coordinated refusal to even state, prior to the season opener, a price at which they would buy crab; and, as a result, he blackballed by Pacific Seafood and other Defendants. *See* Dkt. 394 ¶¶ 12, 214-16, 443-44. The following portion of the text string between ▮▮▮▮▮ discussed above and attached as Exhibit H captures these events in real time:

---

[4] Washington's coastal (non-Puget Sound) commercial Dungeness crab fishery did not open until February 1, 2023.

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

7



[Redacted]

32. Exhibits F and H represent just a small sampling of price-fixing communications between Defendants uncovered thus far.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 7, 2025.

By:    */s/ Stuart G. Gross*
       STUART G. GROSS

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DECLARATION OF STUART G. GROSS IN SUPPORT OF PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENAS TO PUTATIVE CLASS MEMBERS AND FOR OTHER RELIEF; Case No. 3:23-cv-01098-AGT

8