# EXHIBIT A

1  Stuart G. Gross (SBN 251019)
2  Ross A. Middlemiss (SBN 323737)
   Travis H.A. Smith (SBN 331305)
3  **GROSS KLEIN PC**
   The Embarcadero
4  Pier 9, Suite 100
   San Francisco, CA 94111
5  (415) 671-4628

7  *Attorneys for Plaintiffs and the Proposed Classes*
   [additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> **PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.;** | Case No. 3:23-cv-01098-AGT <br><br> **PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENAS** |

PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENAS; Case No. 3:23-cv-01098-AGT

**CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; and DOES 30-60,**

Defendants.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs Brand Little and Robin Burns will serve the following subpoenas, attached hereto as the following exhibits:

| Exhibit # | Recipient |
| --- | --- |
| 1 | Anna's Seafood |
| 2 | CFT Operations LLC |
| 3 | D & M Live Crab, Inc. |
| 4 | Da Yang Seafood Inc. |
| 5 | Fisherman's Choice, LLC |
| 6 | Fishhawk Fisheries, Inc. |
| 7 | Jolly Rogers Seafood LLC |
| 8 | L & W Trading Inc. |
| 9 | Wes Taylor, an individual doing business as LCZ Unloaders |
| 10 | Living Pacific Seafoods LLC |
| 11 | M.F.M.Seafood, Inc. |
| 12 | Nelson Crab Inc. |
| 13 | New Day Fisheries, Inc. |
| 14 | Noyo Fish Company LLC |
| 15 | Ocean Fresh, LLC |
| 16 | One Ocean Sea Products, Inc. |
| 17 | Pacific Dream Seafood, Inc. |
| 18 | Seawater Seafoods Company |
| 19 | San Francisco Community Fishing Association, Inc. |
| 20 | Southern Cal Seafood, Inc. |
| 21 | South Bend Products LLC |
| 22 | Swanes Seafood Holding Company, LLC |
| 23 | Three Captains' Sea Products, Incorporated |

| 24 | Tillamook Bay Seafoods Inc. |
|---|---|
| 25 | Westlake Seafood LLC |
| 26 | Westport Seafood, Inc. |
| 27 | Justin Ottman |
| 28 | California Department of Fish and Wildlife |
| 29 | Oregon Department of Fish and Wildlife |
| 30 | Washington Department of Fish and Wildlife |
| 31 | Port of Coos Bay |
| 32 | West Coast Seafood Processors Association |

Dated: March 4, 2025

By:　　　　　　　　　　　　　　　　*/s/ Stuart G. Gross*
Stuart G. Gross (SBN 251019)
Travis H.A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@fklmlaw.com*

1  Matthew S. Weiler (SBN 236052)
2  Raymond S. Levine (SBN 348030)
   **SCHNEIDER WALLACE COTTRELL**
3  **KONECKY, LLP**
   2000 Powell Street, Suite 1400
4  Emeryville, CA 94608
   (415) 421-7100
5  mweiler@schneiderwallace.com
   *rlevine@schneiderwallace.com*
6
7  Steven N. Williams (SBN 175489)
   **STEVEN WILLIAMS LAW, P.C.**
8  201 Spear St, Suite 1100
   San Francisco, CA 94105
9  (415) 671-4628
   *swilliams@stevenwilliamslaw.com*
10
11
12  *Counsel for Plaintiffs and the Proposed Classes*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENAS; Case No. 3:23-cv-01098-AGT

3