David J. Aveni (SBN 251197)
  david.aveni@wilsonelser.com
John R. Danos (SBN 210964)
  john.danos@wilsonelser.com
Colin V. Quinlan (SBN 332225)
  colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 443-5100

Attorneys for Defendant Da Yang Seafood Inc.

Michael S. Myers (SBN 305011)
  myersm@ballardspahr.com
Christopher M. Wyant (pro hac vice)
  wyantc@ballardspahr.com
Jessica M. Rizzo (pro hac vice)
  rizzoj@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone:    (424) 204-4400

Attorneys for Defendant Great Ocean Seafood Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brand LITTLE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DA YANG SEAFOOD INC.'S AND GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:　　　December 12, 2025<br>Time:　　　10:00 a.m.<br>Location:　 450 Golden Gate Avenue<br>　　　　　　Courtroom A, 15th Floor<br>Judge:　　 Hon. Alex G. Tse<br><br>[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities] |

     Defendants Da Yang Seafood Inc. ("Da Yang") and Great Ocean Seafood Inc. ("Great Ocean") moved this Court for an order dismissing the Third Amended Class Action Complaint ("TAC") with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

     Having considered the papers submitted in support of and in opposition to the Motion, and the authorities and arguments presented by the parties through their counsel of record, this Court finds the TAC fails to state a claim against Da Yang or Great Ocean upon which relief may be granted.

     This Court further finds that Plaintiffs are unable to state any claim on the facts alleged in the TAC such that leave to further amend would be futile.

     Da Yang and Great Ocean's Motion to dismiss the TAC with prejudice is therefore **GRANTED.**

     **IT IS SO ORDERED**

Dated: _____        _____
                                          Hon. Alex G. Tse
                                          United States Magistrate Judge