| | |
|---|---|
| 1 | David J. Aveni (SBN 251197) |
|  |   david.aveni@wilsonelser.com |
| 2 | John R. Danos (SBN 210964) |
|  |   john.danos@wilsonelser.com |
| 3 | Colin V. Quinlan (SBN 332225) |
|  |   colin.quinlan@wilsonelser.com |
| 4 | **WILSON, ELSER, MOSKOWITZ,** |
|  | **EDELMAN & DICKER LLP** |
| 5 | 555 South Flower Street, Suite 2900 |
|  | Los Angeles, California 90071 |
| 6 | Telephone:    (213) 443-5100 |
| 7 | Attorneys for Defendant Da Yang Seafood Inc. |
| 8 | Michael S. Myers (SBN 305011) |
|  |   myersm@ballardspahr.com |
| 9 | Christopher M. Wyant (pro hac vice) |
|  |   wyantc@ballardspahr.com |
| 10 | Jessica M. Rizzo (pro hac vice) |
|  |   rizzoj@ballardspahr.com |
| 11 | **BALLARD SPAHR LLP** |
|  | 2029 Century Park East, Suite 1400 |
| 12 | Los Angeles, California 90067 |
|  | Telephone:    (424) 204-4400 |
| 13 | |
| 14 | Attorneys for Defendant Great Ocean Seafood Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Brand LITTLE, et al., | Case No. 3:23-cv-01098-AGT |
|         Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS DA YANG SEAFOOD INC.'S AND GREAT OCEAN SEAFOOD INC.'S MOTION TO STAY DISCOVERY** |
| vs. | |
| PACIFIC SEAFOOD PROCUREMENT, LLC, et al., | |
|         Defendants. | Date:     December 12, 2025 |
| | Time:    10:00 a.m. |
| | Location: 450 Golden Gate Avenue |
| |              Courtroom A, 15th Floor |
| | Judge:   Hon. Alex G. Tse |
| | [Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities] |

Defendants Da Yang Seafood Inc. ("Da Yang") and Great Ocean Seafood Inc. ("Great Ocean") moved this Court pursuant to Federal Rule of Civil Procedure 26(c) for an order staying discovery pending resolution of their motion to dismiss Plaintiffs' Third Amended Complaint ("TAC").

Having considered the papers submitted in support of and in opposition to the Motion, and the authorities and arguments presented by the parties through their counsel of record, this Court finds that Da Yang and Great Ocean have shown good cause for a stay of discovery as to them.

This Court finds that Da Yang and Great Ocean's pending motion to dismiss is potentially dispositive of all claims against Da Yang and Great Ocean. This Court further finds that the motion to dismiss can be decided without additional discovery. This Court further finds that a discovery stay would further the goal of efficiency.

Da Yang and Great Ocean's motion for a stay of discovery as to them is therefore **GRANTED.**

**IT IS SO ORDERED**

Dated: _____                    _____
                                           Hon. Alex G. Tse
                                           United States Magistrate Judge