CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (admitted *pro hac vice*)
timothy.snider@stoel.com
ALEX VAN RYSSELBERGHE (admitted *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (admitted *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PACIFIC SEAFOOD'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge:   The Honorable Alex G. Tse |

I, Alex Van Rysselberghe, declare as follows:

1. I am a member of the Bar of the State of Oregon and am admitted *pro hac vice* to practice before this Court in this matter. I am an attorney in the law firm Stoel Rives LLP, counsel for Defendants Pacific Seafood Procurement, LLC; Pacific Seafood Processing, LLC; Pacific Seafood Fleet, LLC; Pacific Seafood Distribution, LLC; Pacific Seafood USA, LLC, Dulcich, Inc.; Pacific Seafood – Eureka, LLC; Pacific Seafood – Charleston, LLC; Pacific Seafood – Warrenton, LLC; Pacific Seafood – Newport, LLC; Pacific Seafood – Brookings, LLC; Pacific Seafood – Westport, LLC; Pacific Surimi – Newport, LLC (collectively, "Defendants" or "Pacific") in this matter. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. I submit this Declaration in support of Pacific Seafood's Administrative Motion to Consider Whether another Party's Material Should be Sealed Pursuant to Civil Local Rules 7-11 and 79-5.

3. Attached hereto as Exhibit 1 is an unredacted true and correct copy of Exhibit D to the Declaration of Matthew D. Segal in Support of Pacific Seafood's Motion to Compel Nonparties Ozzie Gregorio and Triple G Seafood to Comply with Subpoena ("Segal Declaration").

4. Attached hereto as Exhibit 2 is an unredacted true and correct copy of Pacific Seafood's Motion to Compel Nonparties Ozzie Gregorio and Triple G Seafood to Comply with Subpoena ("Motion to Compel").

5. The basis for sealing Exhibit D to the Segal Declaration, and the parts of the Motion to Compel that quote Exhibit D to the Segal Declaration, both filed on November 10, 2025, is that the content of Exhibit D is designated as Confidential by nonparties Ozzie Gregorio and Triple G Seafood (collectively, "Gregorio"), pursuant to the Court's June 26, 2024 Stipulation and Protective Order (Dkt. No. 63).

6. Pacific takes the position that the identified material is not "privileged, protectable as a trade secret or otherwise entitled to protection under the law" pursuant to Civ. L.R. 79-5 and

that the strong presumption of access to judicial records is supported under good cause or compelling reasonable standards.

7. Pacific takes the position that Gregorio's designation of the identified material is without basis and the Administrative Motion should be denied because they do not contain any confidential material or information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2025.

_____
Alex Van Rysselberghe