1  DOWNEY BRAND LLP
   ROBERT P. SORAN (Bar No. 169577)
2  rsoran@downeybrand.com
   621 Capitol Mall, 18th Floor
3  Sacramento, California 95814
   Telephone:   916.444.1000
4  Facsimile:   916.444.2100

5  Attorneys for Frank Alioto Fish Co. AND Angela
   Cincotta

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others 11  Similarly Situated, | Case No. 3:23-cv-01098-AGT |
| 12               Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: SUBPOENAED TELEPHONE RECORDS OF FRANK ALIOTO FISH CO. AND ANGELA CINCOTTA** |
| 13         v. | |
| 14  PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, 15  LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; 16  PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD–EUREKA, LLC; 17  PACIFIC SEAFOOD–CHARLESTON, LLC; PACIFIC SEAFOOD–WARRENTON, LLC; 18  PACIFIC SEAFOOD–NEWPORT, LLC; PACIFIC SEAFOOD–BROOKINGS, LLC; 19  PACIFIC SEAFOOD–WESTPORT, LLC; PACIFIC SURIMI–NEWPORT LLC; BLUE 20  RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST 21  SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL 22  SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA 23  SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA 24  ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO 25  FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; 26  GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; 27  OCEAN KING FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC 28  SEAFOODS, LLC; DA YANG SEAFOOD | Judge:   Honorable Alex G. Tse |

5155087.1                                                          Case No. 3:23-cv-01098-AGT
STIPULATION AND [PROPOSED] ORDER RE: SUBPOENAED TELEPHONE RECORDS OF FRANK ALIOTO
FISH CO. AND ANGELA CINCOTTA

INC.; GREAT OCEAN SEAFOOD INC.; and DOES 32-60,

        Defendants.

WHEREAS, Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs") served a subpoena on AT&T, Inc. ("AT&T") that sought, inter alia, production of records concerning Nonparties Frank Alioto Fish Company and Angela Cincotta (collectively "Alioto") and the phone numbers 415-673-5868 and 415-509-4855 (collectively the "Phone Records");

WHEREAS, on October 29, 2025, counsel for Alioto filed a Motion to Quash Plaintiffs' subpoena on AT&T which sought, inter alia, production of the Alioto Phone Records, citing certain concerns regarding the production of the Alioto Phone Records;

WHEREAS, counsel for Plaintiffs and Alioto have conferred several times, either via telephone or email correspondence, on October 24, November 3, November 6, and November 7, 2025, to discuss Alioto's concerns about Plaintiffs' subpoenas and potential options for addressing those concerns;

WHEREAS, in light of these ongoing discussions, and the parties' desire to pursue potential resolution of this matter in a way that effectively and efficiently addresses Alioto's concerns regarding Plaintiff's subpoenas, Plaintiffs and Alioto hereby stipulate, subject to approval by the Court:

1. The hearing on Alioto's Motion to Quash Plaintiffs' subpoena on AT&T will be reset for December 19, 2025.

2. The briefing schedule for Plaintiffs' Opposition to Alioto's October 29, 2025 Motion to Quash Plaintiffs' subpoena on AT&T will be extended such that Plaintiffs' opposition will be due no later than November 26, 2025, and Alioto's reply will be due December 5, 2025, permitting counsel for Plaintiffs and Alioto to continue meeting and conferring to seek mutually agreeable resolution that would obviate Alioto's pending Motion to Quash;

3. AT&T shall not produce any Alioto Phone Records until the earlier of either:

    (A). AT&T receives written authorization duly signed by both counsel for Plaintiffs and counsel for Alioto agreeing to produce documents on the terms specified in

said joint written authorization; or

    (B).  This Court enters an order to do so following hearing on Alioto's Motion to Quash.

DATED:  November 7, 2025    GROSS KLEIN PC

By:   /s/*Stuart G. Gross – as authorized on 11/07/2025*
Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
GROSS KLEIN PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

*Counsel for Plaintiffs*

DATED:  November 7, 2025    DOWNEY BRAND LLP

By: _[signature]_
Robert P. Soran (SBN 169577)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
*Counsel for Nonparties Frank Alioto Fish Co. and Angela Cincotta*

*Pursuant to L.R. 5(i)(3), the filer attests that all other signatories have concurred in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <ins>November 12, 2025</ins>

Hon. Alex G. Tse
United States Magistrate Judge