**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 3:23-cv-01098-AGT

**Case Name:**  Little v.  Pacific Seafood Procurement, LLC

**Date:** November 12, 2025         **Time:** 10 minutes

**Deputy Clerk:** Brittany Sims         **Court Reporter:** Not Recorded

**Attorney for Plaintiff:** Stuart Gross and Travis Smith
**Attorney for Defendant:** Steven McLellan for Defendant Fishermen's catch, Inc.

## ZOOM PROCEEDINGS

(X)     Zoom Scheduling Conference to set Settlement Conference

**Notes:**  The court will not set a settlement conference at this time.  The parties are invited to contact the court if they desire a settlement conference.