CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (admitted *pro hac vice*)
timothy.snider@stoel.com
ALEX VAN RYSSELBERGHE (admitted *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (admitted *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**PACIFIC SEAFOOD'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>The Honorable Alex G. Tse |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PACIFIC SEAFOOD'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION

3:23-CV-01098-AGT

151115899.1 0052902-00054

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Pacific Seafood Procurement, LLC; Pacific Seafood Processing, LLC; Pacific Seafood Fleet, LLC; Pacific Seafood Distribution, LLC; Pacific Seafood USA, LLC; Dulcich, Inc.; Pacific Seafood – Eureka, LLC; Pacific Seafood – Charleston, LLC; Pacific Seafood – Warrenton, LLC; Pacific Seafood – Newport, LLC; Pacific Seafood – Brookings, LLC; Pacific Seafood – Westport, LLC; Pacific Surimi – Newport, LLC ("Pacific Seafood," and collectively referred to herein as "Pacific") hereby respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Although Pacific is not the Designating Party that produced the particular documents serving as Exhibit H to the Declaration of Stuart G. Gross in Support of Plaintiffs' Motion to Quash Defendants' Subpoenas to Putative Class Members, for a Protective Order, and for the Issuance of a Corrective Notice to the Putative Class ("Exhibit H"), the personal cell phone of one of Pacific's employees (Joe Cincotta) is contained in Exhibit H. While Pacific takes no position on whether Defendant Safe Coast's designation of the entire Exhibit H warrants full sealing of the entire document, Pacific does take the position that, if the document is not fully sealed, the document should be redacted so as to keep private the personal cell phone information of Defendants' employees, who are individuals not named as parties in this action. There is no reason that such information must be made public, and such proposed redactions are narrowly drawn.

Pacific accordingly proposes that the redacted version of Exhibit H be used, found in Exhibit 1 to the Declaration of Alex Van Rysselberghe ("Van Rysselberghe Declaration") filed in support of this Statement. The redacted version of Exhibit H found in Exhibit 1 to the Van Rysselberghe Declaration reflections made as described in the Sealed Exhibit 2 to the Van Rysselberghe Declaration.

DATED: November 14, 2025

STOEL RIVES LLP

*/s/Alex Van Rysselberghe*
CHARLES H. SAMEL
charles.samel@stoel.com
EDWARD C. DUCKERS
ed.duckers@stoel.com
TIMOTHY W. SNIDER (appearing *pro hac vice*)
timothy.snider@stoel.com
MATTHEW D. SEGAL
matthew.segal@stoel.com
MICHELLE J. ROSALES
michelle.rosales@stoel.com

*Attorneys for Pacific Seafood Defendants*

# PROOF OF SERVICE

I, Jennifer Calvo, declare:

I am a citizen of the United States and employed in Portland, Oregon. I am over the age of eighteen and not a party to the within-entitled action. My business address is 760 SW Ninth Avenue, Suite 3000 Portland, OR 97205. On November 7, 2025, I served a copy of the following documents:

- Pacific Seafood's Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5

- Declaration of Alex Van Rysselberghe in Support of Pacific Seafood's Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5,

by transmitting on this date via ECF.

I declare under the penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct.

DATE: November 14, 2025

*/s/ Jennifer Calvo*
Jennifer Calvo, Practice Assistant