# EXHIBIT 1

# Raymond S. Levine

| | |
|---|---|
| From: | Rava, Theresa <TRava@williamskastner.com> |
| Sent: | Tuesday, November 18, 2025 8:40 AM |
| To: | Stuart Gross |
| Cc: | Raymond S. Levine; Ross Middlemiss; Matthew S. Weiler; Ian Atkinson-Young |
| Subject: | RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark |

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Stuart:

My clients will only stipulate to four years of records from AT&T and Verizon.

**Theresa H. Rava**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard



From: Stuart Gross <sgross@grosskleinlaw.com>
Sent: Monday, November 17, 2025 9:00 AM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: Re: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Great. I'll send an invite now with this call-in information: (415) 697-1431;79949#
_____
Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688

sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE:  The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this

emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Mon, Nov 17, 2025 at 8:55 AM Rava, Theresa <TRava@williamskastner.com> wrote:

5:15 works for me.

**Theresa H. Rava**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard



From: Stuart Gross <sgross@grosskleinlaw.com>
Sent: Monday, November 17, 2025 8:54 AM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: Re: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Unfortunately, 4 pm won't work. I could do any time until 11, then from 12 to 2:30, and from 5:15 to 6:15.

_____
Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE:  The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the

contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Mon, Nov 17, 2025 at 8:28 AM Rava, Theresa <TRava@williamskastner.com> wrote:

Will 4:00 work?

**Theresa H. Rava**

**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard



From: Stuart Gross <sgross@grosskleinlaw.com>
Sent: Sunday, November 16, 2025 3:48 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: Re: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Hi Theresa,

Do you have some time tomorrow morning, Monday, to have a call to discuss potentially resolving the motions?

Best,

Stu

_____
Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE:  The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

> On Nov 11, 2025, at 7:43 AM, Rava, Theresa <trava@williamskastner.com> wrote:
>
> Stu,
>
> I am busy all day today in depositions. I will contact you when I can.
>
> **Theresa H. Rava**
> **Williams Kastner** | Attorney at Law
> 601 Union Street, Suite 4000
> Seattle, WA 98101-2341
> P: 206-628-2418 | F: 206-628-6611
> www.williamskastner.com | Bio | vCard
>
> **SEATTLE** | **PORTLAND** | **SPOKANE**
>
> From: Stuart Gross <sgross@grosskleinlaw.com>
> Sent: Monday, November 10, 2025 3:19 PM
> To: Raymond S. Levine <rlevine@schneiderwallace.com>
> Cc: Rava, Theresa <TRava@williamskastner.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian

4

Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: Re: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Hi Theresa,

Now that you have had time to digest the stipulated order between Plaintiffs and non-party Don Alber and discuss it with your clients, please let me know your availability to discuss a potential similar resolution with Messrs. Goodin and Mark.

Best,

Stu

_____

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE:  The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Wed, Nov 5, 2025 at 2:02 PM Raymond S. Levine <rlevine@schneiderwallace.com> wrote:

> Hello Theresa,

5

Very well. Please let me know when you're available to meet and confer this week.

Kind regards,

Ray

--

Raymond S. Levine
Attorney at Law
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in California.

From: Rava, Theresa <TRava@williamskastner.com>
Sent: Wednesday, November 5, 2025 1:29 PM
To: Raymond S. Levine <rlevine@schneiderwallace.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Notice: This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray,

I will be filing a motion to quash the Verizon subpoena on behalf of Jerod Goodin and a motion to quash the AT&T subpoena on behalf of Jerod Goodin and Jonathan Mark shortly. I understand your position, but the letter Mr. Mark received from Verizon stated unequivocally that records will be produced unless a motion to quash has been filed. I expect AT&T is no different, thus the motions are necessary. I set the hearing dates for both motions for December 19 to coincide with the date set in our current stipulation.

**Theresa H. Rava**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard

**SEATTLE** | PORTLAND | SPOKANE

---

From: Raymond S. Levine <rlevine@schneiderwallace.com>
Sent: Wednesday, November 5, 2025 12:23 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Hello Theresa,

Thank you for your edits. We have accepted your changes and will file the attached with the Court today.

Regarding the AT&T subpoena, let's meet and confer to reach a separate arrangement which would obviate a second Motion to Quash. When are you available?

Kind regards,

Ray

Raymond S. Levine
Attorney at Law

7

2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in California.

From: Rava, Theresa <TRava@williamskastner.com>
Sent: Wednesday, November 5, 2025 9:45 AM
To: Raymond S. Levine <rlevine@schneiderwallace.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Notice: This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Please see my edits in track changes. Mark is singular. I removed the reference to AT&T since there is currently no motion to quash on file with respect to that subpoena and I don't believe that this stipulation would have any effect on AT&T's production. AT&T, like Verizon, will require a filed motion to quash. I agree to set the hearing on the AT&T motion to quash for Dec. 19 as well.

**Theresa H. Rava**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard

**SEATTLE** | PORTLAND | SPOKANE

From: Raymond S. Levine <rlevine@schneiderwallace.com>
Sent: Tuesday, November 4, 2025 4:17 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young

<iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Hello Theresa,

Per our phone conversation this afternoon, please see the attached draft stipulation and proposed order to extend Plaintiffs' time to file their opposition to your motion to quash so that we can continue to meet and confer.

Please provide any edits by 11:00am tomorrow so that we can file before close of business.

Thank you again for taking the time to talk with us today.

Kind regards,

Ray

--
Raymond S. Levine
Attorney at Law
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2945
Facsimile:  (415) 421-7105
www.schneiderwallace.com
*Admitted in California.

From: Raymond S. Levine
Sent: Tuesday, November 4, 2025 2:39 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

9

Hello Theresa,

As we discussed, please find attached a copy of the AT&T subpoena and two versions of the Verizon subpoena which Stu is reconciling now.

Kind regards,

Ray

--

Raymond S. Levine
Attorney at Law
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2945
Facsimile:  (415) 421-7105
www.schneiderwallace.com
*Admitted in California.

From: Raymond S. Levine <rlevine@schneiderwallace.com>
Sent: Monday, November 3, 2025 3:45 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Hello Theresa,

I appreciate you hopping on a call with me earlier, and I understand your worry.

While we do not think this is necessary, as a professional courtesy, we will modify our subpoena on Verizon to exclude Mr. Mark's records. We will alert Verizon that our subpoena has been so modified and copy you on this communication.

In exchange, we would appreciate you looking at the stipulation we entered regarding our subpoenas served on AT&T and Verizon seeking production of Don Alber's text messages. Please let us know if that arrangement would be acceptable to you, or if there are any modifications you would seek thereto.

Kind regards,

Ray

---

Raymond S. Levine
Attorney at Law
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line:  (415) 421-7100
Toll Free:   (800) 689-0024
Direct:      (510) 740-2945
Facsimile:  (415) 421-7105
www.schneiderwallace.com
*Admitted in California.

---

From: Rava, Theresa <TRava@williamskastner.com>
Sent: Monday, November 3, 2025 1:25 PM
To: Raymond S. Levine <rlevine@schneiderwallace.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>
Subject: RE: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Notice: This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray,

Following up on our call, should Plaintiffs and Mr. Mark reach an agreement limiting the terms of the current subpoena served on Verizon Wireless regarding Mr. Mark's cell phone records, I would want a new, revised subpoena to be served on Verizon Wireless with those agreed upon terms. I am not willing to assume that Verizon Wireless would know or remember to review a stipulation that it was not a party to prior to any

11

production of records. Therefore, rather than postponing the hearing with respect to the existing subpoena, I request Plaintiffs withdraw the subpoena while we discuss terms. In the event Plaintiffs and Mr. Mark do not reach an agreement, Plaintiffs may reissue the current subpoena. Thank you.

**Theresa H. Rava**
**Williams Kastner** | Attorney at Law
601 Union Street, Suite 4000
Seattle, WA 98101-2341
P: 206-628-2418 | F: 206-628-6611
www.williamskastner.com | Bio | vCard

**SEATTLE** | PORTLAND | SPOKANE

---

From: Raymond S. Levine <rlevine@schneiderwallace.com>
Sent: Thursday, October 30, 2025 4:44 PM
To: Rava, Theresa <TRava@williamskastner.com>
Cc: Stuart Gross <sgross@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>
Subject: Little v. Pacific Seafood - Subpoena to Verizon RE Jonathan Mark

Dear Counsel:

I am an attorney for Plaintiffs in *Little v. Pacific Seafood*, No. 3:23-cv-01098-AGT (N.D. Cal.).

I understand that you spoke with Stu Gross today at a settlement conference, and that you are amenable to discussing how we might resolve your concerns about Jonathan Mark's privacy noted in your October 22, 2025 motion to quash.

Please find attached a stipulation that we filed today resolving a similar challenge with another subpoena, and word version that we can use for discussion.

Let's set a time to talk tomorrow about resolving your concerns. In the interim, we suggest that the parties agree to push out the briefing schedule on your motion to quash. We have been in

touch with Verizon's counsel, and we are confident that we can get her to hold-off on producing Jonathan's records while we try to work something out.

I look forward to speaking with you soon.

Kind regards,

Ray

---

Raymond S. Levine
Attorney at Law
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free:  (800) 689-0024
Direct:     (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com
*Admitted in California.