Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>**[PROPOSED] ORDER DENYING (1) JONATHAN MARK'S MOTION TO QUASH SUBPOENA TO VERIZON WIRELESS (DKT. 458); (2) JEROD GOODIN'S MOTION TO QUASH SUBPOENA TO VERIZON WIRELESS (DKT. 475); AND (3) JONATHAN MARK AND JEROD GOODIN'S MOTION TO QUASH SUBPOENA TO AT&T INC. (DKT. 476)**<br><br>Date:      December 19, 2025<br>Time:      10:00 a.m.<br>Courtroom: A, 15th Floor<br>Judge:     Alex G. Tse |

FISH INC.; SOUTH BEND PRODUCTS LLC; SWANES SEAFOOD HOLDING COMPANY LLC; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; and DOES 32-60,

Defendants.

**[PROPOSED] ORDER**

This matter comes before the Court on the Motions of Jonathan Mark and Jerod Goodin to quash Plaintiffs' Subpoenas to Verizon Wireless and AT&T Inc. (Dkts. 458, 475, and 476).

The Court, having considered the Motions, briefs, and arguments of counsel and all other matters presented, IT IS HEREBY ORDERED THAT:

1. The pending motions to quash Plaintiffs' Subpoenas to Verizon Wireless and AT&T Inc. (Dkts. 458, 475, and 476) are DENIED;

2. Verizon Wireless and AT&T Inc. are to produce the subpoenaed documents dating back from November 1, 2015 to the present.

3. Verizon Wireless and AT&T Inc. are to produce the subpoenaed documents to the offices of Williams, Kastner & Gibbs PLLC at 601 Union Street, Suite 4000 Seattle, WA 98101, to the attention of Theresa H. Rava, Esq.

4. Counsel for Jonathan Mark and Jerod Goodin must then produce these records to Plaintiffs' counsel. Prior to this production, counsel for Jonathan Mark and Jerod Goodin may review and redact the produced documents for privilege and relevance, provided that these redactions are accompanied by an explanation of what material was redacted for privilege or relevance, and the basis for said redaction.

5. Subpoenaed records thus produced will be presumptively designated "highly confidential" under the stipulated protective order effective in this case, subject to challenge per the procedures enumerated therein. (Dkt. 63).

IT IS SO ORDERED.

Dated: _____        By: _____
                                        THE HONORABLE ALEX G. TSE
                                        UNITED STATES MAGISTRATE JUDGE