UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER GRANTING MOTION TO COMPEL NONPARTIES OZZIE GREGORIO AND TRIPLE G SEAFOOD TO COMPLY WITH SUBPOENA**<br><br>Re: Dkt. No. 488 |

Defendants moved to compel nonparties Ozzie Gregorio and Triple G Seafood (Gregorio's company; collectively "Gregorio") to comply with Defendants' document subpoena issued on May 20, 2025, and served on May 28, 2025. Gregorio is "Confidential Buyer Informant #1" identified in Plaintiffs' complaint and his allegations are the basis for many claims in the complaint. Defendants seek to compel Gregorio's production of documents in response to subpoena Requests Nos. 10, 15, 18, 19, and 24, pertaining to Gregorio's allegations in the complaint and Gregorio's communications with crabbers regarding prices. Gregorio has not provided any documents thus far, despite Defendants' counsel's attempts.

The documents Defendants seek from Gregorio are relevant and proportionate to the needs of the case. The subpoena requests compliance in Eureka, California, and was served to Gregorio's residence in Fortuna, California, less than 100 miles from Eureka. *See* Fed. R. Civ. P. 45(c), 45(d)(2)(B)(i). An order compelling compliance with a subpoena is warranted when a subpoenaed nonparty "has not formally objected but has instead failed to

respond." *BBK Tobacco & Foods LLP v. Cent. Coast Agric., Inc.*, No. 21-MC-80189-DMR, 2021 WL 5507167, at *3 (N.D. Cal. Nov. 24, 2021) (quoting another source). Defendants' motion to compel was unopposed.

Accordingly, the Court GRANTS as unopposed Defendants' motion to compel Gregorio to comply with Defendants' document subpoena served on May 28, 2025 (specifically, with Requests Nos. 10, 15, 18, 19, and 24). Gregorio must comply within 21 days of this order. If Gregorio asserts privilege over any responsive documents, he must provide a privilege log. *See* Fed. R. Civ. P. 45(e)(2)(A).

By December 22, 2025, Defendants must serve Gregorio with a copy of this order, by any means reasonably calculated to provide actual notice, and file proof of service.

**IT IS SO ORDERED.**

Dated: December 15, 2025

_____
Alex G. Tse
United States Magistrate Judge