CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (OSBN 034577, appearing *pro hac vice*)
timothy.snider@stoel.com
ALEX T. VAN RYSSELBERGHE (OSBN 174836, appearing *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (OSBN 214485, appearing *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**PROOF OF SERVICE** |

I, Lauren A. Markovich, declare:

I am a citizen of the United States and employed in Portland, Oregon. I am over the age of eighteen years and not a party to the within-captioned action. My business address is 760 SW Ninth Avenue, Suite 3000, Portland, OR 97205. On December 15, 2025, I served a copy of the following documents:

- Order Granting Pacific Seafood's Motion to Compel Nonparties Ozzie Gregario and Triple G Seafood to Comply with Subpoena

by transmitting on this date via email and mail to the addresses listed below a true and correct copy scanned into an electronic file in Adobe "pdf" format. The email transmission was reported as complete and without error.

**Via US First Class Mail:**

Ozzie Gregorio
400 Main Street
Fortuna, CA 95540

Ozzie Gregorio
2624 Visser CT
McKinleyville, CA 95519

Ozzie Gregorio
P.O. Box 150
Burnt Ranch, CA 95527

Ozzie Gregorio
8605 Santa Monica Boulevard
West Hollywood, CA 90069

**Via Email:**

Ozzie Gregorio
triplegseafoodowner@gmail.com
lienmike32@gmail.com

I am informed that Mr. Gregorio used the above post office box and the triplegseafoodowner@gmail.com email in a recent voluntary bankruptcy case that he filed as a debtor in the Northern District of California (No. 25-40531), and that on April 10, 2025, he wrote to the bankruptcy court that he resided at the Main Street *and* Visser Court addresses. In this case, Defendants successfully had the subpoenas at issue personally served on Mr. Gregorio at the above Main Street address.

I am informed that the lienmike32@gmail.com email can be found in the following documents, which were received via discovery in the above-captioned matter:

Caito_Inc_0000003086 and FATHOM0008945.  I am informed that the Triple G Seafood used the above Santa Monica Boulevard address in its California Articles of Incorporation, filed with the California Secretary of State on February 16, 2024.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 15, 2025      */s/ Lauren A. Markovich*

                                                       Lauren A. Markovich, Practice Assistant