XUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## AMENDED ZOOM CIVIL MINUTES

**Case No.**: 23-cv-01098-AGT (JCS)

**Case Name:** Little v. Pacific Seafood Procurement, LLC (Pacific Dream)

**Date:** December 16, 2025          **Time:** 4 Hours

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

**Attorney for Plaintiff:** Stuart Gross, Travis Smith
**Client:** Robin Burns, Brand Little
**Attorney for Defendant:** Robert Green, John Young, Teresa Rava
**Clients:** Jerod Goodin, Jonathan Mark (Pacific Dream)

## ZOOM PROCEEDINGS

(X)     Zoom Settlement Conference  - Held as to Plaintiffs and Defendant Pacific Dream

      ( ) Case Settled          ( ) Case Did Not Settle          (X ) Partial Settlement

( )     Further Zoom Settlement Conference

      ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )     Zoom Scheduling Conference to set Settlement Conference

**Notes:**  The parties reached a settlement and put it on the record.  Parties intend to file a Motion for Preliminary Approval within 45 days.

*Corrected days to file Motion*