1  W. Scott Cameron, State Bar No. 229828
Josiah M. Prendergast, State Bar No. 292840
2  Carly M. Moran, State Bar No. 333661
3  **weintraub tobin** chediak coleman grodin
LAW CORPORATION
4  400 Capitol Mall, 11th Floor
Sacramento, California 95814
5  Telephone:    916.558.6000
Facsimile:    916.446.1611
6  Email: SCameron@weintraub.com
7          JPrendergast@weintraub.com
          CMoran@weintraub.com
8
*Attorneys for Defendants*
9  *California Shellfish Company, Inc. and*
*Robert Bugatto Enterprises*
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15  BRAND LITTLE, and ROBIN BURNS,          Case No. 3:23-cv-01098-AGT
Individually and on Behalf of All Others
16  Similarly Situated,                     **DEFENDANTS CALIFORNIA
17                                          SHELLFISH COMPANY, INC. AND
              Plaintiff,                    ROBERT BUGATTO ENTERPRISES'
18                                          ANSWER TO FOURTH AMENDED
       v.                                   COMPLAINT**
19
PACIFIC SEAFOOD PROCUREMENT, LLC;
20  PACIFIC SEAFOOD PROCESSING, LLC;        Judge:    The Honorable Alex G. Tse
PACIFIC SEAFOOD FLEET, LLC; PACIFIC
21  SEAFOOD DISTRIBUTION, LLC; PACIFIC
SEAFOOD USA, LLC; DULCICH, INC.;
22  PACIFIC SEAFOOD EUREKA, LLC;
PACIFIC SEAFOOD CHARLESTON, LLC;
23  PACIFIC SEAFOOD – WARRENTON, LLC;
PACIFIC SEAFOOD – NEWPORT, LLC;
24  PACIFIC SEAFOOD – BROOKINGS, LLC,
PACIFIC SEAFOOD – WESTPORT, LLC;
25  PACIFIC SURIMI – NEWPORT, LLC; BLUE
RIVER SEAFOOD, INC.; SAFE COAST
26  SEAFOODS, LLC; SAFE COAST SEAFOODS
WASHINGTON, LLC; OCEAN GOLD
27  SEAFOODS, INC.; NOR-CAL SEAFOOD,
INC.; AMERICAN SEAFOOD EXP, INC.;
28  CALIFORNIA SHELLFISH COMPANY, INC.;
ROBERT BUGATTO ENTERPRISES, INC.;

1  ALASKA ICE SEAFOODS, INC.; LONG
   FISHERIES, INC.; CAITO FISHERIES, INC.;
2  CATIO FISHERIES, LLC; SOUTHWIND
   FOODS, LLC; FISHERMEN'S CATCH, INC.;
3  GLOBAL QUALITY FOODS, INC.; GLOBAL
   QUALITY SEAFOOD LLC; OCEAN KING
4  FISH, INC.; SOUTH BEND PRODUCTS LLC;
   SWANES SEAFOOD HOLDING COMPANY
5  LLC; BORNSTEIN SEAFOODS, INC.;
   ASTORIA PACIFIC SEAFOODS, LLC; DA
6  YANG SEAFOOD, INC.; GREAT OCEAN
   SEAFOOD, INC.; PACIFIC DREAM
7  SEAFOOD, INC.; and DOES 33-60,

8        Defendants.

9

10       Defendants California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc.

11  (collectively, "Hallmark") hereby answer the Fourth Amended Class Action Complaint, dated

12  December 10, 2025 (Dkt. 529) ("Fourth Amended Complaint") filed by Plaintiffs Brand Little and

13  Robin Burns, individually and on Behalf of all Others Similarly Situated ("Plaintiffs").

14       Any allegation not explicitly admitted is denied. By admitting that the Amended Complaint

15  purports to characterize or quote particular documents, Hallmark does not admit the truth of any

16  assertion in the referenced document.

17       Moreover, headings, footnotes, screenshots or other images, charts, graphs, and figures

18  contained within the Amended Complaint are not substantive allegations to which an answer is

19  required. Any allegations contained therein do not comply with Federal Rule of Civil Procedure

20  10(b), providing that allegations be stated "in numbered paragraphs, each limited as far as practicable

21  to a single set of circumstances." To the extent headings are deemed to be substantive allegations to

22  which an answer is required, Hallmark denies the allegations. To the extent footnotes, screenshots or

23  other images, charts, graphs, or figures in the Amended Complaint are deemed to be substantive

24  allegations, then the response to the paragraph in which the footnote or figure is found is Hallmark's

25  response to the footnote, chart, graph or figure as well.

26       Hallmark by and for its Answer and Affirmative Defenses to Plaintiffs' Fourth Amended

27  Complaint states and alleges as follows:

28

**INTRODUCTION**

1.     Hallmark admits that: there currently are more than 1,000 independent commercial crabbers who are licensed to land Dungeness crab in California, coastal Washington, including Puget Sound, and Oregon; that Plaintiff Brand Little is a crabber; and that Plaintiff Robin Burns was married to a crabber, Kenny Burns.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

2.     Hallmark admits that the Dungeness crab fishery has become an important fishery for Pacific Northwest commercial fishers.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

3.     Hallmark admits that the "ex vessel price" means the price off the boat.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

4.     Hallmark denies the allegations in this Paragraph.

5.     Hallmark denies the allegations in this Paragraph.

6.     Hallmark denies the allegations in this Paragraph.

7.     Hallmark denies the allegations in this Paragraph.

8.     Hallmark denies the allegations in this Paragraph and each of its subparagraphs.

9.     Hallmark lacks knowledge or information sufficient to admit or deny allegations regarding the basis for Plaintiffs' assertions, and accordingly denies the allegations in this Paragraph pertaining to Plaintiffs' basis for the Second Amended Complaint.  Hallmark denies the remaining allegations in this Paragraph.

10.     The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

11.     Hallmark denies the allegations in this Paragraph, and specifically denies that Hallmark engaged in any illegal conduct, that Plaintiffs have been injured, and that Plaintiffs are entitled to any compensation or injunctive relief whatsoever.

**PARTIES**

**I.      Plaintiffs**

12.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Unnamed co-Conspirator #1" and "Unnamed co-Conspirator #2," and for other reasons, and accordingly denies the allegations on this basis.  Hallmark denies that Hallmark engaged in any unlawful conduct and lacks knowledge or information sufficient to admit or deny the allegation that Plaintiff Little "was made the subject of a group boycott by Pacific Seafood." Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

13.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.  Hallmark denies that Hallmark engaged in any unlawful conduct. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

**II.      Defendants**

**A.      Pacific Seafood Defendants**

14.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20.      Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2          21.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4          22.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6          23.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8          24.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10         25.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12         26.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14         27.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16         28.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18         29.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

19  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20         30.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

21  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22         31.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

23  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

24         32.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

25  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

26         33.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

27  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

28         34.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2      35.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4      36.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6      37.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8      38.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10      39.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12  **B.**    **Safe Coast Defendants**

13      40.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

14  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15      41.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

16  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17      42.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19      43.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21      44.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23      45.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25      46.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27      47.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub **tobin** chediak coleman grodin
law corporation

48.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

49.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

50.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

51.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

52.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**C.     Ocean Gold Defendant**

53.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

54.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

55.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

56.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

57.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

58.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**D.     Nor-Cal Defendants**

59.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

60.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

61.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

62.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

63.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

64.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

65.     Hallmark denies that it recommended to Kevin Lee that he sell Nor-Cal "to evade liability from the instant lawsuit." Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

66.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**E.     ASE Defendant**

67.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

68.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

69.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

70.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2    71.    The allegations in this Paragraph contain legal conclusions to which no response is

3    required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to

4    admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this

5    Paragraph on this basis.

6    **F.    Hallmark Defendants**

7    72.    Hallmark admits the allegations in this paragraph.

8    73.    Hallmark admits the allegations in this paragraph.

9    74.    Hallmark admits the allegations in the first and second sentences of this paragraph.

10   Hallmark denies the remaining allegations in this paragraph.

11   75.    Hallmark admits that Scott Adams is Hallmark's principal representative in the

12   Oregon ex vessel Dungeness crab market.  Hallmark denies the remaining allegations in this

13   paragraph, and avers that Crystal Adams is no longer an employee of Hallmark, and is currently an

14   employee of the State of Oregon.

15   76.    Hallmark admits that California Shellfish made ex vessel purchases of crab in

16   Charleston, Newport, Brookings, Port Oxford, and Winchester Bay Oregon through Hallmark

17   Fisheries.  Hallmark denies that Robert Bugatto Enterprises made any ex vessel purchases of crab in

18   any of the listed ports.  Hallmark denies the remaining allegations in this paragraph.

19   77.    Hallmark admits that California Shellfish made ex vessel purchases of crab in Astoria,

20   Oregon through Point Adams Packing Co. – Hammond.  Hallmark denies that Robert Bugatto

21   Enterprises made any ex vessel purchases of crab in Astoria, Oregon.  Hallmark denies the remaining

22   allegations in this paragraph.

23   78.    Hallmark admits that Robert Bugatto Enterprises, Inc. made ex vessel purchases of

24   Dungeness crab in Bodega Bay, California.  Hallmark denies the remaining allegations in this

25   paragraph.

26   79.    The allegations in this Paragraph contain legal conclusions to which no response is

27   required. To the extent a response is required, Hallmark denies the allegations in this paragraph.

28   **G.    Fathom Defendants**

weintraub **tobin** chediak coleman grodin
law corporation

80.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

81.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

82.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

83.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

84.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

85.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

86.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

87.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

88.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**H.    Caito Defendants**

89.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

90.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

91.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

92.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

93.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

94.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

95.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

96.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**I.      Fisherman's Catch Defendant**

97.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

98.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

99.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

100.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

101.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**J.      Global Quality Defendants**

102.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

103.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

104.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

105.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

106.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

107.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

108.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**K.    Ocean King Defendant**

109.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

110.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

111.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

112.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

113.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**L.    Bornstein Defendants**

114.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2       115.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4       116.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6       117.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8       118.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10      119.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      120.    The allegations in this Paragraph contain legal conclusions to which no response is

13  required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to

14  admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this

15  Paragraph on this basis.

16      **M.    Da Yang Defendants**

17      121.    The allegations in this Paragraph contain legal conclusions to which no response is

18  required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

19      122.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21      123.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23      124.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25      125.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27      126.    The allegations in this Paragraph contain legal conclusions to which no response is

28  required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**N.    Pacific Dream Defendant**

127.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

128.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

129.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

130.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

131.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**O.    Doe Defendants**

132.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

**III.    Agents and Co-Conspirators**

133.    Hallmark denies the allegations in this paragraph.

134.    Hallmark denies the allegations in this paragraph.

135.    Hallmark denies the allegations in this paragraph.

136.    Hallmark denies the allegations in this paragraph.

137.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

138.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

139.    The allegations in this Paragraph contain legal conclusions to which no response is

1    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph.

2        140.    Hallmark denies the allegations in this paragraph.

3        141.    Hallmark denies the allegations in this paragraph.

4                    **JURISDICTION, VENUE, AND COMMERCE**

5        142.    The allegations in this Paragraph contain legal conclusions to which no response is

6    required.  To the extent a response is required, Hallmark admits that the Court has subject matter

7    jurisdiction to the extent Plaintiffs have suffered any injury or an injury cognizable under Article III

8    of the United States Constitution.

9        143.    The allegations in this Paragraph contain legal conclusions to which no response is

10   required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph,

11   including that Plaintiffs suffered antitrust injury.

12       144.    The allegations in this Paragraph contain legal conclusions to which no response is

13   required.  To the extent a response is required, Hallmark admits that venue in this District is

14   appropriate.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

15       145.    Hallmark denies the allegations in this paragraph.

16       146.    Hallmark denies the allegations in this paragraph.

17                    **INTRADISTRICT ASSIGNMENT**

18       147.    The allegations in this Paragraph contain legal conclusions to which no response is

19   required.  To the extent a response is required, Hallmark admits that assignment of this case to the

20   San Francisco Division of the United States District Court for the Northern District of California is

21   proper.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

22                    **FACTUAL ALLEGATIONS**

23   **I.    Pacific NW Area Ex Vessel Dungeness Crab Industry**

24       148.    Hallmark admits that Dungeness crab is a species of shellfish found in the Pacific

25   Ocean and fished for human consumption.  Unless expressly admitted, Hallmark denies the

26   allegations in this Paragraph.

27       149.    Hallmark admits that: Dungeness crab is enjoyed fresh by consumers along the West

28   Coast, including during holidays, and that a portion of the catch is also exported live to Asian markets,

particularly China, but also Korea, Vietnam and other countries.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

150.    The first sentence of this Paragraph purports to refer to the requirements for obtaining a commercial Dungeness crab fishing permit, and no response is required because each state's permitting requirements for commercial Dungeness crab fishing speak for themselves.  To the extent a response is required, Hallmark admits that: commercial Dungeness crab fishing requires a permit, known in California as a "registration," which is tied to a specific vessel; the Dungeness crab fishery is what is known as a "derby" fishery because there are no quotas and crabbers are permitted to catch as many Dungeness crabs as possible during the season.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

151.    Hallmark admits that unless delayed the season for commercial crab fishing in California's District 10 could start on November 15. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

152.    Hallmark denies the allegations in this paragraph.

153.    Hallmark admits the allegations in this paragraph.

154.    Hallmark admits that ex vessel buyers of Dungeness crab for resale are required to hold a receiver license issued by the state in which they make ex vessel purchases.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

155.    Hallmark admits that Hallmark and other buyers resell Dungeness crab either live, fresh cooked, in sections, frozen, or canned.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

156.    Hallmark admits that during the 2023/24 season more than 55,650,000 lbs. of Dungeness crab was purchased in the Pacific NW area by more 239 licensed fish buyers, for a total reported price of more than $207 million.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

157.    Hallmark denies the allegations in this paragraph.

158.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for

1    other reasons, and accordingly denies the allegations in this Paragraph on this basis.

2    159.    Hallmark admits that Bornstein, Caito, Hallmark, Ocean Gold, Pacific Seafood, and

3    Safe Coast are members of the West Coast Seafood Processors Association ("WCSPA") and that

4    WCSPA is a seafood industry trade association whose members operate in Washington, Oregon and

5    California.  Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

6    160.    Hallmark denies the allegations in this paragraph.

7    161.    Hallmark denies the allegations in this paragraph.

8    162.    Hallmark denies the allegations in this paragraph.

9    **II.    Defendants' Price-Fixing Cartel**

10    A.    **Defendants' Cartel Arose Out of a Marked Increase in Dungeness Ex Vessel Prices Being Paid to Crabbers in the Pacific NW Area that Started in 2006/2007 Season and Continued Through the 2014/15 Season**

12    163.    Hallmark denies the allegations in this paragraph.

13    164.    Hallmark denies the allegations in this paragraph.

14    165.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16    166.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18    167.    Hallmark denies the allegations in this paragraph.

19    168.    Hallmark denies the allegations in this paragraph.

20    169.    Hallmark denies the allegations in this paragraph.

21    170.    Hallmark denies the allegations in this paragraph.

22    171.    Hallmark admits that there are crab buyers that lack a processing operations or a

23    physical presence in some ports, use independent hoists to offload the crab they purchase, and

24    transport the crab using refrigerated vans. Unless expressly admitted, Hallmark denies the allegations

25    in this Paragraph.

26    172.    Hallmark admits only that independent hoist operators are often compensated based

27    on the weight of the crab being offloaded.  Unless expressly admitted, Hallmark denies the allegations

28    in this Paragraph.

weintraub **tobin** chediak coleman grodin
law corporation

173.    Hallmark admits that the ex vessel price received by a crabber for a load of crab can soon be widely known among other fisherman who may then use that information to negotiate with the same or different buyers to purchase their catches. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

174.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

175.    Hallmark denies the allegations in this paragraph.

176.    Hallmark denies that it entered into any unlawful agreement with other ex vessel buyers.    Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

177.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

178.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

179.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

180.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

181.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

182.    Hallmark denies the allegations in this paragraph.

183.    Hallmark denies the allegations in this paragraph.

**B.    Defendants Have Agreed to Allow Pacific Seafood to Set the Opening Price, which Has Resulted in Delayed Opening and a Lower Opening Price, which Is the Price at which a Large Portion of the Season's Catch Is Traditionally Sold and Which Sets the Baseline Price for the Remainder of the Season**

184.    Hallmark denies the allegations in this paragraph.

185.    Hallmark denies the allegations in this paragraph.

186.    Hallmark denies the allegations in this paragraph.

187.    Hallmark denies the allegations in this paragraph.

188.    Hallmark denies the allegations in this paragraph.

###        1.    2019/20 Pacific NW Area Dungeness Crab Season

189.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

190.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

191.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

192.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

193.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

194.    Hallmark denies the allegations in this paragraph.

###        2.    2020/21 Pacific NW Area Dungeness Crab Season

195.    Hallmark denies the allegations in this paragraph.

196.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

197.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

198.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

199.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

200.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

201.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

202.    Hallmark denies the allegations in this paragraph.

203.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**3.    2021/22 Pacific NW Area Dungeness Crab Season**

204.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

205.    Hallmark denies the allegations in this paragraph.

206.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

207.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

208.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**4.    2022/23 Pacific NW Area Dungeness Crab Season**

209.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

210.    Hallmark denies the allegations in this paragraph.

211.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

212.    Hallmark denies the allegations in this paragraph.

213.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

214.    Hallmark denies the allegations in the first sentence of this Paragraph.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

215.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

216. Hallmark denies the allegations in this paragraph.

217. The California Department of Fish and Wildlife's announcement reference in the first sentence of this Paragraph speaks for itself and does not require a response. Hallmark admits that the California Department of Fish and Wildlife announced that the Dungeness crab season for California ports would open on December 31, 2022. Hallmark denies the allegations in the final sentence in this Paragraph. Unless expressly admitted, Hallmark denies the allegations in this Paragraph.

218. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

219. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

220. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

221. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

222. Hallmark denies the allegation of the existence of any cartel or price fixing agreement. Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

223. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

224. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

225. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

226. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

227. Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

228. Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2   229.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4   230.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6   231.   Hallmark denies the allegations in this paragraph.

7   **5.    2023/24 Pacific NW Area Dungeness Crab Season**

8   232.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10  233.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12  234.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14  235.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16  236.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

17  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18  237.   Hallmark admits only that Scott Adams attended the "2023 Dungeness Crab Price

19  Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel

20  & Marina, in Newport, Oregon, on December 10 and 11, 2023.  Unless expressly admitted, Hallmark

21  denies the allegations in this Paragraph.

22  238.   Hallmark admits only that Scott Adams attended the "2023 Dungeness Crab Price

23  Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel

24  & Marina, in Newport, Oregon, on December 10 and 11, 2023.  Unless expressly admitted, Hallmark

25  denies the allegations in this Paragraph.

26  239.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

27  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

28  240.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### 6.  2024/25 Pacific NW Area Dungeness Crab Season

241.  Hallmark denies the allegations in this paragraph.

242.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

243.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

244.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

245.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

246.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

247.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

248.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

249.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### C.  After the Opening, Defendants Closely Coordinate With One Another on Ex Vessel Prices

250.  Hallmark denies the allegations in this paragraph.

251.  Hallmark denies the allegations in this paragraph.

252.  Hallmark denies the allegations in this paragraph.

253.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

254.  Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin** chediak coleman grodin
law corporation

255.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

256.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

257.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

258.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

259.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

260.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

261.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

262.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

263.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

264.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

265.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

266.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

267.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

268.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub **tobin** chediak coleman grodin
law corporation

269.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

270.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

271.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

272.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

273.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

274.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

275.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

276.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

277.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

278.    Hallmark denies the allegations in this paragraph.

279.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

280.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

281.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

282.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

283.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

284.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

285.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

286.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

287.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

288.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

289.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

290.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

291.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

292.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

293.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

294.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

295.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

296.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

297.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2  298.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4  299.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6  300.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8  301.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10  302.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12  303.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14  304.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16  **D.  Defendants Have Consolidated Their Control of the Pacific NW Area Ex Vessel**

17  **Dungeness Crab Market by Purchasing and in Many Cases Shutting Down Erstwhile Competitors, Entering Into Exclusivity Arrangements with Port Operators, and Limiting Non-Cartel Members' Access to Hoists**

18  **1.  Pacific Seafood**

19

20  305.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

21  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22  306.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

23  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

24  307.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

25  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

26  308.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

27  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis

28  309.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

310.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis

311.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

312.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis

313.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

314.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

315.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

316.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

317.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

318.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### 2.    **Ilwaco Landing Fishermen**

319.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

320.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

321.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

322.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### 3.     Trinidad

323.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

324.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

325.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

326.     Hallmark admits only that it had access to crab landed in Trinidad until approximately eight to ten years ago.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

### 4.     Eureka

327.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

328.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

329.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

330.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

331.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

### E.     To Eliminate Price Pressure Formerly Created by Out of Port Buyers, Defendants Have Agreed to Buy and Sell "Out the Back Door"

332.     Hallmark denies the allegations in this paragraph.

333.     Hallmark denies the allegations in this paragraph.

### 1.     South Bend

334.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

Answer to Fourth Amended Complaint

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2       335.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4       **2.    Caito**

5       336.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

6   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

7       337.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

8   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

9       338.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

10  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

11      **3.    San Francisco**

12      339.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14      340.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16      **4.    Crescent City**

17      341.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19      342.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

20  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21      343.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23      344.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25      **F.    Defendants Aggressively Coerce Compliance by Each Other by and by Other Buyers with the Agreed Upon Pricing**

26

27      **1.    During the 2022/23 and 2023/24 Seasons, a New Buyer Sought to Capture Market Share by Offering Higher Prices; Defendants Sought to Bring Him into the Cartel and When This Failed Inflicted Repeated Punishments**

28

345.    Hallmark denies the allegations in this paragraph.

346.    Hallmark denies the allegations in this paragraph.

**a.     January 2023: Nor-Cal's Kevin Lee and Pacific Seafood's  Frank Dulcich Solicited Confidential Buyer Informant #1 to  Participate in Cartel, Then Punished him When He Refused**

347.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

348.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

349.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

350.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

351.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**b.     In Early 2023, Safe Coast's Max Boland Tried to Get Confidential Buyer Informant to Toe the Cartel's Line on Ex Vessel Prices Set by Pacific Seafood**

352.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

353.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**c.     February/March 2023: In Response to Confidential Buyer Informant #1's Publicized Offer of a Higher Ex Vessel Price, Multiple Cartel Members Told Confidential Buyer Informant #1 to Lower His Ex Vessel Price**

354.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

355.    Hallmark denies the allegations in this paragraph.

356.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

        **d.**     **April/May 2023: More Cartel Members Tell Confidential Buyer Informant to Lower His Ex Vessel Price**

357.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

358.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

        **e.**     **July/August 2023: Pacific Seafood Interfere in Confidential Informant's Effort to Establish a Buyer Operation in Eureka**

359.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

360.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

361.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

362.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

        **f.**     **August 2023: Bornstein's Andrew Bornstein and Mike Shirley Offer Confidential Buyer Informant Significant Benefits if He Joins the Cartel in the up Coming Season**

363.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

364.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

365.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

        **g.**     **Early/Mid-December 2023: Pacific Seafood's Brett Hester Threatened Confidential Buyer Informant #1 After He Did Not Comply With Pacific Seafood's Opening Price Instruction**

366.     Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2   367.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4   368.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6   **h.    Late December 2023: Nor-Cal's Kevin Lee Again Sought to Bring**
        **Confidential Buyer Informant #1 into the Cartel**

7

8   369.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10   370.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12   371.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14   372.    Hallmark denies the allegation that it was matching ex vessel prices and taking care

15   of Nor-Cal.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining

16   allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on

17   this basis.

18   **i.    December 2023/January 2024: Pacific Seafood Instructs Other**
        **Defendants Not to Do Business With Confidential Buyer**
        **Informant #1**

19

20   373.    Hallmark denies the allegation that a cartel was dictating ex vessel prices.  Hallmark

21   lacks knowledge or information sufficient to admit or deny the remaining allegations in this

22   Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

23   374.    Hallmark denies the allegations in this paragraph.

24   375.    Hallmark lacks knowledge or information sufficient to admit or deny the remaining

25   allegations in this Paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer

26   Informant #1," and for other reasons, and accordingly denies the remaining allegations in this

27   Paragraph on this basis.

28

weintraub **tobin** chediak coleman grodin
law corporation

**j.      Early-January 2024: Confidential Buyer Informant #1 Is Threatened by Cartel Members for Raising Ex Vessel Prices and Has Business Deals Interfered With as Punishment**

376.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

377.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

378.    Hallmark denies the allegations in this paragraph that Hallmark was angry about ex vessel prices.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

379.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

380.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

381.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**k.      January 2024: Defendants Take a Series of Actions in  Charleston, OR to Punish Buyer Informant #1 and Drive Him  Out of Port**

382.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

383.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

384.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

385.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

386.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

weintraub tobin chediak coleman grodin
law corporation

387.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

388.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

389.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

390.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

391.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

392.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

393.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

394.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

395.    Hallmark admits only that it purchases crab in Charleston, Oregon.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

**1.    <u>Mid/Late-January 2024: Representatives of Defendants and  Other Co-Conspirators Met at San Francisco's Pier 45 and  Devised a Plan to Run Confidential Buyer Informant #1 Out of Business</u>**

396.    Hallmark denies the allegations in this paragraph.

397.    Hallmark denies the allegations in this paragraph that Hallmark was upset about ex vessel prices.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

398.    Hallmark denies the allegations in this paragraph.

399.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

weintraub **tobin** chediak coleman grodin
law corporation

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2       400.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4       401.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6       402.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8       403.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

9   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10      404.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      405.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14          **2.      Other Buyers Have Also Been Threatened by Defendants About Breaking
            Ranks on Price and Have Been Punished for Doing So**

15

16          **a.      Early-January 2023: Nor-Cal and Unnamed Co-conspirator #1
                    Dropped the Ex Vessel Prices They Were Offering After Being
                    Warned By Defendants to Toe the Line**

17

18      406.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

19  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20      407.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

21  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22          **b.      Mid-January 2023: Pacific Seafood Flooded the Sell-Side Markets
                    of Non-Compliant Buyers with Cheap Crabs**

23

24      408.    Hallmark denies the allegations in this paragraph.

25      409.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27      410.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

28  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**weintraub tobin** chediak coleman grodin
law corporation

c.      **Late-December 2023: Pacific Seafood Sent Buyers, Including Non-Cartel Members, a Warning About Paying Over the Ex Vessel Price Set By It**

411.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

412.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

d.      **Pacific Seafood Uses Its Dominance in Other Areas of Seafood to Enforce Compliance with the Cartel's Dungeness Crab Pricing Dictates**

413.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

414.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

3.      **As a Result, When Defendants and Other Buyers Pay Ex Vessel Prices Above the "Fixed Price" They Seek to Hide that Fact, Which Doesn't Make Economic Sense Absent a Price-Fixing Agreement**

415.    Hallmark denies the allegations in this paragraph.

416.    Hallmark denies the allegations in this paragraph.

417.    Hallmark denies the allegations in this paragraph.

418.    Hallmark denies the allegations in this paragraph.

419.    Hallmark denies the allegations in this paragraph.

420.    Hallmark denies the allegations in this paragraph.

421.    Hallmark denies the allegations in this paragraph.

422.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

423.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

424.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

425.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

1   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2       426.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

3   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

4       427.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6       428.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8       429.    Hallmark denies the allegations in this paragraph.

9       430.    Hallmark denies the allegations in this paragraph.

10      431.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

11  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

12      432.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

13  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

14      433.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

15  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16      434.    Hallmark denies the allegations in this paragraph.

17      435.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

18  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

19      436.    Hallmark denies the allegations in this paragraph.

20      437.    Hallmark denies the allegations in this paragraph.

21      438.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

22  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23      439.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25      440.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

26  in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27

28

**weintraub tobin chediak coleman grodin**
law corporation

**G.**    **In Order to Defend Their Cartel Pricing, Defendants Threaten and Punish Crabbers who Sell Crab Ex Vessel for Prices Higher than the Cartel Price**

441.    Hallmark denies the allegations in this paragraph.

442.    Hallmark denies the allegations in this paragraph.

443.    Hallmark denies the allegations in this paragraph.

444.    Hallmark denies the allegations in this paragraph.

**1.**    **Pacific Seafood**

445.    Hallmark admits that the season for Dungeness crab and other fishery seasons are only open for certain months of the year.  Hallmark lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph, and accordingly denies the remaining allegations in this Paragraph on this basis.

446.    Hallmark denies the allegations in this paragraph.

447.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

448.    Hallmark denies the allegations in this paragraph.

449.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

**2.**    **Hallmark**

450.    Hallmark admits that it buys Dungeness crab and black cod landed in Port Orford, Oregon.  Hallmark denies the remaining allegations in this paragraph.

451.    Hallmark denies the allegations in this paragraph.

452.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

453.    Hallmark denies the allegations in this paragraph.

454.    Hallmark denies the allegations in this paragraph.

455.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

456.    Hallmark denies the allegations in this paragraph.

weintraub **tobin** chediak coleman grodin
law corporation

1   457.   Hallmark denies the allegations in this paragraph.

2   458.   Hallmark denies the allegations in this paragraph.

3          **3.      Ocean Gold**

4   459.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

5   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

6   460.   Hallmark lacks knowledge or information sufficient to admit or deny the allegations

7   in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

8   **III.   Buyers Who Are Not Part of the Cartel, Nonetheless, Generally Obey Its Pricing**
      **Dictates in Order to Avoid Retaliatory Actions by Defendants**

9

10  461.   Hallmark denies the allegations in this paragraph.

11  462.   Hallmark denies the allegations in this paragraph.

12  463.   Hallmark denies the allegations in this paragraph.

13  464.   Hallmark denies the allegations in this paragraph.

14                **ANTITRUST INJURY**

15  465.   Hallmark denies the allegations in this paragraph.

16  466.   Hallmark denies the allegations in this paragraph.

17  467.   Hallmark denies the allegations in this paragraph.

18  468.   Hallmark denies the allegations in this paragraph.

19              **CLASS ACTION ALLEGATIONS**

20  469.   The allegations in this Paragraph contain legal conclusions to which no response is

21  required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

22  denies that a class should be certified in this case.

23  470.   The allegations in this Paragraph contain legal conclusions to which no response is

24  required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

25  denies that a class should be certified in this case.

26  471.   Hallmark admits that the Second Amended Complaint purports to exclude from the

27  alleged putative classes they propose: Defendants, their parent companies, subsidiaries and affiliates,

28  officers, executives, and employees; Defendants' attorneys in this case; federal government entities

*weintraub tobin chediak coleman grodin*
law corporation

1    and instrumentalities; states or their subdivisions; and all judges and jurors assigned to this case, and

2    denies that a class should be certified in this case.

3        472.    The allegations in this Paragraph contain legal conclusions to which no response is

4    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

5    denies that a class should be certified in this case.

6        473.    Hallmark denies the allegations in this paragraph and denies that a class should be

7    certified in this case.

8        474.    The allegations in this Paragraph contain legal conclusions to which no response is

9    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

10    denies that a class should be certified in this case.

11        475.    The allegations in this Paragraph contain legal conclusions to which no response is

12    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

13    denies that a class should be certified in this case.

14        476.    The allegations in this Paragraph contain legal conclusions to which no response is

15    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

16    denies that a class should be certified in this case.

17        477.    The allegations in this Paragraph contain legal conclusions to which no response is

18    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

19    denies that a class should be certified in this case.

20        478.    The allegations in this Paragraph contain legal conclusions to which no response is

21    required.  To the extent a response is required, Hallmark denies the allegations in this Paragraph, and

22    denies that a class should be certified in this case.

23        479.    Hallmark lacks knowledge or information sufficient to admit or deny the allegations

24    in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25                  **DELAYED DISCOVERY/FRAUDULENT CONCEALMENT**

26        480.    Hallmark denies the allegations in this paragraph.

27        481.    Hallmark denies the allegations in this paragraph.

28        482.    Hallmark denies the allegations in this paragraph.

483.    Hallmark denies the allegations in this paragraph.

484.    Hallmark denies the allegations in this paragraph.

485.    Hallmark denies the allegations in this paragraph.

486.    Hallmark denies the allegations in this paragraph.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

**Unlawful Agreements in Restraint of Trade in Violation of Section 1 of the Sherman Act,**

**15 U.S.C. § 1**

**(Against All Defendants on Behalf of Plaintiffs and the Sherman Act Class)**

487.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

488.    Hallmark denies the allegations in this paragraph.

489.    Hallmark denies the allegations in this paragraph.

490.    Hallmark denies the allegations in this paragraph.

491.    Hallmark denies the allegations in this paragraph.

492.    Hallmark denies the allegations in this paragraph.

493.    Hallmark denies the allegations in this paragraph.

494.    Hallmark denies the allegations in this paragraph.

495.    Hallmark denies the allegations in this paragraph.

496.    Hallmark denies the allegations in this paragraph.

**SECOND CAUSE OF ACTION**

**Combination in Restraint of Trade in Violation of the California Cartwright Act, Cal. Bus.**

**and Prof. Code Sections 16720, et seq.**

**(Against All Defendants on Behalf of Plaintiffs and the California Class)**

497.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

498.    Hallmark denies the allegations in this paragraph.

499.    Hallmark denies the allegations in this paragraph.

500.    Hallmark denies the allegations in this paragraph.

501.    Hallmark denies the allegations in this paragraph.

weintraub **tobin** chediak coleman grodin
law corporation

502.    Hallmark denies the allegations in this paragraph.

503.    Hallmark denies the allegations in this paragraph.

### THIRD CAUSE OF ACTION

**Violation of the California Unfair Competition Law, Cal. Bus and Prof. Code § 17200, et seq.**

**(Against All Defendants on Behalf of Plaintiff Little and the California Class)**

504.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

505.    Hallmark denies the allegations in this paragraph.

506.    Hallmark denies the allegations in this paragraph.

507.    Hallmark denies the allegations in this paragraph.

508.    Hallmark denies the allegations in this paragraph.

509.    Hallmark denies the allegations in this paragraph.

### FOURTH CAUSE OF ACTION

**For Declaratory Relief Under 28 U.S.C. § 2201**

**(Against All Defendants on Behalf of Plaintiff and All Classes)**

510.    Hallmark incorporates its responses to each Paragraph above as if fully herein.

511.    The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Hallmark denies the allegations in this Paragraph, and denies that a class should be certified in this case.

### ANWER TO PRAYER FOR RELIEF AND DEMAND FOR JURY:

Hallmark denies that Plaintiffs are entitled to certification of any class, declaratory judgment, damages of any kind, injunctive relief of any kind, or any of the other relief they purport to seek and accordingly, Hallmark denies each and every factual allegation contained in Plaintiffs' Prayer for Relief. Hallmark admits that Plaintiffs request "trial by jury for all matters so triable."

### SEPARATE AND ADDITIONAL DEFENSES

By way of avoidance, and as a precautionary matter and without assuming any burden of proof that it would not otherwise bear, Hallmark asserts the following separate and additional defenses:

weintraub **tobin** chediak coleman grodin
law corporation

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

weintraub **tobin** chediak coleman grodin
law corporation

**FIRST DEFENSE**

**(Lack of Standing)**

Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Amended Complaint because Plaintiffs did not sell Dungeness crab ex vessel to Hallmark within the limitations period. Claims of putative class members also fail for lack of standing.  Hallmark reserves the right to challenge the standing of each putative class member.

**SECOND DEFENSE**

**(Lack of Antitrust Injury)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no antitrust injury (i.e., a type of injury that the antitrust laws were intended to remedy).  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Amended Complaint, or any alleged harm is too remote, because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to Hallmark within the limitations period, or to any ex vessel purchasers participating in the alleged conspiracy. In addition, Plaintiff Burns has never sold Dungeness crab ex vessel and does not have the legal right to assert claims that may have belonged to her deceased husband.  Claims of putative class members also fail for lack of standing.  Hallmark reserves the right to challenge the antitrust injury of each putative class member.

**THIRD DEFENSE**

**(Failure to State a Claim)**

Plaintiffs' claims fail to state a claim upon which relief can be granted.  Plaintiffs have not plausibly alleged that Hallmark engaged in any unlawful conduct, and the evidence will show that Hallmark did not enter into any alleged unlawful combination, contract, or conspiracy, as Plaintiffs allege.

**FOURTH DEFENSE**

**(State Action Doctrine)**

Plaintiffs' claims are barred, in whole or in part, by immunity granted directly by state law or by the state action doctrine, *see Parker v. Brown*, 317 U.S. 341 (1943).  Plaintiffs allege that Hallmark

can be liable for antitrust violations because of its participation in meetings that were actively supervised by state agencies pursuant to a clearly articulated and affirmatively expressed state legislative policy to displace competition and allow fishermen and buyers to bargain and negotiate prices collectively, even though such conduct is immunized by state and federal law.

### FIFTH DEFENSE

### (First Amendment and Noerr-Pennington Doctrine)

The claims of the Plaintiffs and putative class members are barred, in whole or in part, insofar as they challenge the exercise of rights protected by the First Amendment of the United States Constitution and by the *Noerr-Pennington* doctrine. Plaintiffs allege that Hallmark can be liable for antitrust violations because of its and/or other Defendants' participation in meetings, including meetings with other buyers or government officials, which as alleged concerned petitioning or lobbying activities that are immunized by state and federal law.

### SIXTH DEFENSE

### (Justified and/or Pro-Competitive Conduct)

Plaintiffs' and putative class members' claims are barred, in whole or in part, because all of Hallmark's conduct challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by law, justified, and pro-competitive; it constituted a bona fide business practice consistent with industry practices and was carried out in furtherance of legitimate business interests; and it was a part of Hallmark's lawful business operations.

### SEVENTH DEFENSE

### (Statute(s) of Limitations)

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations. Plaintiffs seek to recover damages from January 1, 2016 to the present. However, Plaintiffs' claims are subject to a four-year statute of limitations, and those claims accrued at the time Plaintiffs were paid an ex vessel price that they claim was artificially suppressed as the result of an alleged conspiracy. Accordingly, Plaintiffs' claims based on ex vessel sales that occurred prior to March 13, 2019 – four years before the original Complaint was filed – are time-barred.

weintraub **tobin** chediak coleman grodin
law corporation

1

**EIGHTH DEFENSE**

2

**(Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)**

3      Plaintiffs' and putative class members' claims are barred, in whole or in part, because

4   Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity. Plaintiffs

5   attempt to avoid dismissal of their untimely claims by including "fraudulent concealment"

6   allegations. Fraudulent concealment is subject to the heightened pleading requirements of Rule 9(b)

7   of the Federal Rules of Civil Procedure. Plaintiffs have not plead with particularity, and cannot prove

8   with evidence, that Hallmark affirmatively misled Plaintiffs, and that Plaintiffs had neither actual nor

9   constructive knowledge of the facts giving rise to their alleged claims despite exercising diligence to

10  try to uncover those facts.

11

**NINTH DEFENSE**

12

**(Laches/Waiver/Estoppel)**

13     Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrines

14  of laches, waiver, and/or estoppel. Plaintiffs delayed filing this lawsuit for an unreasonable and

15  inexcusable length of time from the time Plaintiffs knew or reasonably should have known of their

16  claims against Hallmark. Plaintiffs failed to exercise diligence to discover their alleged claims, or

17  Plaintiffs had either actual or constructive knowledge of the facts they contend give rise to their

18  alleged claims but failed to assert those claims within a reasonable time. Plaintiffs were aware of the

19  claims they allege and intended to relinquish them. Hallmark has suffered prejudice in its ability to

20  defend this case due to Plaintiffs' failure to assert their alleged claims within a reasonable time.

21  Plaintiffs are now estopped from asserting their claims now because of such delay and waiver.

22

**TENTH DEFENSE**

23

**(Unclean Hands)**

24     Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine

25  of unclean hands, to the extent that Plaintiffs and putative class members have engaged in fraud or

26  willful misconduct related to the subject matter of their claims or were significantly involved in illegal

27  conduct, including illegal collective price-bargaining, price-fixing or other violations of the antitrust

28  or unfair competition laws.

weintraub **tobin** chediak coleman grodin
law corporation

**ELEVENTH DEFENSE**

**(Lack of Damages/Mitigation)**

Plaintiffs have no damages or have failed to mitigate damages, if any.

**TWELFTH DEFENSE**

**(Independent, Unforeseeable, Superseding, and/or Intervening Cause(s))**

Plaintiffs' claims are barred, in whole or in part, because the injuries, damages, and losses alleged in the Second Amended Complaint, none being admitted, may have resulted, at least in part, from independent, unforeseeable, superseding, and/or intervening causes including, but not limited to, independent market forces and actions by or decision made by other individuals or entities not party to this lawsuit.

**THIRTEENTH DEFENSE**

**(Failure to State a Claim for Certification of a Class)**

Plaintiffs' class action allegations are vague, overbroad, and otherwise fail to state a claim for class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure.  Among other things, Plaintiffs will be unable to show that common issues predominate over individual ones or that class treatment will be a superior method for resolution of this case as required to certify a class under Rule 23(b)(3).

**FOURTEENTH DEFENSE**

**(Constitutional Right to Separate Trials)**

The class action claims are barred, in whole or in part, to the extent that certification of this action as a class action would violate Hallmark's constitutional right to separate trials and/or to assert separate defenses for each claim by each putative class member.

**FIFTEENTH DEFENSE**

**(Due Process)**

The class action claims are barred, in whole or in part, to the extent that they seek to deprive Hallmark of procedural and substantive safeguards, including, but not limited to, traditional defenses to liability, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution.  This includes that, to the extent Plaintiffs and the proposed

weintraub **tobin** chediak coleman grodin
law corporation

class seek relief on behalf of purported class members who have not suffered any injury or damages, the Amended Complaint and each of its claims for relief therein violate Hallmark's rights to due process under the United States Constitution.

## SIXTEENTH DEFENSE

### (Acquiescence)

Plaintiffs' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade, if any, alleged in the Second Amended Complaint.

## SEVENTEENTH DEFENSE

### (Duplicative Recovery)

Plaintiffs' claims are barred in whole or in part to the extent that they seek or would recover double or duplicative recovery. Plaintiffs' claims are based on the allegation that Hallmark delayed in offering a season opening price. Among other things, Plaintiffs and putative class members acquiesced in that alleged conduct, and their claims are barred, because Plaintiffs chose to remain in port, rather than exercise the option to fish on open ticket.

## EIGHTEENTH DEFENSE

### (Setoff / Right of Contribution)

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

## RESERVATIONS

Hallmark adopts and incorporates by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to Hallmark. Hallmark further reserves the right to amend this Answer for the purpose of asserting any such additional affirmative defenses. Hallmark further reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

weintraub **tobin** chediak coleman grodin
law corporation

1

## HALLMARK'S PRAYER FOR RELIEF

2    WHEREFORE, Hallmark prays for relief as follows:

3    1.    That the Court award Hallmark judgment in its favor on all of Plaintiffs' claims and

4    dismiss this action with prejudice.

5    2.    That the Court award Hallmark all other and further relief deemed just and

6    reasonable.

7    Hallmark hereby demands a trial by jury of all aspects of the case so triable.

8    Dated: December 31, 2025                **weintraub tobin** chediak coleman grodin
                                              law corporation
9

10                                            By:___/s/ W. Scott Cameron_____
11                                               W. Scott Cameron

12
13                                            *Attorneys for Defendants*
                                              *California Shellfish Company, Inc. and*
14                                            *Robert Bugatto Enterprises*

15

16

17

18

19

20

21

22

23

24

25

26

27

28