| | |
|---|---|
| 1 | CHARLES H. SAMEL (SBN 182019) |
|   | charles.samel@stoel.com |
| 2 | EDWARD C. DUCKERS (SBN 242113) |
|   | ed.duckers@stoel.com |
| 3 | STOEL RIVES LLP |
|   | 1 Montgomery Street, Suite 3230 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 617-8900 |

CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700

TIMOTHY W. SNIDER (admitted *pro hac vice*)
timothy.snider@stoel.com
ALEX T. VAN RYSSELBERGHE (admitted *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (admitted *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC, et al., <br><br> Defendants. | Case No. 3:23-cv-01098-AGT <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH COURT'S ORDER GRANTING MOTION TO COMPEL NONPARTIES OZZIE GREGORIO AND TRIPLE G SEAFOOD TO COMPLY WITH SUBPOENA** |

1   WHEREAS, on December 15, 2025, this Court issued an order granting Defendants' motion to compel nonparties Ozzie Gregorio and Triple G Seafood (Gregorio's company; collectively "Gregorio") to comply with Defendants' document subpoenas served on May 28, 2025 (specifically, with Requests Nos. 10, 15, 18, 19, and 24) within 21 days ("December 15 Order") (Dkt. No. 538);

WHEREAS, the Court further ordered that Defendants must serve Gregorio with a copy of the December 15 Order, by any means reasonably calculated to provide actual notice, by December 22, 2025, and file proof of service;

WHEREAS, on December 15, 2025, Defendants served Gregorio with a copy of the December 15 Order by the means indicated in the Proof of Service (Dkt. No. 539) that counsel for the Pacific Seafood defendants ("Pacific Seafood") caused to be filed on December 15, 2025;

WHEREAS, the Court ordered that Gregorio must comply with Defendants' document subpoena by January 5, 2026 (21 days after December 15);

WHEREAS, on December 26, 2025, Mr. Gregorio telephoned the undersigned counsel and indicated that he needed 30 to 40 days to retain a lawyer and respond to the subpoena; Mr. Gregorio indicated further that he had spoken with Judge Tse's clerk and was told to request an extension from Defendants; and Mr. Gregorio confirmed that the email addresses indicated below can be used to send him communications going forward;

WHEREAS, during the telephone conversation with Mr. Gregorio, the undersigned counsel responded that Pacific Seafood would consider his request but that in the December 15 Order the Court specified a date for compliance with the subpoena and the parties cannot modify that date without Court approval;

WHEREAS, on December 30, the undersigned counsel emailed Mr. Gregorio and proposed that Mr. Gregorio and Pacific Seafood jointly request the Court's approval to extend the date for Gregorio's compliance with the December 15 Order by an additional 30 days, until February 4, 2026, attaching a copy of this stipulation for Mr. Gregorio's review and approval; and

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH COURT'S ORDER GRANTING MOTION TO COMPEL

151522473.2 0052902-00054

2

3:23-CV-01098-AGT

WHEREAS, in an email dated January 6, 2026, Mr. Gregorio indicated that he agreed to the proposal, approved the stipulation, and authorized the undersigned counsel to sign it on his behalf,

**NOW, THEREFORE, PACIFIC SEAFOOD AND OZZIE GREGORIO, ON BEHALF OF HIMSELF AND TRIPLE G SEAFOOD, HEREBY STIPULATE AND AGREE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:**

The date for Gregorio's compliance with Defendants' document subpoena, as set forth in the Court's December 15 Order, is extended to February 4, 2026.

Respectfully submitted,

Dated: January 7, 2026                                STOEL RIVES LLP

                                                                                          */s/ Timothy W. Snider*
                                                                                          Timothy W. Snider (admitted *pro hac vice*)
                                                                                          timothy.snider@stoel.com

*Attorneys for Pacific Seafood*

Dated: January 7, 2026                                NONPARTIES OZZIE GREGORIO and TRIPLE G SEAFOOD

                                                                                          */s/ Ozzie Gregorio (\*as authorized 01/06/26)*
                                                                                          Ozzie Gregorio
                                                                                         triplegseafoodowner@gmail.com
                                                                                         lienmike32@gmail.com

### ATTESTATION UNDER L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

Dated: January 7, 2026                                                */s/ Timothy W. Snider*

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH COURT'S ORDER GRANTING MOTION TO COMPEL — 3 — 3:23-CV-01098-AGT

151522473.2 0052902-00054

**PURSUANT TO STIPLUATION, IT IS SO ORDERED:**

The date for Gregorio's compliance with Defendants' document subpoena, as set forth in the Court's December 15 Order, is extended to February 4, 2026.

DATED: _January 8, 2026_

_____
The Honorable Alex G. Tse
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH COURT'S ORDER GRANTING MOTION TO COMPEL

4

3:23-CV-01098-AGT

151522473.2 0052902-00054