1  Stuart G. Gross (SBN 251019)
   Ross A. Middlemiss (SBN 323737)
2  Travis H.A. Smith (SBN 331305)
   **GROSS KLEIN PC**
3  The Embarcadero
   Pier 9, Suite 100
4  San Francisco, CA 94111
   (415) 671-4628
5

6  *Attorneys for Plaintiffs and the Proposed Classes*
   [additional counsel listed on signature page]
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | **BRAND LITTLE** and **ROBIN BURNS**, | Case No. 3:23-cv-01098-AGT |
   | Individually and on Behalf of All Others Similarly Situated, | |
13 | | **STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER** |
14 | Plaintiffs, | |
   | v. | |
15 | | |
   | **PACIFIC SEAFOOD PROCUREMENT, LLC;** | |
16 | **PACIFIC SEAFOOD PROCESSING, LLC;** | |
   | **PACIFIC SEAFOOD FLEET, LLC; PACIFIC** | |
17 | **SEAFOOD DISTRIBUTION, LLC; PACIFIC** | Judge: Honorable Alex G. Tse |
   | **SEAFOOD USA, LLC; DULCICH, INC.;** | |
18 | **PACIFIC SEAFOOD – EUREKA, LLC;** | |
   | **PACIFIC SEAFOOD – CHARLESTON, LLC;** | |
19 | **PACIFIC SEAFOOD – WARRENTON, LLC;** | |
   | **PACIFIC SEAFOOD – NEWPORT, LLC;** | |
20 | **PACIFIC SEAFOOD – BROOKINGS, LLC;** | |
   | **PACIFIC SEAFOOD – WESTPORT, LLC;** | |
21 | **PACIFIC SURIMI – NEWPORT LLC; BLUE** | |
   | **RIVER SEAFOOD, INC.; SAFE COAST** | |
22 | **SEAFOODS, LLC; SAFE COAST SEAFOODS** | |
   | **WASHINGTON, LLC; OCEAN GOLD** | |
23 | **SEAFOODS, INC.; NOR-CAL SEAFOOD,** | |
   | **INC.; KEVIN LEE; AMERICAN SEAFOOD** | |
24 | **EXP, INC.; CALIFORNIA SHELLFISH** | |
   | **COMPANY, INC.; ROBERT BUGATTO** | |
25 | **ENTERPRISES, INC.; ALASKA ICE** | |
   | **SEAFOODS, INC.; LONG FISHERIES, INC.;** | |
26 | **CAITO FISHERIES, INC.; CAITO** | |
   | **FISHERIES, LLC; SOUTHWIND FOODS,** | |
27 | **LLC; FISHERMEN'S CATCH, INC.;** | |
   | **GLOBAL QUALITY FOODS, INC.; GLOBAL** | |
28 | **QUALITY SEAFOOD LLC; OCEAN KING** | |

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER; Case No. 3:23-cv-01098-AGT
1

128736506.4 0052902-00054

1  **FISH INC.; BORNSTEIN SEAFOODS, INC.;
2  ASTORIA PACIFIC SEAFOODS, LLC; and
   DOES 29-60,**
3                        Defendants.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER; Case No. 3:23-cv-01098-AGT

2

128736506.4 0052902-00054

Plaintiffs Brand Little and Robin Burns (collectively, "Plaintiffs") and Defendant Global Quality Foods, Inc. ("GQF"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 4, 2025, the Court entered a Case Management Order which set the last day to move to join parties or amend pleadings as January 12, 2026 (Dkt. No. 282);

WHEREAS, on December 2, 2025, Plaintiffs served on GQF Requests for Production of Documents, Interrogatories, and Requests for Admission that seek documents and information that could bear on Plaintiffs' decision to add claims against GQF and/or add, as defendants, GQF's principals ("Plaintiffs' GQF discovery requests");

WHEREAS, GQF has requested an extension of time to respond to Plaintiffs' discovery requests, and Plaintiffs and GQF have agreed to extend the deadline to respond to January 30, 2026, provided that GQF agrees not to oppose a motion to add claims against GQF and/or its principals on timeliness grounds if it is brought after January 12, 2026;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:

1) With respect to any additional claims against GQF and/or its principals, the January 12, 2026 deadline for Plaintiffs to move to join parties or amend pleadings shall not apply to any additional claims against GQF and/or its principals, such deadline being adjourned to March 15, 2026; and

2) GQF's response to Plaintiffs' December 2, 2025 discovery requests shall be due on January 30, 2026.

The undersigned confirm that they have authorized the filer of this stipulation to sign it on their behalf.

Respectfully submitted,

Dated: January 7, 2026    */s/ Stuart G. Gross*
Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER; Case No. 3:23-cv-01098-AGT

1

128736506.4 0052902-00054

The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
Samantha Gupta (*admitted pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@fklmlaw.com*
*sgupta@fklmlaw.com*

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
*mweiler@schneiderwallace.com*
*rlevine@schneiderwallace.com*

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
*swilliams@stevenwilliamslaw.com*

*Counsel for Plaintiffs and the Proposed Class*

DATED: January 7, 2026

　　　*/s/ Ann A.P. Nguyen*
Ann A.P. Nguyen
**MESSNER REEVES LLP**
160 W Santa Clara Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 298-7120
anguyen@messner.com

*Attorneys for Defendant Global Quality Foods, Inc.*

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER; Case No. 3:23-cv-01098-AGT

2

128736506.4 0052902-00054

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 8, 2026

Hon. Alex G. Tse
United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL QUALITY FOODS, INC. REGARDING DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS; [PROPOSED] ORDER; Case No. 3:23-cv-01098-AGT

3

128736506.4 0052902-00054