UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>        Defendants. | Case No.  23-cv-01098-AGT<br><br>**ORDER RE: MOTIONS TO SEAL**<br>Re: Dkt. Nos. 481, 489, 499, 525 |

      The Court denies the pending administrative motions to consider whether another party's material should be sealed. Dkts. 481, 489, 499, 525. The designating parties didn't file statements in support of sealing, as required. Civil L.R. 79-5(f)(3). The Court will, however, allow a personal phone number to be redacted in Exhibit H to Dkt. 481, as Pacific Seafood, a non-designating party, requested. Dkt. 495.

      By January 16, 2026, the moving parties must file unredacted versions of the documents covered by the pending sealing motions, redacting only the phone number referenced above.

      **IT IS SO ORDERED.**

Dated: January 8, 2026

Alex G. Tse
United States Magistrate Judge