UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>       Defendants. | Case No.  23-cv-01098-AGT<br><br><br>**ORDER TO SHOW CAUSE** |

Defendants Kevin Lee and Nor-Cal Seafood, Inc., are represented by attorney Huechi Wong. Wong failed to attend the January 23, 2026, case management conference (CMC) and has now missed at least three CMCs. *See* Dkt. 399 (noting that Wong also didn't attend CMCs on May 30, 2025, and September 5, 2025). After Wong missed the September 5, 2025, CMC, he said he would "be certain to attend future case management conferences and/or arrange for a special appearance." Dkt. 446 at 1. This proved to be an empty promise.

Wong must show cause, by January 30, 2026, for why the Court shouldn't impose sanctions for his repeated failures to attend CMCs. Sanctions may include a fine, striking the answer and entering default, or any other sanction within the Court's authority.

    **IT IS SO ORDERED.**

Dated: January 26, 2026

_____
Alex G. Tse
United States Magistrate Judge