UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRAND LITTLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No.  23-cv-01098-AGT<br><br>**ORDER ON MOTIONS TO AMEND COMPLAINT AND TO SEAL**<br><br>Re: Dkt. Nos. 567, 568 |

1. Motion to Amend. Plaintiffs seek leave to file a fifth amended complaint. Dkt. 567. Because their motion is unopposed (dkt. 591) and was timely filed on January 12, 2026, the last day by which to move to amend under the current case schedule (dkt. 282), the Court grants their motion. Plaintiffs shall file their fifth amended complaint by February 3, 2026.

2. Motion to Seal. Plaintiffs redacted portions of their motion for leave to amend and certain exhibits thereto, including the proposed fifth amended complaint. Dkt. 568. Defendant Caito Fisheries, Inc., designated the redacted material as highly confidential during discovery. *Id.* Caito has asked the Court to preserve some, but not all, of the redactions.

Caito seeks to keep redacted the price that Southwind Foods, LLC, paid to purchase Caito's assets, a description of how that price was calculated, and details about payments Caito made to a bank and accounting firm. Dkt. 579. The Court will allow these details to remain redacted, but if they later become material to a Rule 12 motion and a determination of whether the claims against Caito and its principals are well pleaded, the Court may

reevaluate whether the redactions are warranted. The Court grants the motion to seal, as modified. When Plaintiffs file their fifth amended complaint, they may redact only those details identified by Caito in response to the motion to seal. *See id.*

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____

Alex G. Tse
United States Magistrate Judge