ANN A. P. NGUYEN [SBN 178712]
  anguyen@messner.com
BONNIE MARGARET ROSS [SBN 178591]
  bross@messner.com
MESSNER REEVES LLP
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendant
GLOBAL QUALITY FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, ROBIN BURNS, CHERRY FISHERIES INC., Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; | Case No. 3:23-CV-01098-AGT<br><br>**GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Alex G. Tse |

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

OCEAN KING FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; PACIFIC DREAM SEAFOOD, INC.; JOHN CAITO; JOSEPH CAITO; JAMES CAITO; JEANETTE CAITO; and DOES 37-60,

Defendants.

Defendant GLOBAL QUALITY FOODS, INC. (hereinafter referred to as "Defendant" or "GQF Inc.") hereby answers the Fifth Amended Class Action Complaint ("FAC") of Plaintiffs BRAND LITTLE and ROBIN BURNS, Individually and on Behalf of All Others Similarly Situated (hereinafter referred to as "Plaintiffs"), as stated below. Any allegation not explicitly admitted is denied. Documents, headings, footnotes, screenshots, images, charts, graphs, and figures referenced or contained within the FAC are not substantive allegations to which an answer is required, but to the extent an answer is required, GQF Inc. denies the allegations.

**INTRODUCTION**

1.      Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

2.      Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

3.      Answering this Paragraph, GQF Inc. admits only that the "ex vessel price" means the price off the boat, but lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly denies the remainder of the allegations in this Paragraph on this basis.

4.      Answering this Paragraph, GQF Inc. denies the allegations contained therein.

5.      Answering this Paragraph, GQF Inc. denies the allegations contained therein.

6.      Answering this Paragraph, GQF Inc. denies the allegations contained therein.

7.     Answering this Paragraph, GQF Inc. denies the allegations contained therein.

8.     Answering this Paragraph, GQF Inc. denies the allegations contained therein.

9.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

10.     GQF Inc. denies the allegations contained in this Paragraph.

11.     This Paragraph requires no answer by GQF Inc.

**PARTIES**

12.     Answering this Paragraph, GQF Inc. denies that it engaged in any of the alleged unlawful conduct.  It lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly, denies those allegations contained therein.

13.     Answering this Paragraph, GQF Inc. denies that it engaged in any of the alleged unlawful conduct.  It lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly, denies those allegations contained therein.

14.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

15.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

16.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

17.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

18.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this

Paragraph on this basis.

19. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

20. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

21. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

22. Answering this Paragraph 22, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

23. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

24. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

25. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

26. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

27. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

28.    This Paragraph requires no answer by GQF Inc.

29.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

30.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

31.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

32.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

33.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

34.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

35.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

36.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

37.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

38.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

39.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

40.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

41.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

42.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

43.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

44.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

45.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

46.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

47.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

48.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

49.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

50.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

51.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

52.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

53.    This Paragraph requires no answer by GQF.

54.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

55.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

56.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

57.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

58.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

59.    This Paragraph requires no answer by GQF.

60.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

61.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

62.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

63.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

64.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

65.    Answering this Paragraph, GQF Inc. admits the allegations concerning Plaintiff's issuance of a subpoena, the service of it, and the Court's issuance of the order filed at Dkt. 73.  As to the remaining allegations of this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny them, and accordingly denies them.

66.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

67. This Paragraph requires no answer by GQF Inc.

68. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

69. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

70. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

71. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

72. This Paragraph requires no answer by GQF Inc.

73. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

74. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

75. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

76. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

77. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

78.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

79.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

80.     This Paragraph requires no answer from CQF Inc.

81.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

82.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

83.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

84.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

85.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

86.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

87.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

88. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

89. This Paragraph require no answer from GQF Inc.

90. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

91. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

92. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

93. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

94. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

95. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

96. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

97. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

98.    Paragraph 98 requires no answer by GQF Inc.

99.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

100.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

101.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

102.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

103.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

104.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

105.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

106.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

107.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required,

GQF Inc. denies the allegations contained therein.

108.    This Paragraph requires no answer by GQF Inc.

109.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

110.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

111.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

112.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

113.    This Paragraph requires no answer by GQF Inc.

**J.  Global Quality Defendants**

114.    Answering this Paragraph, GQF Inc. admits the allegations contained therein.

115.    Answering this Paragraph, GQF Inc. admits the allegations contained therein.

116.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

117.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

118.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

119.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

120.    This Paragraph requires no answer by GQF Inc.

121.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

122.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this

Paragraph on this basis.

123. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

124. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

125. This Paragraph requires no answer by GQF Inc.

126. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

127. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

128. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

129. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

130. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

131. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

132. This Paragraph requires no answer by GQF Inc.

133. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

Case No. 3:23-cv-01098-AGT

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

134.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

135.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

136.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

137.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

138.    This Paragraph requires no answer by GQF Inc.

139.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

140.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

141.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

142.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

143.    This Paragraph requires no answer by GQF Inc.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

144.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

145.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

146.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

147.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

148.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

149.    This Paragraph requires no answer by GQF Inc.

150.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

151.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

152.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

153.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

### JURISDICTION, VENUE AND COMMERCE

154.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. admits that the Court has subject matter jurisdiction to the extent Plaintiffs have suffered an injury cognizable under Article III of the United States Constitution.

155.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

156.    Answering this Paragraph, GQF Inc. admits that venue in this District is appropriate, but denies the remaining allegations of the this Paragraph.

157.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

158.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

### INTRADISTRICT ASSINGMENT

159.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. admits that assignment of this case to the San Francisco Division is appropriate.  GFQ Inc. denies the remaining allegations contained therein.

/ / /

**FACTUAL ALLEGATIONS**

160. Answering this Paragraph, GQF Inc. admits only that Dungeness crab is a species of shellfish found in the Pacific Ocean and fished for human consumption, but denies the remainder of the allegations in this Paragraph.

161. Answering this Paragraph, GQF Inc. admits only that Dungeness crab is enjoyed fresh by consumers along the West Coast, including during holidays, but denies the remainder of the allegations in this Paragraph.

162. Answering this Paragraph, GQF Inc. admits only that commercial Dungeness crab fishing requires a permit, which is tied to a specific vessel, but denies the remainder of the allegations in this Paragraph.

163. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

164. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

165. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

166. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

167. Answering this Paragraph, GQF Inc. admits that once purchased, resells Dungeness crab. As to the remaining allegations of this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny them and accordingly denies them.

168. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

169.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

170.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

171.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

172.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

173.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

174.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

175.     Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

176.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

177.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

178.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

179.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

180.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

181. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

182. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

183. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

184. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

185. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

186. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

187. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

188. Answering this Paragraph, GCF Inc. denies the existence of any alleged agreement among Defendants. As to the remaining allegations of this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny them, and accordingly denies them.

189. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

190. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

191. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

192. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

193. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

194. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

195. Answering this Paragraph, GCF Inc. denies the allegations of control and manipulation of prices by Defendants. As to the remaining allegations of this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny them, and accordingly denies them.

196. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

197. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

198. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

199. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

200. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

201. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

202. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

203. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

204.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

205.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

206.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

207.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

208.    Answering this Paragraph, GQF Inc. denies the allegations in this Paragraph.

209.    Answering this Paragraph, GQF Inc. denies the allegation of the existence of a cartel and a price fixing arrangement.  As to the remaining allegations, GQF Inc. lacks knowledge or information sufficient to admit or deny them, and therefore denies them.

210.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

211.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

212.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

213.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

214.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

215.    Answering this Paragraph, GQF Inc. denies the allegations contained therein

216.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

217.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

218.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

219.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

220.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

221.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

222.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

223.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

224.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

225. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

226. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

227. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

228. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

229. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

230. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

231. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

232. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

233. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

234. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

235. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

236. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

237. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

238. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

239.    Answering this Paragraph, GQF Inc. denies the allegations contained therein..

240.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

241.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

242.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

243.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

244.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

245.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

246.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

247.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

248.    Answering this Paragraph, GQF Inc. denies the allegations contained therein

249.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this

Paragraph on this basis.

250. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

251. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

252. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

253. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

254. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

255. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

256. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

257. Answering this Paragraph, GQF Inc. denies the allegations contained therein

258. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

259. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

260. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

261. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

262. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

263. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

264. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

265. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

266. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

267. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

268. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

269. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

270. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

271. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

272. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

273. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

Paragraph on this basis.

274. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

275. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

276. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

277. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

278. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

279. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

280. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

281. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

282. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

283. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

284.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

285.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

286.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

287.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

288.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

289.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

290.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

291.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

292.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

293. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

294. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

295. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

296. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

297. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

298. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

299. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

300. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

301. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

302. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

303. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

304. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

305.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

306.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

307.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

308.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

309.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

310.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

311.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

312.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

313.    Answering this Paragraph, GQF Inc. denies the allegations in this Paragraph.

314.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

315. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

316. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

317. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

318. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

319. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

320. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

321. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

322. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

323. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

324. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

325. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

326. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

327.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

328.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

329.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

330.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

331.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

332.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

333.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

334.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

335.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

336.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

337.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

338.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

339. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

340. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

341. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

342. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

343. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

344. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

345. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

346. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

347. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

348. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

349. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

350. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

351. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

352. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

353. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

354. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

355. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

356. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

357. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

Paragraph on this basis.

358. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

359. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

360. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

361. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

362. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

363. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

364. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

365. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

366. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

367. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

368. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

369.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

370.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

371.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

372.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

373.    Answering this Paragraph, GQF Inc. denies that it engaged in any of the alleged unlawful conduct.  It lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly, denies those allegations contained therein

374.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

375.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

376.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

377.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

378.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

379.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

380.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

381. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

382. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

383. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

384. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

385. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

386. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

387. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

388. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

389. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

390. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

391. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

392. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

393. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

394. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

395. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

396. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

397. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

398. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

399. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

Paragraph on this basis.

400. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

401. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

402. Answering this Paragraph, GQF Inc. denies the allegations in this Paragraph.

403. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

404. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

405. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

406. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

407. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

408. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

409. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

410. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

411.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

412.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

413.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

414.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

415.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

416.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

417.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

418.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

419.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

420.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

421.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

422.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

423.    Answering this Paragraph, GQF Inc. denies that it engaged in any of the alleged unlawful conduct.  It lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly, denies those allegations contained therein.

424.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

425.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

426.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

427.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

428.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

429.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

430.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

431.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

432.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

433.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

434.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

435.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

436.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

437.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

438.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

439.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

440.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

441.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

442.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to

admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

443.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

444.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

445.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

446.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

447.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

448.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

449.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

450.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

451.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

452.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

453.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

454.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

455.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

Paragraph on this basis.

456. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

457. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

458. Answering this Paragraph, GQF Inc. denies that it engaged in any of the alleged unlawful conduct. It lacks knowledge or information sufficient to admit or deny the remainder of the allegations in this Paragraph, and accordingly, denies those allegations contained therein.

459. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

460. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

461. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

462. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

463. Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

464. Answering this Paragraph, GQF Inc. denies the allegations contained therein.

465. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

466. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

467.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

468.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

469.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

470.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

471.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

472.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

473.    Answering this Paragraph, GQF Inc. lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph, and accordingly denies the allegations in this Paragraph on this basis.

474.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

475.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

476.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

477.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

478.    Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph

contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

479. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

480. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

481. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

482. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

483. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

484. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

485. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

486. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, GQF Inc. denies the allegations contained therein.

487. Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required,

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

GQF Inc. denies the allegations contained therein.

488.   Answering this Paragraph, GQF Inc. contends that the allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, GQF Inc. denies the allegations contained therein.

489.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

490.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

491.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

492.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

## ANTITRUST INJURY

493.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

494.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

495.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

496.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

497.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

## CLASS ACTION ALLEGATIONS

498.   This Paragraph requires no answer by GQF Inc.

499.   This Paragraph requires no answer by GQF Inc.

500.   This Paragraph requires no answer by GQF Inc.

501.   This Paragraph requires no answer by GQF Inc.

502.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

503.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

504.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

505.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

506.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

507.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

508.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

509.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

510.   Answering this Paragraph, GQF Inc. denies the allegations contained therein.

**DELAYED DISCOVERY/FRADULENT CONCEALMENT**

511.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

512.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

513.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

514.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

515.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

516.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

517.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

**CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**

**Unlawful Agreements in Restraint of Trade in Violation of Section 1 of the Sherman Act, 15**

**U.S.C § 1**

**(Against All Defendants on Behalf of Plaintiffs and the Sherman Act Class)**

518.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

519.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

520.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

521.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

522.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

523.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

524.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

525.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

526.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

527.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

**SECOND CAUSE OF ACTION**

**Combination in Restraint of Trade of the California Cartwright Act,**

**Cal. Bus and Prof. Code Sections 16720, *et seq.***

**(Against All Defendants on Behalf of Plaintiffs and the California Class)**

528.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

529.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

530.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

531.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

532.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

533.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

### THIRD CAUSE OF ACTION

### Violation of the California Unfair Competition Law,

### Cal. Bus and Prof. Code § 17200, *et seq.*

### (Against All Defendants on Behalf of Plaintiff Little and the California Class)

534.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

535.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

536.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

537.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

538.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

539.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

### FOURTH CAUSE OF ACTION

### Violation of the Oregon Antitrust Law, Or. Rev. Stat. §646.725 et seq.

### (Against All Defendants on Behalf of Plaintiff Cherry Fisheries and the Oregon Class)

540.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

541.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

542.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

543.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

### FIFTH CAUSE OF ACTION

### Violation of the Oregon Unlawful Trade Practices Act,

**Or. Rev. Stat. §646.605 et seq.**

**(Against All Defendants on Behalf of Plaintiff Cherry Fisheries and the Oregon Class)**

544.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

545.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

546.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

547.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

548.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

549.    Answering this Paragraph, GQF Inc. denies the allegations contained therein.

**SIXTH CAUSE OF ACTION**

**For Declaratory Relief Under 28 U.S.C. § 2201**

**(Against All Defendants on Behalf of Plaintiff and All Classes)**

550.    Answering this Paragraph, GQF Inc. incorporates its responses to each Paragraph above as if fully set forth herein.

Answering this Paragraph, GQF Inc. denies the allegations contained therein.

**PLAINTIFFS' PRAYES FOR RELIEF**

GQF Inc. denies that Plaintiffs are entitled to certification of any class, declaratory judgment, damages of any kind, injunctive relief of any kind, or any of the other relief they purport to seek and, accordingly, GQF Inc. denies each and every factual allegation contained in Plaintiffs' Prayer for Relief.

**SEPARATE AFFIRMATIVE DEFENSES**

Without admitting the existence of any contract, cartel, combination, or conspiracy in restraint of trade, and expressly denying same, by way of avoidance, and as a precautionary matter, and without assuming any burden of proof that it would not otherwise bear, GQF Inc. also asserts the following separate and additional defenses:

**FIRST DEFENSE**
**(Lack of Standing)**

Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the AC because, among other things, Plaintiffs did not sell Dungeness crab ex-vessel to GQF Inc. within the limitations period.  Claims of putative class members also fail for lack of standing.  GQF Inc. reserves the right to challenge the standing of each putative class member.

## SECOND DEFENSE
### (Lack of Antitrust Injury)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no antitrust injury (i.e., a type of injury that the antitrust laws were intended to remedy).   Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the AC, or any alleged harm is too remote, because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to GQF Inc. within the limitations period, or to any ex vessel purchasers participating in the alleged conspiracy.  In addition, Plaintiff Burns has never sold Dungeness crab ex vessel and does not have the legal right to assert claims that may have belonged to her deceased husband.  Claims of putative class members also fail for lack of standing. GQF Inc. reserves the right to challenge the antitrust standing of each putative class member.

## THIRD DEFENSE
### (Failure to State a Claim)

Plaintiffs fail to state a claim upon which relief can be granted.  Plaintiffs have not plausibly alleged that GQF Inc. engaged in any unlawful conduct, and the evidence will show that GQF Inc. did not enter into any alleged unlawful combination, contract, or conspiracy, as Plaintiffs allege.

## FOURTH DEFENSE
### (State Action Doctrine)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by immunity granted directly by state law or by the state action doctrine. S ee Parker v. Brown, (1943) 317 U.S.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

341.

## FIFTH DEFENSE
### (First Amendment and Noerr-Pennington Doctrine)

The claims of the Plaintiffs and putative class members are barred, in whole or in part, insofar as they challenge the exercise of rights protected by the First Amendment of the United States Constitution and by the Noerr-Pennington doctrine.

## SIXTH DEFENSE
### (Justified and/or Pro-Competitive Conduct)

Plaintiffs and putative class members' claims are barred, in whole or in part, because all of GQF Inc.'s conduct challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by law, justified, and pro-competitive; it constituted a bona fide business practice consistent with industry practices and was carried out in furtherance of legitimate business interests; and it was a part of GQF Inc.'s lawful business operations.

## SEVENTH DEFENSE
### (Statute(s) of Limitations)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the applicable statute of limitations. Plaintiffs seek to recover damages from January 1, 2016 to the present. However, Plaintiffs' claims are subject to a four-year statute of limitations, and those claims accrued at the time Plaintiffs were paid an ex vessel price that they claim was artificially suppressed as the result of an alleged conspiracy. Accordingly, Plaintiffs' claims based on ex vessel sales that occurred prior to March 13, 2019—four years before the original Complaint was filed—are time-barred.

## EIGHTH DEFENSE
### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' and putative class members' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

Plaintiffs attempt to avoid dismissal of their untimely claims by including "fraudulent concealment" allegations.  Fraudulent concealment is subject to the heightened pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure.  Plaintiffs have not plead with particularity, and cannot prove with evidence, that GQF Inc. affirmatively misled Plaintiffs, and that Plaintiffs had neither actual nor constructive knowledge of the facts giving rise to their alleged claims despite exercising diligence to try to uncover those facts.

### NINTH DEFENSE
### (Laches/Waiver/Estoppel)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.  Plaintiffs delayed filing this lawsuit for an unreasonable and inexcusable length of time from the time Plaintiffs knew or reasonably should have known of their claims against GQF Inc.  Plaintiffs failed to exercise diligence to discover their alleged claims, or Plaintiffs had either actual or constructive knowledge of the facts they contend give rise to their alleged claims but failed to assert those claims within a reasonable time.  Plaintiffs were aware of the claims they allege and intended to relinquish them. GQF Inc. suffered prejudice in its ability to defend this case due to Plaintiffs' failure to assert their alleged claims within a reasonable time. Plaintiffs are now estopped from asserting their claims now because of such delay and waiver.

### TENTH DEFENSE
### (Unclean Hands)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of unclean hands, to the extent that Plaintiffs and putative class members have engaged in fraud or willful misconduct related to the subject matter of their claims or were significantly involved in illegal conduct, including illegal collective price-bargaining, price-fixing or other violations of the antitrust or unfair competition laws.

### ELEVENTH DEFENSE
### (Lack of Damages/Mitigation)

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

Antitrust Plaintiffs have a duty to mitigate their damages.  Plaintiffs and putative class members have no damages or have failed to mitigate damages, if any. Plaintiffs' and putative class members' alleged damages, if any, were not caused by GQF Inc.

**TWELFTH DEFENSE**
**(Independent, Unforeseeable, Superseding, and/or Intervening Cause(s))**

Plaintiffs' and putative class members' claims are barred, in whole or in part, because the injuries, damages, and losses alleged in the AC, none being admitted, may have resulted, at least in part, from independent, unforeseeable, superseding, and/or intervening causes including, but not limited to, independent market forces and actions by or decision made by other individuals or entities not party to this lawsuit.

**THIRTEENTH DEFENSE**
**(Failure to State a Claim for Certification of a Class)**

Plaintiffs' class action allegations are vague, overbroad, and otherwise fail to state a claim for class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure. Among other things, Plaintiffs will be unable to show that common issues predominate over individual ones or that class treatment will be a superior method for resolution of this case as required to certify a class under Rule 23(b)(3).

**FOURTEENTH DEFENSE**
**(Constitutional Right to Separate Trials)**

The class action claims are barred, in whole or in part, to the extent that certification of this Action as a class action would violate GQF Inc.'s constitutional right to separate trials and/or to assert separate defenses for each claim by each putative class member.

**FIFTEENTH DEFENSE**
**(Due Process)**

The class action claims are barred, in whole or in part, to the extent that they seek to deprive GQF Inc. of procedural and substantive safeguards, including, but not limited to, traditional defenses

to liability, or duplicative recovery of alleged overcharges, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution. This includes that, to the extent Plaintiffs and the proposed class seek relief on behalf of purported class members who have not suffered any injury or damages, the FAC and each of its claims for relief therein violate GQF Inc.'s rights to due process under the United States Constitution.

## SIXTEENTH DEFENSE
### (Acquiescence)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade alleged in the FAC.

## SEVENTEENTH DEFENSE
### (Duplicative Recovery)

Plaintiffs' and class members' claims are barred in whole or in part to the extent that they seek or would recover double or duplicative recovery, for instance, by attempting to recover from GQF Inc. any portion of their damages already paid by settling Defendants or other alleged co-conspirators, who have settled, or do settle, Plaintiffs' claims in this action.

## EIGHTEENTH DEFENSE
### (Setoff)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by GQF Inc.'s right to set off any amounts paid by any Defendants or other alleged co-conspirators, who have settled, or do settle, Plaintiffs' claims in this action.

## RESERVATIONS

GQF Inc. adopts and incorporates by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to GQF Inc.  GQF Inc. further reserves the right to amend this Answer for the purpose of asserting any such additional affirmative defenses. GQF Inc. further reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

## GQF INC.'S PRAYER FOR RELIEF

WHEREFORE, GQF Inc. prays for relief as follows:

1.     That the Court award GQF Inc. judgment in its favor on all of Plaintiffs' claims and dismiss this action with prejudice.

2.     That the Court award GQF Inc. all other and further relief deemed just and reasonable.

## GQF INC.'S DEMAND FOR JURY TRIAL

GQF Inc. hereby demands a trial by jury of all aspects of the case so triable.

Dated: February 17, 2026                    MESSNER REEVES LLP

By: _____
     ANN A. P. NGUYEN
     BONNIE MARGARET ROSS
Attorneys for Defendant
GLOBAL QUALITY FOODS, INC.

GLOBAL QUALITY FOODS, INC.'S ANSWER TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT