1   Stuart G. Gross (SBN 251019)
    Ross A. Middlemiss (SBN 323737)
2   Travis H.A. Smith (SBN 331305)
    **GROSS KLEIN PC**
3   The Embarcadero
    Pier 9, Suite 100
4   San Francisco, CA 94111
    (415) 671-4628
5

6   *Attorneys for Plaintiffs and the Proposed Classes*
    [additional counsel listed on signature page]
7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  **BRAND LITTLE, ROBIN BURNS,** and          Case No. 3:23-cv-01098-AGT
    **CHERRY FISHERIES INC.**, Individually and
13  on Behalf of All Others Similarly Situated,   **DECLARATION OF OZZIE**
                                                  **GREGORIO IN RESPONSE TO**
14              Plaintiffs,                       **COURT'S ORDER TO SHOW**
         v.                                       **CAUSE [DKT. 603]**
15
    **PACIFIC SEAFOOD PROCUREMENT, LLC,**
16  **et al.,**
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF OZZIE GREGORIO IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE [DKT. 603]; Case No.
3:23-cv-01098-AGT

1

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

1    I, Ozzie Gregorio, declare as follows:

2    1.    I am the owner of Triple G Seafoods and a resident of Humboldt County. I submit

3    this declaration in response to the Court's Order to Show Cause dated February 13, 2026. If called

4    as a witness, I could and would truthfully testify to the following based on my personal

5    knowledge.

6    2.    On March 3-4, 2026, an ediscovery vendor engaged by Plaintiffs' counsel

7    collected from my devices and files documents that I have identified as responsive the Requests

8    for Production of Documents identified in the Court's Order Granting Defendants' Motion to

9    Compel (Dkt. 538) (the "Requests").

10   3.    I have directed the ediscovery vendor to produce those documents to Defendants

11   and Plaintiffs in this action; and I understand that it will soon do so, if it has not done so already.

12   4.    The overwhelming bulk of the documents responsive to the Requests are in the

13   form of text messages, the volume of the text messages is very substantial, and the process of

14   their extraction is difficult and not something I am qualified to do on my own.

15   5.    I previously had an attorney representing me in connection with responding to the

16   defendant's subpoena; however, that attorney has not represented me since late October of last

17   year.

18   6.    Since then, I have searched for an attorney to assist me in responding to the

19   subpoena. However, there are a very limited number of attorneys in Humboldt County, and I have

20   not yet found one that is willing and able to represent me in this matter.

21   7.    Furthermore, during this period and before, I was dealing with a number of events

22   in my life that were very time, energy, and attention consuming. My partner is suffering from

23   cancer; and my boat was accidentally beached, causing extensive damage that needed repair

24   before the opening of the crab season.

25   8.    In addition, at around the time that my response to the Requests was due, I was

26   attempting to resurrect my crab buying business, which had been severely harmed by the actions

27   of persons that include those named in this lawsuit, requiring substantial work and travel away

28   from my residence.

DECLARATION OF OZZIE GREGORIO IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE [DKT. 603]; Case No.
3:23-cv-01098-AGT

1

1    9.    I was also working, as a commercial crabber, which required very substantial time

2   and placed me on the water far from where I could take care of responding to the Requests.

3    10.    As a result of these and other factors, and without the assistance of an attorney and

4   an ediscovery vendor engaged by that attorney, I was not able to extract and produce the text

5   messages on the deadline set by the Court's order.

6    11.    However, once Plaintiffs' counsel made arrangements for an ediscovery vendor to

7   assist me, I have hard worked to do so.

8    12.    It was always my intent to produce the documents that the defendants asked for in

9   the requests; and I apologize for the delay in doing so.

10   I declare under the penalty of perjury under the laws of the United States of America and

11   the State of California that the foregoing is true and correct.

12

13   Executed on _____.
                  3/4/2026

14

15                                    By: _____
                                           OZZIE GREGORIO

Signed by:
A4ED13E2C46E4AD...

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DECLARATION OF OZZIE GREGORIO IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE [DKT. 603]; Case No.
3:23-cv-01098-AGT

2