UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>       Defendants. | Case No.  23-cv-01098-AGT<br><br>**ORDER RE: PACIFIC SEAFOOD'S<br>MOTION FOR APPROVAL TO<br>SERVE SUBPOENAS ON<br>PERCIPIENT WITNESSES<br>IDENTIFIED BY PLAINTIFFS**<br><br>Re: Dkt. No. 646 |

Pacific Seafood seeks to subpoena six persons whom Plaintiffs identified as the sources of certain factual allegations made about Pacific Seafood in the complaint. The subpoenas would "seek only information related to the factual basis for those allegations." Dkt. 646 at 2. Because these six persons may be putative class members, Pacific Seafood requests leave to serve the subpoenas, pursuant to the Court's January 22, 2026, order on discovery from putative class members. Dkt. 583.

The motion appears to be unopposed. *See* Mot., Dkt. 646 at 2 n.1 (representing that "Plaintiffs do not oppose Defendants conducting discovery of these witnesses concerning the events of which they have been identified as percipient witness."). Before the Court rules

on the motion, it requests that Plaintiffs, by March 25, 2026, file a statement in which they confirm or dispute whether the motion is unopposed.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Alex G. Tse
United States Magistrate Judge