UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>      Defendants. | Case No. 23-cv-01098-AGT<br><br>**SECOND ORDER RE: PACIFIC SEAFOOD'S MOTION FOR APPROVAL TO SERVE SUBPOENAS ON PERCIPIENT WITNESSES IDENTIFIED BY PLAINTIFFS**<br><br>Re: Dkt. No. 646 |

Pacific Seafood seeks permission to serve subpoenas on six potential class members whom Plaintiffs identified as the sources of certain factual allegations made about Pacific Seafood in the complaint. Dkt. 646. Plaintiffs notified the Court that they "oppose the motion as drafted." Dkt. 649 at 2 (emphasis omitted). Although "Plaintiffs do not oppose [Pacific Seafood] conducting discovery of these witnesses concerning the events of which they have been identified as percipient witnesses," Plaintiffs contend that "the proposed discovery for which Pacific Seafood seeks permission is not so limited." *Id.*

Because the motion is opposed, the current briefing schedule will remain in effect. However, before Plaintiffs file an opposition, the parties must meet and confer again in an effort to resolve this dispute informally. Plaintiffs' opposition is due on April 3, 2026. Pacific

Seafood's reply is due on April 10, 2026. A hearing on the motion remains scheduled for

May 1, 2026, at 10:00 a.m., in San Francisco, Courtroom A, 15th Floor.

      **IT IS SO ORDERED.**

Dated: March 26, 2026

Alex G. Tse
United States Magistrate Judge