Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE, ROBIN BURNS,** and **CHERRY FISHERIES INC.**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; ORDER FOR REFERRAL TO MAGISTRATE JUDGE**<br><br>Judge:  Honorable Alex G. Tse |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; [PROPOSED] ORDER FOR
REFERRAL TO MAGISTRATE JUDGE; Case No. 3:23-cv-01098-AGT

1

**FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; PACIFIC DREAM SEAFOOD, INC.; JOHN CAITO; JOSEPH CAITO; JAMES CAITO; JEANETTE CAITO; and DOES 37-60,**

Defendants.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE; Case No. 3:23-cv-01098-AGT

Plaintiffs Brand Little, Robin Burns, and Cherry Fisheries Inc. (collectively, "Plaintiffs") and Defendant Ocean King Fish Inc. ("Ocean King") have met and conferred and reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

Plaintiffs and Ocean King agree to participate in a Settlement Conference with a Magistrate Judge (ADR L.R. 7).

Plaintiffs and Ocean King request a referral to Magistrate Judge Joseph Spero, and desire to hold the Settlement Conference as soon as convenient for Judge Spero and the parties.

Plaintiffs and Ocean King agree to hold the ADR session within 120 days from the date of the order referring the case to ADR.

The undersigned confirm that they have authorized the filer of this stipulation to sign it on their behalf.

Respectfully submitted,

Dated: April 8, 2026

*/s/ Stuart G. Gross*
Stuart G. Gross
Travis H. A. Smith
Ross A. Middlemiss
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan
Samantha Gupta
**JUSTICE JAGHER LONDON & MILLEN**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@fklmlaw.com*
*sgupta@fklmlaw.com*

Matthew S. Weiler
Raymond S. Levine
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE; Case No. 3:23-cv-01098-AGT

1

*mweiler@schneiderwallace.com*
*rlevine@schneiderwallace.com*

*Counsel for Plaintiffs and the Proposed Class*

DATED: April 8, 2026

*/s/ Philip J. Wang*
Philip J. Wang
Traci Michelle Keith
**PUTTERMAN YU WANG LLP**
345 California St. Suite 1160
San Francisco, CA 94104
pwang@plylaw.com
tkeith@plylaw.com

*Attorneys for Defendant Ocean King Fish Inc.*

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE; Case No. 3:23-cv-01098-AGT

2

# ORDER

Pursuant to the stipulation between Plaintiffs and Defendant Ocean King Fish Inc. ("Ocean King"), the Court hereby orders as follows:

Plaintiffs and Ocean King are referred to Magistrate Judge Joseph C. Spero for an early settlement conference, which shall be held no later than120 days.

**IT IS SO ORDERED.**

Dated:      April 10, 2026

Hon. Alex G. Tse
United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT OCEAN KING FISH INC.; [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE; Case No. 3:23-cv-01098-AGT

3