CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (admitted *pro hac vice*)
timothy.snider@stoel.com
ALEX VAN RYSSELBERGHE (admitted *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (admitted *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, ROBIN BURNS, and CHERRY FISHERIES, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**DECLARATION OF HITESH PATEL CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |

I, Hitesh Patel, declare as follows:

1. I am over the age of 18, am competent to testify to the matters set forth herein, and make these statements based on my own personal knowledge.

2. I have worked for the Information Technology ("IT") Department at the law firm Stoel Rives LLP since 2010. My current title is Network Operations Manager. In this role, among other responsibilities, I am the duly authorized custodian of records with knowledge of Stoel Rives' telephone call record-keeping practices.

3. Attached hereto as **Exhibit A** is a true and correct copy of a March 11, 2026 telephone log entry for Stoel Rives attorney Timothy Snider.

4. Stoel Rives's IT network creates telephone log records at or near the time that a telephone call takes place to or from a Stoel Rives telephone number. The network keeps telephone call log data in the course of Stoel Rives' regularly conducted telephone call activity as a regular practice of that activity.

5. Exhibit A is a record generated by an electronic process or system that produces an accurate result. I copied this data myself from the Stoel Rives IT system.

6. The time the call began is stated in "UTC Time," that is, "Coordinated Universal Time," which I know is commonly used in network logs. When it is Daylight Savings Time in Portland, Oregon, UTC Time is 7 hours ahead.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/18/26

[signature]
Hitesh Patel

Troubleshoot | **60** items

| Start time (UTC) | Display name | Username ↓ | Phone number | Caller ID | Operator | Call type | Destination dialed | Cost | Currency | Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 11, 2026, 5:25:06 PM | Snider, Timothy | timothy.snider@stoel.co... | +1 503 294 9557 | +1 707 834 2241 | NUWAVE | oc_user_in | US | 0 | | 00:16:57 |

Exhibit A