UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>       Defendants. | Case No. 23-cv-01098-AGT<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 671 |

Plaintiffs propose several interim discovery deadlines that would precede the fact-discovery cutoff and, if met, would keep the case on track. Dkt. 671 at 1. Defendants insist that the proposed interim deadlines are unworkable. *Id.* at 3–6.

The Court declines to adopt the proposed interim deadlines at this time but will revisit the case schedule after Plaintiffs file their "statement discussing their need to take the Rule 30(b)(1) depositions of 75 of Defendants' principals and employees." Dkt. 671 at 1 n.1. Within five days of when Plaintiffs file that statement, the parties shall file a proposed revised case schedule. If their proposal differs from the revised case schedule proposed at the last case management conference, *see* dkt. 629 at 14, the parties shall explain why.

**IT IS SO ORDERED.**

Dated: April 21, 2026

Alex G. Tse
United States Magistrate Judge