UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>      Defendants. | Case No. 23-cv-01098-AGT<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 646 |

Pacific Seafood may serve its proposed document and deposition subpoenas on the six crabbers whom Plaintiffs identified in discovery as the sources of certain factual allegations made about Pacific Seafood in the complaint. Although these crabbers may be putative class members, they aren't strangers to the case. Plaintiffs relied on their percipient accounts to support their allegations, triggering Pacific Seafood's legitimate need for discovery.

Plaintiffs agree that some discovery from these six crabbers is appropriate, but Plaintiffs maintain that discovery should be "cabin[ed] . . . to the events for which the [six crabbers] were identified as percipient witnesses, and related foundation." Dkt. 658 at 5. Plaintiffs note that Pacific Seafood's proposed subpoenas sweep more broadly, seeking all documents and communications related to Pacific Seafood and named plaintiff Brand Little.

At this stage, in which the Court is deciding only whether to permit Pacific Seafood to serve the subpoenas under the Court's pre-approval order, *see* Order, Dkt. 583 (requiring

Pacific Seafood to obtain pre-approval before serving discovery on putative class members), the Court won't modify the subpoenas' scope. Pacific Seafood understandably wants to obtain a comprehensive understanding of these six crabbers' interactions with Pacific Seafood and Little, to assess credibility among other things. For that reason, the subpoenas' broader scope appears reasonable on first review. To the extent, however, that the crabbers believe otherwise and seek to offer evidence of undue burden or disproportionality, they may do so after service under Federal Rule of Civil Procedure 45.

**IT IS SO ORDERED.**

Dated: April 27, 2026

Alex G. Tse
United States Magistrate Judge