**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAND LITTLE, et al., | Case No.: 3:23-cv-01098-AGT |
| Plaintiffs, | |
| v. | |
| PACIFIC SEAFOOD PROCUREMENT, LLC, et al., | **NOTICE OF FIRM NAME CHANGE AND EMAIL ADDRESSES** |
| Defendants. | |

PLEASE TAKE NOTICE that Freed Kanner London & Millen LLC has changed its name to Justice Jagher London & Millen LLC. As a result of the firm's name change, the email addresses for Samantha M. Gupta and Matthew W. Ruan have changed. The new email addresses are sgupta@jjlmlaw.com and mruan@jjlmlaw.com. All remaining contact information remains the same.

DATED: April 28, 2026

Respectfully submitted,

*/s/ Matthew W. Ruan*
Matthew W. Ruan
Samantha M. Gupta
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri State International, Ste. 128
Lincolnshire, IL 60069
Tel:  (224) 632-4500
Fax:  (224) 632-4521
mruan@jjlmlaw.com
sgupta@jjlmlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

/s/ Matthew W. Ruan
Matthew W. Ruan