UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC, et al., <br><br> Defendants. | Case No. 23-cv-01098-AGT <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 651, 653 |

For the same reasons articulated in a recent order in which the Court gave Pacific Seafood leave to subpoena six crabbers whom Plaintiffs identified as the sources of certain allegations made about Pacific Seafood (dkt. 693), the Court gives Ocean Gold and Ocean King Fish leave to subpoena Patrick Davis, a crabber whom Plaintiffs identified as the source of certain allegations made about Ocean Gold and Ocean King Fish.

To the extent that Davis believes the subpoenas are unduly burdensome or otherwise improper, he may seek to quash or modify them after service. *See* Fed. R. Civ. P. 45.

**IT IS SO ORDERED.**

Dated: April 29, 2026

Alex G. Tse
United States Magistrate Judge