David J. Aveni (SBN 251197)
  david.aveni@wilsonelser.com
John R. Danos (SBN 210964)
  john.danos@wilsonelser.com
Colin V. Quinlan (SBN 332225)
  colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 443-5100

Attorneys for Defendant Da Yang Seafood Inc.

Michael S. Myers (SBN 305011)
  myersm@ballardspahr.com
Christopher M. Wyant (pro hac vice)
  wyantc@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone:    (424) 204-4400

Attorneys for Defendant Great Ocean Seafood Inc.
[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Brand LITTLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC, et al., <br><br> Defendants. | Case No. 3:23-cv-01098-AGT <br><br> **STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DA YANG SEAFOOD INC. AND GREAT OCEAN SEAFOOD INC. AND [PROPOSED] ORDER REGARDING SIXTH AMENDED COMPLAINT AND BRIEFING SCHEDULE** <br><br> Judge:    Honorable Alex G. Tse |

1

NON-PARTY VACO LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' SUBPOENA

Defendants Da Yang Seafood, Inc. ("Da Yang") and Great Ocean Seafood, Inc. ("Great Ocean") previously moved to dismiss the claims against them in Plaintiffs' Third, Fourth and Fifth Amended Complaints (Dkt. No. 483);

On February 10, 2026, the Court granted Da Yang's and Great Ocean's motion to dismiss without prejudice (Dkt. No. 600);

The Court's order directed as follows: "Plaintiffs shall not amend their claims against Da Yang and Great Ocean until all other defendants have responded to the fifth amended complaint. After all motions to dismiss are resolved, the Court will set a deadline by which Plaintiffs may file a sixth amended complaint." (Dkt. No. 600 at 6).

The deadline for responding to the Fifth Amended Complaint has passed, and all Defendants have answered it, except the following: Pacific Dream Seafood, Inc. ("Pacific Dream"); Caito Fisheries, Inc., John Caito, Jeanette Caito, Joseph Caito, and James Caito (collectively the "Caito Inc. Defendants"); and Nor-Cal Seafood, Inc. and Kevin Lee (collectively, "Nor-Cal and Lee"). Plaintiffs have reached proposed class wide settlements with Pacific Dream and the Caito Inc. Defendants; and the Caito Inc. Defendants' obligation to respond to the Fifth Amended Complaint has, moreover, been formally adjourned. Dkt. 623. Nor-Cal and Lee have failed to comply with the Court's previous orders and are subject to a pending motion for an order to show cause why an order of contempt should not be issued, thus making it injudicious to delay the filing of the Sixth Amended Complaint until when and if Nor-Cal and Lee file their answer to the Fifth Amended Complaint.

Plaintiffs, therefore, stipulate, subject to court approval, to the following schedule regarding the filing of a Sixth Amended Complaint and subsequent briefing for a potential motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6):

1.    Plaintiffs may file a Sixth Amended Complaint to include renewed allegations and claims against Da Yang and Great Ocean no later than three weeks following both Da Yang's and Great Ocean's written certification of substantial competition as to the production of documents responsive to Plaintiffs' Requests for Production Nos. 26 and 33;

2. Da Yang and Great Ocean will respond to the Sixth Amended Complaint within 21 days;

3. In the event Da Yang and/or Great Ocean respond to the Sixth Amended Complaint with a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs will respond to such motion within 21 days, and Da Yang and/or Great Ocean will reply to Plaintiffs' response within 7 days.

PURSUANT TO STIPULATION SO ORDERED:

Dated:  May 8, 2026

Hon. Alex G. Tse
United States Magistrate Judge

### LOCAL RULE 5-1(i) ATTESTATION

I attest that each of the other signatories concur in the filing of this document.

Dated: May 5, 2026                              Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:    /s/ John Danos
David J. Aveni
John R. Danos
Colin V. Quinlan

Attorneys for Defendant
Da Yang Seafood Inc.

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DA YANG SEAFOOD AND GREAT OCEAN SEAFOOD AND [PROPOSED] ORDER RE SIXTH AMENDED COMPLAINT - 23-cv-01098-AGT

BALLARD SPAHR LLP

By:    /s/ Christopher Wyant
       Michael S. Myers
       Christopher M. Wyant (pro hac vice)
       Jessica Rizzo (pro hac vice)

       Attorneys for Defendant
       Great Ocean Seafood Inc.


GROSS KLEIN PC

By: /s/ Stuart Gross
       Stuart G. Gross
       Ross A. Middlemiss
       Travis H.A. Smith

       Attorneys for Plaintiffs Brad Little and
       Robin Burns and the Proposed Classes

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DA YANG SEAFOOD AND GREAT OCEAN
SEAFOOD AND [PROPOSED] ORDER RE SIXTH AMENDED COMPLAINT - 23-cv-01098-AGT