UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

         Plaintiffs,

   v.

PACIFIC SEAFOOD PROCUREMENT,
LLC, et al.,

         Defendants.

Case No.  23-cv-01098-AGT

**ORDER RE: MOTIONS TO SEAL**

Re: Dkt. Nos. 685, 702

The Court denies the pending administrative motions to consider whether another party's material should be sealed. Dkts. 685, 702. The designating parties didn't file statements in support of sealing. Civil L.R. 79-5(f)(3).

By May 21, 2026, the moving parties must file unredacted publicly available versions of the documents covered by the pending sealing motions.

**IT IS SO ORDERED.**

Dated: May 14, 2026

 

_____

Alex G. Tse
United States Magistrate Judge