UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRAND LITTLE, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>      Defendants. | Case No. 23-cv-01098-AGT<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 661 |

In a pending joint letter brief, Southwind Foods LLC and Caito Fisheries LLC (the "Southwind Defendants") seek a court order that would require Plaintiffs to answer several contention interrogatories regarding Plaintiffs' theory of successor liability. Dkt. 661.

After the parties filed their joint letter brief, Plaintiffs and Defendants Caito Fisheries, Inc., John Caito, Joseph Caito, James Caito, and Jeanette Caito (the "Caito Inc. Defendants") executed a settlement agreement. The settlement agreement provides the Southwind Defendants, upon final approval of the settlement, with a limited release of claims that are based on a theory of successor liability as to Caito Fisheries, Inc. *See* Dkt. 691-1 § 4(b).

Given the settlement and release, the Court denies without prejudice the Southwind

Defendants' request to compel Plaintiffs to answer the successor-liability interrogatories. The Southwind Defendants may renew their request if the settlement isn't approved.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
Alex G. Tse
United States Magistrate Judge