UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>        Defendants. | Case No.  23-cv-01098-AGT<br><br><br>**ORDER: RE MOTION FOR ORDER<br>TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 686, 717 |

Plaintiffs have asked the Court to issue an order to show cause for why Defendants Nor-Cal Seafood, Inc., and Kevin Lee shouldn't be held in contempt or otherwise sanctioned for failing to comply with the Court's January 16, 2026, order compelling production of documents responsive to Plaintiffs' discovery requests. Dkts. 686, 575. A hearing on Plaintiffs' motion for an order to show cause is scheduled for this Friday, May 29, 2026.

On Tuesday, Nor-Cal filed a notice of association of counsel, explaining that Jonathan Herschel Bornstein, of Bornstein & Bornstein Law Group, will be joining the case as co-counsel for Nor-Cal, to serve alongside current attorney of record, Huechi Wong. Dkt. 716. Given that notice, the Court continues the show-cause hearing to June 12, 2026. On or

before June 4, 2026, Bornstein shall file a notice of appearance and may respond to Plaintiffs' motion for an order to show cause. The Court denies as moot Huechi Wong's motion to appear by telephone at the now-vacated May 29 show-cause hearing. Dkt. 717.

**IT IS SO ORDERED.**

Dated: May 28, 2026

Alex G. Tse
United States Magistrate Judge

2