UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

           Plaintiffs,

    v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

           Defendants.

Case No.  23-cv-01098-AGT

**DISCOVERY ORDER**

Re: Dkt. No. 684

Three months ago, Defendant Global Quality Seafoods LLC ("GQS") told Plaintiffs that three GQS custodians—Andy Yang, Tuan Phan, and Steven Le—would extract their text messages and provide them to GQS's counsel for review and GQS would then produce the non-privileged responsive text messages. Dkt. 713 at 2.

One month ago, when Plaintiffs asked for a court order to move this process along, GQS said that one of the three custodians had extracted his text messages and shared them with counsel, but that the other two custodians needed "some additional time." *Id.* at 5.

GQS and its custodians have now had some additional time. To the extent they haven't done so already, the three custodians must extract their text messages and provide them

to GQS's counsel for review, and GQS must produce all non-privileged responsive text messages by June 15, 2026.

**IT IS SO ORDERED.**

Dated: May 29, 2026

Alex G. Tse
United States Magistrate Judge