UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRAND LITTLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER IMPOSING FEES – ATTORNEY HUECHI WONG** |

Pursuant to Federal Rule of Civil Procedure 16(f), and consistent with the Court's ruling at the April 3 show-cause hearing, the Court orders Huechi Wong, attorney of record for Defendants Nor-Cal Seafood Inc. and Kevin Lee, to pay $1,612.50 in attorneys' fees to Plaintiffs to reimburse Plaintiffs' counsel Stuart Gross for the time he spent preparing for and attending the April 3 show-cause hearing. *See* Dkt. 696, Gross Decl. ¶¶ 2–5.

The Court imposes this sanction because Mr. Wong "fail[ed] to appear" at several "scheduling or other pretrial conference[s]." Fed. R. Civ. P. 16(f)(1)(A). Specifically, Mr. Wong missed four case management conferences—on May 30, 2025, September 5, 2025, January 23, 2026, and March 6, 2026—and didn't respond to two orders to show cause

regarding his absences. *See* Dkts. 352, 399, 587, 643.

At the April 3 show-cause hearing, Mr. Wong didn't "substantially justif[y]" his absences or lack of response to court orders. Fed. R. Civ. P. 16(f)(2). He said he was struggling with burnout, which is understandable given the demands of the legal profession; but burnout doesn't justify missing court appearances and ignoring court orders.

Pursuant to Rule 16(f)(2), Wong must pay the "reasonable expenses—including attorney's fees—incurred because of [his] noncompliance." Mr. Gross's declaration documents reasonable attorney's fees, in light of Mr. Gross's 22 years of experience, for the time he spent preparing for and attending the April 3 show-cause hearing. Gross Decl. ¶¶ 2–4.

Wong must make the $1,612.50 payment ordered herein by June 26, 2026. The Court will send a copy of this order to the State Bar. *See* Cal. Bus. & Prof. Code § 6086.7(a)(3).

**IT IS SO ORDERED.**

Dated: May 29, 2026

Alex G. Tse
United States Magistrate Judge

2