UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

         Plaintiffs,

    v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

         Defendants.

Case No.  23-cv-01098-AGT

**ORDER RE: OZZIE GREGORIO'S PRODUCTION OF DOCUMENTS**

Re: Dkt. Nos. 680, 697

At this time, the Court will not require third-party Ozzie Gregorio "to appear in Court to answer questions under oath . . . so [Defendants] can assess whether responsive documents and information do not exist or have been wrongfully withheld . . . ." Dkt. 680 at 8.

If Defendants are concerned that Gregorio's production is incomplete, they can notice his deposition. If the deposition reveals that Gregorio has withheld documents, the Court may allow Defendants to continue the deposition after further productions. If Gregorio impedes or frustrates the deposition, as Defendants worry he may do, the Court will address his conduct. But Defendants' concerns about how a deposition will go don't justify skipping the deposition altogether and replacing it with an in-court proceeding.

    **IT IS SO ORDERED.**

Dated: May 29, 2026

_____
Alex G. Tse
United States Magistrate Judge