UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENESHA RICHARDS,

      Plaintiff,

      v.

HOME DEPOT,

      Defendant.

Case No. 23-cv-03474-JD (AGT)

**CLERK'S NOTICE SETTING
SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A settlement conference is scheduled for July 7, 2026 at 11:00 A.M. This proceeding will be a non-public Zoom video conferencing meeting. The Court expects attorneys and clients to be available all day during the settlement conference and not to schedule other matters during that time. Attorneys and their clients may be in separate locations, but attorneys and clients must have computers with cameras and audio capability. **Any deviation from these instructions must have prior court approval**. A link to the Court's video conferencing meeting is located on the Court's website at https://cand.uscourts.gov/judges/tse-alex-g-agt/. **Note, the Court will use Zoom meetings as opposed to Zoom webinars for settlement conferences. Therefore, information on how to join the settlement conference is located under the subheading "Joining Non-Public Hearings (Settlement Conferences, etc.)".** Parties are referred to Judge Tse's Settlement Conference Standing Order at https://www.cand.uscourts.gov/tse-alex-g-agt.

Dated: June 10, 2026

Mark B. Busby
Clerk, United States District Court

Stephen Ybarra, Deputy Clerk to the
Honorable ALEX G. TSE

United States District Court
Northern District of California