UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>Defendants. | Case No.  23-cv-01098-AGT<br><br>**ORDER ON MOTION FOR ORDER<br>TO SHOW CAUSE**<br><br>Re: Dkt. No. 686 |

Having approved the discovery compliance schedule agreed to by Plaintiffs and the

Nor-Cal Defendants (dkt. 732), the Court denies without prejudice Plaintiffs' motion for an

order to show cause (dkt. 686). If the Nor-Cal Defendants fail to comply with the new sched-

ule, Plaintiffs may renew their motion.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
Alex G. Tse
United States Magistrate Judge