CHARLES H. SAMEL (SBN 182019)
charles.samel@stoel.com
EDWARD C. DUCKERS (SBN 242113)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900

MATTHEW D. SEGAL (SBN 190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SBN 343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700

TIMOTHY W. SNIDER (OSBN 034577, admitted *pro hac vice*)
timothy.snider@stoel.com
ALEX T. VAN RYSSELBERGHE (OSBN 174836, admitted *pro hac vice*)
alex.vanrysselberghe@stoel.com
ALEXANDRA CHOI GIZA (OSBN 214485, admitted *pro hac vice*)
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Pacific Seafood Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, ROBIN BURNS, AND CHERRY FISHERIES INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE FURTHER CASE MANAGEMENT CONFERENCE AND MODIFY THE ASSOCIATED DEADLINE FOR JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: July 10, 2026<br>Time: 2:00 PM<br>Location: Courtroom A, 15th Floor<br>Judge: The Honorable Alex G. Tse |

STOEL RIVES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

3:23-CV-01098-AGT

Pursuant to Civil Local Rules 6-2(a), 7-12, and 16-2(e) Plaintiffs Brand Little ("Little"), Robin Burns ("Burns"), and Cherry Fisheries Inc. (collectively, "Plaintiffs") and Defendants Pacific Seafood Procurement, LLC, Pacific Seafood Distribution, LLC, Pacific Seafood Processing, LLC, Pacific Seafood USA, LLC, Dulcich, Inc., Pacific Seafood – Eureka, LLC; Pacific Seafood – Charleston, LLC,  Pacific Seafood – Warrenton, LLC, Pacific Seafood – Newport, LLC, Pacific Seafood – Brookings, LLC, Pacific Seafood – Westport, LLC, and Pacific Surimi – Newport LLC (collectively, "Pacific Seafood"); Blue River Seafood, Inc.; Safe Coast Seafoods, LLC; Safe Coast Seafoods Washington, LLC (collectively, "Safe Coast"); Ocean Gold Seafoods, Inc. ("Ocean Gold"); American Seafood Exp, Inc. ("ASE"); California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc. (collectively, "Hallmark"); Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.(collectively, "Fathom Seafood"); Caito Fisheries, Inc. ("Caito Fisheries, Inc."); Caito Fisheries, LLC, and Southwind Foods, LLC ("Caito Fisheries, LLC/Southwind"); Fishermen's Catch, Inc. ("Fishermen's Catch"); Global Quality Foods, Inc. ("Global Quality Foods, Inc."); Global Quality Seafood LLC ("Global Quality Seafood LLC"); Ocean King Fish Inc. ("Ocean King"); Bornstein Seafoods, Inc. and Astoria Pacific Seafoods, LLC, (collectively, "Bornstein"); Da Yang Seafood Inc. ("Da Yang"); and Great Ocean Seafood Inc. ("Great Ocean") (collectively, "Defendants") (Plaintiffs and Defendants collectively referred to herein as the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, a Further Case Management Conference in this matter is set for July 10, 2026 at 2:00 pm PT time pursuant to the current Case Schedule (Dkt. 710);

WHEREAS, principal day-to-day counsel for Pacific Seafood will be out of the country during the scheduled date;

WHEREAS, pursuant to Civil Local Rule 16-10(d), the Parties are ordered to file a Joint Case Management Statement no fewer than 7 days before any subsequent case management conference;

WHEREAS, the Parties met and conferred and agree that Friday, June 26, 2026 is the earliest mutually available date on which the Parties can appear and provide the Court with a substantive update regarding the case, including the progress of discovery;

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE                    -2-                    3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

WHEREAS, with a June 26, 2026 Case Management Conference date, a Joint Case Management Statement would be due on June 19, 2026 pursuant to Civil Local Rule 16-10(d), which is a federal holiday;

WHEREAS, because the deadline to file a Joint Case Management Statement would fall on a federal holiday, Federal Rules of Civil Procedure 6(a)(1)(C), the deadline moves to June 22, 2026, but, for the avoidance of doubt, the Parties met and conferred and agree that, if the Court so permits, a Joint Case Management Statement filed on Monday, June 22, 2026 would allow the Parties to complete necessary meet-and-confer efforts following the intervening holiday and to submit a comprehensive update while still affording the Court adequate time to review the submission in advance of the June 26, 2026 conference;

WHEREAS, there have been other previous minor modifications of the case schedule; and

WHEREAS, the requested modification will not have any other effects on the schedule in this case,

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:**

(1) The Further Case Management Conference is advanced to June 26, 2026, or the Court's next earliest available date, at 2:00 pm PT; and

(2) The associated deadline for the Joint Case Management Statement is set to June 22, 2026, or seven (7) days prior to the Court's next available date for a Further Case Management Conference.

Respectfully submitted,

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE                    -3-                    3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

DATED:  June 15, 2026                                STOEL RIVES LLP


                                                     */s/ Michelle J. Rosales*
                                                     CHARLES H. SAMEL
                                                     charles.samel@stoel.com
                                                     EDWARD C. DUCKERS
                                                     ed.duckers@stoel.com
                                                     TIMOTHY W. SNIDER (appearing *pro hac vice)*
                                                     timothy.snider@stoel.com
                                                     MATTHEW D. SEGAL
                                                     matthew.segal@stoel.com
                                                     MICHELLE J. ROSALES
                                                     michelle.rosales@stoel.com
                                                     ALEX T. VAN RYSSELBERGHE (appearing *pro hac vice*)
                                                     alex.vanrysselberghe@stoel.com
                                                     ALEXANDRA CHOI GIZA (appearing *pro hac vice*)
                                                     alexandra.giza@stoel.com


                                                     *Attorneys for Pacific Seafood Defendants*


Dated:  June 12, 2026                                GROSS KLEIN PC


                                                     */s/ Stuart G. Gross*
                                                     STUART G. GROSS

                                                     Stuart G. Gross (SBN 251019)
                                                     Travis H.A. Smith (SBN 331305)
                                                     Ross A. Middlemiss (SBN 323737)
                                                     **GROSS KLEIN PC**
                                                     The Embarcadero
                                                     Pier 9, Suite 100
                                                     San Francisco, CA 94111
                                                     (415) 671-4628
                                                     *sgross@grosskleinlaw.com*
                                                     *tsmith@grosskleinlaw.com*
                                                     *rmiddlemiss@grosskleinlaw.com*

                                                     Matthew W. Ruan (SBN 264409)
                                                     **FREED KANNER LONDON & MILLEN LLC**
                                                     100 Tri-State International, Suite 128
                                                     Lincolnshire, IL 60069
                                                     (224) 632-4500
                                                     *mruan@fklmlaw.com*

                                                     Matthew S. Weiler (SBN 236052)
                                                     Raymond S. Levine (SBN 348030)

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE                    - 2 -                    3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
mweiler@schneiderwallace.com
*rlevine@schneiderwallace.com*

Todd Gregorian
Jonathan Tamimi
**Fenwick & West LLP**
33 Front St., San Francisco, CA 94111
tgregorian@fenwick.com
jtamimi@fenwick.com

*Counsel for Plaintiffs and the Proposed Classes*

DATED: June 12, 2026

   */s/ Christopher J. Kayser*
Christopher J. Kayser
Elizabeth E. Parker
**LARKINS VACURA KAYSER**
121 SW Morrison St. Suite 700
Portland, OR
Telephone: (503) 222-4424
cjkayser@lvklaw.com
eparker@lvklaw.com

Brian A. E. Smith
Joseph J. Fraresso
**BARTKO LLP**
1100 Sansome Street
San Francisco, CA 94111
Telephone: (415) 956-1900
bsmith@bartkolaw.com
jfraresso@bartkolaw.com

*Attorneys for Defendant Ocean Gold Seafoods, Inc.*

STIPULATION AND [PROPOSED] ORDER TO ADVANCE FURTHER CASE MANAGEMENT CONFERENCE
153178246.3 0052902-00054

-3-

3:23-CV-01098-AGT

DATED: June 12, 2026

/s/ Bao-Quan P. Pham

Bao-Quan P. Pham
**Law Office of Bao-Quan P. Pham**
345 N. 18th Street
San Jose, CA 95112
408-275-6701
baopham408@sbcglobal.net

*Attorneys for Defendant Global Quality Seafood LLC*

DATED: June 12, 2026

/s/ Sean Tamura-Sato

Sean Tamura-Sato
**MINAMI TAMAKI LLP**
101 Montgomery Street, Suite 825
San Francisco, CA 94104
Telephone: 415-788-9000
*seant@minamitamaki.com*

*Attorneys for Defendant American Seafood EXP, Inc.*

DATED: June 12, 2026

/s/ Scott Cameron

Scott Cameron
Josiah Prendergast
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
scameron@weintraub.com
Jprendergast@weintraub.com

*Attorneys for Defendant California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc.*

DATED: June 12, 2026

/s/ Colin W. Morrow

Colin W. Morrow
**VANNUCCI MOMSEN MORROW**
45060 Ukiah St., Ste. A
P.O. Box 1214
Mendocino, CA 95460
Telephone: 707-380-1070
cmorrow@vmm-law.com

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE
MANAGEMENT CONFERENCE

-4-

3:23-CV-01098-AGT

153178246.3 0052902-00054

*Attorneys for Defendant Caito Fisheries, Inc.*

DATED: June 12, 2026

/s/ Steven J. Goon
Steven J. Goon
Cameron Patel
**RUTAN & TUCKER, LLP**
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
sgoon@rutan.com
cpatel@rutan.com

*Attorneys for Defendant Caito Fisheries, LLC and Southwind Foods, LLC*

DATED: June 12, 2026

/s/ Victoria S. Pereira Duarte
**K&L GATES LLP**
J. Timothy Hobbs, Jr. (*pro hac vice*)
501 Commerce Street, Ste. 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6700
Tim.Hobbs@klgates.com

Henry J. Brockway (*pro hac vice*)
925 Fourth Avenue, Ste. 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Henry.Brockway@klgates.com

Victoria S. Pereira Duarte (*pro hac vice*)
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Victoria.Duarte@klgates.com

Michael Stortz (SBN 139386)
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Michael.Stortz@klgates.com

*Attorneys for Defendant Bornstein Seafoods, Inc. and Astoria Pacific Seafoods, LLC*

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE
MANAGEMENT CONFERENCE                    -5-                    3:23-CV-01098-AGT

153178246.3 0052902-00054

DATED: June 12, 2026

/s/ Sean Gates
Sean Gates
**ILLOVSKY GATES & CALIA LLP**
155 N. Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 508-1715
sean@illovskygates.com

*Attorneys for Defendant Safe Coast Seafoods, LLC, Safe Coast Seafoods Washington, LLC, and Blue River Seafood, Inc.*

DATED: June 12, 2026

/s/ Ann A. P. Nguyen
Ann A.P. Nguyen
**MESSNER REEVES LLP**
160 W Santa Clara Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 298-7120
anguyen@messner.com

*Attorneys for Defendant Global Quality Foods, Inc.*

DATED: June 12, 2026

/s/ Micah Allred
Micah C. Allred
Timothy B. Fitzgerald
**McNaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
mallred@mcnaul.com
tfitzgerald@mcnaul.com

Lukas Sosnicki
**Thompson Coburn LLP**
10100 Santa Monica Blvd, Suite 500
Los Angeles, CA 90067
(310) 282-2500
lsosnicki@thompsoncoburn.com

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*

DATED: June 12, 2026

/s/ Traci Michelle Keith

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE
MANAGEMENT CONFERENCE

-6-

3:23-CV-01098-AGT

153178246.3 0052902-00054

Philip J. Wang
Traci Michelle Keith
**PUTTERMAN YU WANG LLP**
345 California St. Suite 1160
San Francisco, CA 94104
pwang@plylaw.com
tkeith@plylaw.com

*Attorneys for Defendant Ocean King Fish Inc.*

DATED: June 12, 2026          /s/ Steven McLellan
Steven McLellan
**MCLELLAN LAW GROUP LLP**
900 E. Hamilton Ave. Suite 100
Campbell, CA 95008
Mclellanlawgroup.com

*Attorneys for Defendant Fisherman's Catch Inc.*

DATED: June 12, 2026          /s/ John Danos
Colin Vincent Quinlan
John Ryan Danos
**Wilson Elser Moskowitz Edelman & Dicker LLP**
555 South Flower Street Suite 2900
Los Angeles, CA 90071
colin.quinlan@wilsonelser.com
john.danos@wilsonelser.com

*Attorney for Defendant Da Yang Seafood Inc.*

DATED: June 12, 2026          /s/ Chris Wyant
Michael Stephen Myers
Christoper M. Wyant (appearing *pro hac vice*)
Jessica Rizzo
**Ballard Spahr LLP**
2029 Century Park East Suite 1400
Los Angeles, CA 90067
myersm@ballardspahr.com
wyantc@ballardspahr.com
tizzoj@ballardspahr.com

*Attorney for Defendant Great Ocean Seafood Inc.*

/ / /

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE          -7-          3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

DATED: June 12, 2026

/s/ Huechi Wong

Huechi Wong, Esq.
**HH LEGAL GROUP**
2443 Fillmore Street, #380-4372
San Francisco, CA 94115
huechi@hhdisputes.com

Jonathan Bornstein
**Bornstein&Bornstein Law Group**
2701 Telegraph Avenue, Suite 200
Oakland, CA 94612

jonathan@bornsteinlaw.com
erika@bornsteinlaw.com
lindsi@bornsteinlaw.com

*Attorneys for Defendants Nor-Cal Seafood, Inc. and Kevin Lee*

## ATTESTATION UNDER L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

Dated: June 12, 2026

*/s/ Michelle J. Rosales*

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE                -8-                3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1) The Further Case Management Conference is advanced to June 26, 2026, ~~or the Court's next available date,~~ at 2:00 pm PT; and

(2) The associated deadline for the Joint Case Management Statement is set to June 22, 2026, or seven (7) days prior to the Court's next available date for a Further Case Management Conference.


DATED:    June 15, 2026

The Honorable Alex G. Tse
United States Magistrate Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
TO ADVANCE FURTHER CASE                     -9-                          3:23-CV-01098-AGT
MANAGEMENT CONFERENCE
153178246.3 0052902-00054