# EXHIBIT H

**United States District Court**
Northern District of California

*Little, et al. v. Pacific Seafood Procurement, LLC*
Case No. 23-cv-01098

Dungeness Crab Antitrust Settlement
c/o Settlement Administrator
P.O. Box _____
Santa Ana, CA 92799-9958

First-Class Mail
US Postage Paid
Permit #__

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**IF YOU ARE A COMMERCIAL DUNGENESS CRAB FISHER OPERATING IN CALIFORNIA, OREGON, AND/OR WASHINGTON (EXCLUDING PUGET SOUND) WHO HAS MADE EX VESSEL SALES OF DUNGENESS CRAB ON YOUR OWN BEHALF FROM JANUARY 1, 2016, TO THE PRESENT**

**YOU MAY BE ELIGIBLE TO PARTICIPATE IN CLASS ACTION SETTLEMENTS OF LITIGATION ARISING OUT OF AN ALLEGED CONSPIRACY TO FIX EX VESSEL DUNGENESS CRAB PRICES**

**YOUR INTENT TO PARTICIPATE FORM MUST BE RECEIVED BY [DEADLINE].**

*A federal court authorized this notice.*

*This is not a solicitation from a lawyer.*

*You are not being sued.*

**This notice is only a summary. Visit www.[SettlementWebsite].com or scan this QR code for complete information.**

QR code

LoginID: «ClaimLoginID»
PIN: «ClaimLoginPIN»

Postal Service: Please do not mark barcode

«IMbFullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

**What is this notice about?** A settlement has been reached with several Defendants and non-parties in an antitrust class action lawsuit. The lawsuit claims that the named Defendants—of whom there are 38 distinct entities—conspired with one another to fix, suppress, and/or stabilize the price of ex vessel Dungeness crab in California, Oregon, and Washington (excluding Puget Sound), which caused harm to Dungeness crab fishers by artificially reducing the amount they were paid for their catch.

**Why am I receiving this notice?** You received this Notice because you have been identified, in the records of an applicable Department of Fish and Wildlife, as either or both (a) a holder of a commercial Dungeness crab vessel permit or license for California, Oregon, or Washington (excluding Puget Sound) during the First Round Settlement Class Period; or (b) an individual whose commercial fishing license number was recorded on a fish ticket issued in association with an ex vessel sale of Dungeness crab in California, Oregon, or Washington (excluding Puget Sound) during the First Round Settlement Class Period.

**What do the First Round Settlements provide?** The Defendants settling in this round will pay $2,250,000 into a common fund. This fund will be used to continue the litigation against the remaining Defendants. Payments to Class Members from these settlements may occur after the litigation is resolved if funds remain. To receive a payment when the litigation is resolved, **your Intent to Participate Form must be received by [CLAIMS DEADLINE].**

**YOUR INTENT TO PARTICIPATE FORM MUST BE RECEIVED BY [DEADLINE].**

**Dou I have a lawyer in this case?** Yes. The Court has appointed Stuart G. Gross of Gross Klein PC; Matthew Ruan of Justice Jager London & Millen, LLC; and Matthew Weiler of Schneider Wallace Cottrel Kim, LLP, to represent the Class.

These attorneys are called "Settlement Class Counsel."

**What Are My Other Options?** You may exclude yourself from these settlements by sending a letter to the claims administrator—Simpluris, Inc.—no later than [**objection/exclusion deadline**]. If you exclude yourself, you cannot get a settlement payment, but you will keep any rights you may have to sue the Defendants regarding the issues in *this* lawsuit.

If you do not exclude yourself, you may object to the Settlement. Your written objection must be filed no later than [**objection/exclusion deadline**].

Specific instructions about how to either exclude yourself or object are available at www.[SettlementWebsite].com. If you submit an Intent to Participate Form or do nothing, and the Court approves the settlements, you will be bound by all of the Court's orders and judgments. You will also give up any claims you may have to sue the Defendants for the issues in *this* case.

**When will the Court approve the Settlement?** The Court will hold a hearing in this case on [FA Hearing Date] at:

United States District Court
Northern District of California
[Court Address]
[Court Address]

The Court will consider whether the these settlements are fair, reasonable and adequate. At or after the Final Approval Hearing, the Court will decide whether to approve these settlements. If comments or objections have been received, the Court will consider them at this time.

**How Do I Get More Information?** This notice is only a summary of the Lawsuit and settlements. The complete terms are set forth in the Settlement Agreements. You may obtain copies of the Settlement Agreements by visiting www.[SettlementWebsite].com; by calling the toll-free number (XXX) XXX-XXXX; or by sending an email to info@[SettlementWebsite].com. You are encouraged to read the complete Settlement Agreements.

**CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT (XXX) XXX-XXXX, OR VISIT THE SETTELMENT WEBSITE AT WWW.[SETTLEMENTWEBSITE].COM WITH ANY QUESTIONS.**

MD bar code

**This notice is only a summary. Visit the settlement website online or scan this QR code for complete information.**

QR code

www.[SettlementWebsite].com

CaseID: [CaseID]
SIMID: «SIMID»