Stuart G. Gross (SBN 251019)
Jan W. Jorritsma (SBN 326772)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> **PACIFIC SEAFOOD PROCUREMENT, LLC,** et al., <br><br> Defendants. | Case No. 3:23-cv-01098-AGT <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** <br><br> Judge:  Honorable Alex G. Tse |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5; Case No. 3:23-cv-01098-AGT

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to consider whether material designated as Highly Confidential by Defendant Caito Fisheries, Inc. contained in Plaintiffs' Motion for Preliminary Approval of Class Action Settlements With Defendants Pacific Dream Seafood, Caito Fisheries, Inc., John Caito, James Caito, Joseph Caito, and Jeanette Caito and Non-Parties Fisherman's Choice, LLC and Gerard Wetle, Jr. (Dkt. __) ("Plaintiffs' Motion for Preliminary Approval"), and the Declaration of Stuart G. Gross in Support of Plaintiffs' Motion for Preliminary Approval ("Gross Declaration"), should be sealed.

The relevant portions of Plaintiffs' Motion for Preliminary Approval and the Gross Declaration reference information derived from material which Defendant Caito Fisheries, Inc. designated Highly Confidential – Attorneys' Eyes Only pursuant to the Court's June 26, 2024 Stipulation and Protective Order (ECF 63). Declaration of Stuart G. Gross ("Gross Dec."), ¶ 2.

Plaintiffs do not believe that it is necessary or appropriate for Plaintiffs' Motion for Preliminary Approval or the Gross Declaration to be sealed. However, when Plaintiffs attempted to determine the position that counsel for Defendants Caito Fisheries, Inc., John Caito, James Caito, Joseph Caito, and Jeanette Caito would take on the matter, he refused to provide a position, thus necessitating the instant administrative motion. Gross Dec., ¶ 3.

Plaintiffs therefore move to file under seal the unredacted version of Plaintiffs' Motion for Preliminary Approval and the Gross Declaration in support thereof. Civil Local Rule 79-5 governs the filing under seal of documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(b). Civil Local Rule 79-5(f), in particular, applies in circumstances where the filing party is not the party who designated the material in question as Confidential. Civil Local Rule 79-5(e) applies to pleadings and briefs containing material designated as Confidential.

Because the material at issue has been designated confidential by another party, it is the burden of that party to establish that the designated information is sealable. Civil L.R. 79-5(e)(1); *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Accordingly, Plaintiffs submit the attached proposed order only to comply with Civ. L. R. 79-5(d)(1)(B).

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

Dated: June 22, 2026

Respectfully submitted,

By:

/s/ Stuart G. Gross

Stuart G. Gross (SBN 251019)
Travis H.A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*rmiddlemiss@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
Samantha Gupta *(admitted pro hac vice)*
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@jjlmlaw.com*
*sgupta@jjlmlaw.com*

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
mweiler@schneiderwallace.com
*rlevine@schneiderwallace.com*

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear St, Suite 1100
San Francisco, CA 94105
(415) 671-4628
*swilliams@stevenwilliamslaw.com*

*Counsel for Plaintiffs and the Proposed Classes*

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5; Case No. 3:23-cv-01098-AGT