COLIN W. MORROW, SBN 285024
Email: cmorrow@vmm-law.com
VANNUCCI MOMSEN MORROW
AN ASSOCIATION OF SOLE PRACTITIONERS
45060 Ukiah St., Ste. A
P.O. Box 1214
Mendocino, CA 95460
Telephone:   707-380-1070
Facsimile:   707-234-8025

*Attorney for defendants*
*CAITO FISHERIES, INC., JOHN CAITO,*
*JAMES CAITO, JEANETTE CAITO,*
*& JOSEPH CAITO*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRAND LITTLE, etc., et al.**<br><br>          Plaintiffs,<br>   v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC, etc., et al.,**<br><br>        Defendants. | Case No. 3:23-cv-01098-AGT<br><br>**[PROPOSED] ORDER GRANTING CAITO INC. DEFENDANTS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND BAR ORDER**<br><br>Date:      July 31, 2026<br>Time:     10:00 AM<br>Judge:    Honorable Alex G. Tse<br>Courtroom: A, 15th Floor |

The motion of Defendants Caito Fisheries, Inc., Joseph Caito, James Caito, Jeanette Caito, and John Caito (collectively, "Caito Inc. Defendants") for an order determining that their settlement with Plaintiffs was made in good faith and for a bar order came before this Court on the Caito Inc. Defendants' motion, noticed for hearing on July 31, 2026, at 10:00 a.m. in Courtroom A of this Court. Having considered the Motion; the Declaration of Colin Morrow with the settlement attached thereto and the Declaration of Joseph Caito; all papers filed in support of and in opposition to the Motion; the argument of counsel, if any; and the record in this action, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The settlement set forth in the Settlement Agreement attached as Exhibit A to the Declaration of Colin Morrow—entered into between Plaintiffs and the Caito Inc. Defendants, and providing for the payment of $1,250,000—was reached through arm's-length negotiations conducted with the substantial assistance of the Honorable Joseph C. Spero, and bears no indicia of collusion, fraud, or tortious conduct directed at the interests of any non-settling party.

2. The settlement was made in good faith within the meaning of California Code of Civil Procedure sections 877 and 877.6. The relief set forth herein is further supported by the Court's inherent authority and by the absence of any right to contribution or indemnity among the defendants under Section 1 of the Sherman Act, the California Cartwright Act, or the Oregon Unlawful Trade Practices Act.

3. The Motion is GRANTED.

4. Any and all claims of contribution, equitable comparative contribution, or partial or comparative equitable indemnity, based on comparative negligence or comparative fault, by any co-defendant in the present action against the Caito Inc. Defendants that could have been brought in the present action, are hereby BARRED.

5. The Court retains jurisdiction over the interpretation, implementation, and enforcement of the settlement and this Order.

\\

**IT IS SO ORDERED.**

DATED: _____          _____
                                    Hon. Alex G. Tse
                                    United States Magistrate Judge