UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PACIFIC SEAFOOD PROCUREMENT,<br>LLC, et al.,<br><br>        Defendants. | Case No.  23-cv-01098-AGT<br><br>**ORDER TO SHOW CAUSE** |

Huechi Wong, counsel for Defendants Kevin Lee and Nor-Cal Seafood, Inc., didn't attend the June 26, 2026, case management conference. This was the fifth case management conference that Mr. Wong missed. *See* Dkt. 723 (order imposing fees for Mr. Wong's failure to attend four other CMCs). The Court orders Mr. Wong to show cause, by July 7, 2026, for why the Court shouldn't impose additional sanctions for his failure to attend the June 26 case management conference.

**IT IS SO ORDERED.**

Dated: June 30, 2026

Alex G. Tse
United States Magistrate Judge