UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al., | Case No. 23-cv-01098-AGT |
| Plaintiffs, | |
| v. | **ORDER RE: NOTICE OF APPEARANCE – JONATHAN BORNSTEIN** |
| PACIFIC SEAFOOD PROCUREMENT, LLC, et al., | |
| Defendants. | |

On May 26, 2026, Defendant Nor-Cal Seafood notified the Court that Jonathan Herschel Bornstein would be joining the case as co-counsel for Nor-Cal, to serve alongside current attorney of record, Huechi Wong. Dkt. 716. In response, the Court ordered Mr. Bornstein to file a notice of appearance by June 4, 2026. Dkt. 719; *see also* Civil L.R. 5-1(c)(2)(A) ("A Notice of Appearance must be e-filed whenever counsel joins a case.").

Mr. Bornstein didn't meet that deadline and still has not filed a notice of appearance. If he doesn't file a notice of appearance, the Court won't consider any filings by him and will not permit him to appear on Nor-Cal's behalf.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
Alex G. Tse
United States Magistrate Judge