SEAN P. GATES (Cal Bar No. 186247)
sean@illovskygates.com
ILLOVSKY GATES & CALIA LLP
155 North Lake Ave., Suite 800
Pasadena, CA 91101
Telephone: (626) 508-1715

EVA SCHUELLER (Cal Bar No. 237886)
eschueller@illovskygates.com
ILLOVSKY GATES & CALIA LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

*Attorneys for Defendants*
*Blue River Seafood, Inc.*
*Safe Coast Seafoods, LLC, and*
*Safe Coast Seafoods Washington, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, ROBIN BURNS, and CHERRY FISHERIES INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD EUREKA, LLC; PACIFIC SEAFOOD CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC, PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT, LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD | Case No. 3:23-cv-01098-AGT<br><br>**ANSWER TO SIXTH AMENDED CLASS ACTION COMPLAINT BY DEFENDANTS BLUE RIVER SEAFOOD, INC., SAFE COAST SEAFOODS, LLC, AND SAFECOAST SEAFOODS WASHINGTON, LLC**<br><br>**DEMAND FOR JURY TRIAL** |

SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CATIO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING FISH, INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; PACIFIC DREAM SEAFOOD, INC.; JOHN CAITO; JOSEPH CAITO; JEANETTE CAITO and DOES 37-60,

Defendants.

Defendants Blue River Seafood, Inc., Safe Coast Seafoods, LLC, and Safe Coast Seafoods Washington, LLC (together "Blue River") answer Plaintiffs' Second Amended Complaint as follows. Unless expressly admitted, Blue River denies the allegations in each Paragraph. To the extent headings are deemed to be substantive allegations to which an answer is required, Blue River denies the allegations. To the extent footnotes, screenshots or other images, charts, graphs, or figures in the are deemed to be substantive allegations, then the response to the paragraph in which the footnote or figure is found is Blue River's response to the footnote, chart, graph or figure as well.

**INTRODUCTION**

1.      Blue River admits there currently are more than 1,000 independent commercial crabbers licensed to land Dungeness crab in California, coastal Washington, including Puget Sound, and Oregon. Blue River further admits that Plaintiffs Brand Little and Cherry Fisheries are crabbers and that Plaintiff Robin Burns was married to a crabber, Kenny Burns. Blue River lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph and accordingly denies them.

2.      Blue River lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph and accordingly denies them.

3.      Blue River admits that the "ex vessel price" means the price off the boat. Blue River denies the other allegations in this Paragraph.

4.      Blue River denies the allegations in this Paragraph.

5.      Blue River denies the allegations in this Paragraph.

6.      Blue River denies the allegations in this Paragraph.

7.      Blue River denies the allegations in this Paragraph.

8.      Blue River denies the allegations in this Paragraph and each of its subparagraphs.

9.      Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

10.     The allegations in this Paragraph contain legal conclusions to which no response is required. To the extent a response is required, Blue River denies the allegations in this Paragraph

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

11. To the extent an answer is required, Blue River denies the allegations in this Paragraph.

**PARTIES**

12. Blue River denies that it engaged in any "unfair and illegal anticompetitive activities." Blue River lacks knowledge or information sufficient to admit or deny other allegations in this Paragraph and on that basis denies them.

13. Blue River denies that it engaged in any "unfair and illegal anticompetitive activities." Blue River lacks knowledge or information sufficient to admit or deny other allegations in this Paragraph and on that basis denies them.

14. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

15. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

16. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

17. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

18. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

19. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

20. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

21. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

22. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

23.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

24.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

25.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

26.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

27.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

28.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph.

29.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

30.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

31.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

32.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

33.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

34.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

35.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

36.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

37. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

38. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

39. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

40. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

41. Blue River admits the allegations in this Paragraph.

42. Blue River admits the allegations in this Paragraph.

43. Blue River admits the allegations in this Paragraph.

44. Blue River admits the allegations in this Paragraph.

45. Blue River admits that Pucci Foods purchased out of receivership the assets of Jessie's Ilwaco Fish Co. Inc., Alber Seafoods, Inc., and Alber Enterprises, Inc., including the name "Jessie's Ilwaco Fish Company," in late 2020, and that it has done business under the names Safe Coast, Safe Coast Seafood, Safe Coast Seafood WA, Jessie's Ilwaco Fish, Pucci Foods, and Pucci.  Otherwise, Blue River denies the allegations in this Paragraph.

46. Blue River admits that it has paid for ex vessel purchases with checks from Pucci Foods.  Blue River lacks knowledge or information sufficient to admit or deny the other allegations in this Paragraph and accordingly denies them.

47. Blue River admits that Max Boland serves as a General Manager of Safe Coast, that Mr. Boland previously worked for Alber Seafood, and that Blue River acquired the assets of Alber Seafood out of receivership at the end of 2020.  Blue River denies Alber Seafood is its predecessor in interest and denies the remaining allegations of this Paragraph.

48. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

4

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

49.     Blue River admits it started purchasing crab through Safe Coast in Ilwaco, WA, in 2021.  Blue River acks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph and accordingly denies them.

50.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

51.     Blue River admits that it made ex vessel purchases of Dungeness crab in Crescent City and San Francisco, California through Safe Coast Seafood, LLC, starting in 2021. Blue River lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph and accordingly denies them.

52.     Blue River admits it made ex vessel purchases of Dungeness crab in Ilwaco, Nahcotta, Bay Center, Chinook, and Westport, Washington, and Newport and Astoria, Oregon through Safe Coast Seafood Washington, LLC, starting in 2021.  Blue River lacks knowledge or information sufficient to admit or deny the remaining allegations in this Paragraph and accordingly denies them.

53.     The allegations in this Paragraph contain legal conclusions to which no response is required.

54.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

55.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

56.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

57.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

58.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

59.     The allegations in this Paragraph contain legal conclusions to which no response is required.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

60. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

61. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

62. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

63. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

64. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

65. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

66. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

67. The allegations in this Paragraph contain legal conclusions to which no response is required.

68. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

69. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

70. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

71. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

72. The allegations in this Paragraph contain a legal conclusion and accordingly no response is required.

73. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

74. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

75. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

76. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

77. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

78. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

79. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

80. The allegations in this Paragraph contain legal conclusions to which no response is required.

81. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

82. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

83. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

84. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

85. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

86. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

87. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

88. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

89. The allegations in this Paragraph contain legal conclusions to which no response is required.

90. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

91. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

92. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

93. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

94. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

95. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

96. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

97. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

98. The allegations in this Paragraph contain legal conclusions to which no response is required.

99. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

100. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

101. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

102.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

103.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

104.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

105.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

106.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

107.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

108.    The allegations in this Paragraph contain legal conclusions to which no response is required.

109.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

110.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

111.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

112.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

113.    The allegations in this Paragraph contain legal conclusions to which no response is required.

114.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in Paragraph and accordingly denies them.

115.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

116.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

117.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

118.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

119.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

120.    The allegations in this Paragraph contain legal conclusions to which no response is required.

121.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

122.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

123.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

124.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

125.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

126.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

127.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

128.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

129.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

130.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

131.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

132.    The allegations in this Paragraph contain legal conclusions to which no response is required.

133.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

134.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

135.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

136.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

137.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

138.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

139.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

140.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

141.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

142.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

143.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

144. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

145. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

146. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

147. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

148. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

149. The allegations in this Paragraph contain legal conclusions to which no response is required.

150. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

151. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

152. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

153. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

154. The allegations in this Paragraph contain legal conclusions to which no response is required.

155. The allegations in this Paragraph contain legal conclusions to which no response is required.

156. Blue River denies the allegations in this Paragraph.

157. Blue River denies the allegations in this Paragraph.

158. Blue River denies the allegations in this Paragraph.

159. Blue River denies the allegations in this Paragraph.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

160.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph.

161.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph.

162.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph.

163.    Blue River denies the allegations in this Paragraph.

164.    Blue River denies the allegations in this Paragraph.

## JURISDICTION, VENUE, AND COMMERCE

165.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River admits that the Court has subject matter jurisdiction to the extent Plaintiffs have suffered an injury cognizable under Article III of the United States Constitution.

166.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River admits the Court has personal jurisdiction over it but denies the remaining allegations in this Paragraph, including that Plaintiffs suffered antitrust injury.

167.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River admits that venue in this District is appropriate.

168.    Blue River denies the allegations in this Paragraph.

169.    Blue River denies the allegations in this Paragraph.

## INTRADISTRICT ASSIGNMENT

170.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River admits that assignment of this case to the San Francisco Division of the United States District Court for the Northern District of California is proper.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

**FACTUAL ALLEGATIONS**

171.   Blue River admits that Dungeness crab is a species of shellfish found in the Pacific Ocean and fished for human consumption.  Otherwise, Blue River denies the allegations in this Paragraph.

172.   Blue River admits that: Dungeness crab is enjoyed fresh by consumers along the West Coast, including during holidays, and that a portion of the catch is also exported live to Asian markets, particularly China, but also Korea, Vietnam and other countries.  Otherwise, Blue River denies the allegations in this Paragraph.

173.   Blue River admits commercial Dungeness crab fishing requires a permit, known in California as a "registration," which is tied to a specific vessel.  Blue River further admits that the Dungeness crab fishery is what is known as a "derby" fishery because there are no quotas and crabbers are permitted to catch as many Dungeness crabs as they can during the season.  Otherwise, Blue River denies the allegations in this Paragraph.

174.   Blue River admits that the Dungeness crab season for most of the Pacific NW Areas has in the past opened on December 1, unless delayed.  Pacific Seafood further admits that, unless delayed, the season for commercial crab fishing in California's District 10 has in the past started on November 15.  Otherwise, Pacific Seafood denies the allegations in this Paragraph.

175.   Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

176.   Blue River admits the allegations in this Paragraph.

177.   Blue River admits the allegations in this Paragraph.

178.   Blue River admits that it and other buyers resell Dungeness crab either live, fresh cooked, in sections, frozen, or canned.  Otherwise, Blue River denies the allegations in this Paragraph.

179.   Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

180.   Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

14                                    Answer to Sixth Amd. Compl.
                                      Case No.: 3:23-cv-01098-AGT

181. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

182. Blue River admits that Bornstein, Caito, Hallmark, Ocean Gold, Pacific Seafood, and Safe Coast are members of the West Coast Seafood Processors Association ("WCSPA") and that WCSPA is a seafood industry trade association whose members operate in Washington, Oregon and California. Otherwise, Blue River denies the allegations in this Paragraph.

183. Blue River denies the allegations in this Paragraph.

184. Blue River denies the allegations in this Paragraph.

185. Blue River denies the allegations in this Paragraph.

186. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

187. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

188. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

189. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

190. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

191. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

192. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

193. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

194. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

195.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

196.    Blue River admits that the ex vessel price received by a crabber for a load of crab can soon be widely known among other fisherman who may then use that information to negotiate with the same or different buyers to purchase their catches. Otherwise, Blue River denies the allegations in this Paragraph.

197.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

198.    Blue River denies the allegations in this Paragraph.

199.    Blue River denies that it entered into any unlawful agreement with other ex vessel buyers.  Blue River lacks knowledge or information sufficient to admit or deny the other allegations in this Paragraph and accordingly denies them.

200.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

201.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

202.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

203.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

204.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

205.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

206.    Blue River denies the allegations in this Paragraph.

207.    Blue River denies the allegations in this Paragraph.

208.    Blue River denies the allegations in this Paragraph.

209.    Blue  River denies the allegations in this Paragraph.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

210. Blue River denies the allegations in this Paragraph

211. Blue River denies the allegations in this Paragraph.

212. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

213. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

214. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

215. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

216. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

217. Blue River denies the allegations in this paragraph.

218. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

219. Blue River denies the allegations in this Paragraph.Blue River denies the allegations in this Paragraph.

220. Blue River denies the allegations in this Paragraph.

221. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

222. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

223. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

224. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

225. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

226.    Blue River denies the allegations in this Paragraph.

227.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

228.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

229.    Blue River denies the allegations in this Paragraph.

230.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

231.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

232.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

233.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

234.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

235.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

236.    Blue River denies the allegations in this Paragraph.

237.    Blue River denies the allegations in this Paragraph.

238.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

239.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

240.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

241.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

242.    Blue River denies it entered any agreement with other Defendants to refuse to offer an opening price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

243.    Blue River denies it entered any agreement with other Defendants to refuse to offer an opening price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

244.    Blue River admits that the California Department of Fish and Wildlife announced that the Dungeness crab season for California ports would open on December 31, 2022.  Blue River denies it entered any agreement with other Defendants to refuse to offer an opening price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

245.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

246.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

247.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

248.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

249.    Blue River denies the existence of any price-fixing agreement with other Defendants. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

250.    Blue River denies the existence of any price-fixing agreement with other Defendants. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

251.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

252.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

253.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

254.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

255.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

256.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

257.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

258.    Blue River denies the existence of any price-fixing agreement with other Defendants. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

259.    Blue River denies the allegations in this Paragraph.

260.    Blue River denies the existence of any price-fixing agreement with other Defendants. Blue River admits that the quoted language (except for the bracketed material) is taken from a text from Mr. Boland, but otherwise denies the allegations in this Paragraph.

261.    Blue River denies the existence of any price-fixing agreement with other Defendants. Blue River admits that the quoted material is taken from a text from Mr. Boland, but otherwise denies the allegations in this Paragraph.

262.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

263.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

264.    Blue River admits that its representatives attended the "2023 Dungeness Crab Price Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel

& Marina in Newport, Oregon, on December 10 and 11, 2023, and that representatives of sellers, buyers, and government officials were present.  Otherwise, Blue River denies the allegations in this Paragraph.

265.    Blue River admits that its representatives attended the "2023 Dungeness Crab Price Negotiations" organized by the Oregon Department of Agriculture at the Embarcadero Resort Hotel & Marina in Newport, Oregon, on December 10 and 11, 2023, and that representatives of sellers, buyers, and government officials were present.  Otherwise, Blue River denies the allegations in this Paragraph.

266.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

267.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

268.    Blue River denies the allegations in this Paragraph.

269.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

270.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

271.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

272.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

273.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

274.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

275.    Blue River admits the quoted words  (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

276.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

277.    Blue River denies the allegations in this Paragraph.

278.    Blue River denies the allegations in this Paragraph.

279.    Blue River denies the allegations in this Paragraph.

280.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

281.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

282.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

283.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

284.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

285.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

286.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

287.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

288.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

289.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

290.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

291.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

292.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

293.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

294.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

295.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

296.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

297.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

298.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

299.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

300.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

301.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

302.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

303.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

304.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

305. Blue River denies the allegations in this Paragraph.

306. Blue River denies the allegations in this Paragraph.

307. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

308. Blue River denies the allegations in this Paragraph.

309. Blue River denies the allegations in this Paragraph.

310. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

311. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

312. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

313. Blue River denies the allegations in this Paragraph.

314. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

315. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

316. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

317. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

318. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

319. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

320. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

321. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

322. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

323. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

324. Blue River denies the allegations in this Paragraph.

325. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

326. This Paragraph includes no allegations, and Blue River accordingly denies them.

327. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

328. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

329. Blue River admits the quoted words (other than alterations) were in texts, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

330. Blue River admits the quoted words (other than alterations) were in texts,  Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

331. Blue River denies the allegations in this paragraph.

332. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

333. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

334. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

335. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

336. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

337. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

338. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

339. Blue River denies the allegations in this Paragraph.

340. Blue River denies the allegations in this Paragraph.

341. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

342. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

343. Blue River denies the allegations in this Paragraph.

344. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

345. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

346. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

347. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

348. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

349. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

350.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

351.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

352.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

353.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

354.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

355.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

356.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

357.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

358.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

359.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

360.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

361.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

362.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

363.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

364. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

365. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

366. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

367. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

368. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

369. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

370. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

371. Blue River denies the allegations in this Paragraph.

372. Blue River denies the allegations in this Paragraph.

373. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

374. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

375. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

376. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

377. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

378. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

379.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

380.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

381.    Blue River denies the allegations in this Paragraph.

382.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

383.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

384.    Blue River denies the allegations in this Paragraph.

385.    Blue River denies the allegations in this Paragraph.

386.    Blue River denies the allegations in this Paragraph.

387.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

388.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

389.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

390.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

391.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

392.    Blue River denies the allegations in this Paragraph.

393.    Blue River denies the allegations in this Paragraph.

394.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

395.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

396.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

397.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

398.    Blue River denies the allegations in this Paragraph.

399.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

400.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

401.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

402.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

403.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

404.    Blue River denies the existence of any cartel.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

405.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

406.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

407.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

408.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

409.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

410. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

411. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

412. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

413. Blue River denies the allegations in this Paragraph.

414. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

415. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

416. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

417. Blue River denies the allegations in this Paragraph.

418. Blue River denies the allegations in this Paragraph.

419. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

420. Blue River denies the allegations in this Paragraph.

421. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

422. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

423. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

424. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

425. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

426.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

427.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

428.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

429.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

430.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

431.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

432.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

433.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

434.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

435.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

436.    Blue River denies the allegations in this Paragraph.

437.    Blue River denies the allegations in this Paragraph.

438.    Blue River denies the allegations in this Paragraph.

439.    Blue River denies participating in any alleged meeting.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

440.    Blue River denies participating in any alleged meeting.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

441.    Blue River denies participating in any alleged meeting.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

442.    Blue River denies the allegations in this Paragraph.

443.    Blue River denies the allegations in this Paragraph.

444.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

445.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

446.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

447.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

448.    Blue River denies the allegations in this Paragraph.

449.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

450.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

451.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

452.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

453.    Blue River denies there is any price-fixing agreement among buyers.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

33

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

454.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

455.    Blue River denies the allegations in this Paragraph.

456.    Blue River denies the allegations in this Paragraph.

457.    Blue River denies the allegations in this Paragraph.

458.    Blue River denies the allegations in this Paragraph.

459.    Blue River denies the allegations in this Paragraph.

460.    Blue River denies the allegations in this Paragraph.

461.    Blue River denies the allegations in this Paragraph.

462.    Blue River denies the allegations in this Paragraph.

463.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

464.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

465.    The California Department of Fish and Wildlife's landing records speak for themselves and do not require a response.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

466.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

467.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

468.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

469.    Blue River denies the allegations in this Paragraph.

470.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

471.    Blue River denies any agree-upon cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

472.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

473.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

474.    Blue River denies the allegations in this Paragraph.

475.    Blue River denies the allegations in this Paragraph.

476.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

477.    Blue River denies the allegations in this Paragraph.

478.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

479.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

480.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

481.    Blue River denies the allegations in this Paragraph.

482.    Blue River denies the allegations in this Paragraph.

483.    Blue River denies the allegations in this Paragraph.

484.    Blue River denies the allegations in this Paragraph.

485.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

486.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

487. Blue River denies the existence of a cartel or a cartel price. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

488. Blue River denies the allegations in this Paragraph.

489. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

490. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

491. Blue River denies the allegations in this Paragraph.

492. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

493. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

494. Blue River denies the existence of any cartel price. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

495. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

496. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

497. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

498. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

499. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

500. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

501. Blue River denies the allegations in this Paragraph.

502. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

503. Blue River denies the allegations in this Paragraph.

504. Blue River denies the allegations in this Paragraph.

505. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

506. Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

507. Blue River denies that Dana Ferguson was an employee or agent of Safe Coast. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

508. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

509. Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

510. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

511. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

512. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

513. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

514. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

515. Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

516. Blue River denies the allegations of this Paragraph.

517. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

518. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

519. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

520. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

521. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

522. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

523. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

524. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

525. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

526. Blue River denies the existence of a cartel or a cartel price. Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

527. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

528. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

529.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

530.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

531.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

532.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

533.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

534.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

535.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

536.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

537.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

538.    Blue River denies the existence of a cartel or a cartel price.  Otherwise, Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

539.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

540.    This Paragraph states legal conclusions.  To the extent a response is require, Blue River denies the allegations.

541.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

542.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

543.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

544.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

545.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

546.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

547.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

548.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

549.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

550.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

551.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

552.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

553.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

554.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

555.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

556.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

557.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

558.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

559.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

560.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

561.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

562.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

563.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

564.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

565.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

566.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

567.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

568.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

569.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

570.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

571.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

572.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

573.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

574.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

575.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

576.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

577.    Blue River denies the allegations of this Paragraph.

578.    Blue River admits the quoted words (other than alterations) were in texts, but otherwise denies the allegations in this Paragraph.

579.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

580.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

581.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

582.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

583.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

584.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

585.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

586.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

587.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

588.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

589.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

590.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

591.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

592.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

593.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

594.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

595.     Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

596. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

597. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

598. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

599. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

600. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

601. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

602. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

603. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

604. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

605. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

606. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

607. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

608. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

609. Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

610.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

611.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

612.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

613.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

614.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

615.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

616.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

617.    Blue River denies the allegations in this Paragraph and each subparagraph.

618.    Blue River denies the allegations in this Paragraph.

619.    Blue River denies the allegations in this Paragraph.

620.    Blue River denies the allegations in this Paragraph.

621.    Blue River denies the allegations in this Paragraph.

622.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

623.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

624.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

625.    Blue River admits that the Second Amended Complaint purports to exclude from the alleged putative classes the listed entities and persons but denies that a class should be certified in this case.

626.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

627.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

628.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

629.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

630.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

631.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

632.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

633.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

634.    The allegations in this Paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Blue River denies the allegations in Paragraph and denies that a class should be certified in this case.

635.    Blue River denies the allegations in this Paragraph.

636.    Blue River denies the allegations in this Paragraph.

637.    Blue River denies the allegations in this Paragraph.

638.    Blue River denies the allegations in this Paragraph.

639.    Blue River denies the allegations in this Paragraph.

640.    Blue River denies the allegations in this Paragraph.

641.    Blue River denies the allegations in this Paragraph.

## CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

642.    Blue River incorporates its responses to each Paragraph above as if fully herein.

643.    Blue River denies the allegations in this Paragraph.

644.    Blue River denies the allegations in this Paragraph.

645.    Blue River denies the allegations in this Paragraph.

646.    Blue River denies the allegations in this Paragraph.

647.    Blue River denies the allegations in this Paragraph.

648.    Blue River denies the allegations in this Paragraph.

649.    Blue River denies the allegations in this Paragraph.

650.    Blue River denies the allegations in this Paragraph.

651.    Blue River denies the allegations in this Paragraph.

## SECOND CAUSE OF ACTION

652.    Blue River incorporates its response to each Paragraph above as if fully herein.

653.    Blue River denies the allegations in this Paragraph.

654.    Blue River denies the allegations in this Paragraph.

655.    Blue River denies the allegations in this Paragraph.

656.    Blue River denies the allegations in this Paragraph.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

657. Blue River denies the allegations in this Paragraph.

## THIRD CAUSE OF ACTION

658. Blue River incorporates its responses to each Paragraph above as if fully herein.

659. Blue River denies the allegations in this Paragraph.

660. Blue River denies the allegations in this Paragraph.

661. Blue River denies the allegations in this Paragraph.

662. Blue River denies the allegations in this Paragraph.

663. Blue River denies the allegations in this Paragraph.

## FOURTH CAUSE OF ACTION

664. Blue River incorporates its responses to each Paragraph above as if fully herein.

665. Blue River denies the allegations in this Paragraph.

666. Blue River denies the allegations in this Paragraph.

667. The allegations in this Paragraph contain legal conclusions to which no response is required.

## FIFTH CAUSE OF ACTION

668. Blue River incorporates its responses to each Paragraph above as if fully herein.

669. The allegations in this Paragraph contain legal conclusions to which no response is required.

670. Blue River denies the allegations in this Paragraph.

671. Blue River denies the allegations in this Paragraph.

672. Blue River denies the allegations in this Paragraph and denies that a class should be certified in this case.

673. The allegations in this Paragraph contain legal conclusions to which no response is required.

## SIXTH CAUSE OF ACTION

674. Blue River incorporates its responses to each Paragraph above as if fully herein.

675. The allegations in this Paragraph contain legal conclusions to which no response is required.

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

## SEVENTH CAUSE OF ACTION

676.    Blue River incorporates its responses to each Paragraph above as if fully herein.

677.    Blue River denies the allegations in this Paragraph.

678.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

679.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

680.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

681.    Blue River lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph and accordingly denies them.

## PRAYER FOR RELIEF

Blue River denies that plaintiffs are entitled to certification of a class or any of the relief requested in this section or elsewhere in the Complaint.

## SEPARATE AND ADDITIONAL DEFENSES

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and without assuming any burden of proof that it would not otherwise bear, Blue River asserts the following separate and additional defenses:

## FIRST DEFENSE

### (Lack of Standing)

Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Second Amended Complaint because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to Blue River within the limitations period. Claims of putative class members also fail for lack of standing.

## SECOND DEFENSE

### (Lack of Antitrust Injury)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no antitrust injury (i.e., a type of injury that the antitrust laws were intended to remedy).  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Amended Complaint, or any alleged harm is too remote, because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to Blue River within the limitations period, or to any ex vessel purchasers participating in the alleged conspiracy. In addition, Plaintiff Burns has never sold Dungeness crab ex vessel and does not have the legal right to assert claims that may have belonged to her deceased husband.  Claims of putative class members also fail for lack of standing.

## THIRD DEFENSE

### (State Action Doctrine)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by immunity granted directly by state law or by the state action doctrine, *see Parker v. Brown*, 317 U.S. 341 (1943).  Plaintiffs seek to impose antitrust liability on Blue River based on its participation in meetings that were actively supervised by state agencies pursuant to a clearly articulated and affirmatively expressed state legislative policy to displace competition and allow fishermen and buyers to bargain and negotiate prices collectively, even though such conduct is immunized by state and federal law.

## FOURTH DEFENSE

### (First Amendment and Noerr-Pennington Doctrine)

The claims of the Plaintiffs and putative class members are barred, in whole or in part, insofar as they challenge the exercise of rights protected by the First Amendment of the United States Constitution and by the *Noerr-Pennington* doctrine.  Plaintiffs allege that Blue River can be liable for antitrust violations because of its and/or other Defendants' participation in meetings, including

meetings with other buyers or government officials, which as alleged concerned petitioning or lobbying activities that are immunized by state and federal law.

**FIFTH DEFENSE**

**(Statute(s) of Limitations)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the applicable statute of limitations.  Plaintiffs seek to recover damages from January 1, 2016 to the present.  However, Plaintiffs' claims are subject to a four-year statute of limitations, and those claims accrued at the time Plaintiffs were paid an ex vessel price that they claim was artificially suppressed as the result of an alleged conspiracy.  Accordingly, Plaintiffs' claims based on ex vessel sales that occurred prior to March 13, 2019 – four years before the original Complaint was filed – are time-barred.

**SIXTH DEFENSE**

**(Laches/Waiver/Estoppel)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.  Plaintiffs delayed filing this lawsuit for an unreasonable and inexcusable length of time from the time Plaintiffs knew or reasonably should have known of their claims against Blue River.  Plaintiffs failed to exercise diligence to discover their alleged claims, or Plaintiffs had either actual or constructive knowledge of the facts they contend give rise to their alleged claims but failed to assert those claims within a reasonable time.  Plaintiffs were aware of the claims they allege and intended to relinquish them.  Blue River has suffered prejudice in its ability to defend this case due to Plaintiffs' failure to assert their alleged claims within a reasonable time.  Plaintiffs are now estopped from asserting their claims now because of such delay and waiver.

**SEVENTH DEFENSE**

**(Unclean Hands)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of unclean hands, to the extent that Plaintiffs and putative class members have engaged in fraud or

Answer to Sixth Amd. Compl.
Case No.: 3:23-cv-01098-AGT

willful misconduct related to the subject matter of their claims or were significantly involved in illegal conduct, including illegal collective price-bargaining, price-fixing or other violations of the antitrust or unfair competition laws.

## EIGHTH DEFENSE

### (Lack of Damages/Mitigation)

Antitrust plaintiffs have a duty to mitigate their damages. Plaintiffs and putative class members have no damages or have failed to mitigate damages, if any. Plaintiffs' and putative class members' alleged damages, if any, were not caused by Blue River.

## NINTH DEFENSE

### (Due Process)

The class action claims are barred, in whole or in part, to the extent that they seek to deprive Blue River of procedural and substantive safeguards, including, but not limited to, traditional defenses to liability, or duplicative recovery of alleged overcharges, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution. This includes that, to the extent Plaintiffs and the proposed class seek relief on behalf of purported class members who have not suffered any injury or damages, the Second Amended Complaint and each of its claims for relief therein violate Blue River's rights to due process under the United States Constitution.

## TENTH DEFENSE

### (Acquiescence)

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade alleged in the Amended Complaint. Plaintiffs' claims are based on the allegation that Defendants delayed in offering a season opening price. Among other things, Plaintiffs and putative class members acquiesced in that alleged conduct,

and their claims are barred, because Plaintiffs chose to remain in port, rather than exercise the option to fish on open ticket.

## PRAYER FOR RELIEF

WHEREFORE, Blue River prays for relief as follows:

1.    That the Court award Blue River judgment in its favor on all of Plaintiffs' claims and dismiss this action with prejudice.

2.    That the Court award Blue River all other and further relief deemed just and reasonable.

## DEMAND FOR JURY TRIAL

Blue River demands a jury trial on all issues so triable.


Dated:  July 13, 2026

ILLOVSKY GATES & CALIA LLP
SEAN GATES
EVA SCHUELLER

_/s/ Sean P. Gates_
Sean P. Gates

*Attorneys for Defendants*
*Blue River Seafood, Inc.*
*Safe Coast Seafoods, LLC, and*
*Safe Coast Seafoods Washington, LLC*