**XUNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 23-cv-01098-AGT (JCS)

**Case Name:** Little v. Pacific Seafood Procurement, LLC (Ocean King)

**Date:** July 14, 2026                    **Time:** 10 Minutes

**Deputy Clerk:** Esther Chung            **Court Reporter:** Not reported

**Attorney for Plaintiff:** Stuart Gross, Travis Smith
**Attorney for Defendant:** Philip Wang, George Chikovani, Traci Keith

**ZOOM PROCEEDINGS**

()        Zoom Settlement Conference

          ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

( )       Further Zoom Settlement Conference

          ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(X )      Zoom Scheduling Conference

**Notes:** Scheduling Conference held. In Person Settlement Conference set for **9/10/2026 at 10:00 AM** in Courtroom D.

Settlement Conference statements due on **9/3/2026 by email only to jcssettlement@cand.uscourts.gov**.

Plaintiffs' settlement demand due three (3) weeks before the Settlement Conference (8/20/2026). Defendant's response and counter-offer due two (2) weeks before the Settlement Conference (8/27/2026).