David J. Aveni (SBN 251197)
  david.aveni@wilsonelser.com
John R. Danos (SBN 210964)
  john.danos@wilsonelser.com
Colin V. Quinlan (SBN 332225)
  colin.quinlan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 443-5100

Attorneys for Defendant Da Yang Seafood Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brand LITTLE, et al., | Case No. 3:23-cv-01098-AGT |
| Plaintiffs, | **DECLARATION OF JOHN R. DANOS IN SUPPORT OF DEFENDANT DA YANG SEAFOOD INC.'S MOTION TO DISMISS SIXTH AMENDED COMPLAINT** |
| vs. | |
| PACIFIC SEAFOOD PROCUREMENT, LLC, et al., | |
| Defendants. | Date:   September 4, 2026<br>Time:   10:00 a.m.<br>Courtroom A, 15th Floor<br>Judge Alex G. Tse |
| | [Filed concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities, Proposed Order] |

DANOS DECLARATION ISO DA YANG'S MOTION TO DISMISS SAC
340311355v.1                         23-cv-01098-AGT

**DECLARATION OF JOHN R. DANOS**

I, John R. Danos, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am Of Counsel at the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP. I am counsel of record for Defendant Da Yang Seafood Inc. in this action. Unless otherwise stated, the following facts are within my personal knowledge and, if called upon to testify as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy (with pricing information redacted) of the March 8, 2024 string of texts between Jonathan Mark, Chang Lee and others, bates-numbered DaYang 002651-002656. These texts were produced in the litigation by Da Yang in 24-hour segments (*i.e.*, the texts in a particular string were broken into and produced in single-day increments) at the request of Plaintiffs.

3. Attached as Exhibit 2 is a true and correct copy of the March 21, 2024 string of texts between Jonathan Mark, Chang Lee and others, bates-numbered DaYang 002805-002806.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

By: /s/ *John Danos*
John R. Danos

DANOS DECLARATION ISO DA YANG'S MOTION TO DISMISS SAC
23-cv-01098-AGT
340311355v.1

# EXHIBIT 1

**Chat with <+14254661669> and 6 more addresses on March 8, 2024**

Da Yang & PDS
jonathan mark <+13609278543>_$!<Other>!$_ <+15033817596>_$!<Other>!$_ <lee_chang1@icloud.com>+15033817596jerod goodin <+14254661669>System Message+13609278543Austin Sterkel <+15038362975>+15038362975+14254661669

**Earliest item: 2024-03-08 00:28:38 +0000**
**Latest item: 2024-03-08 23:23:08 +0000**

**Friday 08 March 2024**

Instant Message : Native Messages
From                                    00:28:38 +0000
    +15033817596

Thank you

Instant Message : Native Messages
From                                    00:30:59 +0000
    jonathan mark <+13609278543>

Thank you Chang

Instant Message : Native Messages
From                                    15:17:27 +0000
    +15033817596

Tomorrow 3/6 saturday we can run 2 cranes to offload the boats at the same time. If the boats ready.

Instant Message : Native Messages
From                                    15:18:31 +0000
    Austin Sterkel <+15038362975>

Sounds good thank you Chang

CONFIDENTIAL

Instant Message : Native Messages
From                          15:42:06 +0000
    jonathan mark <+13609278543>

Liked "Tomorrow 3/6 saturday we can run 2
cranes to offlo…"

Instant Message : Native Messages
From                          16:08:17 +0000
        +15033817596

Live price $███ to the boat ?

Instant Message : Native Messages
From                          16:15:36 +0000
    jonathan mark <+13609278543>

Update you shortly

Instant Message : Native Messages
From                          18:15:01 +0000
    jonathan mark <+13609278543>

Chang, please put $███ on the fishticket

Instant Message : Native Messages
From                          18:19:18 +0000
        +15033817596

Thank you very much

Instant Message : Native Messages
From                          18:23:00 +0000
    jonathan mark <+13609278543>

Thank you

CONFIDENTIAL

Instant Message : Native Messages
From                          22:15:48 +0000
    jonathan mark <+13609278543>

Hi Chang, offloads going ok?

Instant Message : Native Messages
From                          22:16:22 +0000
    +15033817596

Yes southeast is late

Instant Message : Native Messages
From                          22:20:06 +0000
    jonathan mark <+13609278543>

What time will he be there?

Instant Message : Native Messages
From                          22:20:55 +0000
    +15033817596

Almost. In 15 mins

Instant Message : Native Messages
From                          22:21:23 +0000
    jonathan mark <+13609278543>

Liked "Almost. In 15 mins"

Instant Message : Native Messages
From                          22:21:29 +0000
    jonathan mark <+13609278543>

Does he have 20,000 lbs?

CONFIDENTIAL

DaYang 002653

Instant Message : Native Messages
From                                    22:23:04 +0000
    +15033817596

So we have michelle ann 3k, patricia ann 3k
in your truck already and southeast about 15k

Instant Message : Native Messages
From                                    22:24:08 +0000
    jonathan mark <+13609278543>

Ok sounds good

Instant Message : Native Messages
From                                    23:05:43 +0000
    +15033817596

Tomorrow saturday morning chang will be out
of the plant and i do not have good signal. If
you need anything could you please contact
eric (503) 791-8646

Instant Message : Native Messages
From                                    23:06:17 +0000
    jonathan mark <+13609278543>

No problem

Instant Message : Native Messages
From                                    23:06:24 +0000
    jonathan mark <+13609278543>

Thanks for letting us know

CONFIDENTIAL

DaYang 002654

Instant Message : Native Messages
From                           23:07:47 +0000
    Austin Sterkel <+15038362975>

Liked "Tomorrow saturday morning chang will
be out of the…"

Instant Message : Native Messages
From                           23:08:53 +0000
    Austin Sterkel <+15038362975>

Thank you Chang, can you tell me how many
lbs on Keltie and Renard

Instant Message : Native Messages
From                           23:09:24 +0000
    +15033817596

Let me check on renard. Keltie 11k

Instant Message : Native Messages
From                           23:17:48 +0000
    +15033817596

Renard 13k

Instant Message : Native Messages
From                           23:22:37 +0000
    +15033817596

Renard 13k

Instant Message : Native Messages
From                           23:23:08 +0000
    Austin Sterkel <+15038362975>

Thank you

**End Thread**

DaYang 002655

Thread Statistics

| Instant Message Count |
|---|
| 27 |

CONFIDENTIAL

DaYang 002656

# EXHIBIT 2

**Chat with <+14254661669> and 6 more addresses on March 21, 2024**

Da Yang & PDS
    jonathan mark <+13609278543>_$!<Other>!$_ <+15033817596>_$!<Other>!$_ <lee_chang1@icloud.com>+15033817596jerod goodin <+14254661669>System Message+13609278543Austin Sterkel <+15038362975>+15038362975+14254661669

**Earliest item: 2024-03-21 02:26:03 +0000**
**Latest item: 2024-03-21 02:34:54 +0000**

**Thursday 21 March 2024**

Instant Message : Native Messages
From                              02:26:03 +0000
    +15033817596

Storm fox want to deliver friday night please

Instant Message : Native Messages
From                              02:27:19 +0000
    jonathan mark <+13609278543>

Sounds good Chang

Instant Message : Native Messages
From                              02:27:43 +0000
    jonathan mark <+13609278543>

You have been awesome to work with this year Chang. Thank you so much 🙇🙇🙇🙇

Instant Message : Native Messages
From                              02:34:54 +0000
    +15033817596

Thank you very much !

CONFIDENTIAL                                                    DaYang 002805

**End Thread**

Thread Statistics

**Instant Message
Count**

4

CONFIDENTIAL

DaYang 002806