MCNAUL EBEL PLLC
Timothy B. Fitzgerald (WSBA No. 45103, Pro Hac Vice)
Micah C. Allred (WSBA No. 63084, Pro Hac Vice)
600 University Street, Suite 2700
Seattle, Washington 98101
Tel:       (206) 467-1816
Fax:       (206) 624-5128
Email:     tfitzgerald@mcnaul.com
           mallred@mcnaul.com

THOMPSON COBURN LLP
Lukas Sosnicki (CSB No. 295895)
Jose L. Lua Valencia (CSB No. 324087)
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel:       (310) 282-2500
Email:     lsosnicki@thompsoncoburn.com
           jlua-valencia@thompsoncoburn.com

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*
[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAND LITTLE, ROBIN BURNS, and CHERRY FISHERIES INC., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC SEAFOOD PROCUREMENT, LLC et al, <br><br> Defendants. | Case No. 3:23-cv-01098-AGT <br><br> FATHOM DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO SIXTH AMENDED CLASS ACTION COMPLAINT <br><br> Judge: Honorable Alex G. Tse |

Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. ("Fathom Defendants") hereby answer Plaintiffs' Sixth Amended Class Action Complaint (the "Complaint").

Any allegation not explicitly admitted is denied.  By admitting that the Complaint

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 1
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

purports to characterize or quote particular documents, Fathom Defendants do not admit the truth of any assertion in the referenced document.

Moreover, headings, footnotes, screenshots or other images, charts, graphs, and figures contained within the Complaint are not substantive allegations to which an answer is required.  Any allegations contained therein do not comply with Fed. R. Civ. P. 10(b), providing that allegations be stated "in numbered paragraphs, each limited as far as practicable to a single set of circumstances."  To the extent headings are deemed to be substantive allegations to which an answer is required, Fathom Defendants deny the allegations.  To the extent footnotes, screenshots, or other images, charts, graphs, or figures in the Complaint are deemed to be substantive allegations, then the response to the paragraph in which the footnotes or figure is found is Fathom Defendants' response to the footnote, chart, graph, or figure as well.

Fathom Defendants answer the allegations in the Complaint as follows, and state the following affirmative defenses:

### INTRODUCTION

1.      In response to paragraph 1, Fathom Defendants admit that there are currently more than 1,000 independent commercial crabbers who are licensed to land Dungeness crab in California, coastal Washington, including Puget Sound, and Oregon. Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the remaining allegations in this paragraph on that basis.

2.      In response to paragraph 2, Fathom Defendants admit that the Dungeness crab fishery has become an important fishery for Pacific Northwest commercial fishers. Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the remaining allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 2
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

3.      In response to paragraph 3, Fathom Defendants admit that the "ex vessel price" means the price off the boat.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

4.      In response to paragraph 4, Fathom Defendants deny the allegations in this paragraph.

5.      In response to paragraph 5, Fathom Defendants deny the allegations in this paragraph.

6.      In response to paragraph 6, Fathom Defendants deny the allegations in this paragraph.

7.      In response to paragraph 7, Fathom Defendants deny the allegations in this paragraph.

8.      In response to paragraph 8, Fathom Defendants deny the allegations in this paragraph and each of its subparagraphs.

9.      In response to paragraph 9, Fathom Defendants lack knowledge or information sufficient to admit or deny allegations regarding the basis for Plaintiffs' assertions, and accordingly denies the allegations in this paragraph pertaining to Plaintiffs' basis for the Complaint.  Fathom Defendants deny the remaining allegation in this paragraph.

10.      In response to paragraph 10, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

11.      In response to paragraph 11, the allegations in this paragraph contain Plaintiffs' statement of relief, to which no response is required.  To the extent a response is required, Fathom Defendants deny the allegations in this paragraph, and specifically deny that Fathom Defendants engaged in any illegal conduct, that Plaintiffs have been

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 3
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

injured, and that Plaintiffs are entitled to any compensation or injunctive relief whatsoever.

## PARTIES

### I.    Plaintiffs

12.    In response to paragraph 12, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

13.    In response to paragraph 13, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

14.    In response paragraph 14, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### II.    Defendants

#### A.    Pacific Seafood Defendants

15.    In response to paragraph 15, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

16.    In response to paragraph 16, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

17.    In response to paragraph 17, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 4
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

18.    In response to paragraph 18, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

19.    In response to paragraph 19, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

20.    In response to paragraph 20, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

21.    In response to paragraph 21, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

22.    In response to paragraph 22, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

23.    In response to paragraph 23, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

24.    In response to paragraph 24, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

25.    In response to paragraph 25, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

26.     In response to paragraph 26, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

27.     In response to paragraph 27, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

28.     In response to paragraph 28, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis..

29.     In response to paragraph 29, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

30.     In response to paragraph 30, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

31.     In response to paragraph 31, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

32.     In response to paragraph 32, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

33.     In response to paragraph 33, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 6
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

34.    In response to paragraph 34, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

35.    In response to paragraph 35, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

36.    In response to paragraph 36, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

37.    In response to paragraph 37, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

38.    In response to paragraph 38, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

39.    In response to paragraph 39, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

40.    In response to paragraph 40, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**B.    Safe Coast Defendants**

41.    In response to paragraph 41, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 7
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

42.    In response to paragraph 42, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

43.    In response to paragraph 43, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

44.    In response to paragraph 44, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

45.    In response to paragraph 45, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

46.    In response to paragraph 46, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph since Plaintiffs' counsel has refused to identify Confidential Buyer Informant #1, and accordingly deny the allegations in this paragraph on that basis.

47.    In response to paragraph 47, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

48.    In response to paragraph 48, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

49.    In response to paragraph 49, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 8
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

50.     In response to paragraph 50, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

51.     In response to paragraph 51, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

52.     In response to paragraph 52, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

53.     In response to paragraph 53, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### C.     Ocean Gold Defendants

54.     In response to paragraph 54, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

55.     In response to paragraph 55, this paragraph purports to refer to a settlement in litigation that is a matter of public record and to quote content from Ocean Gold's website.  The public record and website speak for themselves and do not require a response.  To the extent that a response is required, Fathom Defendants admit that Ocean Gold's website states: "*Our markets are primarily international in eastern Europe and Asia.  Our marketing partner, Pacific Seafoods, manages the sales piece of our business.*"  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 9
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

56. In response to paragraph 56, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

57. In response to paragraph 57, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

58. In response to paragraph 58, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

59. In response to paragraph 59, the allegations in this paragraph contain legal conclusions to which no response is required. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**D.     Nor-Cal Defendants**

60. In response to paragraph 60, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

61. In response to paragraph 61, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

62. In response to paragraph 62, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 10
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

63.    In response to paragraph 63, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

64.    In response to paragraph 64, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

65.    In response to paragraph 65, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

66.    In response to paragraph 66, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

67.    In response to paragraph 67, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**E.    ASE Defendant**

68.    In response to paragraph 68, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

69.    In response to paragraph 69, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 11
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

70.     In response to paragraph 70, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

71.     In response to paragraph 71, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

72.     In response to paragraph 72, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### F.     Hallmark Defendants

73.     In response to paragraph 73, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

74.     In response to paragraph 74, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

75.     In response to paragraph 75, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

76.     In response to paragraph 76, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 12
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

77.     In response to paragraph 77, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

78.     In response to paragraph 78, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

79.     In response to paragraph 79, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

80.     In response to paragraph 80, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

## G.     Fathom Defendants

81.     This paragraph purports to refer to content published by the Washington Secretary of State. Information published by the Washington Secretary of State is public record, and thus speaks for itself and does not require a response. To the extent a response is required, Fathom Defendants admit the allegations in this paragraph, except that Fathom Defendants deny any allegations in this paragraph that are inconsistent with the referenced Washington Secretary of State content, including the incorrect spelling of Solomon Fowler's name.

82.     This paragraph purports to refer to content published by the Oregon Secretary of State. Information published by the Oregon Secretary of State is public record, and thus speaks for itself and does not require a response. To the extent a response is required, Fathom Defendants admit the allegations in this paragraph, except that

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 13
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Fathom Defendants deny any allegations in this paragraph that are inconsistent with the referenced Oregon Secretary of State content, including the incorrect spelling of Solomon Fowler's name.

83. This paragraph purports to refer to content published by the Washington Department of Revenue. Information published by the Washington Department of Revenue is public record, and thus speaks for itself and does not require a response. To the extent a response is required, Fathom Defendants admit the allegations in this paragraph, except that Fathom Defendants deny any allegations in this paragraph that are inconsistent with the referenced Washington Department of Revenue content.

84. In response to paragraph 84, Fathom Defendants admit that Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. do business as Fathom Seafood but deny that they have done so during a period that is somehow relevant.  Fathom Defendants admit that Plaintiffs state in the Complaint that Fathom Defendants are collectively referred to within the Complaint as "Fathom" or "Fathom Seafood."  Unless expressly admitted, Fathom Defendants deny the remaining allegations in paragraph 83.

85. In response to paragraph 85, Fathom Defendants admit only that Fathom Defendants employ Nick Mareno and Cody Mills.  Unless expressly admitted, Fathom Defendants deny the remaining allegations in paragraph 84.

86. In response to paragraph 86, Fathom Defendants deny the allegations in this paragraph.

87. In response to paragraph 87, Fathom Defendants deny the allegations in this paragraph.

88. In response to paragraph 88, Fathom Defendants deny the allegations in this paragraph.

89. In response to paragraph 89, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required,

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 14
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### H.     Caito Defendants

90.     In response to paragraph 90, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

91.     In response to paragraph 91, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

92.     In response to paragraph 92, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

93.     In response to paragraph 93, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

94.     In response to paragraph 94, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

95.     In response to paragraph 95, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

96.     In response to paragraph 96, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 15
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

97.     In response to paragraph 97, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

98.     In response to paragraph 98, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

99.     In response to paragraph 99, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

100.     In response to paragraph 100, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

101.     In response to paragraph 101, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

102.     In response to paragraph 102, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

103.     In response to paragraph 103, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

104.     In response to paragraph 104, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 16
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

105.    In response to paragraph 105, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

106.    In response to paragraph 106, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

107.    In response to paragraph 107, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

108.    In response to paragraph 108, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**I.       Fishermen's Catch Defendant**

109.    In response to paragraph 109, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

110.    In response to paragraph 110, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

111.    In response to paragraph 111, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

112.    In response to paragraph 112, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

113.    In response to paragraph 113, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### J.    Global Quality Defendants

114.    In response to paragraph 114, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

115.    In response to paragraph 115, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

116.    In response to paragraph 116, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

117.    In response to paragraph 117, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

118.    In response to paragraph 118, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 18
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

119.    In response to paragraph 119, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

120.    In response to paragraph 120, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### K.    Ocean King Defendant

121.    In response to paragraph 121, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

122.    In response to paragraph 122, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

123.    In response to paragraph 123, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

124.    In response to paragraph 124, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

125.    In response to paragraph 125, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 19
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**L.    Bornstein Defendants**

126.    In response to paragraph 126, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

127.    In response to paragraph 127, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

128.    In response to paragraph 128, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

129.    In response to paragraph 129, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

130.    In response to paragraph 130, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

131.    In response to paragraph 131, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

132.    In response to paragraph 132, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**M.     Da Yang Defendants**

133.     In response to paragraph 133, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

134.     In response to paragraph 134, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

135.     In response to paragraph 135, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

136.     In response to paragraph 136, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

137.     In response to paragraph 137, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

138.     In response to paragraph 138, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

139.     In response to paragraph 139, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

140.     In response to paragraph 140, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 21
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

141.    In response to paragraph 141, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

142.    In response to paragraph 142, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

143.    In response to paragraph 143, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

144.    In response to paragraph 144, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

145.    In response to paragraph 145, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

146.    In response to paragraph 146, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

147.    In response to paragraph 147, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

148.    In response to paragraph 148, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

149.    In response to paragraph 149, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required,

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 22
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### N.    Pacific Dream Defendant

150.    In response to paragraph 150, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

151.    In response to paragraph 151, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

152.    In response to paragraph 152, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

153.    In response to paragraph 153, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

154.    In response to paragraph 154, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### O.    Doe Defendants

155.    In response to paragraph 155 the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 23
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

## III.    Agents and Co-Conspirators

156.    In response to paragraph 156, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

157.    In response to paragraph 157, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

158.    In response to paragraph 158, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

159.    In response to paragraph 159, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

160.    In response to paragraph 160, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

161.    In response to paragraph 161, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

162.    In response to paragraph 162, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

163.    In response to paragraph 163, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 24
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

164.    In response to paragraph 164, Fathom Defendants deny the allegations in this paragraph.

### JURISDICTION, VENUE, AND COMMERCE

165.    In response to paragraph 165, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants admit that the Court has subject matter jurisdiction to the extent that Plaintiffs have suffered an injury cognizable under Article III of the United States Constitution.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

166.    In response to paragraph 166, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph, including that Plaintiffs suffered anti-trust injury.

167.    In response to paragraph 167, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

168.    In response to paragraph 168, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph, including that Fathom Defendants engaged in any anticompetitive conduct.

169.    In response to paragraph 169, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph, including that Fathom Defendants engaged in price-fixing or any unlawful activities.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 25
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**INTRADISTRICT ASSIGNMENT**

170.    In response to paragraph 170, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**FACTUAL ALLEGATIONS**

I.    **Pacific NW Area Ex Vessel Dungeness Crab Industry**

171.    In response to paragraph 171, Fathom Defendants admit that Dungeness crab is a species of shellfish found in the Pacific Ocean and fished for human consumption.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

172.    In response to paragraph 172, Fathom Defendants admit that Dungeness crab is enjoyed fresh by consumers along the West Coast, including during holidays, and that a portion of the catch is also exported live to Asian markets, particularly China, but also Korea, Vietnam, and other countries.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

173.    In response to paragraph 173, the first sentence of this paragraph purports to refer to the requirements for obtaining a commercial Dungeness crab fishing permit, and no response is required because each state's permitting requirements for commercial Dungeness crab fishing speak for themselves.  To the extent a response is required, Fathom Defendants admit that commercial Dungeness crab fishing requires a permit, known in California as a "registration," which is tied to a specific vessel; the Dungeness crab fishery is what is known as a "derby" fishery because there are no quotas and crabbers are permitted to catch as many Dungeness crabs as possible during the season. Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 26
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

174. In response to paragraph 174, Fathom Defendants admit that unless delayed, the season for commercial crab fishing in California's District 10 could start on November 15. Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

175. In response to paragraph 175, Fathom Defendants deny the allegations in this paragraph.

176. In response to paragraph 176, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

177. In response to paragraph 177, Fathom Defendants admit that ex vessel buyers of Dungeness crab for resale are required to hold a receiver license issued by the state in which they make ex vessel purchases. Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

178. In response to paragraph 178, Fathom Defendants admit that Fathom and other buyers resell Dungeness crab either live, fresh cooked, in sections, frozen, or canned. Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

179. In response to paragraph 179, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

180. In response to paragraph 180, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

181. In response to paragraph 181, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 27
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

182.    In response to paragraph 182, Fathom Defendants admit that the West Coast Seafood Processors Association ("WCSPA") is a seafood industry trade association whose members operate in Washington, Oregon, and California.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

183.    In response to paragraph 183, Fathom Defendants deny the allegations in this paragraph.

184.    In response to paragraph 184, Fathom Defendants deny the allegations in this paragraph.

185.    In response to paragraph 185, Fathom Defendants deny the allegations in this paragraph.

## II.    Defendants' Price-Fixing Cartel

### A.    Defendants' Cartel Arose Out of a Marked Increase in Dungeness Ex Vessel Prices Being Paid to Crabbers in the Pacific NW Area that Started in 2006/2007 Season and Continued Through the 2014/15 Season

186.    In response to paragraph 186, Fathom Defendants deny the allegations in this paragraph.

187.    In response to paragraph 187, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

188.    In response to paragraph 188, Fathom Defendants admit that some traditional processors are now significantly involved in the live export market.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

189.    In response to paragraph 189, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

190.    In response to paragraph 190, Fathom Defendants deny the allegations in this paragraph.

191.    In response to paragraph 191, Fathom Defendants deny the allegations in this paragraph.

192.    In response to paragraph 192, Fathom Defendants deny the allegations in this paragraph.

193.    In response to paragraph 193, Fathom Defendants deny the allegations in this paragraph.

194.    In response to paragraph 194, Fathom Defendants admit that there are crab buyers that lack a processing operation or a physical presence in some ports, use independent hoists to offload the crab they purchase, and transport the crab using refrigerated vans.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

195.    In response to paragraph 195, Fathom Defendants admit that independent hoist operators are often compensated based on the weight of the crab being offloaded. Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

196.    In response to paragraph 196, Fathom Defendants admit that the ex vessel price received by a crabber for a load of crab can soon be widely known among other fishermen who may then use that information to negotiate with the same or different buyers to purchase their catches.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 29
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

197.    In response to paragraph 197, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

198.    In response to paragraph 198, Fathom Defendants deny the allegations in this paragraph.

199.    In response to paragraph 199, Fathom Defendants deny that it entered into any unlawful agreement with other ex vessel buyers.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the remaining allegations in this paragraph on that basis.

200.    In response to paragraph 200, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

201.    In response to paragraph 201, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

202.    In response to paragraph 202, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

203.    In response to paragraph 203, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

204.    In response to paragraph 204, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

205.    In response to paragraph 205, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 30
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

206. In response to paragraph 206, Fathom Defendants deny the allegations in this paragraph.

**B.   Defendants Have Agreed to Allow Pacific Seafood to Set the Opening Price, which Has Resulted in Delayed Opening and a Lower Opening Price, which Is the Price at which a Large Portion of the Season's Catch is Traditionally Sold and Which Sets the Baseline Price for the Remainder of the Season**

207. In response to paragraph 207, Fathom Defendants deny the allegations in this paragraph.

208. In response to paragraph 208, Fathom Defendants deny the allegations in this paragraph.

209. In response to paragraph 209, Fathom Defendants deny the allegations in this paragraph.

210. In response to paragraph 210, Fathom Defendants deny the allegations in this paragraph.

211. In response to paragraph 211, Fathom Defendants deny the allegations in this paragraph.

**1.   2019/20 Pacific NW Area Dungeness Crab Season**

212. In response to paragraph 212, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

213. In response to paragraph 213, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

214. In response to paragraph 214, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 31
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

215. In response to paragraph 215, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

216. In response to paragraph 216, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

217. In response to paragraph 217, Fathom Defendants deny the allegations in this paragraph.

218. In response to paragraph 218, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**2.    2020/21 Pacific NW Area Dungeness Crab Season**

219. In response to paragraph 219, Fathom Defendants deny the allegations in this paragraph.

220. In response to paragraph 220, Fathom Defendants deny the allegations in this paragraph.

221. In response to paragraph 221, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

222. In response to paragraph 222, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

223. In response to paragraph 223, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

224. In response to paragraph 224, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

225. In response to paragraph 225, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

226. In response to paragraph 226, Fathom Defendants deny the allegations in this paragraph.

227. In response to paragraph 227, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 3. 2021/22 Pacific NW Area Dungeness Crab Season

228. In response to paragraph 228, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

229. In response to paragraph 229, Fathom Defendants deny the allegations in this paragraph.

230. In response to paragraph 230, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 33
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

231.    In response to paragraph 231, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

232.    In response to paragraph 232, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

233.    In response to paragraph 233, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

234.    In response to paragraph 234, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

235.    In response to paragraph 235, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**4.        2022/23 Pacific NW Area Dungeness Crab Season**

236.    In response to paragraph 236, Fathom Defendants deny the allegations in this paragraph.

237.    In response to paragraph 237, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegation that Pacific Seafood refused to state any price at all prior to the opening of the 2022/23, and accordingly deny the allegations on that basis.  Fathom Defendants deny the remaining allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 34
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

238.    In response to paragraph 238, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

239.    In response to paragraph 239, Fathom Defendants deny the allegations in this paragraph.

240.    In response to paragraph 240, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

241.    In response to paragraph 241, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

242.    In response to paragraph 242, Fathom Defendants admit that Fathom purchased ex vessel crab in Puget Sound in December of 2022.  Unless expressly admitted, Fathom Defendants deny the remaining allegations in this paragraph.

243.    In response to paragraph 243, Fathom Defendants deny the allegations in this paragraph.

244.    In response to paragraph 244, the reference to the California Department of Fish and Wildlife announcement in the first sentence of this paragraph speaks for itself and does not require a response.  Fathom Defendants admit that the California Department of Fish and Wildlife announced that the Dungeness crab season for California ports would open on December 31, 2022.  Fathom Defendants deny the allegations in the final sentence in this Paragraph.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

245.    In response to paragraph 245, Fathom Defendants deny the allegations in the first sentence in this paragraph.  Fathom Defendants lack knowledge or information

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 35
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

246.    In response to paragraph 246, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

247.    In response to paragraph 247, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

248.    In response to paragraph 248, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

249.    In response to paragraph 249, Fathom Defendants deny the allegation of the existence of any cartel or price fixing agreement.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

250.    In response to paragraph 250, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

251.    In response to paragraph 251, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

252.    In response to paragraph 252, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 36
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

253. In response to paragraph 253, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

254. In response to paragraph 254, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

255. In response to paragraph 255, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

256. In response to paragraph 256, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

257. In response to paragraph 257, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

258. In response to paragraph 258, Fathom Defendants deny the allegations in this paragraph.

**5.    2023/24 Pacific NW Area Dungeness Crab Season**

259. In response to paragraph 259, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

260. In response to paragraph 260, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 37
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

261.    In response to paragraph 261, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

262.    In response to paragraph 262, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

263.    In response to paragraph 263, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

264.    In response to paragraph 264, Fathom Defendants admit only that a representative of Fathom attended the "2023 Dungeness Crab Price Negotiations" organized by the Oregon Department of Agriculture.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

265.    In response to paragraph 265, Fathom Defendants admit only that a representative of Fathom attended the "2023 Dungeness Crab Price Negotiations" organized by the Oregon Department of Agriculture.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

266.    In response to paragraph 266, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

267.    In response to paragraph 267, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 38
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

### 6.      2024/25 Pacific NW Area Dungeness Crab Season

268.    In response to paragraph 268, Fathom Defendants deny the allegations in this paragraph.

269.    In response to paragraph 269, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

270.    In response to paragraph 270, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

271.    In response to paragraph 271, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

272.    In response to the first sentence of paragraph 272, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.  Fathom Defendants deny the remaining allegations in this paragraph.

273.    In response to paragraph 273, Fathom Defendants deny the allegations in this paragraph.

274.    In response to paragraph 274, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 39
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

275.    In response to paragraph 275, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

276.    In response to paragraph 276, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**C.    After the Opening, Defendants Closely Coordinate With One Another on Ex Vessel Prices**

277.    In response to paragraph 277, Fathom Defendants deny the allegations in this paragraph.

278.    In response to paragraph 278, Fathom Defendants deny the allegations in this paragraph.

279.    In response to paragraph 279, Fathom Defendants deny the allegations in this paragraph.

280.    In response to paragraph 280, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

281.    In response to paragraph 281, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

282.    In response to paragraph 282, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

283.    In response to paragraph 283, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 40
3:23-cv-01098-AGT

McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

284.    In response to paragraph 284, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

285.    In response to paragraph 285, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

286.    In response to paragraph 286, Fathom Defendants deny the allegations in this paragraph.

287.    In response to paragraph 287, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

288.    In response to paragraph 288, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

289.    In response to paragraph 289, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

290.    In response to paragraph 290, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

291.    In response to paragraph 291, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

292.    In response to paragraph 292, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 41
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

293.    In response to paragraph 293, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

294.    In response to paragraph 294, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

295.    In response to paragraph 295, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

296.    In response to paragraph 296, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

297.    In response to paragraph 297, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

298.    In response to paragraph 298, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

299.    In response to paragraph 299, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

300.    In response to paragraph 300, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 42
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

301.    In response to paragraph 301, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

302.    In response to paragraph 302, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

303.    In response to paragraph 303, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

304.    In response to paragraph 304, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

305.    In response to paragraph 305, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

306.    In response to paragraph 306, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

307.    In response to paragraph 307, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

308.    In response to paragraph 308, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 43
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

309. In response to paragraph 309, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph regarding the purported exchange of text messages, and accordingly deny those allegations on that basis. Fathom Defendants deny all other allegations in this paragraph.

310. In response to paragraph 310, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

311. In response to paragraph 311, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

312. In response to paragraph 312, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

313. In response to paragraph 313, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

314. In response to paragraph 314, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph regarding the purported exchanges, and accordingly deny those allegations on that basis. Fathom Defendants deny all other allegations in this paragraph.

315. In response to paragraph 315, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

316. In response to paragraph 316, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 44
3:23-cv-01098-AGT

317.    In response to paragraph 317, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

318.    In response to paragraph 318, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

319.    In response to paragraph 319, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

320.    In response to paragraph 320, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

321.    In response to paragraph 321, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

322.    In response to paragraph 322, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

323.    In response to paragraph 323, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

324.    In response to paragraph 324, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 45
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

325.    In response to paragraph 325, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

326.    In response to paragraph 326, this paragraph appears to be a placeholder for unspecified "pricing allegations" that Plaintiffs either decided not to or failed to articulate. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

327.    In response to paragraph 327, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

328.    In response to paragraph 328, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

329.    In response to paragraph 329, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

330.    In response to paragraph 330, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 46
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

331.    In response to paragraph 331, Fathom Defendants deny the allegations in this paragraph.

332.    In response to paragraph 332, Fathom Defendants deny the allegations in this paragraph.

333.    In response to paragraph 333, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

334.    In response to paragraph 334, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

335.    In response to paragraph 335, Fathom Defendants deny the allegations in this paragraph.

336.    In response to paragraph 336, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

337.    In response to paragraph 337, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

338.    In response to paragraph 338, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 47
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

339. In response to paragraph 339, Fathom Defendants deny the allegations in this paragraph.

340. In response to paragraph 340, Fathom Defendants deny the allegations in this paragraph.

341. In response to paragraph 340, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

342. In response to paragraph 342, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

343. In response to paragraph 343, Fathom Defendants deny the allegations in this paragraph.

**D.     Defendants Have Consolidated Their Control of the Pacific NW Area Ex Vessel Dungeness Crab Market by Purchasing and in Many Cases Shutting Down Erstwhile Competitors, Entering Into Exclusivity Arrangements with Port Operators, and Limiting Non-Cartel Members' Access to Hoists**

**1.     Pacific Seafood**

344. In response to paragraph 344, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

345. In response to paragraph 345, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 48
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

346.     In response to paragraph 346, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

347.     In response to paragraph 347, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

348.     In response to paragraph 348, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

349.     In response to paragraph 349, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

350.     In response to paragraph 350, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

351.     In response to paragraph 351, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

352.     In response to paragraph 352, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

353.     In response to paragraph 353, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 49
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

354.    In response to paragraph 354, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

355.    In response to paragraph 355, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

356.    In response to paragraph 356, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

357.    In response to paragraph 357, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 2.    Ilwaco Landing Fishermen

358.    In response to paragraph 358, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

359.    In response to paragraph 359, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

360.    In response to paragraph 360, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

361.    In response to paragraph 361, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 50
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

### 3.    Trinidad

362.    In response to paragraph 362, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

363.    In response to paragraph 363, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

364.    In response to paragraph 364, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

365.    In response to paragraph 365, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 4.    Eureka

366.    In response to paragraph 366, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

367.    In response to paragraph 367, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

368.    In response to paragraph 368, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

369.    In response to paragraph 369, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 51
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

370.    In response to paragraph 370, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### E.    To Eliminate Price Pressure Formerly Created by Out of Port Buyers, Defendants Have Agreed to Buy and Sell "Out the Back Door"

371.    In response to paragraph 371, Fathom Defendants deny the allegations in this paragraph.

372.    In response to paragraph 372, Fathom Defendants deny the allegations in this paragraph.

### 1.    South Bend

373.    In response to paragraph 373, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

374.    In response to paragraph 374, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 2.    Caito

375.    In response to paragraph 375, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

376.    In response to paragraph 376, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

377.    In response to paragraph 377, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 52
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

378.    In response to paragraph 378, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 3.    San Francisco

379.    In response to paragraph 379, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

380.    In response to paragraph 380, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

### 4.    Crescent City

381.    In response to paragraph 381, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

382.    In response to paragraph 382, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

383.    In response to paragraph 383, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

384.    In response to paragraph 384, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 53
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

**F.    Defendants Agressively Coerce Compliance by Each Other and by Other Buyers with the Agreed Upon Pricing**

**1.    During the 2022/23 and 2023/24 Seasons, a New Buyer Sought to Capture Market Share by Offering Higher Prices; Defendants Sought to Bring Him into the Cartel and When This Failed Inflicted Repeated Punishments**

385.    In response to paragraph 385, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

386.    In response to paragraph 386, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

**a.    January 2023: Nor-Cal's Kevin Lee and Pacific Seafood's Frank Dulrich Solicited Confidential Buyer Informant #1 to Participate in Cartel, Then Punished him When He Refused**

387.    In response to paragraph 387, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

388.    In response to paragraph 388, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

389.    In response to paragraph 389, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 54
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

390. In response to paragraph 390, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

391. In response to paragraph 391, Fathom Defendants deny any allegations in this paragraph of the purported existence of any cartel. Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

b. **In Early 2023, Safe Coast's Max Boland Tried to Get Confidential Buyer Informant to Toe the Cartel's Line on Ex Vessel Prices Set by Pacific Seafood**

392. In response to paragraph 392, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

393. In response to paragraph 393, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

c. **February/March 2023: In Response to Confidential Buyer Informant #1's Publicized Offer of a Higher Ex Vessel Price, Multiple Cartel Members Told Confidential Buyer Informant #1 to Lower His Ex Vessel Price**

394. In response to paragraph 394, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 55
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

395.    In response to paragraph 395, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

396.    In response to paragraph 396, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

d.      **April/May 2023: More Cartel Members Tell Confidential Buyer Informant to Lower His Ex Vessel Price**

397.    In response to paragraph 397, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

398.    In response to paragraph 386, Fathom Defendants deny the allegations in this paragraph.

e.      **July/August 2023: Pacific Seafood Interfere in Confidential Informant's Effort to Establish a Buyer Operation in Eureka**

399.    In response to paragraph 399, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 56
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

400.    In response to paragraph 400, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

401.    In response to paragraph 401, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

402.    In response to paragraph 402, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

f.    **August 2023: Bornstein's Andrew Bornstein and Mike Shirley Offer Confidential Buyer Informant Significant Benefits if He Joins the Cartel in the up Coming Season**

403.    In response to paragraph 403, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

404.    In response to paragraph 404, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

405.    In response to paragraph 405, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 57
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

### g.    Early/Mid-December 2023: Pacific Seafood's Brett Hester Threatened Confidential Buyer Informant #1 After He Did Not Comply With Pacific Seafood's Opening Price Instruction

406.    In response to paragraph 406, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

407.    In response to paragraph 407, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

408.    In response to paragraph 408, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

### h.    Late December 2023: Nor-Cal's Kevin Lee Again Sought to Bring Confidential Buyer Informant #1 into the Cartel

409.    In response to paragraph 409, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

410.    In response to paragraph 410, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 58
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

411.    In response to paragraph 411, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

412.    In response to paragraph 412, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

   i.    **December 2023/January 2024: Pacific Seafood Instructs Other Defendants Not to Do Business With Confidential Buyer Informant #1**

413.    In response to paragraph 413, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

414.    In response to paragraph 414, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

415.    In response to paragraph 415, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

   j.    **Early-January 2024: Confidential Buyer Informant #1 Is Threatened by Cartel Members for Raising Ex Vessel Prices and Has Business Deals Interfered With as Punishment**

416.    In response to paragraph 416, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 59
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

417. In response to paragraph 417, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

418. In response to paragraph 418, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

419. In response to paragraph 419, Fathom Defendants deny the allegations in this paragraph.

420. In response to paragraph 420, Fathom Defendants deny the allegations in this paragraph.

421. In response to paragraph 421, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

k. **January 2024: Defendants Take a Series of Actions in Charleston, OR to Punish Buyer Informant #1 and Drive Him Out of Port**

422. In response to paragraph 422, Fathom Defendants deny the allegations in this paragraph.

423. In response to paragraph 423, Fathom Defendants deny the allegations in this paragraph.

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

424. In response to paragraph 424, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

425. In response to paragraph 425, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

426. In response to paragraph 426, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

427. In response to paragraph 427, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

428. In response to paragraph 428, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

429. In response to paragraph 429, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

430. In response to paragraph 430, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 61
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

431. In response to paragraph 431, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

432. In response to paragraph 432, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

433. In response to paragraph 433, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

434. In response to paragraph 434, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

435. In response to paragraph 435, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

**l.    Mid/Late-January 2024: Representatives of Defendants and Other Co-Conspirators Met at San Francisco's Pier 45 and Devised a Plan to Run Confidential Buyer Informant #1 Out of Business**

436. In response to paragraph 436, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs'

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 62
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

437.   In response to paragraph 437, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

438.   In response to paragraph 438, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

439.   In response to paragraph 439, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

440.   In response to paragraph 440, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

441.   In response to paragraph 441, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

442.   In response to paragraph 442, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 63
3:23-cv-01098-AGT

443.    In response to paragraph 443, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

444.    In response to paragraph 444, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

445.    In response to paragraph 445, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

### 2.    Other Buyers Have Also Been Threatened by Defendants About Breaking Ranks on Price and Have Been Punished for Doing So

#### a.    Early-January 2023: Nor-Cal and Unnamed Co-conspirator #1 Dropped the Ex Vessel Prices They Were Offering After Being Warned By Defendants to Toe the Line

446.    In response to paragraph 446, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

447.    In response to paragraph 447, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 64
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**b.    Mid-January 2023: Pacific Seafood Flooded the Sell-Side Markets of Non-Compliant Buyers with Cheap Crabs**

448.    In response to paragraph 448, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

449.    In response to paragraph 449, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

450.    In response to paragraph 450, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**c.    Late-December 2023: Pacific Seafood Sent Buyers, Including Non-Cartel Members, a Warning About Paying Over the Ex Vessel Price Set By It**

451.    In response to paragraph 451, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

452.    In response to paragraph 452, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**d.    Pacific Seafood Uses Its Dominance in Other Areas of Seafood to Enforce Compliance with the Cartel's Dungeness Crab Pricing Dictates**

453.    In response to paragraph 453, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 65
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

454.     In response to paragraph 454, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**3.     As a Result, When Defendants and Other Buyers Pay Ex Vessel Prices Above the "Fixed Price" They Seek to Hide that Fact, Which Doesn't Make Economic Sense Absent a Price-Fixing Agreement**

455.     In response to paragraph 455, Fathom Defendants deny the allegations in this paragraph.

456.     In response to paragraph 456, Fathom Defendants deny the allegations in this paragraph.

457.     In response to paragraph 457, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

458.     In response to paragraph 458, Fathom Defendants deny the allegations in this paragraph.

459.     In response to paragraph 459, Fathom Defendants deny the allegations in this paragraph.

460.     In response to paragraph 460, Fathom Defendants deny the allegations in this paragraph.

461.     In response to paragraph 461, Fathom Defendants deny the allegations in this paragraph.

462.     In response to paragraph 462, Fathom Defendants deny the allegations in this paragraph of any price-fixing.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny those allegations on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 66
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

463.    In response to paragraph 463, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

464.    In response to paragraph 464, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

465.    In response to paragraph 465, the California Department of Fish and Wildlife's landing records speak for themselves and do not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

466.    In response to paragraph 466, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

467.    In response to paragraph 467, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

468.    In response to paragraph 468, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

469.    In response to paragraph 469, Fathom Defendants deny the allegations in this paragraph.

470.    In response to paragraph 470, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 67
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

471.    In response to paragraph 471, Fathom Defendants deny the allegations in this paragraph.

472.    In response to paragraph 472, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

473.    In response to paragraph 473, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

474.    In response to paragraph 474, Fathom Defendants deny the allegations in this paragraph.

475.    In response to paragraph 475, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

476.    In response to paragraph 476, Fathom Defendants deny the allegations in this paragraph.

477.    In response to paragraph 477, Fathom Defendants deny the allegations in this paragraph.

478.    In response to paragraph 478, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

479.    In response to paragraph 479, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 68
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

480.    In response to paragraph 480, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Unnamed Co-Conspirator #2," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

**G.    In Order to Defend Their Cartel Pricing, Defendants Threaten and Punish Crabbers who Sell Crab Ex Vessel for Prices Higher than the Cartel Price**

481.    In response to paragraph 481, Fathom Defendants deny the allegations in this paragraph.

482.    In response to paragraph 482, Fathom Defendants deny the allegations in this paragraph.

483.    In response to paragraph 483, Fathom Defendants deny the allegations in this paragraph.

484.    In response to paragraph 484, Fathom Defendants deny the allegations in this paragraph.

**1.    Pacific Seafood**

485.    In response to paragraph 485, Fathom Defendants admit that the season for Dungeness crab on the West Coast is open for certain months of the year.  Unless expressly admitted, Fathom Defendants deny the allegations in this paragraph.

486.    In response to paragraph 486, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny those allegations on that basis.

487.    In response to paragraph 487, this paragraph purports to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny that allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 69
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

488.    In response to paragraph 488, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny those allegations on that basis.

489.    In response to paragraph 489, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### 2.    Hallmark

490.    In response to paragraph 490, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

491.    In response to paragraph 491, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny those allegations on that basis.

492.    In response to paragraph 492, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

493.    In response to paragraph 493, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

494.    In response to paragraph 494, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 70
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

495.    In response to paragraph 495, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

496.    In response to paragraph 496, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

497.    In response to paragraph 497, Fathom Defendants deny the allegations in this paragraph of the purported existence of any cartel.  Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny those allegations on that basis.

498.    In response to paragraph 498, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

### 3.    Ocean Gold

499.    In response to paragraph 499, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

500.    In response to paragraph 500, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, since Plaintiffs' counsel refuses to identify "Confidential Buyer Informant #1," and for other reasons, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 71
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

III.   **Buyers Who Are Not Part of the Cartel, Nonetheless, Generally Obey Its Pricing Dictates in Order to Avoid Retaliatory Actions by Defendants**

501.   In response to paragraph 501, Fathom Defendants deny the allegations in this paragraph.

502.   In response to paragraph 502, Fathom Defendants deny the allegations in this paragraph.

503.   In response to paragraph 503, Fathom Defendants deny the allegations in this paragraph.

504.   In response to paragraph 504, Fathom Defendants deny the allegations in this paragraph.

IV.   **Da Yang is a Member of the Cartel**

A.   **Da Yang is a Frequent Participant in the Remarkably Numerous Calls that Occur Amongst Cartel Member**

505.   In response to paragraph 505, Fathom Defendants have not reviewed Plaintiffs' purported "quantitative analysis" and therefore lack knowledge or information sufficient to admit or deny allegations about that analysis. Accordingly, Fathom Defendants deny the allegations in this paragraph on that basis.

506.   In response to paragraph 506, Fathom Defendants deny the allegation that Defendants are part of a cartel that fixes ex vessel prices. In response to the remaining allegations in this paragraph, Fathom Defendants have not reviewed Plaintiffs' purported "quantitative analysis" and therefore lack knowledge or information sufficient to admit or deny allegations about that analysis; accordingly, Fathom Defendants deny the remaining allegations in this paragraph on that basis.

507.   In response to paragraph 507, Fathom Defendants have not reviewed the Plaintiffs' purported "quantitative analysis" and therefore lack knowledge or information sufficient to admit or deny allegations about that analysis. Accordingly, Fathom Defendants deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 72
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

508. In response to paragraph 508, Fathom Defendants have not reviewed the Plaintiffs' purported "quantitative analysis" and therefore lack knowledge or information sufficient to admit or deny allegations about that analysis. Accordingly, Fathom Defendants deny the allegations in this paragraph on that basis.

**B. Da Yang's Representatives Regularly Communicate with Other Cartel Members in Order to Fix the Ex Vessel Prices Paid to Crabbers**

509. In response to paragraph 509, Fathom Defendants deny the allegations in this paragraph.

**Da Yang and Safe Coast (February 2023)**

510. In response to the first sentence of paragraph 510, the allegations in this sentence purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack information sufficient to admit or deny the allegations in the first sentence of this paragraph. In response to the remaining allegations in this paragraph, Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

511. In response to paragraph 511, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

512. In response to paragraph 512, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

513. In response to paragraph 513, Fathom Defendants admit that Fathom Defendants paid $2.60 per pound for some Dungeness crab landed on February 26-27, 2023, and paid $3.00 per pound for some Dungeness crab landed on March 2, 2023. Fathom Defendants lack knowledge or information sufficient to admit or deny the

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 73
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

remaining allegations in this paragraph, and accordingly deny the remaining allegations in this paragraph on that basis.

514.    In response to paragraph 514, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**Da Yang and Safe Coast (March 2023)**

515.    In response to paragraph 515, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

516.    In response to paragraph 516, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegations in the footnote that purport to describe the condition of "[a]ll crab that is sold ex vessel" and the subjective intent of individual "buyers, crabbers, and others in the ex vessel Dungeness crab industry" when they use certain terms—and accordingly deny the allegations in this paragraph on that basis.

517.    In response to paragraph 517, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph regarding unspecified "Other Defendants," and accordingly deny the allegations in this paragraph on that basis.

518.    In response to paragraph 518, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 74
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

519.     In response to paragraph 519, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

520.     In response to paragraph 520, Fathom Defendants admit that Fathom Defendants paid $3.25 per pound for some Dungeness crab landed on March 8-14, 2023, and paid $2.50 per pound for some Dungeness crab landed on March 17, 2023.  Fathom Defendants deny the remaining allegations in this paragraph.

**Da Yang and Pacific Dream (April 2023)**

521.     In response to paragraph 521, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

522.     In response to paragraph 522, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

523.     In response to paragraph 523, the allegations in the first sentence purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in the first sentence of this paragraph.  In response to the remaining allegations in this paragraph, Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

524.     In response to paragraph 524, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 75
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

allegation that "other Defendants" all paid certain prices for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

### Da Yang and Living Pacific (April 2023)

525.    In response to paragraph 525, the allegations in the first sentence purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in the first sentence of this paragraph.  In response to the remaining allegations in this paragraph, Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

526.    In response to paragraph 526, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation about the rate at which Dungeness crab prices changed in April 2023 and the allegation that "Defendant buyers" "all" paid certain prices for Dungeness crab paid at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

527.    In response to paragraph 527, Fathom Defendants deny the allegations in the first sentence of the paragraph, including the allegation of an "arrangement" among Defendants to fix prices. In response to the remaining allegations in this paragraph, the allegations purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny them on that basis.

528.    In response to paragraph 528, Fathom Defendants deny the allegations in the first sentence of the paragraph. In response to the remaining allegations in this paragraph—including the allegation that "Defendant buyers" "all" paid certain prices for

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 76
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Dungeness crab at a given point in time—Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

529.    In response to paragraph 528, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

530.    In response to paragraph 530, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation that certain Defendants "all" paid a certain price for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

### Da Yang and Pacific Dream, Safe Coast, and Living Pacific
#### (December 2023 & January 2024)

531.    In response to paragraph 531, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

532.    In response to paragraph 532, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

533.    In response to paragraph 533, Fathom Defendants deny the allegations in the first two sentences of this paragraph. In response to the remaining allegations in this paragraph, Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 77
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

534.     In response to paragraph 534, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in the first sentence of this paragraph, and accordingly deny them on that basis. In response to the remaining allegations in this paragraph, the allegations purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny them on that basis.

535.     In response to paragraph 535, Fathom Defendants deny the allegations in the first sentence of this paragraph, including the allegation that Defendants were coordinating the price of Dungeness crab. In response to the remaining allegations in this paragraph, Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

**Da Yang and Safe Coast, Pacific Dream, and Living Pacific (December 2023)**

536.     In response to paragraph 536, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

537.     In response to paragraph 537, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

538.     In response to paragraph 538, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 78
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

allegation that certain buyers "all" paid certain prices for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

### Da Yang and Fathom (December 2023)

539. In response to paragraph 539, the allegations purport to refer to and quote a public record, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny them on that basis.

540. In response to paragraph 540, the allegations in this paragraph contain legal conclusions to which no response is required. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

541. In response to paragraph 541, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

542. In response to paragraph 542, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including allegations about what unspecified "Defendants" concurred with or agreed to—and accordingly deny the allegations in this paragraph on that basis.

543. In response to paragraph 543, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

544. In response to paragraph 544, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 79
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

545.    In response to paragraph 545, Fathom Defendants admit that Nick Mareno and Kyle Horgan exchanged text messages on December 12, 2023, and December 13, 2023, that discussed ex vessel crab prices. Fathom Defendants deny the remaining allegations in this paragraph.

546.    In response to paragraph 546, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

547.    In response to paragraph 547, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

548.    In response to paragraph 548, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

549.    In response to paragraph 549, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in the footnote of this paragraph, and accordingly deny the allegations in the footnote on that basis. In response to the remaining allegations in this paragraph, the allegations purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny them on that basis.

550.    In response to paragraph 550, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 80
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph, including the allegation that Kyle Horgan is representative of Fathom Defendants.

551.    In response to paragraph 551, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation that certain Defendants all paid certain prices for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

552.    In response to paragraph 552, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation that certain Defendants "all" paid certain prices for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

553.    In response to paragraph 553, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### Da Yang, Safe Coast, Pacific Dream, Fathom, Living Pacific, and South Bend (January & February 2024)

554.    In response to paragraph 554, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

555.    In response to paragraph 555, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 81
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

556.    In response to paragraph 556, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

557.    In response to paragraph 557, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

558.    In response to paragraph 558, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

559.    In response to paragraph 559, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation that certain Defendants all paid certain prices for Dungeness crab at a given point in time—and accordingly deny the allegations in this paragraph on that basis.

560.    In response to paragraph 560, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

561.    In response to paragraph 561, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 82
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

562.    In response to paragraph 562, the allegations in this paragraph purport to refer to public records, which, to the extent admissible, speak for themselves and do not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

563.    In response to paragraph 563, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph, and in particular, Plaintiffs' characterization of the referenced correspondence.

564.    In response to paragraph 564, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

565.    In response to paragraph 565, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

566.    In response to paragraph 566, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 83
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

567.    In response to paragraph 567, the allegations in this paragraph purport to refer to public records, which, to the extent admissible, speak for themselves and do not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

568.    In response to paragraph 568, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

569.    In response to paragraph 569, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

570.    In response to paragraph 570, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

571.    In response to paragraph 571, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

572.    In response to paragraph 572, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 84
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

573.    In response to paragraph 573, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

574.    In response to paragraph 574, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

575.    In response to paragraph 575, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

576.    In response to paragraph 576, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

577.    In response to paragraph 577, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 85
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

578.   In response to paragraph 578, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

579.   In response to paragraph 579, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

580.   In response to paragraph 580, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

581.   In response to paragraph 581, Fathom Defendants deny the allegations in this paragraph.

582.   In response to paragraph 582, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

583.   In response to paragraph 583, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

584.   In response to paragraph 584, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants lack

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 86
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

585. In response to paragraph 585, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

**Da Yang and Fathom (January 2024) & Da Yang and Pacific Seafood (May 2024)**

586. In response to paragraph 586, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

587. In response to paragraph 587, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

588. In response to paragraph 588, Fathom Defendants deny the allegations in this paragraph.

589. In response to paragraph 589, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

590. In response to paragraph 590, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 87
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

591. In response to paragraph 591, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

592. In response to paragraph 592, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

593. In response to paragraph 593, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

594. In response to paragraph 594, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

595. In response to paragraph 595, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

596. In response to paragraph 596, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 88
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

597. In response to paragraph 597, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

598. In response to paragraph 598, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

599. In response to paragraph 599, Fathom Defendants deny that they engaged in any "acts of retaliation" against Ozzie Gregorio. Fathom Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in this paragraph, and accordingly deny them on that basis.

### Da Yang and Pacific Dream (March 2024)

600. In response to paragraph 600, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny them on that basis.

601. In response to paragraph 601, Fathom Defendants deny the allegations in the first sentence of this paragraph. In response to the remaining allegations in this paragraph—including the allegation that certain Defendants "all" paid certain prices for

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 89
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Dungeness crab at a given point in time—Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

**Da Yang and Fathom (December 2024/January 2025)**

602.    In response to paragraph 602, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

603.    In response to paragraph 603, the allegations in this paragraph purport to quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

604.    In response to paragraph 604, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

605.    In response to paragraph 605, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

606.    In response to paragraph 606, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

607.    In response to paragraph 607, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 90
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

608. In response to paragraph 608, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

609. In response to paragraph 609, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

610. In response to paragraph 610, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

611. In response to paragraph 611, the allegations in this paragraph purport to refer to and quote correspondence, which, to the extent admissible, speaks for itself and does not require a response. To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

612. In response to paragraph 612, Fathom Defendants admit that Fathom Defendants and Da Yang Defendants worked together during the 2024-25 Dungeness crab season. Fathom Defendants otherwise deny the allegations in this paragraph, including the suggestion that Fathom Defendants' work with Da Yang Defendants was illegal.

613. In response to paragraph 613, Fathom Defendants admit that Fathom Defendants paid $5.60 per pound for some Dungeness crab landed in Oregon on December 19, 2024. In response to the remaining allegations in this paragraph, Fathom

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 91
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

614.    In response to paragraph 614, the allegations in this paragraph purport to refer to public records, which, to the extent admissible, speak for themself and do not require a response.  To the extent that a response is required, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph—including the allegation that certain Defendants all paid certain prices for Dungeness crab at a given point in time—and accordingly deny them on that basis.

615.    In response to paragraph 615, Fathom Defendants deny the allegations in this paragraph concerning the date upon which Fathom began paying $7 per pound for Dungeness crab during the 2024-25 Dungeness crab season.  In response to the remaining allegations in this paragraph—including the allegations that Fathom Defendants and Da Yang were "both" paying certain prices for Dungeness crab at a given point in time—Fathom Defendants lack knowledge or information sufficient to admit or deny them, and accordingly deny them on that basis.

616.    In response to paragraph 616, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

## ANTITRUST INJURY

617.    In response to paragraph 617, Fathom Defendants deny the allegations in this paragraph and each of its subparagraphs.

618.    In response to paragraph 618, Fathom Defendants deny the allegations in this paragraph.

619.    In response to paragraph 619, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 92
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

620.    In response to paragraph 620, Fathom Defendants deny the allegations in this paragraph.

621.    In response to paragraph 621, Fathom Defendants deny the allegations in this paragraph.

## CLASS ACTION ALLEGATIONS

622.    In response to paragraph 622, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

623.    In response to paragraph 623, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

624.    In response to paragraph 624, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

625.    In response to paragraph 625, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

626.    In response to paragraph 626, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

627.    In response to paragraph 627, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

628.    In response to paragraph 628, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 93
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

629.    In response to paragraph 629, the allegations in this paragraph and its subparagraphs contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph and its subparagraphs.

630.    In response to paragraph 630, the allegations in this paragraph and its subparagraphs contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph and its subparagraphs.

631.    In response to paragraph 631, the allegations in this paragraph and its subparagraphs contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph and its subparagraphs.

632.    In response to paragraph 632, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

633.    In response to paragraph 633, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

634.    In response to paragraph 634, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

## DELAYED DISCOVERY/FRAUDULENT CONCEALMENT

635.    In response to paragraph 635, Fathom Defendants deny the allegations in this paragraph.

636.    In response to paragraph 636, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 94
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

637.    In response to paragraph 637, Fathom Defendants deny the allegations in this paragraph.

638.    In response to paragraph 638, Fathom Defendants deny the allegations in this paragraph.

639.    In response to paragraph 639, Fathom Defendants deny the allegations in this paragraph.

640.    In response to paragraph 640, Fathom Defendants deny the allegations in this paragraph.

641.    In response to paragraph 641, Fathom Defendants deny the allegations in this paragraph.

## CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

**Unlawful Agreements in Restraint of Trade in Violation of Section 1 of the Sherman Act, 15. U.S.C. § 1**

**(Against All Defendants on Behalf of Plaintiffs and the Sherman Act Class)**

642.    Fathom Defendants incorporate their responses to each allegation above as if fully set forth herein.

643.    In response to paragraph 643, Fathom Defendants deny the allegations in this paragraph.

644.    In response to paragraph 644, Fathom Defendants deny the allegations in this paragraph

645.    In response to paragraph 645, Fathom Defendants deny the allegations in this paragraph.

646.    In response to paragraph 646, Fathom Defendants deny the allegations in this paragraph.

647.    In response to paragraph 647, Fathom Defendants deny the allegations in this paragraph and its subparagraphs.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 95
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

648.    In response to paragraph 648, Fathom Defendants deny the allegations in this paragraph.

649.    In response to paragraph 649, Fathom Defendants deny the allegations in this paragraph.

650.    In response to paragraph 650, Fathom Defendants deny the allegations in this paragraph.

651.    In response to paragraph 651, Fathom Defendants deny the allegations in this paragraph.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

## SECOND CAUSE OF ACTION

**Combination in Restraint of Trade in Violation of the California Cartwright Act, Cal. Bus. and Prof. Code § 16720, *et. Seq.***

**(Against All Defendants on Behalf of Plaintiffs Little, Burns, and the California Class)**

652.    Fathom Defendants incorporate their responses to each allegation above as if fully set forth herein.

653.    In response to paragraph 653, Fathom Defendants deny the allegations in this paragraph.

654.    In response to paragraph 654, Fathom Defendants deny the allegations in this paragraph.

655.    In response to paragraph 655, Fathom Defendants deny the allegations in this paragraph.

656.    In response to paragraph 656, Fathom Defendants deny the allegations in this paragraph.

657.    In response to paragraph 657, Fathom Defendants deny the allegations in this paragraph.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 96
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**THIRD CAUSE OF ACTION**

**Violation of the California Unfair Competition Law,
Cal. Bus. And Prof. Code § 17200, *et seq.***

**(Against All Defendants on Behalf of
Plaintiffs Little, Burns, and the California Class)**

658.    Fathom Defendants incorporate their responses to each allegation above as if fully set forth herein.

659.    In response to paragraph 659, Fathom Defendants deny the allegations in this paragraph.

660.    In response to paragraph 660, Fathom Defendants deny the allegations in this paragraph and its subparagraphs.

661.    In response to paragraph 661, Fathom Defendants deny the allegations in this paragraph.

662.    In response to paragraph 662, Fathom Defendants deny the allegations in this paragraph.

663.    In response to paragraph 663, Fathom Defendants deny the allegations in this paragraph.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

**FOURTH CAUSE OF ACTION**

**Violation of the Oregon Antitrust Law, Or. Rev. Stat. §646.725, *et seq.***

**(Against All Defendants on Behalf of
Plaintiff Cherry Fisheries, Inc. and the Oregon Class)**

664.    Fathom Defendants incorporate their responses to each paragraph above and each paragraph below as if fully set forth herein.

665.    In response to paragraph 665, Fathom Defendants deny the allegations in this paragraph.

666.    In response to paragraph 666, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 97
3:23-cv-01098-AGT

McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

667.    In response to paragraph 667, Fathom Defendants deny the allegations in this paragraph.

### FIFTH CAUSE OF ACTION

**Violation of the Oregon Unlawful Trade Practices Act,
Or. Rev. Stat. §646.605 et seq.**

**(Against All Defendants on Behalf of
Plaintiff Cherry Fisheries, Inc. and the Oregon Class)**

668.    Fathom Defendants incorporate their responses to each paragraph above and each paragraph below as if fully set forth herein.

669.    In response to paragraph 669, Fathom Defendants deny the allegations in this paragraph.

670.    In response to paragraph 670, Fathom Defendants deny the allegations in this paragraph and each of its subparagraphs.

671.    In response to paragraph 671, Fathom Defendants deny the allegations in this paragraph.

672.    In response to paragraph 672, Fathom Defendants deny the allegations in this paragraph.

673.    In response to paragraph 673, Fathom Defendants deny the allegations in this paragraph.

### SIXTH CAUSE OF ACTION

**For Declaratory Relief Under 28 U.S.C § 2201**

**(Against All Defendants on Behalf of Plaintiffs and All Classes)**

674.    Fathom Defendants incorporate their responses to each paragraph above and each paragraph below as if fully set forth herein.

675.    In response to paragraph 675, the allegations in this paragraph contain legal conclusions to which no response is required.  To the extent that a response is required, Fathom Defendants deny the allegations in this paragraph.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 98
3:23-cv-01098-AGT

## SEVENTH CAUSE OF ACTION

**For Fraudulent Transfer Under the California Uniform Voidable Transactions Act, Cal. Civ. Code § 3439, *et seq.***

**(Against Caito Fisheries, Inc., John Caito, Joseph Caito, James Caito and Jeanette Caito on Behalf of Plaintiffs and All Classes)**

676.    Fathom Defendants incorporate their responses to each paragraph above and each paragraph below as if fully set forth herein.

677.    In response to paragraph 677, Fathom Defendants deny the allegations in this paragraph.

678.    In response to paragraph 678, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

679.    In response to paragraph 679, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

680.    In response to paragraph 680, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

681.    In response to paragraph 681, Fathom Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph, and accordingly deny the allegations in this paragraph on that basis.

### ANSWER TO PRAYER FOR RELIEF AND DEMAND FOR JURY

Fathom Defendants deny that Plaintiffs are entitled to certification of any class, declaratory judgment, damages of any kind, injunctive relief of any kind, or any of the other relief they purport to seek and accordingly, Fathom Defendants deny each and every factual allegation contained in Plaintiffs' Prayer for Relief. Fathom Defendants admit that Plaintiffs request "trial by jury for all matters so triable."

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 99
3:23-cv-01098-AGT

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Without assuming any burden of proof that it would not otherwise bear, Fathom also asserts the following defenses:

## SEPARATE AND ADDITIONAL DEFENSES

### I.    First Defense–Lack of Standing

Plaintiffs lack standing to assert their claims.  Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Complaint because Plaintiffs did not sell Dungeness crab ex vessel to Fathom Defendants within the limitations period.  Claims of putative class members also fail for lack of standing.  Fathom Defendants reserve the right to challenge the standing of each putative class member.

### II.    Second Defense–Lack of Antitrust Injury

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no antitrust injury (i.e., a type of injury that the antitrust laws were intended to remedy). Among other things, Plaintiffs have not sustained any injury, cognizable damage, or other harm as a result of conduct alleged in the Complaint, or any alleged harm is too remote, because, among other things, Plaintiffs did not sell Dungeness crab ex vessel to Fathom Defendants within the limitations period, or to any ex vessel purchasers participating in the alleged conspiracy.  In addition, Plaintiff Burns has never sold Dungeness crab ex vessel and does not have the legal right to assert claims that may have belonged to her deceased husband.  Claims of putative class members also fail for lack of standing. Fathom Defendants reserve the right to challenge the antitrust standing of each putative class member.

### III.    Third Defense–Failure to State a Claim

Plaintiffs' claims fail to state a claim upon which relief can be granted.  Plaintiffs have not plausibly alleged that Fathom Defendants engaged in any unlawful conduct, and

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 100
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

the evidence will show that Fathom Defendants did not enter into any alleged unlawful combination, contract, or conspiracy, as Plaintiffs allege.

## IV.    Fourth Defense–State Action Doctrine

Plaintiffs' and putative class members' claims are barred, in whole or in part, by immunity granted directly by state law or by the state action doctrine, *see Parker v. Brown*, 317 U.S. 341 (1943).  Plaintiffs allege that Fathom Defendants can be liable for antitrust violations because of their participation in meetings that were actively supervised by state agencies pursuant to a clearly articulated and affirmatively expressed state legislative policy to displace competition and allow fishermen and buyers to bargain and negotiate prices collectively, even though such conduct is immunized by state and federal law.

## V.    Fifth Defense–First Amendment and *Noerr-Pennington* Doctrine

Plaintiffs' and putative class members' claims are barred, in whole or in part, because all of Fathom Defendants' conduct challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by law, justified, and pro-competitive; it constituted a bona fide business practice consistent with industry practices and was carried out in furtherance of legitimate business interests; and it was a part of Fathom Defendants' lawful business operations.

## VI.    Sixth Defense–Justified and/or Pro-Competitive Conduct

Plaintiffs' and putative class members' claims are barred, in whole or in part, because all of Fathom Defendants' conduct challenged by Plaintiffs was lawful, fair, non-deceptive, expressly authorized by law, justified, and pro-competitive; it constituted a bona fide business practice consistent with industry practices and was carried out in furtherance of legitimate business interests; and it was a part of Fathom Defendants' lawful business operations.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 101
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

## VII.    Seventh Defense–Statute(s) of Limitations

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the applicable statute(s) of limitations. Plaintiffs seek to recover damages from January 1, 2016 to the present. Plaintiffs' claims are subject, however, to a four-year statute of limitations, and those claims accrued at the time Plaintiffs were paid an ex vessel price that they claim was artificially suppressed as the result of an alleged conspiracy. Accordingly, Plaintiffs' claims based on ex vessel sales that occurred prior to March 13, 2019—four years before the original Complaint was filed—are time-barred.

## VIII.    Eighth Defense–Failure to Allege Fraud or Fraudulent Conspiracy with Particularity

Plaintiffs' and putative class members' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity. Plaintiffs attempt to avoid dismissal of their untimely claims by including "fraudulent concealment" allegations. Fraudulent concealment is subject to the heightened pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure. Plaintiffs have not plead with particularity, and cannot prove with evidence, that Fathom Defendants affirmatively misled Plaintiffs, and that Plaintiffs had either actual nor constructive knowledge of the facts giving rise to their alleged claims despite exercising diligence to try to uncover those facts.

## IX.    Ninth Defense–Laches/Waiver/Estoppel

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel. Plaintiffs delayed filing this lawsuit for an unreasonable and inexcusable length of time from the time Plaintiffs knew or reasonably should have known of their claims against Fathom Defendants. Plaintiffs failed to exercise diligence to discover their alleged claims, or Plaintiffs had either actual or constructive knowledge of the facts they contend give rise to their alleged claims but failed to assert those claims within a reasonable time. Plaintiffs were aware of the claims

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 102
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

they allege and intended to relinquish them.  Fathom Defendants have suffered prejudice in its ability to defend this case due to Plaintiffs' failure to assert their alleged claims within a reasonable time.  Plaintiffs are now estopped form asserting their claims because of such delay and waiver.

## X.    Tenth Defense–Unclean Hands

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of unclean hands, to the extent that Plaintiffs and putative class members have engaged in fraud or willful misconduct related to the subject matter of their claims or were significantly involved in illegal conduct, including illegal collective price-bargaining, price-fixing or other violations of the antitrust or unfair competition laws.

## XI.    Eleventh Defense–Lack of Damages/Mitigation

Antitrust plaintiffs have a duty to mitigate their damages.  Plaintiffs and putative class members have no damages or have failed to mitigate damages, if any.  Plaintiffs' and putative class members' alleged damages, if any, were not caused by Fathom Defendants.

## XII.    Twelfth Defense–Independent, Unforeseeable, Superseding, and/or Intervening Cause(s)

Plaintiffs' and putative class members' claims are barred, in whole or in part, because the injuries, damages, and losses alleged in the Complaint, none being admitted, may have resulted, at least in part, from independent, unforeseeable, superseding, and/or intervening causes including, but not limited to, independent market forces and actions by or decision made by other individuals or entities not party to this lawsuit.

## XIII.    Thirteenth Defense–Failure to State a Claim for Certification of a Class

Plaintiffs' class allegations are vague, overbroad, and otherwise fail to state a claim for class treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure. Among other things, Plaintiffs will be unable to show that common issues predominate over individual ones or that class treatment will be a superior method for resolution of this case as required to certify a class under Rule 23(b)(3).

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 103
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

## XIV.   Fourteenth Defense–Constitutional Right to Separate Trials

The class action claims are barred, in whole or in part, to the extent that certification of this action as a class action would violate Fathom Defendants' constitutional right to separate trials and/or to assert separate defenses for each claim by each putative class member.

## XV.   Fifteenth Defense–Due Process

The class action claims are barred, in whole or in part, to the extent that they seek to deprive Fathom Defendants of procedural and substantive safeguards, including, but not limited to, traditional defenses to liability, or duplicative recovery of alleged overcharges, in violation of the due process clause of the United States Constitution and analogous provisions of the California Constitution.  This includes that, to the extent Plaintiffs and the proposed class seek relief on behalf of purported class members who have not suffered any injury or damages, the Complaint and each of its claims for relief therein violate Fathom Defendants' rights to due process under the United States Constitution.

## XVI.   Sixteenth Defense–Acquiescence

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the Plaintiffs' knowing acquiescence to the restraints of trade alleged in the Complaint. Among other things, Plaintiffs and putative class members acquiesced in that alleged conduct, and their claims are barred, because Plaintiffs chose to remain in port, rather than exercise the option to fish on open ticket.

## XVII.   Seventeenth Defense–Duplicative Recovery

Plaintiffs' and putative class members' claims are barred in whole or in part to the extent that they seek or would recover double or duplicative recovery; for instance, by attempting to recover from Fathom Defendants any portion of their damages already paid by settling Defendants or other alleged co-conspirators, who have settled, or do settle, Plaintiffs' claims in this action.

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 104
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

## XVIII. Eighteenth Defense–Setoff

Plaintiffs' and putative class members' claims are barred, in whole or in part, by Fathom Defendants' right to set off any amounts paid by any Defendants or other alleged co-conspirators, who have settled, or do settle, Plaintiffs' claims in this action.

## XIX. Nineteenth Defense–Lack of Personal Jurisdiction

The Court lacks personal jurisdiction over claims asserted in this action.  Fathom Defendants do not consent to the exercise of personal jurisdiction, and assert that the exercise of jurisdiction over those claims would violate due process, because among other reasons, Fathom Defendants' states of incorporation and principal places of business are located outside of California. Fathom Defendants reserve the right to seek dismissal, or otherwise prevent the assertion by Plaintiffs, of those claims prior to the trial in this action.

## XX. Twentieth Defense–Multiple Conspiracies

Plaintiffs' and putative class members' claims are barred, in whole or in part, to the extent they rely on proof of a conspiracy different from, broader than, or narrower than the conspiracy alleged in the Sixth Amended Complaint, including, without limitation, where the evidence shows multiple localized or time-limited agreements (if any), and by different defendants (if any) in different locations and at different times, rather than a single, overarching conspiracy across all times and locations as alleged in the Fourth Amended Complaint.

## RESERVATIONS

Fathom Defendants adopt and incorporate by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to Fathom Defendants.  Fathom Defendants further reserve the right to amend this Answer for the purpose of asserting any such additional affirmative defenses.  Fathom Defendants further

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 105
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

reserve the right to assert other defenses as this action proceeds up to and including the time of trial.

### FATHOM DEFENDANTS' REQUEST FOR RELIEF

WHEREFORE, Fathom Defendants pray for relief as follows:

1.    That the Court award Fathom Defendants judgment in their favor on all of Plaintiffs' claims and dismiss this action with prejudice.

2.    That the Court award Fathom Defendants such other and further relief as it deems just and reasonable.

Fathom Defendants hereby demand a trial by jury of all aspects of the case so triable.

DATED this 20th day of July, 2026.

MCNAUL EBEL PLLC


By:    s/ *Micah C. Allred*
            Timothy B. Fitzgerald
            (WSBA No. 45103, *Pro Hac Vice*)
            Micah C. Allred
            (WSBA No. 63084, *Pro Hac Vice*)

600 University Street, Suite 2700
Seattle, Washington 98101
Tel:     (206) 467-1816
Fax:     (206) 624-5128
Email: tfitzgerald@mcnaul.com
            mallred@mcnaul.com

THOMPSON COBURN LLP
Lukas Sosnicki (CSB No. 295895)
Jose L. Lua-Valencia (CSB No. 324087)
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel:     (310) 282-2500
Email: lsosnicki@thompsoncoburn.com
            jlua-valencia@thompsoncoburn.com

*Attorneys for Defendants Alaska Ice Seafoods, Inc. and Long Fisheries, Inc.*

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 106
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**DECLARATION OF SERVICE**

On July 20, 2026, I caused to be served a true and correct copy of the foregoing document upon counsel of record, at the address stated below, via the method of service indicated:

| | | |
|---|---|---|
| Stuart George Gross<br>Travis Smith<br>Gross Klein PC<br>The Embarcadero, Pier 9, Suite 100<br>San Francisco, CA 94111<br>415-671-4628<br>tsmith@grosskleinlaw.com<br>sgross@grosskleinlaw.com<br>iatkinsonyoung@grosskleinlaw.com<br><br>Jan W. Jorritsma<br>Gross Klein PC<br>305 Broadway, Suite 777<br>New York, NY 10007<br>212-658-1219<br>f 646.626.6452<br>jjorritsma@grosskleinlaw.com<br><br>Matthew W Ruan<br>Samantha M. Gupta<br>Justice Jagher London & Millen LLC<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224-632-4500<br>mruan@jjlmlaw.com<br>sgupta@jjlmlaw.com<br><br>Matthew Sinclair Weiler<br>Raymond S. Levine<br>Schneider Wallace Cottrell Konecky LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94612<br>510-740-2930<br>mweiler@schneiderwallace.com<br>rlevine@schneiderwallace.com<br><br>Todd R. Gregorian<br>Jonathan G. Tamimi<br>Fenwick & West LLP<br>One Front Street, Floor 33<br>San Francisco, CA 94111<br>415-875-2300<br>tgregorian@fenwick.com<br>jtamimi@fenwick.com | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 107
3:23-cv-01098-AGT

MᴄNᴀᴜʟ Eʙᴇʟ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Steven Noel Williams
Steven Williams Law, P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
415-260-7909
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com
lnewcombe@stevenwilliamslaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| Edward C. Duckers<br>Charles H. Samel<br>Stoel Rives LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Email: ed.duckers@stoel.com<br>charles.samel@stoel.com | ☐ Via Messenger<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☑ Via ECF Service/ Email Service |

Matthew D. Segal
Michelle J. Rosales
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
matthew.segal@stoel.com
michelle.rosales@stoel.com

Timothy W. Snider
Alex Van Rysselberghe
Alexandra Choi Giza
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
timothy.snider@stoel.com
alex.vanrysselberghe@stoel.com
alexandra.giza@stoel.com
roxanne.forestiere@stoel.com
lauren.markovich@stoel.com

*Counsel for Defendants Pacific Seafood Procurement, LLC, Pacific Seafood Processing, LLC, Pacific Seafood Fleet, LLC, Pacific Seafood Distribution, LLC, Pacific Seafood Usa, LLC, Dulcich, Inc., Pacific Seafood – Eureka, LLC, Pacific Seafood – Charleston, LLC, Pacific Seafood – Warrenton, LLC, Pacific Seafood – Newport, LLC, Pacific Seafood – Brookings, LLC, Pacific Seafood – Westport, LLC, and Pacific Surimi –*

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 108
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

| | | |
|---|---|---|
| *Newport LLC* | | |
| Sean Gates<br>Illovsky Gates & Calia LLP 155 N. Lake Avenue, Suite 800<br>Pasadena, California 91101<br>sean@illovskygates.com<br><br>Eva Schueller<br>Illovsky Gates & Calia LLP<br>1611 Telegraph Avenue, Suite 806<br>Oakland, California 94612<br>eschueller@illovskygates.com<br><br>*Counsel for Defendants Blue River Seafood, Inc., Safe Coast Seafoods, LLC, and Safe Coast Seafoods Washington, LLC* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Christopher J. Kayser<br>Elizabeth E. Parker<br>Larkins Vacura Kayser<br>121 SW Morrison St., Suite 700<br>Portland, OR 97204<br>cjkayser@lvklaw.com<br>eparker@lvklaw.com<br>lyorgey@lvklaw.com<br><br>Brian A. E. Smith<br>Joseph J. Fraresso<br>Bartko LLP<br>1100 Sansome Street<br>San Francisco, CA 94111<br>bsmith@bartkolaw.com<br>jfraresso@bartkolaw.com<br><br>*Counsel for Defendants Ocean Gold Seafoods, Inc.* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Huechi Wong<br>HH Legal Group<br>2443 Fillmore St #380-4372<br>San Francisco, CA 94115<br>hwonglegal@gmail.com<br>huechi@hhdisputes.com | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Sean Tamura-Sato<br>Nandini Ruparel<br>MINAMI TAMAKI LLP<br>101 Montgomery Street, Suite 825 | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 109
3:23-cv-01098-AGT

San Francisco, CA 94104
seant@minamitamaki.com
nruparel@minamitamaki.com
lcasas@lcwlegal.com
creyes@minamitamaki.com
tcarrasco@minamitamaki.com;

*Counsel for Defendants American
Seafood Exp, Inc.*

| | | |
|---|---|---|
| Scott Cameron<br>Josiah Prendergast<br>Weintraub Tobin Chediak Coleman<br>Grodin 400 Capitol Mall, 11th Floor<br>Sacramento, California 95814<br>scameron@weintraub.com<br>JPrendergast@weintraub.com<br>DAguillen@weintraub.com<br>aespanapurpur@weintraub.com<br>JMelendez@weintraub.com<br><br>*Counsel for Defendants California<br>Shellfish Company, Inc. and Robert<br>Bugatto Enterprises, Inc.* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Colin W. Morrow<br>Vannucci Momsen Morrow<br>45060 Ukiah St., Ste. A<br>P.O. Box 1214<br>Mendocino, CA 95460<br>cmorrow@vmm-law.com<br><br>*Counsel for Defendants Caito Fisheries,<br>Inc., John Caito, James Caito, Jeanette<br>Caito, & Joseph Caito* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Steven J. Goon<br>Cameron Patel<br>Rutan & Tucker, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>sgoon@rutan.com<br>cpatel@rutan.com<br><br>*Counsel for Defendants Caito Fisheries,<br>LLC and Southwind Foods, LLC* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Steven McLellan<br>Claire Melehani<br>McLellan Law Group, LLP | ☐<br>☐<br>☐ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery |

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 110
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

| | | |
|---|---|---|
| 20665 4th Street, Suite 202<br>Saratoga, CA 95070<br>Steven@mclellanlawgroup.com<br>claire@mclellanlawgroup.com<br>Sara@mclellanlawgroup.com<br>elizabeth@mclellanlawgroup.com<br><br>*Counsel for Defendants Fishermen's Catch, Inc.* | ☑ | Via ECF Service/ Email Service |
| Ann A.P. Nguyen<br>Bonnie M. Ross<br>Messner Reeves LLP<br>160 W Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>anguyen@messner.com<br>bross@messner.com<br><br>*Counsel for Defendants Global Quality Foods, Inc.* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Bao-Quan P. Pham<br>Bao-Quan Pham Law<br>345 N. 18th Street<br>San Jose, CA 95112<br>baopham408@sbcglobal.net<br><br>*Counsel for Defendants Global Quality Seafood LLC* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Philip J. Wang<br>Traci Michelle Keith<br>George E. Chikovani<br>Putterman Yu Wang LLP<br>345 California St., Suite 1160<br>San Francisco, CA 94104<br>pwang@plylaw.com<br>ayoung@plylaw.com<br>gchikovani@plylaw.com<br>tkeith@plylaw.com<br><br>*Counsel for Defendants Ocean King Fish Inc.* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| J. Timothy Hobbs, Jr.<br>K&L Gates LLP<br>501 Commerce Street, Ste. 1500<br>Nashville, Tennessee 37203<br>tim.hobbs@klgates.com | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 111
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Henry J. Brockway
K&L Gates LLP
925 Fourth Avenue, Ste. 2900
Seattle, Washington 98104
Henry.Brockway@klgates.com

Victoria S. Pereira Duarte
K&L Gates LLP
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Victoria.Duarte@klgates.com

Michael Stortz
K&L Gates LLP
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Michael.Stortz@klgates.com
trudy.tessaro@klgates.com

*Counsel for Defendants Bornstein*
*Seafoods, Inc. and Astoria Pacific*
*Seafoods, LLC*

| | | |
|---|---|---|
| Robert Green<br>Law Offices of Robert A. Green, Inc.,<br>P.S.<br>PO Box 40179<br>Bellevue, WA 98015<br>robert@rgreenlaw.com<br><br>Theresa H. Rava<br>John G. Young<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4000<br>Seattle, WA 98101<br>trava@williamskastner.com<br>jyoung@williamskastner.com<br><br>*Counsel for Defendant Pacific Dream,*<br>*Seafood, Inc.* | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |
| Michael Stephen Myers<br>Ballard Spahr<br>2029 Century Park Estate, Suite 1400<br>Los Angeles, CA 90067<br>myersm@ballardspahr.com<br><br>Christopher Wyant<br>Ballard Spahr<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>wyantc@ballardspahr.com | ☐<br>☐<br>☐<br>☑ | Via Messenger<br>Via U.S. Mail<br>Via Overnight Delivery<br>Via ECF Service/ Email Service |

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 112
3:23-cv-01098-AGT

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

| | |
|---|---|
| Jessica Rizzo<br>Ballard Spahr<br>1735 Market St, Fl 51<br>Philadelphia, PA 19103<br>rizzoj@ballardspahr.com<br><br>*Counsel for Defendant Great Ocean Seafood Inc.* | |
| David J. Aveni<br>Colin Vincent Quinlan<br>John Ryan Danos<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>555 South Flower Street, Ste 2900<br>Los Angeles, California 90071<br>david.aveni@wilsonelser.com<br>john.danos@wilsonelser.com<br>colin.quinlan@wilsonelser.com<br><br>*Counsel for Defendant Da Yang Seafood Inc.* | ☐  Via Messenger<br>☐  Via U.S. Mail<br>☐  Via Overnight Delivery<br>☑  Via ECF Service/ Email Service |

I declare under penalty of perjury under the laws of the State of Washington and the Northern District of California that the foregoing is true and correct.

Dated this 20th day of July, 2026, at Seattle, Washington.

 *s/ Olivia Jimenez*
  Olivia Jimenez, Legal Assistant

FATHOM DEFS.' ANSWER & AFFIRMATIVE DEFENSES TO
PLS.' 6TH AM. CLASS ACTION COMPLAINT – Page 113
3:23-cv-01098-AGT

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816