UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

          Plaintiffs,

    v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

          Defendants.

Case No.  23-cv-01098-AGT

**ORDER ON MOTION TO SEAL**

Re: Dkt. No. 741

The Court denies the administrative motion to consider whether another party's material should be sealed. Dkt. 741. The designating party didn't file a statement in support of sealing. Civil L.R. 79-5(f)(3).

By July 29, 2026, the moving parties must file unredacted publicly available versions of the documents covered by the sealing motion.

    **IT IS SO ORDERED.**

Dated: July 22, 2026

_____
Alex G. Tse
United States Magistrate Judge