# EXHIBIT 9

EXHIBIT FILED UNDER SEAL