# EXHIBIT 10

# Delete messages and attachments in Messages on iPhone

You can delete text messages, attachments, and entire conversations from your iPhone anytime, without affecting what your recipients see.

**Tip:** Use Undo send to retract (within 2 minutes) a message you sent accidentally, deleting it from both your phone *and* your recipient's phone.

Deleted messages and attachments remain in your Recently Deleted folder for up to 30 days, and you can recover them.

## Delete messages and attachments

1. Go to the Messages app on your iPhone.
2. Open a conversation, touch and hold a message bubble or attachment, then tap More.
3. Select the messages or attachments you want to delete, then tap .

You can also delete a conversation entirely.

## Delete multiple photos, videos, or other attachments

1. Go to the Messages app on your iPhone.
2. Tap the contact or group icon at the top of the conversation.
3. Tap a category, such as Photos.

   **Tip:** To see only only one kind of image, tap at the bottom left, then tap Screenshots, Videos, or Photos.
4. Tap Edit, then tap Select.
5. Tap each attachment you want to delete, tap , then tap to confirm the number of attachments you want to delete.

## Delete a conversation

1. Go to the Messages app on your iPhone.
2. In the conversation list, do one of the following:

- Swipe left on the conversation, then tap 🗑.

- Touch and hold the conversation, then tap Delete.

---

## Delete multiple conversations

1. Go to the Messages app on your iPhone.
2. At the top of the conversation list, tap Edit.
3. Tap Select Messages, then select conversations you want to delete.
4. Tap 🗑, then tap Delete.




---

## Permanently remove recently deleted messages and attachments

Deleted messages and attachments remain in the Recently Deleted folder for 30 days, but you can permanently remove them before that.

1. Go to the Messages app on your iPhone.
2. Tap at the top of the conversation list, then tap Recently Deleted.
3. Select the conversations whose messages you want to delete permanently, tap 🗑, then tap Delete.

   **Important:** This can't be undone.

---

## Automatically delete old messages

You can delete messages and attachments that are older than 30 days or a year old, on an ongoing basis.

1. Go to the Settings app on your iPhone.
2. Tap Apps, then tap Messages.
3. Scroll down, tap Keep Messages (below Message History), then choose an option.

**Important:** If you choose an option other than Forever, your conversations (including all attachments) are automatically removed after the specified time period elapses.

---

If you use Messages in iCloud, deleting a message or conversation on your iPhone deletes it from all your devices where Messages in iCloud is turned on. See Keep your messages up to date with iCloud in the iCloud User Guide.

*Note:* Deleting messages only affects your iPhone and other Apple devices where you're signed in to the same Apple Account. You can't delete messages, attachments, and conversations for anyone else.

To delete everything (not just your messages), see Erase iPhone.

See also

Unsend and edit messages on iPhone

Screen and filter text messages on iPhone

Automatically delete one-time verification codes

Previous
Report spam and block senders

Next
Recover deleted messages

Helpful? Yes No



Copyright © 2026 Apple Inc. All rights reserved. Privacy Policy | Terms of Use | Sales and Refunds | Site Map United States