# EXHIBIT 11

EXHIBIT FILED UNDER SEAL