# EXHIBIT 13

EXHIBIT FILED UNDER SEAL