# EXHIBIT 14

EXHIBIT FILED UNDER SEAL