# EXHIBIT 15

EXHIBIT FILED UNDER SEAL