# EXHIBIT 16

EXHIBIT FILED UNDER SEAL