# EXHIBIT 17

EXHIBIT FILED UNDER SEAL