# EXHIBIT 19

# HUECHI WONG, ESQ.

## ATTORNEY AT LAW

Office Address: 2701 Telegraph Avenue, Suite 200
Oakland, CA 94612
**Mailing Address: 2443 Fillmore St., #380-4372**
**San Francisco, CA 94115**
Tele: (510) 402-5333 / Fax: (510) 730-0934
hwonglegal@gmail.com


May 14, 2026

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

Re: Text messages from phones of Vicky, Todd, and Robin.

Dear Mr. Gross,

In April 2025, I spoke with Vicky, Todd, and Robin about the communications on their cell phones. They were told their messages will have to be produced at a later date and to not delete their messages.

On April 4, 2026, I contacted Vicky and Todd in anticipation of my upcoming trip to Gold Beach and Port Orford in Oregon to examine and extract relevant communications from their phones. I was informed that they used clamshell flip phones and they did not have many messages as they had a habit of clearing their phone data on almost a daily basis.

Specifically, Vicky has worked for Nor-Cal Seafood, Inc. since 2001. She is 70 years' old and has always had a flip phone since 2000. She has never had a smart phone. She's had the habit of clearing her phone calls and messages every couple of days since she's had a phone.

Todd has worked for Nor-Cal Seafood, Inc. for 8 years. Todd is 65 years' old. He has always had a flip phone and has never had a smart phone. Todd clears his messages after he's done speaking with a person so he could have a "fresh sheet." Todd has done this with his phone for the last 15 years since he got a phone.

Robin has a smart phone and has not deleted any messages since he started working for Nor-Cal Seafood, Inc. approximately 2 years ago.

I hope this clears things up.

Respectfully,

____________________________
Huechi Wong, Esq.