# EXHIBIT 21

**Platform:** Messages **Name:** Vicky PO NC **Timezone:** UTC-0700

VN Vicky PO NC

Kevin's Lee #13

2023/02/28

Vicky PO NC

VN No boats out today weather bad . Planning on shipping today
12:19:44 am

Kevin's Lee #13

No . Hop boat out tomorrow. Then we ship out
12:20:53 am

Vicky PO NC

Okay
12:21:38 am

VN Hallmark paying 2.50 for crab tomorrow
02:45:28 am

Kevin's Lee #13

Matching
03:11:33 am

Please
03:11:37 am

Vicky PO NC

VN Okay thanks
03:12:26 am

✓ Read