# EXHIBIT 22

**Platform:** Messages **Name:** Vicky PO NC **Timezone:** UTC-0700

VN Vicky PO NC

Kevin's Lee #13

2024/01/11

Vicky PO NC

VN

So far 5 crab boats out today
12:24:41 am

Kevin's Lee #13

Ok thanks
12:24:49 am

Vicky PO NC

VN

Are we shipping today
02:24:38 am

Kevin's Lee #13

Tomorrow
02:26:31 am

Any fish boat out
02:26:49 am

How many lbs u think we have crab in today
02:28:47 am

Vicky PO NC

Hallmark at 3.50 ozzy 4.00 are we still at 3.75 no fish boats . First boat in 163 lbs
02:30:18 am

VN

Maybe 4000 lbs
02:31:06 am

Kevin's Lee #13

That Ozzie guys still paying that price
02:32:35 am

Vicky PO NC

VN

Yes
02:32:58 am

Kevin's Lee #13

Yes . U do your best please. Make sure you let hallmark know the problem. Why we have to paying 3.75 . Because that idiot paying 4.00 . We don't want boat go over to him
02:34:25 am

Vicky PO NC

VN

Total lbs of crab 6561
11:17:57 am

✓ Read