# EXHIBIT 24

**Platform:** Messages **Name:** (Mike )Hallmark Brooking **Timezone:** UTC-0700

(Mike )Hallmark Brooking

Kevin's Lee #13

2023/05/05

(Mike )Hallmark Brooking

Triple g Ozzie is in port paying $4.75
03:39:30 am

Kevin's Lee #13

Just matching
03:40:09 am

How many lbs we have
03:40:26 am

(Mike )Hallmark Brooking

Ok
03:40:27 am

Kevin's Lee #13

Don't let boat go to them
03:40:45 am

(Mike )Hallmark Brooking

4-5k
03:40:47 am

Kevin's Lee #13

Ok
03:40:57 am

(Mike )Hallmark Brooking

I won't
03:41:00 am

Kevin's Lee #13

Did he getting any crab
03:41:07 am

There
03:41:14 am

U help me Trying get all crabber there . Kick him out
03:42:02 am

(Mike )Hallmark Brooking

Ok
03:42:46 am

Kevin's Lee #13

That guy is trouble maker . He trying still from us at port orford too
03:43:42 am

(Mike )Hallmark Brooking

And he stealing from fisherman too
03:44:22 am

Kevin's Lee #13

Not good. He is a fisherman at Ureka. Now he trying be buyer with no running capital. Talk big .
03:45:35 am

(Mike )Hallmark Brooking

Stealing
03:57:24 am

Kevin's Lee #13

Not good.
03:59:39 am

(Mike )Hallmark Brooking

Not at all
04:02:39 am

✓ Read

Kevin's Lee #13

Because him . I have to paying Trinidas 4.50 today
04:29:48 am

I only paying 3.75 Trinidas
04:30:28 am

Last few pickup
04:30:38 am