# EXHIBIT 25

**Platform:** Messages **Name:** (Mike )Hallmark Brooking **Timezone:** UTC-0700

(Mike )Hallmark Brooking

Kevin's Lee #13

2021/03/23

Kevin's Lee #13

Good morning sir!
Are you still buying crab there for hallmark? If hallmark not buying. Can you buy for me ( NorCal ? Please let me know please. Thanks Mike
10:49:11 pm

(Mike )Hallmark Brooking

Yes I am. You will have to talk to Crystal
11:42:08 pm

Kevin's Lee #13

No problem. We still have boat out crabbing there
11:42:51 pm

(Mike )Hallmark Brooking

Yes 4
11:43:55 pm

Kevin's Lee #13

Ok . Just do your best
11:44:18 pm

The same as every year , that we working together
11:44:58 pm

(Mike )Hallmark Brooking

Not much crab
11:45:11 pm

Kevin's Lee #13

U still have NorCal book there
11:45:24 pm

What ever they have . We combine the load anyway
11:45:56 pm

This year was bad year not much crab at all
11:46:32 pm

(Mike )Hallmark Brooking

I'm still buying for Hallmark
11:46:43 pm

You will have to talk to Crystal about when we are going to buy for NorCal
11:47:03 pm

✓ Read

Kevin's Lee #13

If they go out fishing let me know please. Price 6.00?
11:47:27 pm