# EXHIBIT 26

**Platform:** Messages **Name:** Hallmark (Scott Adam)Cell **Timezone:** UTC-0700

Hallmark (Scott Adam)Cell

Kevin's Lee #13

2020/04/08

Hallmark (Scott Adam)Cell

Do you want to buy crab in Brookings?
12:42:56 am

Kevin's Lee #13

Yes
12:43:05 am

Hallmark (Scott Adam)Cell

Okay 👍
12:43:21 am

I've been buying 1 day a week. I'll let Mike know so talk to him on deliveries after today.
12:45:15 am

Kevin's Lee #13

Let me known. We can do 2 time a week
12:45:39 am

Hallmark (Scott Adam)Cell

Okay 👍
12:45:58 am

Kevin's Lee #13

Thanks
12:46:25 am

Hallmark (Scott Adam)Cell

What days?
12:46:28 am

Kevin's Lee #13

Tuesday & Friday
12:47:52 am

Or Sunday & Thursday be ok too
12:48:23 am

Hallmark (Scott Adam)Cell

I'll tell them 541-661-0642 Mikes cell.
12:49:50 am

✓ Read

Kevin's Lee #13

Ok
12:50:06 am