# EXHIBIT 27

**Wednesday, June 10, 2026 at 10:22:04 AM Pacific Daylight Time**

---

**Subject:** RE: Crab - Hallmark Production & Discovery
**Date:** Friday, May 22, 2026 at 5:41:12 PM Pacific Daylight Time
**From:** Scott Cameron
**To:** Stuart Gross, Samantha Gupta
**CC:** Matthew Ruan, Ian Atkinson-Young, Ross Middlemiss, Raymond S. Levine
**Attachments:** image001.png, image002.png

Stu,

I'm definitely not refusing to meet and confer. Best time for me would be Thursday after 2:00 next week. Please let me know if that works for you.

We completed a supplemental collection of text messages from Hallmark employees this week. I'm waiting to hear from the vendor and get the collection from them so I can start our next production. As for the text message you sent me previously, I have confirmed that Mike Ryder is a former Hallmark employee. He left Hallmark a little over a year ago. I cannot add him as a custodian, nor do I believe there would have been reason to do so if he was still an employee. I was told his communications were in-person at the dock, and did not communicate via text or email regarding business. One text message would not have justified his becoming a custodian. In any event, as a former employee, I don't have access to him.

Happy to talk on Thursday. Have a good weekend. Thanks,

**Scott Cameron**
Of Counsel

**Direct:** 916.558.6149
**Email:** SCameron@weintraub.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Friday, May 22, 2026 5:30 PM
**To:** Samantha Gupta <sgupta@jjlmlaw.com>; Scott Cameron <scameron@weintraub.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** [EXTERNAL] Re: Crab - Hallmark Production & Discovery

Scott,

Please let me know your availability early next week to discuss these issues. They have been outstanding too long. If I don't hear from you by Wednesday, I will inform the Court that you have refused to meet and confer regarding these issues and will bring a motion to compel.

Best,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

---

**From:** Samantha Gupta <sgupta@jjlmlaw.com>
**Date:** Friday, May 15, 2026 at 5:25 PM
**To:** Scott Cameron <scameron@weintraub.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Scott,

It has now been two months since you indicated you would be providing a response to our February 24 letter, and more than two weeks since you said you would follow up with your client regarding the text message attached to Stu's April 27 email. We have yet to receive a response on either, or on the other outstanding items relating to Hallmark's production.

We ask that Hallmark provide its response as soon as possible. Please let us know your availability for a call next week. Absent a response, we will have no choice but to involve the Court.

Best,

Samantha

SAMANTHA M. GUPTA | ASSOCIATE

JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: (224) 632-4500
Web: www.jjlmlaw.com

JJLM JUSTICE JAGHER LONDON & MILLEN

This transmission may contain privileged and confidential information intended only for the designated recipient. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

PLEASE NOTE NEW FIRM NAME, EMAIL AND WEB ADDRESS

---

**From:** Scott Cameron <scameron@weintraub.com>
**Sent:** Monday, April 27, 2026 8:16 PM
**To:** Stuart Gross <sgross@grosskleinlaw.com>; Samantha Gupta <sgupta@jjlmlaw.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** RE: Crab - Hallmark Production & Discovery

Thanks, Stu.  I'll reach out to my client and let you know.

**Scott Cameron**
Of Counsel

**Direct:** 916.558.6149
**Email:** SCameron@weintraub.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Monday, April 27, 2026 5:14 PM
**To:** Scott Cameron <scameron@weintraub.com>; Samantha Gupta <sgupta@jjlmlaw.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** [EXTERNAL] Re: Crab - Hallmark Production & Discovery

Attached is a PDF of the text. Though, I am sure there is a way, I can't get the system to provide in the PDF the phone numbers that show up in the native; thus, I've also attached a screenshot of the native which has the phone numbers.

---

Stuart G. Gross

Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

---

**From:** Scott Cameron <scameron@weintraub.com>
**Date:** Monday, April 27, 2026 at 4:59 PM
**To:** Stuart Gross <sgross@grosskleinlaw.com>; Samantha Gupta <sgupta@jjlmlaw.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Subject:** RE: Crab - Hallmark Production & Discovery

Stu, I can't open the attachment. Can you send it in a different format? Thanks,

**Scott Cameron**
Of Counsel

**Direct:** 916.558.6149
**Email:** SCameron@weintraub.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Monday, April 27, 2026 4:57 PM
**To:** Samantha Gupta <sgupta@jjlmlaw.com>; Scott Cameron <scameron@weintraub.com>
**Cc:** Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** [EXTERNAL] Re: Crab - Hallmark Production & Discovery
**Importance:** High

Scott,

When you do so, please also confirm: (1) that the attached text message is between Kevin Lee and an employee of Hallmark; (2) the name and position of that employee; and (3) Hallmark will add this individual as a custodian.

Best,

Stu

---

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

---

**From:** Samantha Gupta <sgupta@jjlmlaw.com>
**Date:** Monday, April 27, 2026 at 9:00 AM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@jjlmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery
Scott,

I am writing to follow up on my message below. We ask that Hallmark provide its response as soon as possible. Please let us know your availability to discuss.

Best,
Samantha

---

SAMANTHA M. GUPTA | ASSOCIATE

JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: (224) 632-4500
Web: www.jjlmlaw.com

JUSTICE JAGHER LONDON & MILLEN

This transmission may contain privileged and confidential information intended only for the designated recipient. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

PLEASE NOTE NEW FIRM NAME, EMAIL AND WEB ADDRESS

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Monday, March 23, 2026 12:03 PM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Scott,

It has now been nearly three weeks since you indicated that you would be providing a response to our February 24 letter, and we have yet to receive one. We ask that Hallmark provide its response as soon as possible; please let us know your availability this week to discuss.

Best,
Samantha

---

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

FREED KANNER LONDON & MILLEN LLC

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Scott Cameron <scameron@weintraub.com>
**Sent:** Tuesday, March 3, 2026 2:48 PM
**To:** Samantha Gupta <sgupta@fklmlaw.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-

Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** RE: Crab - Hallmark Production & Discovery

Samantha,

I am currently working with my client to obtain information necessary to respond to Matthew Ruan's letter of February 24, 2026. As you know, there are a large number of issues he identified in his letter, and it will take some time to gather the information to respond to all of them. I hope to be able to respond in the next week or two. If there is something you are referring to in your email that is not included in Matthew's letter, please specify any additional issues you'd like me to address and I will include them in my response.

Again, I am happy to meet and confer with you regarding both side's discovery obligations. But a call now would not be productive until I have the information necessary to respond to the complicated issues in this case. Thanks,

**Scott Cameron**
Of Counsel

**Direct:** 916.558.6149
**Email:** SCameron@weintraub.com

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Monday, March 2, 2026 11:45 AM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** [EXTERNAL] Re: Crab - Hallmark Production & Discovery

Scott,

I am writing again to follow up on Hallmark's production and related discovery issues. Please let us know your availability to discuss.

Thank you,
Samantha

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069

Main: 224.632.4500
Fax: 224.632.4521

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Tuesday, February 17, 2026 10:59 AM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Scott,

I am writing to follow up on the issues we discussed on the last call. Please let us know your availability for a meet and confer this week.

Best,
Samantha

---

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Friday, January 16, 2026 6:56 PM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Scott,

Please see the attached correpondence, following up on issues discussed during our December 22 meet and confer.

Best,
Samantha

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

FREED KANNER LONDON & MILLEN LLC

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Monday, December 22, 2025 6:18 PM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Scott,

As discussed, the attached outlines what we're seeking with respect to transactional data.

Best,
Samantha

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Thursday, December 18, 2025 11:26 AM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** Re: Crab - Hallmark Production & Discovery

Thanks, Scott. We are also available. I can circulate an invite for 3 pm (PT).

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

---

**From:** Scott Cameron <scameron@weintraub.com>
**Sent:** Wednesday, December 17, 2025 7:21 PM
**To:** Samantha Gupta <sgupta@fklmlaw.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** RE: Crab - Hallmark Production & Discovery

Samantha,

I can talk Monday afternoon between 1:00 and 4:00 Pacific. Thanks,

Scott
**Scott Cameron**
Of Counsel

**Direct:** 916.558.6149
**Email:** SCameron@weintraub.com

---

**From:** Samantha Gupta <sgupta@fklmlaw.com>
**Sent:** Wednesday, December 17, 2025 12:54 PM
**To:** Scott Cameron <scameron@weintraub.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> <rmiddlemiss@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com> <rlevine@schneiderwallace.com>
**Subject:** [EXTERNAL] Crab - Hallmark Production & Discovery

Scott,

I'm following up on my message from last month requesting a meet and confer regarding ongoing discovery issues. Please let us know your availability later this week or on Monday to discuss the issues below, as well as other matters relating to Hallmark's ongoing discovery obligations.

In particular, we would like to better understand the status of Hallmark's production of text messages responsive to Requests Nos. 26 and 33. Given the relatively small number of text messages produced to date, both overall and with respect to certain custodians, we would also like to understand the scope of Defendants' search efforts. For example, Hallmark has only produced 2 text messages for Gene Bugatto.

As far as scope, please explain whether Hallmark's search for responsive text messages was limited to communications with the individuals listed on Plaintiffs' spreadsheets, or whether it was supplemented by its own investigation and discussions with custodians regarding responsive communications. We would also like confirmation as to which version or versions of the spreadsheets were used in conducting those searches.

Finally, please advise on the status of Hallmark's production of text messages from J.D. Evanow, as none have been produced so far.

Thank you,
Samantha

**Samantha M. Gupta** (she/her)
Associate
**Freed Kanner London & Millen LLC**
100 Tri-State International, Suite 128
Lincolnshire, Illinois 60069
Main: 224.632.4500
Fax: 224.632.4521

FREED KANNER LONDON & MILLEN LLC

**PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Freed Kanner London & Millen LLC immediately at (224) 632-4500 or by return e-mail.**

**weintraub | tobin**
**weintraub tobin chediak coleman grodin** law corporation
400 Capitol Mall, 11th Floor, Sacramento, California 95814 | 916.558.6000 | www.weintraub.com
Sacramento | Los Angeles | Newport Beach | San Diego | San Francisco
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.