# EXHIBIT 30

Chrystal Hallmar...

Sunday, February 26

I just had a question to about how you told me if I was not selling you everything that you would not buy my crab but I notice it's ok for 5 our 6 of your boats to sell to my buyer out of California and then sell ti you other days like nothing but you wouldn't even buy anything from me my crab and I

View all

Read
1:20 PM

Joel I would have to have a list of boat names and the days they delivered we have had many no buy days since this season started

1:22 PM

Thursday, April 6

Guess your no buy day was yesterday again when your boat Lacy Bell selling to my buyer yesterday 5 thousand pounds guess he is not to exclusive because it is not his first time selling to my buyer and I am sure he used Hallmarks bait to catch the crab he sold my buyer yesterday

Read
10:17 AM