# EXHIBIT 31

**Platform:** Messages **Name:** Hallmark (Crystal) **Timezone:** UTC-0700

Hallmark (Crystal)

Kevin's Lee #13

2021/08/08

Hallmark (Crystal)

This is Crystal from Hallmarks. Is there any live crab available for us?
05:41:15 am

Kevin's Lee #13

Let me check tomorrow see when .
05:43:51 am

I'm waiting for payment come . So I can get more . I'm broke now . I'm not have enough money turning. . I'm already paid for all crab that I purchased for hallmark. But . Just seen 1 check came . So far .
05:47:39 am

Sent an attachment
Title: 2021-08-08 12 51 06 - Hallmark (Crystal) - 64987911821__590B1D2F-6519-4C23-AC1D-2A6.HEIC
Size: 2 MB
Type: image/heic
05:51:06 am

Hallmark (Crystal)

I understand.  I will call corporate in the morning and make sure they understand the effects of lack if payment
05:54:58 am

✓ Read

Kevin's Lee #13

Thanks.
05:55:31 am

We only have about 4-5 mil for running capital. With all purchase I have . Canandian product, payment next day after dropping off. I got live crab too . That why I'm broke. Ha ha ha . All my money on street. Not come back fast enough. I have to slow down.

06:02:15 am