# EXHIBIT 32

**From:** **Ross Middlemiss** rmiddlemiss@grosskleinlaw.com
**Subject:** Re: Fw: Bornstein Response to Subpoena - Little v. Pacific Seafood
**Date:** August 21, 2024 at 5:37 PM
**To:** Jonathan Charnitski jonathan@texastowinglawyer.com
**Cc:** Stuart Gross sgross@grosskleinlaw.com, squinn@barronlaw.com, Ian Atkinson-Young iatkinsonyoung@grosskleinlaw.com, mruan@fklmlaw.com, Mona Tucker Mona@texastowinglawyer.com

RM

Jonathan,

Thank you for providing the text messages and the list of custodians of emails. Please keep me posted on when you expect to produce the responsive emails, pending your review.

Bornstein is now a defendant in this action, and as such, it is not entitled to cost shifting.

Thanks,

Ross

On Mon, Aug 19, 2024 at 2:02 PM Jonathan Charnitski <jonathan@texastowinglawyer.com> wrote:

> Hi Ross,
>
> Find below the list of custodians at Bornstein. Will loop back on the remaining items once I have more info. Thanks.

| First | Last | Title | Email |
|---|---|---|---|
| Andrew | Bornstein | EVP | andrew@bornstein.com |
| Riley | Seeger | Salesperson | riley@bornstein.com |
| Todd | Flukinger | Salesperson | ToddF@bornstein.com |
| Doug | Heater | Salesperson | doug@bornstein.com |
| Kevin | Larsen | Salesperson | kevinl@bornstein.com |
| Pablo | Bermudez | Production Manager | pablo@bornstein.com |
| Shari | Jackson | Production Manager | sjackson@bornstein.com |
| Jorge | Diaz | Production Manager | Jorge@bornstein.com |
| Juan | Delgado | Director of Ops | juan@bornstein.com |
| Scott | Albrecht | QA Manager | ScottA@bornstein.com |
| Javier | Peralta | Production Manager | javier@bornstein.com |
| Jake | Knutzen | Salesperson | jakek@bornstein.com |
| Greg | Hanson | CFO | gregh@bornstein.com |
| Colin | Bornstein | CEO | colin@bornstein.com |
| Blayde | Lawson | General Manager | Blayde@bornstein.com |
| Vic | Christianson | Salesperson | vic@bornstein.com |
| Paige | Johnson | Supply Chain Manager | paige@bornstein.com |
| Marco | Vargas | General Manager | marco@bornstein.com |
| Kyl | Wood | Production Manager | kyl@bornstein.com |
| Mike | Potruff | Salesperson | mikep@bornstein.com |
| Carlos | Palacios | General Manager | Carlos@bornstein.com |

Regards,

Jonathan W. Charnitski

THE WALTERS FIRM

2219 RIMLAND DR. STE 301

BELLINGHAM, WA 98226

PHONE (512) 236-1114

DIRECT (360) 763-0006

FAX (512) 236-1292

THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Jonathan Charnitski
**Sent:** Saturday, August 17, 2024 3:33 PM
**To:** 'Ross Middlemiss' <rmiddlemiss@grosskleinlaw.com>
**Cc:** sgross@grosskleinlaw.com; squinn@barronlaw.com; iatkinsonyoung@grosskleinlaw.com; mruan@fklmlaw.com; Mona Tucker <Mona@texastowinglawyer.com>
**Subject:** RE: Fw: Bornstein Response to Subpoena - Little v. Pacific Seafood

Hi Ross,

You should have in the production folder the last set of text messages from Andrew

You should have in the production folder the last set of text messages from Andrew Bornstein that we discussed yesterday.

Regarding the emails, it looks like the universe of emails is down to just under 10,000. While it's not a small number, without the benefit of having seen them yet it doesn't seem unmanageable to get those turned around fairly quickly.

I've also obtained a list of the individuals from whose accounts the responsive emails are coming. These are the same folks whose text messages we are working on obtaining as well. That list is pasted below and I'll have the list of those individuals' full names over as soon as I get my hands on it.

Last thing I'm waiting on is a cost estimate from our client to comply with this subpoena. As I've mentioned, it is our client's position that this information is not reasonably accessible due to undue burden and cost under F.R.C.P. 45(e)(1)(D). I hope we can come to agreement on Plaintiffs covering some of those costs and will have the information needed to start that discussion hopefully early this week.

Please let me know if there are any other items I've missed and I'm happy to follow up. Thanks.

doug@bornstein.com
riley@bornstein.com
kevinl@bornstein.com
Blayde@bornstein.com
vic@bornstein.com
Jorge@bornstein.com
Carlos@bornstein.com
gregh@bornstein.com
paige@bornstein.com
Mikes@bornstein.com
marco@bornstein.com
kyl@bornstein.com
sjackson@bornstein.com
colin@bornstein.com
pablo@bornstein.com
ToddF@bornstein.com
andrew@bornstein.com
juan@bornstein.com
ScottA@bornstein.com
jakek@bornstein.com
mikep@bornstein.com

Regards,

Jonathan W. Charnitski

THE WALTERS FIRM

2219 RIMLAND DR. STE 301

BELLINGHAM, WA 98226

PHONE (512) 236-1114

DIRECT (360) 763-0006

FAX (512) 236-1292

THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
**Sent:** Thursday, August 15, 2024 7:28 PM
**To:** Mona Tucker <Mona@texastowinglawyer.com>
**Cc:** sgross@grosskleinlaw.com; Jonathan Charnitski <jonathan@texastowinglawyer.com>; squinn@barronlaw.com; iatkinsonyoung@grosskleinlaw.com; mruan@fklmlaw.com
**Subject:** Re: Fw: Bornstein Response to Subpoena - Little v. Pacific Seafood

Jonathan,

We received the production without issue, thanks.

On our call yesterday, you noted there might be more text messages to come, can you provide an update concerning production of any further text messages from either Andrew Bornstein or Mr. Freels, and/or from other custodians?

Do you have an update on when Bornstein expects to start producing emails?

Thanks,

Ross

On Thu, Aug 15, 2024 at 5:50 PM Mona Tucker <Mona@texastowinglawyer.com> wrote:

> Mr. Gross ~
>
> The Bornstein documents have been uploaded to the Box folder. Please let us know if you have any trouble opening them.
>
> Mona H. Tucker, ACP
>
> Advanced Certified Paralegal
>
> THE WALTERS FIRM
>
> 611 West 14th Street
>
> Austin, TX 78701
>
> phone (512) 236-1114 fax (512) 236-1292
>
> The information in this email transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please notify the sender by email reply. Thank you.
>
> ---
>
> **From:** Stuart Gross <sgross@grosskleinlaw.com>
> **Sent:** Thursday, August 15, 2024 5:22 PM
> **To:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
> **Cc:** Jonathan Charnitski <jonathan@texastowinglawyer.com>; Sallye Quinn <squinn@barronlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
> **Subject:** Re: Bornstein Response to Subpoena - Little v. Pacific Seafood

Jonathan,

I am not seeing any uploaded documents in the shared location.

Please upload them this evening.

Best,

Stu

---

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Aug 15, 2024, at 8:12 AM, Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> wrote:

Jonathan,

I've sent you an invite to the shared location. Please remind me the name/email of your colleague to whom I should also grant access? Let me know if there are any technical issues. Thanks.

On Thu, Aug 15, 2024 at 7:46 AM Jonathan Charnitski <jonathan@texastowinglawyer.com> wrote:

Hi Ross,

Just let me know when you have the Box link ready - we have some of the text messages we discussed yesterday ready to produce. As I mentioned, I'm traveling today, but will be available by email as wifi permits. Thanks.

Regards,

Jonathan W. Charnitski

<image001.png> <image002.png>

**2219 Rimland Dr. Ste 301**

**Bellingham, WA 98226**

**Phone (512) 236-1114**

**Direct (360) 763-0006**

**Fax (512) 236-1292**

THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
**Sent:** Wednesday, August 14, 2024 11:03 AM
**To:** Jonathan Charnitski <jonathan@texastowinglawyer.com>
**Cc:** Sallye Quinn <squinn@barronlaw.com>; Stuart Gross <sgross@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
**Subject:** Re: Bornstein Response to Subpoena - Little v. Pacific Seafood

Jonathan,

Do you have an update on Bornstein's production of responsive documents? As I noted in previous communications, we are amenable to receiving responsive documents on a rolling basis in order to speed the process.

Please respond at your earliest opportunity, thanks.

Ross

On Wed, Aug 7, 2024 at 5:13 PM Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> wrote:

> Jonathan,
>
> Thanks for the update on the email and text search, and for the heads up concerning potential meet and confer down the road.
>
> Regarding text messages, yes, we are requesting the full body of text messages. We have used Cellebrite to extract text messages in previous cases (see the attached example). Their website is: https://cellebrite.com/en/home/, with further information available here: https://cellebrite.com/en/digital-evidence-type/text-message-evidence/. We provided this info to Sallye previously, so your client might already be familiar, but I wanted to make sure you have it as well.
>
> Thanks,
>
> Ross
>
> On Wed, Aug 7, 2024 at 4:12 PM Jonathan Charnitski <jonathan@texastowinglawyer.com> wrote:
>
>> Hi Ross,
>>
>> By way of quick update, I'm still awaiting an estimate of the number of email docs that are responsive to the revised search terms.
>>
>> I've confirmed that the client is actively working on pulling text messages – to clarify, you're requesting the full body of those text messages, not just the messages that include the search terms, correct?
>>
>> Lastly, the costs are beginning to mount on this production and our client has asked me to start conferring with you regarding bearing the cost burden. I don't yet have a cost estimate either to date or moving forward and I think it makes sense to get that before we engage the discussion, but wanted to give you a heads up that it's coming. Thanks.
>>
>> Regards,
>>
>> Jonathan W. Charnitski

<image001.png> <image002.png>

**2219 Rimland Dr. Ste 301**

**Bellingham, WA 98226**

**Phone (512) 236-1114**

**Direct (360) 763-0006**

**Fax (512) 236-1292**

THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Jonathan Charnitski
**Sent:** Monday, August 5, 2024 5:22 PM
**To:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
**Cc:** Sallye Quinn <squinn@barronlaw.com>; Stuart Gross <sgross@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
**Subject:** RE: Bornstein Response to Subpoena - Little v. Pacific Seafood

I believe that's just going to be the emails, but I'll double check. They're aware of the text request and I know the IT company is working on that issue as well. I'll keep you posted when I've heard more. Thanks.

Regards,

Jonathan W. Charnitski

<image001.png> <image002.png>

**2219 Rimland Dr. Ste 301**

**Bellingham, WA 98226**

**Phone (512) 236-1114**

**Direct (360) 763-0006**

**Fax (512) 236-1292**

THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
**Sent:** Monday, August 5, 2024 4:13 PM
**To:** Jonathan Charnitski <jonathan@texastowinglawyer.com>
**Cc:** Sallye Quinn <squinn@barronlaw.com>; Stuart Gross <sgross@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
**Subject:** Re: Bornstein Response to Subpoena - Little v. Pacific Seafood

Jonathan,

I appreciate the update, and will keep an eye out for another email in the next day or two. Does the search that is underway also include text messages?

Thanks,

Ross

On Mon, Aug 5, 2024 at 4:06 PM Jonathan Charnitski <jonathan@texastowinglawyer.com> wrote:

> Hi Ross,
>
> Client has their IT company working with the revised search terms you provided and we're expecting to know more about the size of the culled documents tomorrow or Wednesday. Thanks.
>
> Regards,
>
> Jonathan W. Charnitski
>
> <image001.png> <image002.png>
>
> **2219 Rimland Dr. Ste 301**
>
> **Bellingham, WA 98226**
>
> **Phone (512) 236-1114**
>
> **Direct (360) 763-0006**
>
> **Fax (512) 236-1292**
>
> THE WALTERS FIRM, PLLC - EMAIL CONFIDENTIALITY NOTICE
>
> This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure

or distribution is prohibited and shall not constitute a waiver of any privilege or confidentiality associated herewith. If you are not the intended recipient, you may not disclose, print, copy, or disseminate this information. If you received this message in error, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>
**Sent:** Thursday, August 1, 2024 9:57 AM
**To:** Sallye Quinn <squinn@barronlaw.com>
**Cc:** Stuart Gross <sgross@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Greg Hanson <gregh@bornstein.com>; Matthew Ruan <mruan@fklmlaw.com>; Jonathan Charnitski <jonathan@texastowinglawyer.com>
**Subject:** Re: Bornstein Response to Subpoena - Little v. Pacific Seafood

Jonathan,

I appreciate the call yesterday afternoon. I've put together a workbook of other ex vessel buyers to aid your review of potentially responsive records, including text messages, that is meant to supplement the approaches to production discussed in the emails below and during our call. Note the first two tabs in the workbook, dated 7.25, were provided to Sallye on the 25th, and are included here as a courtesy and for completeness. The third tab provides a focused list of buyers, broken into two groups. We recognize that in order to produce records as soon as possible, it may be necessary to do so on a rolling basis. To that end, the top group of ten buyers can be prioritized in your search protocols, while the second group (below the orange cells) can be worked into a subsequent round of searching. This focused list, and the prioritization described herein, is not intended to narrow the scope of records that are responsive to the subpoena, or alter in any way Bornstein's obligations to produce all records responsive to the subpoena. We're simply suggesting ways to expedite a first tranche of production. Let me know if you have any questions about the lists, and anything we discussed yesterday.

Thanks,

Ross

On Wed, Jul 31, 2024 at 2:38 PM Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> wrote:

> Jonathan,
>
> Please let me know if you have time to speak about the issues discussed in the emails below. I am available this afternoon, or tomorrow morning.
>
> I look forward to hearing from you.
>
> Ross
>
> On Tue, Jul 30, 2024 at 1:58 PM Ross Middlemiss <rmiddlemiss@grosskleinlaw.com> wrote:
>
>> Sallye,
>>
>> Thanks for the follow up email and introduction to Jonathan. Nice to meet you, Jonathan.
>>
>> We appreciate your efforts thus far to respond to the subpoena, and hope we can move quickly to a point where production of documents starts, considering the delay that has already occured. To that end, some responses to the points in your email are below, which we'd like to discuss as soon as practicable. Jonathan, let us know if you have time to speak tomorrow afternoon, we're flexible on timing.
>>
>> We offer the following regarding specific search terms to use in responding to requests 1 and 2:
>>
>> Request No. 1: ["Dungeness" or "crab"] AND ["price" or "offer" or "dock price"]
>> The bracketed terms are interchangeable, one from each bracket should be searched in combination ("AND") with a selection from the other bracket.
>> Let's see how this approach works, before talking about narrowing things further by buyer name or otherwise.
>>
>> Request No. 2: ["Dungeness" or "crab"] AND ["opener" or "opening" or "season opening" or "going out"]
>> Same as above.
>>
>> Concerning request No. 3, please confirm, as Sallye indicated she would, the locations where Bornstein has, or has had, a permanent location during the operative time period. Producing sales receipts from those locations seems like an efficient way to produce responsive records. If Bornstein does not buy crab from other ex vessel buyers, please confirm that.
>>
>> Regarding text messages, please ask that the key individual who was on vacation, we understand this to be Andrew Bornstein, searches and produces, in readable format, responsive text messages he has. As for other Bornstein employees, we ask that you identify

responsive text messages he has. As for other Bornstein employees, we ask that you identify other potential custodians and ask whether they communicate with other buyers via their personal devices, and if so, ask if they would search and produce responsive texts. We are happy to meet and confer concerning the best approach for the production of such texts, as well as any Bornstein employees that likely have responsive texts, but are unwilling to turn them over.

None of the foregoing, particularly regarding text messages, alters our position that Bornstein has had, and continues to have, a duty to preserve records that are relevant to this case, including text messages, and Bornstein has a specific duty to obtain and produce responsive text messages, regardless of the custodian, pursuant to the subpoena. We appreciate your efforts so far to work with us on this, and we want to reiterate our desire to work collaboratively to expedite the production of responsive documents.

Thanks,

Ross

On Mon, Jul 29, 2024 at 5:59 PM Sallye Quinn <squinn@barronlaw.com> wrote:

> Stu:
>
> Thanks for the call today. First, meet Jonathan Charnitski who has agreed to monitor this matter and assist with this matter in my absence. Jonathan meet Stu. For efficiency purposes, I have cc'd Greg Hanson of Bornstein on this email.
>
> As we discussed, Bornstein did an initial email search with their IT folks that yielded 40K emails. I understand the search was not true search of combined terms, but really if any of some given search words were present, it got included. I requested that you provide some combined searches that would be responsive to NO. 1, 2 and 3. My suggestion is that an appropriate search for Nos. 1 & 2 would be the following limited to the years 2020 through 2024:
>
> No. 1: "Dungeness Crab" AND (ex-vessel or ex /1 vessel) AND Price
>
> Depending on how many responses that yields, the search may need to also include the name of the ex-vessel buyer or substitute the term ex-vessel with the name of a given Buyer. Based on the lists your office provided however, one list has 64 potential buyer names and another has 347 buyers. At some point, the nature of the request will be unduly burdensome or costly. For now, I would like to see what the results look like with the broader search terms before we have to make that type of objection.
>
> No. 2: "Dungeness Crab" AND "opening date"
>
> See above re No. 1.
>
> For No. 3, we discussed that that request could be limited providing sales receipts for live Dungeness Crab sold by Bornstein from the locations were they had/have a permanent location during the time periods of 2020 to 2024. I will confirm with Bornstein that that would be Bornstein's sales of live crab from Brookings, Ilwaco (not currently active), Bellingham, Newport (no longer an active location) or Astoria. With regard to buying live crab

active location) or Astoria. With regard to buying live crab from other Buyers, it may be that Bornstein can provide the statement of a key officer that it does not engage in that as a practice. Otherwise, to be responsive, we would need something that matches the given Buyer with their permanent location.

As for text messages, one of the key individuals has been on vacation until tomorrow. One of the issues we anticipate having to deal with is employee not wanting to submit their personal phones and also dealing with ordinary course cleanouts texts from folks' phones that could require the burden of going to the phone serve providers to get historical texts. That said, this something Bornstein is working on compiling.

Sallye

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Wednesday, July 24, 2024 7:42 PM
**To:** Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Cc:** Sallye Quinn <squinn@barronlaw.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
**Subject:** Re: Bornstein Response to Subpoena - Little v. Pacific Seafood

Sallye,

Could you please confirm that we will be receiving a production this week?

Thanks,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Tue, Jul 23, 2024 at 5:22 AM Stuart Gross <sgross@grosskleinlaw.com> wrote:

> Sallye,
>
> As this indicates, Borstein's response is now past due. We can discuss the implications of that, but we need a production by it this week. I am in an all day mediation today, but Ross is available to discuss today. Otherwise, I am available tomorrow.
>
> Best,
>
> Stu

_______________________
Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Jul 22, 2024, at 3:39 PM, Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com> wrote:

Good afternoon Sallye,

Attached is the subpoena, proof of service thereof, and the protective order referenced in Stuart's email.

Thank you,

Ian Atkinson-Young
Paralegal
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x104)
f 415.480.6688
iatkinsonyoung@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Mon, Jul 22, 2024 at 2:01 PM Stuart Gross <sgross@grosskleinlaw.com> wrote:

> Thanks, Sallye
>
> **Ian** will provide you with a copy of the subpoena and proof of service, as well as a copy of the protective order (which does allow Bornstein and other 3d parties to designate).
>
> _______________________
> Stuart G. Gross
> Gross Klein PC
> The Embarcadero
> Pier 9, Suite 100
> San Francisco, CA 94111
> t 415.671.4628 (x101)
> f 415.480.6688
> sgross@grosskleinlaw.com

sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Mon, Jul 22, 2024 at 1:41 PM Sallye Quinn <squinn@barronlaw.com> wrote:

Stu:

Thanks for the email. Did you serve on the client directly? I didn't agree to or have permission to accept the subpoena via email. All that said, I anticipate that Bornstein will authorize me to accept via email if you have not already served.
If you have served, I will work with the client to respond promptly – it appears that there is an agreed confidentiality order in place that would apply to any Bornstein discovery, correct?

Sallye

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Monday, July 22, 2024 1:25 PM
**To:** Sallye Quinn <squinn@barronlaw.com>
**Cc:** Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>; Matthew Ruan <mruan@fklmlaw.com>
**Subject:** Bornstein Response to Subpoena - Little v. Pacific Seafood

Sallye,

I am writing to inquire regarding Bornstein's response to the subpoena we served some weeks ago. By our calculations, Bornstein's response was due last Friday, but we have not received anything. Could you please provide us with the status of the response.

Thanks,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

<POS of Subpoena on Bornstein.pdf>
<[63] Stipulated Protective Order.pdf>
<Subpoena to Bornstein Seafoods_Final.pdf>

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--
Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--

Ross A. Middlemiss

Gross Klein PC

The Embarcadero

Pier 9, Suite 100

San Francisco, CA 94111

t 415.671.4628 (x102)

f 415.480.6688

rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

--

Ross A. Middlemiss
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x102)
f 415.480.6688
rmiddlemiss@grosskleinlaw.com

Confidentiality Notice: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

THE WALTERS FIRM