# EXHIBIT 34

SCHNEIDER² WALLACE COTTRELL KIM LLP

November 21, 2025

***Via Email only***
J. Timothy Hobbs
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-115
*tim.hobbs@klgates.com*

***Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES AND PRODUCTIONS TO DATE***

Dear Tim:

Thank you for your November 10, 2025 letter. Please see my responses detailed below.

## I. Additional Custodian - Moises Mandujano

Whether or not Mr. Mandujano meets Bornstein's unilaterally dictated limitation for involvement in pricing decisions, documents produced to date clearly indicate that Mr. Mandujano was 1) "involved in the purchasing of Dungeness crab,"[1] and 2) has communications in his custody or control which are directly relevant to Bornstein's purchasing of Dungeness crab, including but not limited to pricing decisions. Bornstein must add Mr. Mandujano as a custodian and produce his responsive documents.

While I appreciate that you would have rather discussed Bornstein's response to ROG 3 earlier, we are still one year out from the close of fact discovery. Plaintiffs do not accept this limitation. Plaintiffs need to have a full picture of who is involved in Bornstein's purchasing of Dungeness crab. Amending to provide this full picture will prevent later inquiries like this one by revealing people who, like Mr. Mandujano, appear in text message threads regarding Dungeness crab purchasing. Please let us know whether you will amend Bornstein's ROG 3 response and custodian list to tell Plaintiffs who those people are.

## II. Additional Custodian – Marco Vargas

Our records indicate that Marco Vargas is or was employed by Bornstein as a general manager, and was included in discussions regarding purchasing of Dungeness crab.[2] Plaintiffs specifically alleged that Mr. Vargas is involved in or knowledgeable regarding the price fixing cartel at issue in this litigation.[3]

---

[1] *See* Plaintiffs' First Set of Interrogatories, ROG 3.
[2] *See e.g.,* Bornstein_000000829, at 30; Bornstein_000000603, at 04-06; Bornstein_000000871, at 72; Bornstein_000001980, at 81; Bornstein_000000810, at 13; Bornstein_000000057, at 58; Bornstein_000000579, at 80; Bornstein_000000581, at 82; Bornstein_000002139 at 40. Moises Mandujano is involved in a great many of the above cited exchanges, too.
[3] *See* ECF 394 at ¶ 289.

Please advise whether Bornstein will add Marco Vargas as a custodian. If Mr. Vargas is no longer employed at Bornstein, please advise whether Bornstein will accept service of a subpoena to be served upon Mr. Vargas.

**III. Status of Custodial Productions**

We understand that Bornstein is producing text messages and emails for Andrew Bornstein, Colin Bornstein, and Mike Shirley. We further understand that while Doug Heater is a former employee, thus you cannot access his text messages, you are producing what emails and text messages of his that Bornstein does have. Please confirm whether any of this is incorrect.

Our records reflect that we have text message productions from only Andrew Bornstein and Colin Bornstein, and in very limited quantity. Please advise on your status in producing text messages in response to RFPDs 26 and 33 for Andrew Bornstein, Colin Bornstein, Mike Shirley, and Doug Heater (to the degree Bornstein has them).

**IV. Additional Custodian – Darren Freels; Doug Heater Subpoena**

Thank you for confirming.

We share your sentiment that we should resolve discovery issues sooner rather than later. While we would prefer a response to this letter next week, we understand that there is an intervening holiday. Please provide a response early the following week and advise on your availability to meet and confer. We will discuss resolution of the above custodial issues either by agreement, or tee the issue up for the Court.

I look forward to speaking with you soon. And if I do not hear from you beforehand, I wish you and your team a happy, restful Thanksgiving.

Sincerely,

Raymond S. Levine

cc: Trudy Tessaro (trudy.tessaro@klgates.com)
Henry Brockway (henry.brockway@klgates.com)
Victoria Duarte (victoria.duarte@klgates.com)
Ross A. Middlemiss
Ian Atkinson-Young
Matthew W. Ruan

SCHNEIDER² WALLACE
COTTRELL KIM LLP
Samantha M. Gupta
Matthew S. Weiler