# EXHIBIT 36

Stuart G. Gross (SBN 251019)
Ross A. Middlemiss (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BRAND LITTLE** and **ROBIN BURNS**, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC, et al.**<br><br>Defendants | Case No. 3:23-cv-01098-AGT<br><br>**PROOF OF SERVICE** |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

# PROOF OF SERVICE

I, Kelle Winter, declare:

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 S. Figueroa Street, Suite 1060, Los Angeles, CA 90071. On January 21, 2026, I served a copy of the following documents:

- **PLAINTIFFS' NOTICE OF SERVICE OF SUBPONEA**

☒ **BY EMAIL:** by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

## SERVICE LIST

| | |
|---|---|
| Edward C. Duckers<br>Charles H. Samel<br>Stoel Rives LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br><br>Matthew D. Segal<br>Michelle J. Rosales<br>Stoel Rives LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814<br><br>Timothy W. Snider<br>Alex Van Rysselberghe<br>Alexandra Choi Giza<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br><br>charles.samel@stoel.com<br>ed.duckers@stoel.com<br>timothy.snider@stoel.com<br>matthew.segal@stoel.com<br>michelle.rosales@stoel.com<br>roxanne.forestiere@stoel.com<br>lauren.markovich@stoel.com<br>alex.vanrysselberghe@stoel.com<br>alexandra.giza@stoel.com<br>brandon.vinsant@stoel.com | *Counsel for Defendants*<br>Pacific Seafood Procurement, LLC, Pacific Seafood Processing, LLC, Pacific Seafood Fleet, LLC, Pacific Seafood Distribution, LLC, Pacific Seafood Usa, LLC, Dulcich, Inc., Pacific Seafood – Eureka, LLC, Pacific Seafood – Charleston, LLC, Pacific Seafood – Warrenton, LLC, Pacific Seafood – Newport, LLC, Pacific Seafood – Brookings, LLC, Pacific Seafood – Westport, LLC, and Pacific Surimi – Newport LLC |

| | |
|---|---|
| Sean Gates<br>Illovsky Gates & Calia LLP<br>155 N. Lake Avenue, Suite 800<br>Pasadena, California 91101<br><br>Eva Schueller<br>Illovsky Gates & Calia LLP<br>1611 Telegraph Avenue, Suite 806<br>Oakland, California 94612<br><br>sean@illovskygates.com<br>eschueller@illovskygates.com | *Counsel for Defendants*<br>Blue River Seafood, Inc., Safe Coast Seafoods, LLC, and Safe Coast Seafoods Washington, LLC |
| Christopher J. Kayser<br>Elizabeth E. Parker<br>Larkins Vacura Kayser<br>121 SW Morrison St. Suite 700<br>Portland, OR<br><br>Brian A. E. Smith<br>Joseph J. Fraresso<br>Bartko LLP<br>1100 Sansome Street<br>San Francisco, CA 94111<br><br>cjkayser@lvklaw.com<br>eparker@lvklaw.com<br>bsmith@bartkolaw.com<br>jfraresso@bartkolaw.com<br>lyorgey@lvklaw.com<br>anieves@lvklaw.com | *Counsel for Defendants*<br>Ocean Gold Seafoods, Inc. |
| Huechi Wong<br>HH Legal Group<br>2443 Fillmore St #380-4372<br>San Francisco, CA 94115<br>hwonglegal@gmail.com<br>huechi@hhdisputes.com | *Counsel for Defendants*<br>Nor-Cal Seafood, Inc. and Kevin Lee |
| Sean Tamura-Sato<br>MINAMI TAMAKI LLP<br>101 Montgomery Street, Suite 825<br>San Francisco, CA 94104<br>seant@minamitamaki.com<br>creyes@minamitamaki.com | *Counsel for Defendants*<br>American Seafood Exp, Inc. |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Scott Cameron<br>Josiah Prendergast<br>Weintraub Tobin Chediak Coleman Grodin<br>400 Capitol Mall, 11th Floor<br>Sacramento, California 95814<br><br>scameron@weintraub.com<br>JPrendergast@weintraub.com<br>DAguillen@weintraub.com<br>aespanapurpur@weintraub.com<br>JMelendez@weintraub.com | *Counsel for Defendants*<br>California Shellfish Company, Inc. and Robert Bugatto Enterprises, Inc. |
| Micah C. Allred<br>Timothy B. Fitzgerald<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br><br>Lukas Sosnicki<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd, Suite 500<br>Los Angeles, CA 90067<br><br>mallred@mcnaul.com<br>lsosnicki@thompsoncoburn.com<br>tfitzgerald@mcnaul.com<br>JHickman@mcnaul.com;<br>ozimmerman@mcnaul.com;<br>lnelson@mcnaul.com | *Counsel for Defendants*<br>Alaska Ice Seafoods, Inc. and Long Fisheries, Inc. |
| Colin W. Morrow<br>Vannucci Momsen Morrow<br>45060 Ukiah St., Ste. A<br>P.O. Box 1214<br>Mendocino, CA 95460<br>cmorrow@vmm-law.com | *Counsel for Defendants*<br>Caito Fisheries, Inc. |
| Steven J. Goon<br>Sarah Buiten<br>Rutan & Tucker, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>sgoon@rutan.com<br>Svanbuiten@rutan.com<br>Dghani@rutan.com<br>cpatel@rutan.com | *Counsel for Defendants*<br>Caito Fisheries, LLC and Southwind Foods, LLC |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Steven McLellan<br>Claire Melehani<br>McLellan Law Group, LLP<br>McLellan Law Group, LLP<br>20665 4th Street, Suite 202<br>Saratoga, CA 95070<br>Steven@mclellanlawgroup.com<br>claire@mclellanlawgroup.com<br>Sara@mclellanlawgroup.com<br>elizabeth@mclellanlawgroup.com | *Counsel for Defendants*<br>Fishermen's Catch, Inc. |
| Ann A.P. Nguyen<br>Bonnie M. Ross<br>Messner Reeves LLP<br>160 W Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>anguyen@messner.com<br>bross@messner.com | *Counsel for Defendants*<br>Global Quality Foods, Inc. |
| Bao-Quan P. Pham<br>Bao-Quan Pham Law<br>345 N. 18th Street<br>San Jose, CA 95112<br>baopham408@sbcglobal.net | *Counsel for Defendants*<br>Global Quality Seafood LLC |
| Philip J. Wang<br>Traci Michelle Keith<br>George E. Chikovani<br>Putterman Yu Wang LLP<br>345 California St. Suite 1160<br>San Francisco, CA 94104<br>pwang@plylaw.com<br>ayoung@plylaw.com<br>gchikovani@plylaw.com<br>tkeith@plylaw.com | *Counsel for Defendants*<br>Ocean King Fish Inc. |

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

| | |
|---|---|
| J. Timothy Hobbs, Jr.<br>K&L Gates LLP<br>501 Commerce Street, Ste. 1500<br>Nashville, Tennessee 37203<br><br>Henry J. Brockway<br>K&L Gates LLP<br>925 Fourth Avenue, Ste. 2900<br>Seattle, Washington 98104<br><br>Victoria S. Pereira Duarte<br>K&L Gates LLP<br>70 W. Madison St., Ste. 3300<br>Chicago, Illinois 60602<br><br>Michael Stortz<br>K&L Gates LLP<br>4 Embarcadero Ctr., Ste 1200<br>San Francisco, California 94111<br><br>tim.hobbs@klgates.com<br>Michael.Stortz@klgates.com<br>trudy.tessaro@klgates.com<br>Henry.Brockway@klgates.com<br>Victoria.Duarte@klgates.com | *Counsel for Defendants*<br>Bornstein Seafoods, Inc. and Astoria Pacific Seafoods, LLC |
| Colin V. Quinlan<br>John R. Danos<br>Wilson Elser<br>555 S. Flower Street, Suite 2900<br>Los Angeles, CA, 90071<br><br>David J. Aveni<br>Wilson Elser<br>401 West A Street<br>Suite 1900<br>San Diego, CA, 92101<br><br>Colin.Quinlan@wilsonelser.com<br>john.danos@wilsonelser.com<br>david.aveni@wilsonelser.com | *Counsel for Defendant*<br>Da Yang Seafood Inc. |

| | |
|---|---|
| Christopher M. Wyant<br>Ballard Spahr<br>1301 2nd Ave, Suite 2800<br>Seattle, WA 98101-2930<br><br>Michael S. Myers<br>Ballard Spahr<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br><br>Jessica Rizzo<br>Ballard Spahr<br>1735 Market Street, Floor 51<br>Philadelphia, PA 19103-7599<br><br>wyantc@ballardspahr.com<br>myersm@ballardspahr.com<br>rizzoj@ballardspahr.com | *Counsel for Defendant*<br>Great Ocean Seafood Inc. |
| Robert Green<br>Law Offices of Robert A. Green, Inc., P.S.<br>PO Box 40179<br>Bellevue, WA 98015<br><br>Theresa H. Rava<br>John G. Young<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4000<br>Seattle, WA 98101<br><br>robert@rgreenlaw.com<br>TRava@williamskastner.com<br>jyoung@williamskastner.com | *Counsel for Defendant*<br>Pacific Dream Seafood, Inc. |

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed January 21, 2026.

By: ______________________
Kelle Winter

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111