# EXHIBIT 41

EXHIBIT FILED UNDER SEAL