# EXHIBIT 43

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 4 | Date Range: 1/20/2024 |

### Outline of Conversations

**CHAT - BOMA000000001 - 00444 - 2024/01/20** • 4 messages on 1/20/2024 • Joe Cincotta <+19168245139> • Max Boland <+14152058206>

**Messages in chronological order** (times are shown in GMT +00:00)

**CHAT - BOMA000000001 - 00444 - 2024/01/20**

JC **Joe Cincotta <+19168245139>** 1/20/2024, 3:38 PM

Attached URL: https://p44-content.icloud.com/M8C6E3F5EC93E8E43962E224192ADB9CF65C91813B0F954A6E59B3DAE633C6BA0.C01USN00
Attachment Title: View recent photos.jpeg

> MB **Max Boland <+14152058206>** 1/20/2024, 4:43 PM

Price setting. Isn't that illegal? One of my fisherman, after I showed him the text. Tell him to suck my dick. These guys are a dime a dozen.

MB **Max Boland <+14152058206>** 1/20/2024, 7:36 PM

Are you getting pressure from boats in Bodega Bay and San Francisco? I am from all directions. Halfmoon Bay. I'm afraid if I don't may lose some boats.
I haven't yet.

JC **Joe Cincotta <+19168245139>** 1/20/2024, 7:36 PM

No pressure at all so far