# EXHIBIT 44

Outlook

## RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**From** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>
**Date** Wed 1/21/2026 11:26 AM
**To** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Cc** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Hi Ray,

I am writing to follow up on our December 9, 2025 letter, in which we confirmed that we would accept service of the subpoena for Marco Vargas on his behalf.

We received the Notice of Subpoena that was sent on December 15, 2025. However, we have not yet been served with the actual subpoena itself. Please let us know when you plan to serve the subpoena and if it has already been sent, kindly re-send it so that we may ensure proper receipt.

Best,
Victoria

K&L Gates LLP

**Victoria Pereira Duarte| Associate**
K&L Gates LLP
70 W. Madison
Suite 3300
Chicago, IL 60602
Phone: 312-807-4215
Victoria.Duarte@klgates.com

---

**From:** Duarte, Victoria S. Pereira
**Sent:** Tuesday, December 9, 2025 3:25 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Ray,
Please see attached for a response to your letter.

Best,
Victoria

K&L Gates LLP

**Victoria Pereira Duarte**| **Associate**
K&L Gates LLP
70 W. Madison
Suite 3300
Chicago, IL 60602
Phone: 312-807-4215
Victoria.Duarte@klgates.com

---

**From:** Hobbs, Tim <tim.hobbs@klgates.com>
**Sent:** Friday, December 5, 2025 5:00 PM
**To:** Stuart Gross <sgross@grosskleinlaw.com>; Raymond S. Levine <rlevine@schneiderwallace.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Stu:

We are still conferring with Bornstein on one issue. We expect to provide a response early next week.

Tim

K&L Gates LLP

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Friday, December 05, 2025 12:40 PM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Victoria,

Can we expect a response to this today? As I am sure you agree, we need to resolve custodial issues sooner rather than later.

Thanks,

Stu

---

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Fri, Nov 21, 2025 at 4:56 PM Raymond S. Levine <rlevine@schneiderwallace.com> wrote:

> Hello Victoria,
>
> Please see the attached correspondence.
>
> Have a nice weekend,
>
> Ray

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in California.***

---

**From:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>
**Sent:** Monday, November 10, 2025 1:42 PM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>

**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray,

Please see attached for a response to your letter.

Best,
Victoria

K&L Gates LLP

**Victoria Pereira Duarte**| **Associate**
K&L Gates LLP
70 W. Madison
Suite 3300
Chicago, IL 60602
Phone: 312-807-4215
Victoria.Duarte@klgates.com

---

**From:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Sent:** Tuesday, October 28, 2025 6:32 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Hello Tim,

Please see the attached correspondence. Please also advise on the status correcting Bornstein's production of the 17 text strings identified in my emails below.

Kind regards,

Ray

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100

Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in California.***

---

**From:** Hobbs, Tim <tim.hobbs@klgates.com>
**Sent:** Friday, October 3, 2025 1:49 PM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>; Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray:

Please see the letter attached responding to your letter of September 19. As for the 17 text strings referenced in your email below, we are still working to resolve that issue, and will provide an update next week.

Tim

K&L Gates LLP

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Sent:** Friday, September 19, 2025 10:53 PM
**To:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Hello Victora,

Please see the attached correspondence. Please also advise on your status for reproducing the 17 text strings missing the requisite Start Time/End Time metadata identified in my September 8, 2025 email. We are happy to set up a call to assist you, if that would be helpful.

Have a nice weekend,

Ray

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.***

---

**From:** Raymond S. Levine
**Sent:** Wednesday, September 10, 2025 11:53 AM
**To:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Thanks, Victoria.

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.***

---

**From:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>
**Sent:** Wednesday, September 10, 2025 9:47 AM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>; Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss

<rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Hi Ray,

Confirming receipt of your email. We're currently looking into this issue and will get back to you.

Best,
Victoria

**Victoria Pereira Duarte**| Associate
K&L Gates LLP
70 W. Madison
Suite 3300
Chicago, IL 60602
Phone: 312-807-4215
Victoria.Duarte@klgates.com

---

**From:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Sent:** Monday, September 8, 2025 8:11 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Hello Tim,

We are in receipt of your production. Our review is ongoing. While most of the production complied with the ESI protocol, which we appreciate, we have identified 17 text strings missing the requisite Start Time/End Time metadata.

Without this metadata, we cannot meaningfully discern the dates on which the produced texts were exchanged. This leaves 558 pages of material without reliable date information. Please reproduce the text messages in the Bates ranges listed below with the Start Time/End Time metadata by COB Monday, September 15, 2025. If you encounter difficulties in doing so, Ian and I are happy to talk with you this week to work through any technical difficulties.

Kind regards,

Ray

| BegBates | EndBates |
|---|---|
| Bornstein_000000001 | Bornstein_000000002 |
| Bornstein_000000017 | Bornstein_000000030 |
| Bornstein_000000061 | Bornstein_000000127 |
| Bornstein_000000171 | Bornstein_000000172 |
| Bornstein_000000192 | Bornstein_000000199 |
| Bornstein_000000212 | Bornstein_000000229 |
| Bornstein_000000239 | Bornstein_000000242 |
| Bornstein_000000282 | Bornstein_000000330 |
| Bornstein_000000402 | Bornstein_000000407 |
| Bornstein_000000415 | Bornstein_000000422 |
| Bornstein_000000639 | Bornstein_000000722 |
| Bornstein_000000902 | Bornstein_000000959 |
| Bornstein_000001014 | Bornstein_000001031 |
| Bornstein_000001102 | Bornstein_000001291 |
| Bornstein_000001769 | Bornstein_000001772 |
| Bornstein_000001834 | Bornstein_000001836 |
| Bornstein_000001902 | Bornstein_000001924 |

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.**

---

**From:** Raymond S. Levine
**Sent:** Thursday, September 4, 2025 4:39 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>

**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Thanks Tim.

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.**

---

**From:** Hobbs, Tim <tim.hobbs@klgates.com>
**Sent:** Thursday, September 4, 2025 3:53 PM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray:

Bornstein will make a production of documents tomorrow, as we already stated in the Case Management Statement filed last week. At this time, we do not think a meet and confer is necessary with respect to Bornstein's stated objections to RFPs 26 and 33 as applied to text messages between Bornstein, on the one hand, and Plaintiffs' lists of crab buyers and crabbers, on the other. Bornstein is not waiving its objections to RFPs 26 and 33, and continues to assert that there is no merit to Plaintiffs' position that every single text message in the aforementioned set is relevant and proportional to the needs of this case. Nevertheless, at this time, we are not electing to withhold from production text messages from the aforementioned set based upon these objections.

Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP

Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Sent:** Wednesday, September 03, 2025 2:44 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Hello Tim,

Please provide your position on whether we need to meet and confer, or if you cannot, then explain Bornstein's continued delay in providing its position.

Please further confirm that Bornstein will make its first production by the end of this week.

Respectfully,

Ray

**Raymond S. Levine**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.***

---

**From:** Hobbs, Tim <tim.hobbs@klgates.com>
**Sent:** Friday, August 22, 2025 10:52 AM
**To:** Raymond S. Levine <rlevine@schneiderwallace.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Ray:

We expect to make a production during the first week of September, and we expect to know by the end of next week whether a meet and confer will be necessary.

Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Raymond S. Levine <rlevine@schneiderwallace.com>
**Sent:** Thursday, August 21, 2025 4:01 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>; Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Hello Tim,

Please advise on the status of Bornstein's document collection and review, and when Plaintiffs can expect a production pursuant to RFPDs 26 and 33.

In your email below, you stated you expected that you expected to have a position on whether Plaintiffs and Bornstein will need to meet and confer regarding its productions by the following week. More than two weeks have passed since then. Please provide your position.

Respectfully,

Ray

**Raymond S. Levine**

**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2945
Facsimile: (415) 421-7105
www.schneiderwallace.com

***Admitted in California.**

---

**From:** Hobbs, Tim <tim.hobbs@klgates.com>
**Sent:** Monday, August 4, 2025 11:38 AM
**To:** Stuart Gross <sgross@grosskleinlaw.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** RE: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Stu:

We will amend our discovery responses if and when we decide it is appropriate to do so. As we already explained, we are still in the process of collecting and reviewing documents, which we have the right to do before any production. As we also already explained, we may end up agreeing that the communications at issue are all relevant, or, even if not, that producing all of them is nevertheless appropriate for a variety of reasons. In short, there may be no need for a meet and confer, but we are currently not in a position to make that determination. I expect we will be by next week, and will advise you accordingly.

Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Thursday, July 31, 2025 6:58 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine

<rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

I realized after sending the email below that I failed to communicate to you that we also need Bornstein to amend its responses to RFPD 26 and 33 to make clear that it will produce all communications between its custodians and other buyer representatives and crabbers. If your position is that Bornstein will not so amend, please provide times on Wednesday, August 6, to have a meet and confer before teeing this issue up with the Court.

Best,

Stu

---

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Jul 28, 2025, at 1:58 PM, Hobbs, Tim <tim.hobbs@klgates.com> wrote:

Stu,

Thanks for your email. We want to reiterate that Bornstein is actively working to fulfill its discovery obligations. As previously stated, we are currently in the process of collecting text messages from the custodians identified in our July 9th letter and are diligently moving that effort forward.

That said, we believe some context is important in assessing the timeline and scope of your current requests. Although the RFPs were served on March 11th, our responses were not due until April 10th and the ESI protocol was only entered by the Court on May 15th. Further, you only raised your desire that we produce all communications (regardless of whether they were related to Dungeness crab) on June 25th, we had our first M&C regarding the issues on June 30th, and most importantly, discussions regarding custodians and scope have been ongoing. Also, as you are aware, Bornstein has already produced a number of text messages in response to an earlier served subpoena—many of which are quoted at length in the amended complaint.

We need a reasonable amount of time to complete the current collection of text messages and to assess the volume and content. That assessment is essential to determine the relative benefits and burdens of reviewing them for relevance or producing them all without regard to relevance as you desire. We anticipate completing the collection of text messages from the identified custodians this week. Once collection is complete, we expect it will take approximately a 2-3 weeks to upload and conduct an initial review to assess the volume and content. From there, we will work towards preparing the messages for production. We expect the first production to occur within 4–5 weeks, and sooner if at all possible. If that timeline changes, we will promptly let you know.

Additionally, we understand your position regarding the relevance of communications between Bornstein and other buyers and crabbers, but to be clear, we were not asking you to identify laws applicable to antitrust cases. Our point was that we question your assertion that all such communications—regardless of substance—are categorically relevant and proportional to the needs of this case and thus, we requested case law that supported your position in order to assist us with our decision. We are open to continuing the dialogue to avoid unnecessary court involvement, but we also believe that once we've had an opportunity to complete the collection and conduct an initial review of the text messages, we'll be in a better position to determine whether your requests raise a genuine dispute or are ultimately moot.

Best,
Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Thursday, July 24, 2025 8:16 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

We appreciate that Bornstein has prioritized producing text messages, and the deadlines in my email are not arbitrary. The RFPDs in question were served over 4 months ago, and not a single document has been produced yet by Bornstein. It is reasonable to set some deadlines at this point to get issues resolved and documents produced.

Bornstein - Raymond S. Levine - Outlook

With regards to authority. As I indicated in my previous email, all of the communications between buyer representatives and representatives of other buyers are probative of facts relevant to Plaintiffs' claims. I won't repeat that here, but will add that, in addition to the bases there were previously described, Plaintiffs specifically allege that Defendants, including Borstein, in particular, leverage other fisheries in their implementation of the illegal price fixing agreement concerning Dungeness crab. *See e.g.* SAC para 318-20. Thus, I'm not totally clear what you are looking for with regard to authority, as I am confident you are aware of the law that establishes liability for price-fixing under section 1, for information sharing under section 1, and likely aware of the law that establishes liability under California's Cartwright Act and Section 17200. Under this law, these communications are relevant, i.e. they make a fact of consequence in this case more or less consequence. *See* FRE 401.

If you disagree with this analysis, please explain why, and let me know your availability for a meet and confer before bringing the issue to the Court. Otherwise, please confirm that Bornstein will be producing all communications btw its custodians and other buyers and let me know when we can expect a rolling production of such communications, starting with text messages, to begin. Please also confirm the same regarding communications between Bornstein representatives and crabbers.

Best,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Thu, Jul 24, 2025 at 10:25 AM Hobbs, Tim <tim.hobbs@klgates.com> wrote:

> Stu:
>
> You did not respond to my email of July 18 asking if you had authority to support your request for producing all communications without some relevance limitation. Do you have such authority?

We have accommodated your request to focus initial discovery efforts on producing text messages. We are in the process of collecting text messages from the identified custodians. We need some time to complete the collection and evaluate the volume and contents of such messages in order to weigh the relative benefits and burdens of reviewing them for relevance or producing them all without regard to relevance as you desire. We are diligently working towards this, but we are not in a position to meet your arbitrary deadline of today to answer your various questions. Nor is our evaluation helped by your failure to respond to our questions. We will get back to you as soon as we are able to do so.

Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Wednesday, July 23, 2025 6:22 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

Please provide Bornstein's position on producing all communications, without limitations, between its custodians and other buyer representatives and with crabbers by the end of the day, tomorrow, 7/24. If Bornstein believes it is entitled to withhold certain such communications, please describe the communications it intends to withhold, and how it intends to identify such communications; and let me know your availability on Friday for a meet and confer to tee the issue up for the Court.

Please also let me know when Bornstein intends to start producing text messages between its custodians and other buyer representatives and with crabbers. We need a date certain by which this will begin.

Best,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero

Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Jul 18, 2025, at 7:21 AM, Hobbs, Tim <tim.hobbs@klgates.com> wrote:

Stu:

I was not asking for authority supporting your request for communications prior to 2015, although we may need to address that later. I was asking for authority supporting your request for all communications without some relevance limitation. If you are prepared to tee this up for resolution before the court, we assume you have supporting legal authority. If you would share that authority now, doing so may obviate the need for judicial intervention.

Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Thursday, July 17, 2025 5:31 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>
**Cc:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

Before we start trading legal authority, I'd propose (as discussed on the call) that especially with regards to text messages, you first let us know if any of your custodians have *any* text messages that were sent or received before 1/1/15. If there are any text messages that predate 1/1/15, I am happy to trade authority as needed wrt Bornstein's obligations to produce them.

Also to be clear, while Plaintiffs are willing to engage in a reasonable meet and confer process, we will tee up for resolution by the Court any attempt by a defendant to limit communications between its custodians and other buyer representatives on relevance grounds and, in the unlikely event that the Court issued an order allowing such limitations, we would demand extensive disclosures of the process by which a defendant made any such limitations, especially with regards to texts, and foresee a lot disputes arising related thereto. As we discussed on our call, not only are all communications between allege co-conspirators discoverable, engaging in any kind of limiting review based on relevance would create a very high risk that not only relevant, but highly probative texts, would be excluded, given how people communicate via text generally and how the defendants' representatives communicate via text specifically.

Please let me know when next week we will receive Bornstein's position and when it will start producing text messages and other documents.

Best,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Wed, Jul 16, 2025 at 3:31 PM Hobbs, Tim
<tim.hobbs@klgates.com> wrote:

Stu:

We are conferring with our clients about the issues you've raised. We expect to be able to respond next week. If you have case law that supports plaintiffs' blanket request for "all communications"—including personal text messages, and without some relevance limitation—for a 20+ year period between Bornstein's custodians and all buyer representatives and crabbers Plaintiffs may identify, please provide that authority so we can evaluate it.

To be clear, we have not refused to produce "all communications." We have agreed to produce text messages from certain custodians and certain other categories of communications. While we have raised objections—including those related to burden, scope, and relevance—we are still evaluating whether and how text messages will be filtered for relevance. Moreover, our responses to Plaintiffs' RFPs make clear that we either agreed to produce responsive communications (subject to reasonable limitations), or to meet and confer on the requests where further discussion was necessary. Again, this process remains ongoing.

Finally, we are authorized to accept service of a subpoena for Doug Heater.

Best regards,
Tim

**J. Timothy Hobbs**
Partner
K&L Gates LLP
Cell: 703-868-6119
Email: tim.hobbs@klgates.com
www.klgates.com

---

**From:** Stuart Gross <sgross@grosskleinlaw.com>
**Sent:** Tuesday, July 15, 2025 11:49 AM
**To:** Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>
**Cc:** Hobbs, Tim <tim.hobbs@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Re: Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

Bornstein - Raymond S. Levine - Outlook

Thank you for your letter. Reserving other rights regarding its contents, there are two issues on which Plaintiffs request clarification, by the end of day, tomorrow, July 16:

1. Is Bornstein refusing to produce all communications (including text messages) between its custodians, on the one hand, and representatives of other buyer or crabbers, on the other hand?
2. Will you accept service of a subpoena to Doug Heater?

I won't spend a lot of time here going over matters we already went over during our call or addressing every point in your letter regarding point number 1. However, a couple things are worth mentioning/reiterating.

First, the relevance of all communications between buyer representatives is not solely, or even mainly, based on a plus factor analysis. Rather, all such communications are relevant, as they are probative of the nature and extent of the relationships between the buyer representatives, which in turn may be probative (i.e. makes it more likely) that these persons would agree to engage in illegal price-fixing with each other. Thus, for example, extensive texting between certain buyer representatives about personal events in each other's lives not only may lead to the discovery of admissible evidence, but itself would likely be admissible as evidence probative of the fact that the representatives had a relationship that was conducive of the trust in one another necessary to share sensitive competitive information (such as what ex vessel prices the buyer is paying) with one another, confident that the other representative would not use it the other's detriment but rather in furtherance of an agreement to fix prices. A further example would be communication between buyer representatives indicative of price-fixing of other fish species, which would be admissible as pattern and practice evidence at trial. Finally and arguably plus-factor related, just as evidence of meetings between representatives of alleged price-fixers would be admissible to show opportunity to reach agreements to fix prices, evidence that such representatives extensively communicate with one another would be admissible to show the same opportunity to collude.

Second, we, of course, take issues with and dispute your accusation that Plaintiffs mischaracterized any piece of evidence in the complaint, and frankly would find insulting your assertion that Defendants need to withhold otherwise discoverable documents in order to prevent Plaintiffs from "perpetuat[ing] this type of behavior," if it wasn't so silly. The gravamen of your accusation in this regard is that Plaintiffs "selectively quoted" certain text exchanges and should have included more "context." If there was any merit to this accusation (there isn't), it would militate in favor of producing *more* communications, not less, so that all necessary context is available to each side and can be presented

to a fact finder in support of each side's proffered interpretation of the communications at issue.

Third, and somewhat relatedly, it is not always easy to decipher exactly what persons are communicating about via text messages, given the way many people communicate on the medium, and thus searching for and producing only certain text messages based on, for example, a keyword search and further responsiveness review is likely to result in the failure to produce not only relevant, but highly probative admissible, evidence. For example, given the seasonal nature of the Dungeness crab fishery and its dominance during certain period of its season, it is not unusual for participants in the fishery to omit any reference to even the word “crab” in text communications regarding the fishery during the season, instead, for example, simply texting things like “what price are you paying boats?” or “what's the boat price in Newport” to ask about ex vessel Dungeness crab prices. Not only would a keyword search potentially not pick up such communications, a reviewer could easily mistag such communications as non-responsive because it was unclear to her or him that the communication was not only about crab but went to the core allegations in the case.

For these reasons and others, Plaintiffs will not agree to allow defendants to exclude from production certain communications between buyer representatives based on some relevance limitation. Thus, if Borstein intends to assert that right, please let me your availability this Thursday or Friday for a zoom meet and confer in advance of joint letter briefing to the Court on the issue. Alternatively, I’d invite Bornstein to produce all such communications as requested, and reserve any objections regarding relevance for when and if Plaintiffs seek to admit any such communications at trial, on summary judgment, or in support of some other filing.

Best,

Stu

Stuart G. Gross
Gross Klein PC
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t 415.671.4628 (x101)
f 415.480.6688
sgross@grosskleinlaw.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any

action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

On Jul 9, 2025, at 5:31 PM, Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com> wrote:

Hi Stu,

Please see attached for a response to your letter dated July 1, 2025.

Best,
Victoria

**Victoria Pereira Duarte** | Associate
K&L Gates LLP
70 W. Madison
Suite 3300
Chicago, IL 60602
Phone: 312-807-4215
Victoria.Duarte@klgates.com

---

**From:** Stuart Gross <sgross@grossklein law.com>
**Sent:** Tuesday, July 1, 2025 2:43 PM
**To:** Hobbs, Tim <tim.hobbs@klgates.com>
**Cc:** Tessaro, Trudy <trudy.tessaro@klgates.com>; Brockway, Henry J. <Henry.Brockway@klgates.com>; Duarte, Victoria S. Pereira <Victoria.Duarte@klgates.com>; Matthew Ruan <mruan@fklmlaw.com>; Samantha Gupta <sgupta@fklmlaw.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Raymond S. Levine <rlevine@schneiderwallace.com>; Ross Middlemiss <rmiddlemiss@grosskleinlaw.com>; Ian Atkinson-Young <iatkinsonyoung@grosskleinlaw.com>
**Subject:** Little v. Pacific Seafood – BORNSTEIN SEAFOODS DISCOVERY RESPONSES M&C – RFPD Nos. 26 and 33

Tim,

Good speaking yesterday. Please see the attached memorialization.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is

prohibited. If you have received this e-mail in error, please contact me at Victoria.Duarte@klgates.com.

<2025.07.09 T. Hobbs to S. Gross re RFPs 26 and 33.pdf>