Stuart G. Gross (SBN 251019)
Jan W. Jorritsma (SBN 323737)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

GROSS KLEIN PC
305 BROADWAY, SUITE 777
NEW YORK, NY 10007

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**BRAND LITTLE, ROBIN BURNS, AND CHERRY FISHERIES INC.,** Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

**PACIFIC SEAFOOD PROCUREMENT, LLC,** et al.,

Defendants.

Case No. 3:23-cv-01098-AGT

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS MOTION FOR AN ADVERSE INFERENCE AS A SANCTION AGAINST CERTAIN DEFENDANTS FOR SPOLIATION OF EVIDENCE**

Date: August 28, 2026
Time: 10:00 a.m.
Judge: Honorable Alex G. Tse
Courtroom: A, 15th Floor

GROSS KLEIN PC
305 BROADWAY, SUITE 777
NEW YORK, NY 10007

Plaintiffs' Omnibus Motion for an Adverse Inference as a Sanction Against Certain Defendants for Spoliation of Evidence is hereby GRANTED. For each Spoliating Defendant, the Court shall instruct the jury:

> [Defendant]'s employee(s) [Name(s)] have deleted, lost, and/or destroyed relevant text message communications. [Defendant] did so by deleting, destroying, or failing to preserve relevant documents after it knew it had an obligation to do so. In your deliberations, you must assume that the evidence destroyed was harmful to their employer in this litigation.

IT IS SO ORDERED.

DATED: _____________, 2026

By: ______________________________
THE HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE