UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br>Plaintiffs,<br>v.<br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br>Defendants. | Case No. 23-cv-01098-AGT<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 759 |

Plaintiffs report that Defendants Nor-Cal Seafood Inc. and Kevin Lee have failed to comply with the June 10, 2026, Stipulation and Order for a Discovery Compliance Schedule, and they have asked the Court to order Nor-Cal and Lee to show cause for why they shouldn't be held in contempt. Dkt. 759 at 5. The Court grants Plaintiffs' request.

By August 7, 2026, Nor-Cal and Lee, and their attorney Huechi Wong, must show cause for why they shouldn't be held in contempt and why sanctions shouldn't be imposed.

**IT IS SO ORDERED.**

Dated: July 31, 2026



Alex G. Tse
United States Magistrate Judge