Stuart G. Gross (SBN 251019)
Jan W. Jorritsma (SBN 326772)
Travis H.A. Smith (SBN 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628

*Attorneys for Plaintiffs and the Proposed Classes*
[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BRAND LITTLE, ROBIN BURNS,** and **CHERRY FISHERIES INC.**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFIC SEAFOOD PROCUREMENT, LLC; PACIFIC SEAFOOD PROCESSING, LLC; PACIFIC SEAFOOD FLEET, LLC; PACIFIC SEAFOOD DISTRIBUTION, LLC; PACIFIC SEAFOOD USA, LLC; DULCICH, INC.; PACIFIC SEAFOOD – EUREKA, LLC; PACIFIC SEAFOOD – CHARLESTON, LLC; PACIFIC SEAFOOD – WARRENTON, LLC; PACIFIC SEAFOOD – NEWPORT, LLC; PACIFIC SEAFOOD – BROOKINGS, LLC; PACIFIC SEAFOOD – WESTPORT, LLC; PACIFIC SURIMI – NEWPORT LLC; BLUE RIVER SEAFOOD, INC.; SAFE COAST SEAFOODS, LLC; SAFE COAST SEAFOODS WASHINGTON, LLC; OCEAN GOLD SEAFOODS, INC.; NOR-CAL SEAFOOD, INC.; KEVIN LEE; AMERICAN SEAFOOD EXP, INC.; CALIFORNIA SHELLFISH COMPANY, INC.; ROBERT BUGATTO ENTERPRISES, INC.; ALASKA ICE SEAFOODS, INC.; LONG FISHERIES, INC.; CAITO FISHERIES, INC.; CAITO FISHERIES, LLC; SOUTHWIND FOODS, LLC; FISHERMEN'S CATCH, INC.; GLOBAL QUALITY FOODS, INC.; GLOBAL QUALITY SEAFOOD LLC; OCEAN KING** | Case No. 3:23-cv-01098-AGT<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS [DKT. 780]** |



FISH INC.; BORNSTEIN SEAFOODS, INC.; ASTORIA PACIFIC SEAFOODS, LLC; DA YANG SEAFOOD INC.; GREAT OCEAN SEAFOOD INC.; PACIFIC DREAM SEAFOOD, INC.; JOHN CAITO; JOSEPH CAITO; JAMES CAITO; JEANETTE CAITO; and DOES 37-60,

Defendants.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION AND [PROPOSED] ORDER RE: GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS [DKT. 780]; Case No. 3:23-cv-01098-AGT

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs Brand Little, Robin Burns, and Cherry Fisheries Inc. (collectively, "Plaintiffs") and Defendant Great Ocean Seafood, Inc. ("Great Ocean") hereby stipulate as follows:

WHEREAS, on or about July 20, 2026, Great Ocean filed its Motion to Dismiss Plaintiffs' Sixth Amended Complaint (Dkt. 780), which was set for hearing on September 4, 2026;

WHEREAS, pursuant to the Court's Stipulation and Order dated May 8, 2026 (Dkt. 703), Plaintiffs' deadline to respond to Great Ocean's Motion to Dismiss is August 10, 2026 (21 days after the motion's filing);

WHEREAS, on or about August 4, 2026, Plaintiffs and Great Ocean entered a stipulation and proposed order dismissing Great Ocean without prejudice, withdrawing Great Ocean's motion to dismiss (Dkt. 807), tolling Plaintiffs' claims against Great Ocean, and addressing discovery related matters, which the Court had not yet approved at the time of the filing of this stipulation;

WHEREAS, there have been other previous modifications of the case schedule; and

WHEREAS, the requested modification will not have any other effects on the schedule in this case,

**NOW, THEREFORE, THE PARTIES  HEREBY STIPULATE AND AGREE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:**

1. Plaintiffs' deadline to respond to Great Ocean's Motion to Dismiss shall be continued from August 10, 2026 to September 7, 2026;

2. Great Ocean's deadline to reply in support of its Motion to Dismiss shall be continued to September 14, 2026;

3. The hearing on Great Ocean's Motion to Dismiss shall be continued to October 2, 2026, at 10:00 a.m., or such other date and time as set by the Court;

4. The briefing deadlines and hearing date for the separate Motion to Dismiss filed jointly by Great Ocean and Defendant Da Yang Seafood Inc. (Dkt. 779) shall not be modified by this stipulation.

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION AND [PROPOSED] ORDER RE: GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS [DKT. 780];
Case No. 3:23-cv-01098-AGT

1

Respectfully Submitted,

Dated: August 7, 2026

GROSS KLEIN PC

By:    */s/ Stuart G. Gross*
STUART G. GROSS

Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Jan W. Jorritsma (SBN 326772)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
(415) 671-4628
*sgross@grosskleinlaw.com*
*tsmith@grosskleinlaw.com*
*jjorritsma@grosskleinlaw.com*

Matthew W. Ruan (SBN 264409)
Samantha Gupta (*admitted pro hac vice*)
**JUSTICE JAGHER LONDON &
MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
*mruan@jjlmlaw.com*
*sgupta@jjlmlaw.com*

Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
**SCHNEIDER WALLACE COTTRELL
KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
(415) 421-7100
*mweiler@schneiderwallace.com*
*rlevine@schneiderwallace.com*

Todd R. Gregorian (SBN 236096)
Jonathan G. Tamimi (SBN 305493)
**FENWICK & WEST LLP**
One Front Street, Floor 33
San Francisco, CA 94111
(415) 875-2300
*tgregorian@fenwick.com*
*jtamimi@fenwick.com*

*Counsel for Plaintiffs and the Proposed
Classes*

STIPULATION AND [PROPOSED] ORDER RE: GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS [DKT. 780];
Case No. 3:23-cv-01098-AGT

2

BALLARD SPAHR LLP


By: */s/ Christopher M. Wyant*
 CHRISTOPHER M. WYANT

Michael S. Myers
Christopher M. Wyant (pro hac vice)
Jessica Rizzo (pro hac vice)

*Attorneys for Defendant*
*Great Ocean Seafood Inc.*


## **LOCAL RULE 5-1(i) ATTESTATION**

I attest that each of the other signatories concur in the filing of this document.

By:*/s/ Stuart G. Gross*
Stuart G. Gross


PURSUANT TO STIPULATION SO ORDERED:


Dated:  August 10, 2026

Hon. Alex G. Tse.
United States Magistrate Judge

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

STIPULATION AND [PROPOSED] ORDER RE: GREAT OCEAN SEAFOOD INC.'S MOTION TO DISMISS [DKT. 780];
Case No. 3:23-cv-01098-AGT

3