UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

Defendants.

Case No. 23-cv-01098-AGT

**ORDER ON MOTION TO COMPEL T-MOBILE USA, INC., TO COMPLY WITH SUBPOENA**

Re: Dkt. No. 801

The Court grants Plaintiffs' motion to compel T-Mobile USA, Inc., to comply with a subpoena Plaintiffs served on T-Mobile on June 4, 2026. *See* Subpoena, Dkt. 801-2.

The subpoena seeks phone logs for certain participants in the commercial ex vessel Dungeness crab market. The subpoena doesn't request text-message or phone-call contents but rather records about texts and calls, such as time and date, duration, and origin and destination numbers. Dkt. 801-2 at 7. T-Mobile didn't file a response to the motion to compel.

Previously, the Court granted Plaintiffs' motion to compel Verizon Value, Inc., and Verizon Wireless to comply with similar subpoenas. Dkt. 486. For the same reasons articulated in that order, the Court grants Plaintiffs' present motion. T-Mobile shall comply fully

with Plaintiffs' subpoena by searching for and producing all responsive documents within its possession, custody, or control by September 18, 2026.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Alex G. Tse
United States Magistrate Judge