UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

Defendants.

Case No. 23-cv-01098-AGT

**DISCOVERY ORDER**

Re: Dkt. No. 821

Pacific Seafood conducted an initial document collection through June 2025. Plaintiffs and Pacific Seafood now dispute whether Pacific Seafood must supplement its production to include the 2025–26 Dungeness crab season, which will close by mid-September.

Plaintiffs' claims include the 2025–26 Dungeness crab season. *See* Dkt. 808, Sixth Am. Compl. ¶ 643 ("Beginning no later than [January 1, 2016,] *and continuing through the present*, Defendants . . . entered into a continuing agreement . . . in restraint of trade . . . .") (emphasis added). Discovery related to the 2025–26 season is thus relevant and not duplicative: it relates to Pacific Seafood's liability for an additional time period.

Pacific Seafood insists that discovery to date hasn't uncovered proof of an unlawful agreement. Plaintiffs unsurprisingly contend otherwise, and the Court won't wade into a

dispositive merits issue prematurely. Discovery related to the 2025–26 season is relevant, and Pacific Seafood hasn't demonstrated that it is disproportionate to the needs of the case.

Pacific Seafood worries about never-ending rolling discovery that will interfere with and delay depositions, expert work, dispositive motions, and trial preparation. Dkt. 821 at 5. Pacific Seafood's concern is valid, but the case schedule does include a discovery end point. The parties must substantially complete document discovery by September 1, 2026, and fact discovery will close on June 9, 2027. Dkt. 710 at 3. Discovery will end, but it hasn't ended yet, and the 2025–26 season will be over before the discovery cutoff.

Pacific Seafood maintains that Plaintiffs didn't adequately meet and confer about this discovery dispute before bringing it to Court. Dkt. 821 at 4. The parties did meet and confer by videoconference. *Id.* Conceivably they could have met and conferred further, but Plaintiffs didn't act unreasonably by seeking judicial intervention instead.

Pacific Seafood must supplement its production to include the 2025–26 Dungeness crab season. By tomorrow, Plaintiffs and Pacific Seafood shall meet and confer and agree on a reasonable date by which Pacific Seafood will complete this supplemental production.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Alex G. Tse
United States Magistrate Judge