UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

Defendants.

Case No. 23-cv-01098-AGT

**ORDER RE: DEFENDANTS NOR-CAL SEAFOOD, INC., AND KEVIN LEE, AND COUNSEL HUECHI WONG**

Re: Dkt. Nos. 747, 804

On June 10, 2026, the Court entered a stipulated discovery schedule that identified approximately a dozen concrete discovery tasks that Defendants Nor-Cal Seafood, Inc., and Kevin Lee agreed to complete by specific dates before today, September 1, 2026. Dkt. 732.

On July 10, 2026, Plaintiffs told the Court that Nor-Cal and Lee had fallen behind the stipulated schedule. Dkt. 759. The Court in turn ordered Nor-Cal, Lee, and their attorney Huechi Wong to show cause why they shouldn't be held in contempt. Dkt. 804. Nor-Cal and Lee responded by identifying a couple of steps they had taken to partially comply with the stipulated schedule and by explaining that Mr. Wong's computer had crashed, which was causing unexpected delays. Dkt. 811. On August 14, 2026, Plaintiffs notified the Court that Nor-Cal and Lee had fallen further behind the stipulated schedule. Dkt. 817.

The Court has grown tired of Nor-Cal and Lee's half-hearted compliance with Court

orders and discovery obligations. By September 11, 2026, Nor-Cal and Lee must finish producing the discovery they agreed to produce in the June 10 stipulated schedule. If they cannot produce certain documents that they agreed to produce, they must say so in a signed declaration to be filed by September 11. For now, the Court defers determining the appropriate sanctions for Nor-Cal and Lee's discovery non-compliance.[1]

Mr. Wong or co-counsel Jonathan Bornstein must provide Kevin Lee and Nor-Cal's CEO with copies of this order and the orders at Dkts. 732, 747, and 804. By September 11, 2026, Lee and Nor-Cal's CEO must file declarations certifying that they read these orders and have met with counsel to discuss their obligations. By the same date, Wong and Bornstein must inform the Court which of them is now lead counsel.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Alex G. Tse
United States Magistrate Judge

[1] The Court also defers determining the appropriate sanctions for Mr. Wong's failure to appear at the June 26, 2026, case management conference. The Court issued an order to show cause regarding that failure to appear, dkt. 747, but Mr. Wong didn't respond.