UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

Defendants.

Case No. 23-cv-01098-AGT

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

Re: Dkt. No. 842

The Court conditionally grants Steven McLellan's unopposed motion to withdraw as counsel for Defendant Fishermen's Catch, Inc. Dkt. 842.[1] As explained by Mr. McLellan, Fishermen's Catch has failed to pay his fees in full and to reimburse costs and hasn't provided reasonable assurances of future payment. *See* Dkt. 842-1, McLellan Decl. ¶¶ 5–7. Counsel emailed a copy of the motion to Fishermen's Catch CEO Peter Nguyen. Dkt. 842-3. Fishermen's Catch didn't respond by the September 16, 2026, response deadline.

[1] Two other attorneys from Mr. McLellan's law firm, Claire Melehani and Elizabeth Handtke, joined the motion but never filed notices of appearance. A notice of appearance is how an attorney joins a case. Civil L.R. 5-1(c)(2). Because Ms. Melehani and Ms. Handtke didn't join the case, they needn't withdraw.

Because counsel's withdrawal "is not accompanied by simultaneous appearance of substitute counsel," the Court will permit withdrawal "subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel." Civ. L.R. 11-5(b).

As a corporation, Fishermen's Catch must be represented by counsel. Civil L.R. 3-9(b); *Reading Int'l, Inc. v. Malulani Grp.*, 814 F.3d 1046, 1053 (9th Cir. 2016). New counsel must enter an appearance by October 23, 2026. If that deadline isn't met, Plaintiffs may move to strike Fishermen's Catch's answer and for entry of default.

**IT IS SO ORDERED.**

Dated: October 2, 2026

Alex G. Tse
United States Magistrate Judge