UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br>Plaintiffs,<br>v.<br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br>Defendants. | Case No. 23-cv-01098-AGT<br>**ORDER ON MOTION TO SHORTEN TIME**<br>Re: Dkt. No. 874 |

No party opposed Plaintiffs' motion to shorten time by yesterday's deadline, and Pacific Seafood filed a notice of non-opposition. Dkt. 876. The Court thus grants the motion. Oppositions to Plaintiffs' motion for leave to provide a supplemental class notice and for a related protective order are due October 9, 2026. Plaintiffs' reply is due October 14, 2026.

**IT IS SO ORDERED.**

Dated: October 7, 2026

Alex G. Tse
United States Magistrate Judge