UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br>Plaintiffs,<br>v.<br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br>Defendants. | Case No. 23-cv-01098-AGT<br>**ORDER ON MOTION FOR APPROVAL TO DEPOSE FIFTEEN PUTATIVE CLASS MEMBERS**<br>Re: Dkt. No. 880 |

The Court approves Defendants' request to subpoena 15 crabbers who may be putative class members for deposition testimony. Defendants have demonstrated a clear need for this discovery, which relates to, *inter alia*, Plaintiffs' allegations about how the commercial Dungeness crab market functions and how sellers and buyers negotiate prices.

The burden on crabbers will be modest. Defendants are only seeking testimony, not document discovery, so the crabbers won't need to retain an ESI vendor. Also, given that there are approximately 1,400 putative class members, 15 depositions won't materially diminish the efficiencies of the class action.

At this stage, the Court is only permitting Defendants to serve the subpoenas under the Court's pre-approval order. *See* Dkt. 583 at 4. After Defendants serve the subpoenas, the

subpoenaed crabbers may move to quash the subpoenas on any permitted ground, including on the basis that compliance would be unduly burdensome. *See* Fed. R. Civ. P. 45(d)(3).

**IT IS SO ORDERED.**

Dated: November 9, 2026

Alex G. Tse
United States Magistrate Judge