UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAND LITTLE, et al.,

Plaintiffs,

v.

PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,

Defendants.

Case No. 23-cv-01098-AGT

**ORDER ON MOTION TO COMPEL**

Re: Dkt. No. 888

Previously, the Court granted Plaintiffs' motion to compel nonparty Verizon Value, Inc., to respond to an August 2025 subpoena by producing phone logs associated with various participants in the Dungeness crab market. Verizon Value hadn't opposed the motion but wasn't willing to produce the logs without a court order. *See* Dkt. 486 at 1–2.

Subsequently, Plaintiffs identified additional participants in the relevant market and, in August 2026, subpoenaed Verizon Value for their phone logs. Dkt. 888-2. Verizon Value has again refused to produce the logs without a court order but hasn't opposed Plaintiffs' motion to compel the logs' production.

The phone logs are relevant to Plaintiffs' claims; they are likely to show communication between Defendants, which may further Plaintiffs' efforts to demonstrate a cohesive timeline of communications in furtherance of the alleged conspiracy. Discovery of the phone logs is also proportional to the needs of the case. There is no reason to believe that Verizon Value will be unduly burdened by producing them; and similar to the August 2025 subpoena, the August 2026 subpoena "does not seek any specific conversation details or transcripts" but only "the call logs, including time and date of outgoing and incoming calls and the numbers associated therewith." Dkt. 888 at 6. If Verizon Value is concerned with its customers' privacy interests, it may designate the logs as confidential or highly confidential, as appropriate, under the governing stipulated protective order. Dkt. 63.

Absent an extension pursuant to a stipulation or upon a showing of good cause, Verizon Value shall comply fully with Plaintiffs' August 2026 subpoena and produce all responsive documents within its possession, custody, or control by December 4, 2026.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Alex G. Tse
United States Magistrate Judge