UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br>Plaintiffs,<br>v.<br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br>Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER ON MOTION TO SEAL**<br>Re: Dkt. Nos. 786 |

The Court denies the administrative motion to consider whether another party's material should be sealed. Dkt. 786. The designating parties didn't file a statement in support of sealing. Civil L.R. 79-5(f)(3). By December 7, 2026, Plaintiffs must file unredacted publicly available versions of the documents covered by the sealing motion.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge