UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND LITTLE, et al.,<br>Plaintiffs,<br>v.<br>PACIFIC SEAFOOD PROCUREMENT, LLC, et al.,<br>Defendants. | Case No. 23-cv-01098-AGT<br><br>**ORDER ON MOTION TO SEAL**<br>Re: Dkt. No. 891 |

The Court grants Pacific Seafood's request to redact its employees' phone numbers in an exhibit Plaintiffs filed in support of their motion for leave to transmit supplemental notice to the First Round Settlement Class. *See* Dkt. 891, 901. The employees are nonparties, and the public doesn't need to know their phone numbers.

The same exhibit documents a group text-message conversation among Pacific Seafood employees. In both the exhibit and in a summary of the exhibit in Plaintiffs' brief, the Court will allow Pacific Seafood to redact the names of the conversation participants and to substitute in their place identifies like "Pacific Seafood Employee A." Profane language was

used in the conversation, and for now, the public doesn't need to know who used that language or participated in the conversation. If the same exhibit is later filed with a merits motion, the Court may revisit whether the participants' identities should be publicly revealed.

By December 7, 2026, Plaintiffs shall file redacted, publicly available versions of the documents at issue.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge